UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASURMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. 1:25-cv-01266-TNM |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs National Academy of Education and National Council on Measurement in Education hereby move for a preliminary injunction against Defendants, the U.S. Department of Education and Linda McMahon in her capacity as Secretary of Education. Plaintiffs are nonpartisan, educational nonprofit organizations whose members are researchers and experts who rely on Institute of Education Sciences (IES) data for their research and teaching.

1

Defendants have harmed Plaintiffs and their members by cancelling over $900 million in contracts necessary for the congressionally mandated collection, analysis, and dissemination of IES educational data; gutting the workforce of IES and its research centers, leaving too few staff to adequately collect, analyze, and disseminate congressionally-mandated education data; and terminating Plaintiffs' and their members' access to existing education data in contravention of the congressional mandate to make IES' data publicly available.

Plaintiffs respectfully request the Court to enjoin Defendants and order them to: (1) maintain and not destroy any IES datasets, including by cancelling or otherwise failing to fulfill vendor contracts, where doing so would deny the public timely access to educational data which Congress has mandated IES collect and disseminate; (2) reinstate and maintain all congressionally mandated data collection, analysis, and dissemination activities by IES and its research centers that were ended or paused on or after February 9, 2025, and take no further steps to impede these congressionally mandated data functions; (3) within thirty days of the Court's order regarding this preliminary injunction, reinstate any of IES's contracts canceled on or after February 9, 2025 or, where another contractor could provide equivalent services, will promptly re-bid the contracts, solicit new contracts to carry out the research and data activities covered by the cancelled contracts that are necessary to IES fulfilling its statutory mandates; (4) restore sufficient employee positions at IES and its research centers to ensure their compliance with congressional mandates, including those positions necessary to ensure that, within a timely manner, IES and its research centers properly oversee all necessary independent contractors, grant and renew restricted-use data licenses, and complete disclosure risk reviews for license holders.

As set forth in the accompanying Memorandum of Law, Plaintiffs are entitled to preliminary relief because they are likely to succeed on the merits, are suffering and will continue

to suffer irreparable harm, and the balance of equities and the public interest support the issuance of an injunction.

Dated: May 2, 2025

Amy I. Berman
DC Bar No. 480541
NATIONAL ACADEMY
OF EDUCATION
500 Fifth Street, NW
Washington, DC 20001
(202) 334-2341
aberman@naeducation.org

*Counsel for NAEd*

Respectfully submitted,

*/s/ Samuel Spital*
Samuel Spital,
DC Bar No. NY0248
Morenike Fajana*
Lily Grisafi*
Allison Scharfstein*
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 965-2259
sspital@naacpldf.org
mfajana@naacpldf.org
lgrisafi@naacpldf.org
ascharfstein@naacpldf.org
cburke@naacpldf.org

*Awaiting pro hac vice admission

*Counsel for NAEd and NCME*