*National Academy of Education et al v. Department of Education et al.*
**1:25-cv-01266-TNM**
**U.S. District Court, District of Columbia**

# INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| Ex. 1 | Michael Bastedo Declaration |
| Ex. 2 | Thomas D. Snyder, *120 Years of American Education: A Statistical Portrait*, Nat'l Ctr. for Educ. Stat. (1993), https://nces.ed.gov/pubs93/93442.pdf |
| Ex. 3 | *About IES*, Inst. of Educ. Sci., https://ies.ed.gov/about |
| Ex. 4 | *National Center for Education Statistics (NCES)*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/ |
| Ex. 5 | The EDFacts Initiative, U.S. Dep't of Educ., https://www.ed.gov/data/edfacts-initiative |
| Ex. 6 | *Longitudinal Surveys: Longitudinal Surveys Branch*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/surveys/lsb/ |
| Ex. 7 | *What Works Clearinghouse, What We Do*, Inst. of Educ. Sci., https://ies.ed.gov/ncee/wwc/WhatWeDo |
| Ex. 8 | Executive Order 14242, 90 Fed. Reg. 13,679 (Mar. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/03/improving-education-outcomes-by-empowering-parents-states-and-communities/ |
| Ex. 9 | Jeffrey Mervis, *Cancelling Data Collections Could Imperil Efforts to Improve* U.S. Education, Science (Feb. 12, 2025), https://www.science.org/content/article/canceling-data-collections-could-imperil-efforts-improve-u-s-education-former-trump |
| Ex. 10 | Andrew Ho Declaration |
| Ex. 11 | Rucker C. Johnson Declaration |
| Ex. 12 | Derek Briggs Declaration |
| Ex. 13 | Richard Patz Declaration |
| Ex. 14 | Sean Reardon Declaration |
| Ex. 15 | Suzan Dynarski Declaration |
| Ex. 16 | Terri McCarty Declaration |
| Ex. 17 | Ryan Quinn & Katherine Knott, *$900M in Institute of Education Sciences Contracts Axed*, Inside Higher Ed (Feb. 12, 2025), https://www.insidehighered.com/news/faculty-issues/research/2025/02/12/900m-institute-education-sciences-contracts-axed |
| Ex. 18 | Jonaki Mehta & Cory Turner, Trump Targets Education Department Research Arm in Latest Cuts, NPR (Feb. 10, 2025), https://www.npr.org/2025/02/10/nx-s1-5292444/trump-musk-education-department-schools-students-research-cuts |
| Ex. 19 | Department of Government Efficiency (@DOGE), X/Twitter (Feb. 10, 2025, 7:43 PM ET), https://x.com/DOGE/status/1889113011282907434 |
| Ex. 20 | Press Release, U.S. Dep't of Educ., U.S. Department of Education Initiates Reduction in Force (Mar. 11, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force |

*National Academy of Education et al v. Department of Education et al.*
1:25-cv-01266-TNM
U.S. District Court, District of Columbia

### INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| Ex. 21 | Jill Barshay, *Chaos and Confusion as the Statistics Arm of the Education Department is Reduced to a Skeletal Staff of 3*, Hechinger Rep. (Mar. 14, 2025), https://hechingerreport.org/proof-points-chaos-confusion-statistics-education |
| Ex. 22 | Jonaki Mehta, *Trump's Cuts to Education Department Threaten Money for Schools*, NPR (Mar. 21, 2025), https://www.npr.org/2025/03/21/nx-s1-5330917/trump-schools-education-department-cuts-low-income |
| Ex. 23 | William Steven Barnett Declaration |
| Ex. 24 | Frank Wornell Declaration |
| Ex. 25 | *Common Core of Data*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/ccd/aboutccd.asp |
| Ex. 26 | *Nat'l Ctr. for Educ. Stat., Private School Universe Survey (PSS)*, https://nces.ed.gov/surveys/pss/#:~:text=This%20is%20the%20Private%20School%20Universe%20Survey%20site%2C,download%20questionnaires%2C%20and%20search%20the%20private%20school%20locator |
| Ex. 27 | *National Assessment of Educational Progress*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/nationsreportcard/about/ |
| Ex. 28 | Trends in *International Mathematics and Science Study (TIMSS)*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/timss/overview.asp https://nces.ed.gov/timss/?trk=public_post-text |
| Ex. 29 | *Program for International Student Assessment (PISA)*, Nat'l Ctr. for Educ. Stat., https://nces.ed.gov/surveys/pisa/ |
| Ex. 30 | Carol Lee Declaration |
| Ex. 31 | Beth Tipton Declaration |