# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION,
500 5th Street NW
Washington, DC 20001

and

NATIONAL COUNCIL ON
MEASUREMENT IN EDUCATION
19 Mantua Road
Mt. Royal, NJ 08061

*Plaintiffs*,

vs.

DEPARTMENT OF EDUCATION,
400 Maryland Avenue, SW
Washington, D.C. 20202

and

LINDA MCMAHON, *in her official capacity as Secretary of Education*,
400 Maryland Avenue, SW
Washington, D.C. 20202

*Defendants*.

Civil Action No. 1:25-cv-01266

**DECLARATION OF MICHAEL BASTEDO**

I, Michael Bastedo, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am the Marvin W. Peterson Collegiate Professor of Education in the Center for the Study of Higher and Postsecondary Education at the University of Michigan, where I am also Associate Dean for Research and Graduate Affairs in the Marsal Family School of Education, and affiliated faculty in Organizational Studies, Engineering Education, the

1

Educational Policy Initiative, and the International Institute. I am the founding director of the Michigan Admissions Collaboratory, a practice-to-research center designed to facilitate and promote college admissions research both in the U.S. and internationally.

3. I received my Ph.D. in Administration and Policy Analysis in 2003 and my M.A. in Sociology in 2001 from Stanford University. I received my M.A. in Higher Education in 1996 from Boston College and my B.A. in History in 1994 from Oberlin College.

4. I have spent 27 years working as an academic researcher in higher education and have devoted substantial resources to ensure that I can continue to perform high-quality education research, including obtaining a Ph.D. in the field and publishing numerous journal articles and books.

5. In 2023, I was elected to the National Academy of Education and have been a member of the organization since that time.

6. My scholarly interests are in the governance, politics, and organization of public higher education, with particular interests in college admissions, inequality, and rankings. My recent books are Rethinking College Admissions (Harvard Education Press), American Higher Education in the 21st Century (5th edition) (Johns Hopkins University Press), and The Organization of Higher Education: Managing Colleges for a New Era (Johns Hopkins University Press).

7. I have taught graduate-level courses in "Methods in Educational Research: Qualitative" and "Postsecondary Institutions as Complex Organizations" at the Marsal Family School of Education at the University of Michigan.

8. My scholarly work has relied on access to data collected, analyzed, and disseminated by the Institute of Education Sciences ("IES") and the National Center for

Educational Statistics ("NCES"), research centers within the Department of Education (the "Department").

9. I have previously published numerous papers using NCES data collected by IES, which are published by the top journals in the field, including *Educational Evaluation and Policy Analysis* and the *American Educational Research Journal.*

10. I am also currently working on a project with graduate students and a faculty member at another university that seeks to use HSLS restricted-use data. This project will evaluate whether, and how, taking Advanced Placement Calculus impacts admissions & student success in Science, Technology, Engineering, and Medicine programs.

11. Restricted-use data can only be accessed following a review by the Department, which happens after a license request is submitted.

12. On February 3, 2025, my colleague & I applied for a restricted-use license for HSLS data.

13. On April 2, 2025, I was informed by NCES that all applications for restricted-use data were paused until further notice. Email requests for further information sent by my colleague received no response.

14. Without the restricted-use license, I have no other way of legally accessing this data.

15. I do not have access to any comparable datasets or otherwise have access to the information I need to continue this work. There is no comparable nationally representative dataset of students in the U.S.

16. Around this time, I also learned that IES and NCES had a significant reduction of force. My understanding is that the staff in both centers have been cut by over 90% and that

contracts necessary for the collection, analysis, dissemination, and review of restricted-use data licenses have been cut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025

*Michael Bastedo*