# EXHIBIT 4

An official website of the United States government
The Nation's Report Card    ERIC database for education research



What we do ⌄    Use our work ⌄    Explore funding ⌄    Learn with us ⌄

About us ⌄

Home > National Center for E...

# National Center for Education Statistics (NCES)

Empowering Education with Accurate, Timely, and Nonpartisan Statistical Products





Containing key indicators that summarize important developments and trends using the latest statistics

[View the Condition of Education →](#)



Built on a solid infrastructure to inform education policy and improve practices

[Learn more about NCES →](#)



View our updated calendar to present you with the latest from NCES

[Explore What's New →](#)

Since 1867, NCES has been the federal statistical agency responsible for collecting, analyzing, and reporting data on the condition of U.S. education from early childhood to adult education to help improve student outcomes.

## Explore NCES

- Surveys and programs    +

- Products and publications    +

# Education Demographic and Geographic Estimates (EDGE) Program



The NCES Education Demographic and Geographic Estimates (EDGE) program designs and develops data resources to help understand the social and spatial context of education in the United States. EDGE uses data from the U.S. Census Bureau's American Community Survey to create custom indicators of social, economic, and housing conditions for school-age children and their parents. EDGE also uses spatial data collected by NCES and the Census Bureau to

create geographic locale classifications, school geocodes, school district boundaries, and other types of data to support spatial analysis.

Explore EDGE

## Most recent NCES reports



**FIRST LOOK / ED TAB**

Revenues and Expenditures for Public Elementary and Secondary Education: School Year ...

Publication number: NCES 2025302

View more →



**STATISTICAL ANALYSIS REPORT**

2024 NAEP Mathematics Assessment: Results at Grades 4 and 8 for the Nation, States, a...

**Publication number:** NCES 2024217

View more →



STATISTICAL ANALYSIS REPORT

2024 NAEP Reading Assessment: Results at Grades 4 and 8 for the Nation, States, and D...

**Publication number:** NCES 2024218

View more →

Browse all reports →

# Press Releases

Click the link below to view all NCES Press Releases from 2023-2025

Explore →



# Nation's Report Card

The National Assessment of Educational Progress (NAEP) provides important information about student academic achievement and learning experiences in various subjects. Also known as The Nation's Report Card, NAEP has provided meaningful results to improve education policy and practice since 1969. Results are available for the nation, states, and 27 urban districts.

Learn more

## Latest blogs

BLOG

Happy New Year from the ECLS-K: 2024!

Jan 07, 2025 by Jill McCarroll

View more →

BLOG

Celebrating the ECLS-K: 2024: Learning about Our Nation's Teachers, Principals, and S...

Dec 03, 2024 by Jill McCarroll

View more →

BLOG

Civics Education in Public Schools: Lessons and Activities Around the 2024 Election

Nov 14, 2024 by IES Staff

View more →

BLOG

Common Core of Data (CCD) Nonfiscal Data Releases - How the National Center for Educa...

Nov 04, 2024 by IES Staff

View more →

Browse all NCES blogs →

# Tools to find information

Our data are collected through different tools and surveys. If you still haven't found what you're looking for or if you know exactly what you need, search our wide range of data and tools to find relevant information.

**Education Demographic and Geographic Estimates**

Read More →

**Public School District Finance Peer Search**

Read More →

**Public School Finance Data Visualization**

Read More →

**Elementary/Secondary Information System**

Read More →

Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement

### Our website

Staff directory

Privacy and security policy

Newsflash

### Related sites (external)

U.S. Department of Education

USAJOBS