# EXHIBIT 5

An official website of the United States government  Here's how you know

U.S. Department of Education

HOME  /  DATA

# The EDFacts Initiative

ED*Facts* is a U.S. Department of Education (ED) initiative to collect, analyze, and promote the use of high-quality, pre-kindergarten through grade 12 data.

- Supports planning, policymaking, and management/budget decision-making.
- Centralizes data provided by state education agencies (SEAs).
- Collects data on district and school demographics, program participation, and performance data.

ED*Facts* centralizes performance data supplied by state education agencies (SEAs) with other data assets, such as financial grant information, within the Department to enable better analysis and use in policy development, planning and management. The purpose of ED*Facts* is to:

- Place the use of robust, timely performance data at the core of decision and policymaking in education.
- Reduce state and district data burden and streamline data practices.
- Improve state data capabilities by providing resources and technical assistance.
- Provide data for planning, policy, and management at the federal, state, and local levels.

## More Resources:

- EDPass Log-In (All users)
- ED*Facts* Metadata and Process System (E*MAPS*) Log-In (All Users)
- CCD Data Management System (DMS) Log-in (All users)
- ED*Facts* Resources

**Institute of Education Sciences (IES)**

Page Last Reviewed: October 31, 2024

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

**Educational Resources**

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

Site Notices and Privacy Policies

Accessibility Support

ED Archive

# U.S. Department of Education

     



www.ed.gov

**An official website of the Department of Education**

| About Dept of Education | Accessibility Support | No FEAR Act data | Office of the Inspector General |

| Performance reports | FOIA | Privacy Policy | ED Archive |

Looking for U.S. government information and services? **Visit USA.gov**