# EXHIBIT 6

 An official website of the United States government    The Nation's Report Card    ERIC database for education research

 **National Center for Education Statistics**    What we do ⌄    Use our work ⌄    Explore funding ⌄    Learn with us ⌄    About us ⌄

Home > Surveys & Programs > LSB

**LONGITUDINAL SURVEYS**

# Longitudinal Surveys Branch

NCES longitudinal studies have collected data since 1972. Each study presents their objectives, target populations, collection years, and data sources. We highlight the broad topics for which data are available for analysis for each study.

## Education Levels


**Early Childhood and Elementary Studies**


High School Studies


Postsecondary Studies



Presenting a picture of childhood development and educational experiences ranging from birth through children's elementary school years and into the middle grades. These studies examine child development, school readiness, early educational experiences both in and outside of school, and cognitive, social, emotional, and physical growth.




# Early Childhood Longitudinal Study

Provides important information about children's knowledge, skills, and development from birth through elementary school.

Learn more about the study




# Middle Grades Longitudinal Study of 2017–18

The first study to follow students as they entered and moved through the middle grades.

Learn more about the study



# Contact with questions

## Jill McCarroll

Study Director, ECLS

✉ Jill.McCarroll@ed.gov, ECLS@ed.gov

## Korrie Johnson

Associate Study Director, ECLS

✉ ECLS@ed.gov

## MGLS: Carolyn Grim

Education Statistician, Sample Surveys Division: Longitudinal Surveys Branch
NCES

✉ MGLS@ed.gov

## Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement



## Our website

Staff directory

Privacy and security policy

Newsflash

### Related sites (external)

U.S. Department of Education

USAJOBS



© 2025 The Institute of Education Sciences, All Rights Reserved.

