# EXHIBIT 7



# ABOUT



📄 **WWC E-Brochure (2.7 MB) (Docs/ReferenceResources/WWC_E-Brochure_2016_022417.pdf)**

# What We Do

For more than a decade, the WWC has been a central and trusted source of scientific evidence on education programs, products, practices, and policies. We review the research, determine which studies meet rigorous standards, and summarize the findings. We focus on high-quality research to answer the question "what works in education?"

Why Does Quality Matter in Education Research? Not all education research is equal. Identifying well-designed studies, trustworthy research, and meaningful findings to inform decisions and improve student outcomes can be tricky. That's where the WWC comes in.

---



📄 **What is the WWC? (1.2 MB) (Docs/referenceresources/SWAT-What-is-the-WWC-v2_508.pdf)**
This infographic provides a brief overview of the mission, purpose, and audience of the WWC.

---



📄 **How the WWC Rates
a Study (1.2 MB)
(Docs/referenceresources/wwc_info_rates_061015.pdf)**
Discover more about the process the WWC uses to determine whether a study meets standards.



📄 **Making an Intervention Report (1.2 MB)
(Docs/referenceresources/wwc_info_making_061015.pdf)**
Find out how the WWC summarizes all information on a given intervention, program, policy, or practice.



📄 **Reporting What
Works (1.2 MB)
(Docs/referenceresources/wwc_info_reporting_061015.pdf)**
Learn how the WWC summarizes and reports on the studies that meet standards within an intervention report.