# EXHIBIT 9

5/2/25, 9:44 AM                                     Canceling data collections could imperil efforts to improve U.S. education, a former Trump appointee warns | Science | AAAS

Case 1:25-cv-01266-TNM    Document 14-11    Filed 05/02/25    Page 2 of 7

HOME  >  NEWS  >  SCIENCEINSIDER  >  CANCELING DATA COLLECTIONS COULD IMPERIL EFFORTS TO IMPROVE U.S. EDUCATION, A FORMER TRUMP APPOINTEE WARNS

SCIENCEINSIDER | PEOPLE & EVENTS

# Canceling data collections could imperil efforts to improve U.S. education, a former Trump appointee warns

Ex-head of National Center for Education Statistics describes impact of massive halt to survey research

12 FEB 2025  •  5:40 PM ET  •  BY JEFFREY MERVIS



The U.S. National Center for Education Statistics tracks what's happening in schools across the country.   ERIC THAYER/AP

SHARE:        

The sudden cancellation Monday of hundreds of millions of dollars of government contracts to collect information on the state of U.S. education will blind the government to important trends from preschool to college and beyond, according to education researchers angered by the move. The decision to terminate a reported 169 contracts at the National Center for Education Statistics (NCES) follows other assaults on federal statistical agencies triggered by a slew of executive orders from President Donald Trump. It was orchestrated by the administration's so-called Department of Government Efficiency led by Elon Musk, which said the cancellation affects $881 million in multiyear commitments.

Scientists opposed to the move say it promises to disrupt research on the problems in U.S. schools, including declining student mental health, the growing gap between low- and high-achieving students, and rising chronic absenteeism.

"In my view, the termination of these contracts is capricious and wasteful and cruel," says sociologist Adam Gamoran, president of the William T. Grant Foundation, which supports research seeking to improve the lives of young people. "It's taking a sledgehammer to what should have been a judicious process of evaluating those contracts, the vast majority of which are worth the investment."

---

**SIGN UP FOR THE AWARD-WINNING *SCIENCE*ADVISER NEWSLETTER**

The latest news, commentary, and research, free to your inbox daily

**SIGN UP >**

---

Former President Joe Biden picked Gamoran last year to run the Department of Education's Institute of Education Sciences (IES), which includes NCES, but the Senate failed to act on the nomination before adjourning in December 2024. He would have succeeded Mark Schneider, a Trump appointee who led IES until last year.

Schneider has a much rosier view of the move, saying it portends broader reforms at an agency he feels hasn't kept up with the times. "They did [i]n 1 day what I couldn't do in 6 years," Schneider said on the Bellwether podcast. "Incremental change doesn't work, so I'm a little jealous."

Education policy analyst James "Lynn" Woodworth led NCES during the first Trump administration and is now a research fellow at the Hoover Institution, a conservative think tank at Stanford University. Woodworth described to *Science* how the cancellations will affect nearly all federal education statistical efforts and the researchers who rely on the data.

**Q: Why is ending these contracts such a big deal for NCES?**

**A:** Unlike other federal statistical agencies, NCES can use only a tiny slice of the money IES gets from Congress to hire staff to carry out these duties. So it has to contract out almost all of its work. NCES has fewer than 100 employees, and more than 1000 contractors.

**Q: What's the immediate impact on the work now going on?**

**A:** Some of these surveys are now in the field. For others, researchers are analyzing the data that's been collected. All of that work is being stopped, immediately, which means all the money that's been spent getting to that point is just wasted.

**Q: What will happen to the data?**

**A:** It's not clear. NCES doesn't have its own data center, because NCES has never been given the funds to set one up and hire people to run it. So the data are held by the contractors. And when their contract is terminated, is the money for data storage also being terminated?

**Q: The Department of Education has said its decision won't affect the National Assessment of Educational Progress (NAEP), dubbed the nation's "report card," a massive activity managed by NCES. But it relies on data from other NCES surveys that have now had their contracts terminated. What's your take?**

**A:** NAEP is based on the test results of a small but representative sample of U.S. students. To figure out which students or which school should be included in your sample, you need the data from the CCD [Common Core of Data, an NCES-managed database on students in U.S. public schools]. Another NCES survey, the PSS [Private School Survey], provides NAEP with the same data for private schools. Without the data from the CCD and the PSS [whose contracts are now terminated], you can't select and create a proper sample. And that is true not just for NAEP. It will affect every researcher in the country who uses CCD as the frame for sampling and weighing of their survey population.

**Q: Department of Education officials have said they hope to save the government money by rebidding the contracts. How feasible is that?**

**A:** There's a very high entry cost to doing this work, because of the expertise needed to do the data collection and also to understand how the U.S. educational system is structured. Contractors have to do everything. They have to create the sample frame [the pool of potential respondents]. They have to provide the analysts, the computer system, and the equipment and people to actually do the data collection for dozens of longitudinal surveys. It's very hard for new companies to participate. Sometimes there are only two or three legitimate bidders on a contract.

5/2/25, 9:44 AM                          Canceling data collections could imperil efforts to improve U.S. education, Q&A with ex-Trump appointee warns | Science | AAAS

Case 1:25-cv-01266-TNM    Document 14-11    Filed 05/02/25    Page 4 of 7

**Q: Some researchers see canceling contracts as a precursor to the Trump administration eliminating NCES and IES because their work doesn't align with the president's executive orders—in particular, those ending diversity programs. Are you worried about that?**

**A:** IES has been authorized by Congress [under the 2002 Education Sciences Reform Act], so I don't think they can legally shut it down. And the law orders NCES to collect information on a long list of topics. But they can starve it of resources and, in effect, accomplish the same thing.

