# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASURGMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. 1:25-cv-01266-TNM |

**DECLARATION OF ANDREW HO**

I, Andrew Ho, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am a psychometrician, appointed as the Charles William Eliot Professor of Education at Harvard University. In 2012 and 2016, I was appointed by two different U.S. Secretaries of Education to the National Assessment Governing Board in the role of Testing and Measurement Expert. For this board that governs the National Assessment of Educational

1

Progress ("NAEP"), I chaired the standing committee on Standards, Design, and Methodology from 2015 to 2020. I am a trustee of the Carnegie Foundation for the Advancement of Teaching.

3. I received my Ph.D. in Educational Psychology in 2005 and M.S. in Statistics in 2003 from Stanford University. I received my Sc.B. in Neuroscience in 1999 from Brown University.

4. I completed a one-year term as President of the National Council on Measurement in Education ("NCME") on April 25, 2025. I now serve the organization as the Immediate Past President on the Executive Committee of the NCME Board of Directors. I have been an NCME member since 2001.

5. I was elected to the National Academy of Education in 2021 and have been an active member since then.

6. I am recognized within my profession as a leading expert on the appropriate use of test scores in educational monitoring and accountability systems. I have published dozens of articles that clarify the kind and quality of evidence necessary for measuring educational growth and progress for students, schools, districts, and states.

7. I serve on Technical Advisory Committees that provide independent expert guidance to state agencies about the validity and reliability of state testing systems. I currently serve on seven of these committees: Texas, New York, Rhode Island, Massachusetts, California, Hawaii, and Maryland.

8. I teach graduate-level courses in applied statistics and measurement in education. In the 2024-2025 school year, I taught "Statistical and Psychometric Methods for Educational Measurement" and "Intermediate and Advanced Statistical Methods for Applied Educational Research" at the Harvard Graduate School of Education.

9. My research heavily relies on access to data collected, analyzed, and disseminated by the Institute of Education Sciences ("IES"), a research agency within the Department of Education (the "Department").

10. For example, I am a founding collaborator for the Stanford Education Data Archive ("SEDA"), the primary data product of the Educational Opportunity Project ("EOP") at Stanford University. My colleague Sean Reardon and I began this research together at Stanford in 2009. EOP conducts educational research and produces publicly available data. SEDA is the flagship data product, a national database of academic performance. We provide these data to help educators, researchers, and policymakers monitor and improve educational opportunities nationwide.

11. This SEDA dataset is available to researchers and the public at the website https://edopportunity.org/ both as downloadable files and in a visualizable map and scatterplots. The public can use these estimates to view the average academic performance and growth of their schools and districts in the context of state and national data. No other dataset enables nationwide comparison of school- and district-level achievement with the same scope, validity, and reliability. Our work products have been downloaded tens of thousands of times.

12. SEDA relies on IES datasets, specifically NAEP and EDFacts. NAEP enables us to compare state test scores to each other. EDFacts enable us to compare school and district scores to each other. We use statistical and psychometric methods to link or "stitch" these datasets together for a comprehensive perspective on academic opportunity. This work would not be possible without these datasets.

13. Our research and contributions have won numerous awards, including the Significant Contribution to Educational Measurement and Research Methodology from the

American Educational Research Association and the Annual Award for Exceptional Achievement in Educational Measurement from the National Council on Measurement in Education. These awards would not be possible without these data.

14. We also rely on restricted-use datasets that are not available to the public. Publicly available data are often masked when sample sizes are small, for small schools and small student groups. This would prevent us from being able to estimate achievement and growth for small schools, like those in rural areas, or sociodemographic groups that have small sample sizes. The restricted-use data that IES houses in the EDFacts database enables us to estimate achievement for these schools and districts accurately.

15. From NAEP via IES and the National Center for Educational Statistics ("NCES"), we also require a set of data called "expanded population estimates." These expanded population estimates are necessary to accurately compare students' academic skills across states and schools by accounting for changes in percentages of English Language Learners and Students with Disabilities. They are not publicly available from any other source.

16. In February and March 2025, public reports stated that IES, including NCES and the National Center for Education Evaluation (NCEE) have had a significant reduction of force. My understanding is that the staff in both centers have been cut by over 90%, and that contracts necessary for the collection, analysis and maintenance of datasets such as NAEP and EDFacts, have also been cut.

17. My work requires not only continued collection and access for these data but also data quality and reliability. With such a significant reduction in staff across IES, I do not believe that it is possible to ensure that data I need such as NAEP and EDFacts are valid and reliable and meet high methodological standards as statute requires.

4

18. For example, I am currently conducting research to identify whether state trends in test scores are comparable on state tests versus NAEP. My past work has documented discrepancies in these trends that suggest that state trends may not always be trustworthy. Completing this research requires that NAEP data in 2026 is comparable or "equated" to NAEP data in 2024. The disruptions to the data collection timeline and reductions in force will prevent necessary analyses to verify the comparability of scores.

19. One of the EOP's primary goals is to provide the public with robust, up-to-date educational data. I cannot continue my work on the EOP, particularly our analysis of measurement tools and measured trends across states, without access to NAEP and EDFacts data.

20. My research and work help to improve our understanding of the causes, patterns, trends, and consequences of social and educational inequality. My inability to continue this research and work due to the Department's actions will make it harder to address disparities in our educational system for marginalized students, and harder to identify factors that lead to better schools for all students.

21. I have also been impacted by cancelled contracts by the Department. For example, I was scheduled to begin work under a Mathematica contract to advise the improvement of the What Works Clearinghouse (WWC), an IES resource that enables educators and policymakers to make evidence-based choices among policies and practices that work. I was scheduled to develop minimum requirements for new outcome measures that would encourage researchers to develop high-quality measures where established measures are lacking. I would also improve the information that the WWC collects about outcome measures to help education decision makers put research findings into context. On February 11, 2025, I learned that this

contract was cancelled, and I am no longer able to perform this work.

22.     My research helps to improve public understanding of whether students have equal access to educational opportunities. My inability to continue this research and work due to the Department's actions will make it harder to understand and address disparities in our educational system for marginalized students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025

*Andrew Ho*