It's also important to remember that all 13 federal statistical agencies, including NCES, don't collect data just for the executive branch. They are collecting data requested by the legislative branch, and by the judiciary for making its decisions, as well as data for the American public. Plus, they're not collecting data just for the current chief executive. The data are also to help future presidents make good decisions. That's why it's important for the federal statistical system to be independent.

doi: 10.1126/science.z4ou69q

**RELEVANT TAGS:**

PEOPLE & EVENTS     SCIENTIFIC COMMUNITY     TRUMP ADMINISTRATION

## ABOUT THE AUTHOR



**Jeffrey Mervis**
Author

Jeff Mervis tries to explain how government works to readers of *Science*.

## MORE FROM NEWS



1 MAY 2025
**Thousands buried in 17th century Italian crypt reveal lives of working poor**
BY ANDREW CURRY



1 MAY 2025
**Crucial training pipeline for Deaf scientists dismantled by NIH funding cuts**
BY PHIE JACOBS



1 MAY 2025
**After 100 days of upheaval, what's next for U.S. science?**
BY JEFFREY MERVIS

VIEW MORE >

## TRUMP TRACKER ⓘ



16 APR 2025    |    BY SCIENCE NEWS STAFF
**NIH's 40% off budget, DOE cost cap blocked, and Seth Rogen defends science: Trump Tracker**

VIEW MORE >

Got a tip for Science's news department?    CONNECT >

**Sign up for ScienceAdviser**

Get *Science*'s award-winning newsletter with the latest news, commentary, and research, free to your inbox daily.

SUBSCRIBE ›

## SCIENCEINSIDER



**1 MAY 2025** | BY PHIE JACOBS
**Crucial training pipeline for Deaf scientists dismantled by NIH funding cuts**



**30 APR 2025** | BY JEFFREY MERVIS
**Senators from both parties criticize Trump's moves against NIH**



**30 APR 2025** | BY SARA REARDON
**New NIH office to reduce use of animals in research**



**30 APR 2025** | BY KAI KUPFERSCHMIDT
**Trump's team, often accused of spreading misinformation, slashes misinformation research**

VIEW MORE ›

## SIFTER



**25 APR 2025** | BY CHRISTA LESTÉ LASSERRE
**Ice age couture: Ancient people tailored form-fitting clothing from reindeer pelts**



**18 APR 2025** | BY CHRISTIE WILCOX
**Superprecise lasers show people a whole new color**



**10 APR 2025** | BY JENNA AHART
**Medieval manuscripts were bound in baby seal fur**

**11 MAR 2025** | BY JOCELYN KAISER
**Gene editing fixes DNA—and treats incurable lung and liver disease**

VIEW MORE ›

## RECOMMENDED

**LETTER** | **AUGUST 2009**
**How to Improve U.S. Education**

5/2/25, 9:44 AM   Canceling data collections could imperil efforts to improve U.S. education, former Trump appointee warns | Science | AAAS

Case 1:25-cv-01266-TNM   Document 14-11   Filed 05/02/25   Page 6 of 7

**NEWS & COMMENT** | DECEMBER 1962

### Education: New U.S. Commissioner Gets a Stronger Hand



12 JAN 2018 | BY JEFFREY MERVIS

### From band director to chief data cruncher: Trump's choice to lead U.S. education statistics agency raises eyebrows

**LETTERS** | AUGUST 2007

### Data-Driven Education Research

**SPONSORED** | **WEBINAR** | SCIENCE AND LIFE | 8 MAY 2025

### Redefining Connection: How young people are shaping the future of the rare disease community through technology and innovation

---

# RELATED JOBS

### Chair, Physiology And Cell Biology
University of Nevada, Reno
Reno, Nevada (US)

### Executive Director, Animal Health Diagnostic Center and Associate Dean
Cornell University
Ithaca, New York

### Director, Queensland Brain Institute
The University of Queensland (UQ)
Brisbane (Suburb), South East Queensland (AU)

**MORE JOBS ▶**

---

    

**FOLLOW US**

GET OUR NEWSLETTER

## NEWS

- All News
- ScienceInsider
- News Features
- Subscribe to News from Science
- News from Science FAQ
- About News from Science
- Donate to News

## COMMENTARY

- Opinion
- Analysis
- Blogs

## CAREERS

- Careers Articles
- Find Jobs
- Employer Hubs

## JOURNALS

- Science
- Science Advances
- Science Immunology

Science Robotics

Science Signaling

Science Translational Medicine

Science Partner Journals

**AUTHORS & REVIEWERS**

Information for Authors

Information for Reviewers

**LIBRARIANS**

Manage Your Institutional Subscription

Library Admin Portal

Request a Quote

Librarian FAQs

**ADVERTISERS**

Advertising Kits

Custom Publishing Info

Post a Job

**RELATED SITES**

AAAS.org

AAAS Communities

EurekAlert!

Science in the Classroom

**ABOUT US**

Leadership

Work at AAAS

Prizes and Awards

**HELP**

FAQs

Access and Subscriptions

Order a Single Issue

Reprints and Permissions

TOC Alerts and RSS Feeds

Contact Us



© 2025 American Association for the Advancement of Science. All rights reserved. AAAS is a partner of HINARI, AGORA, OARE, CHORUS, CLOCKSS, CrossRef and COUNTER.

Terms of Service | Privacy Policy | Accessibility