# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASUREMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. _____ |

**DECLARATION OF RUCKER C. JOHNSON**

I, Rucker C. Johnson, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am the Chancellor's Professor of Public Policy at the Goldman School of Public Policy at the University of California, Berkeley, and a faculty research associate at the National Bureau of Economic Research. As a labor economist who specializes in the economics of education, my work considers the role of poverty and inequality in affecting life chances.

1

3. In 2020, I was elected to the National Academy of Education and have been a member of the organization since that time. I have previously been invited to present my research several times over the years to the National Assessment Governing Board.

4. I am also the Sir Arthur Lewis Fellow of the American Academy of Political and Social Science and a member of the American Academy of Arts & Sciences.

5. I received my Ph.D. in Economics from the University of Michigan in 2002; my M.A. in Economics from the University of Michigan in 1997; and my B.A. in Economics from Moorehouse College in 1995.

6. I have spent 23 years working as an academic researcher.

7. My scholarly work relies on access to data collected, analyzed, and disseminated by the Department of Education's Institute of Education Science ("IES") and its research centers, including the National Center for Educational Statistics ("NCES").

8. Based on public reporting, I have been made aware that IES and NCES have had a significant reduction in force and that contracts necessary for the collection of data have been cut.

9. The playing field of equal opportunity is tilted against children whose parents are lower-income and racial/ethnic minorities. Education policies that promote access to well-resourced, high-quality pre-K-12 public schools play important roles in leveling that playing field to help ensure equal educational opportunity is a reality. The dismantling of IES prohibits the data needed to create and test these education policies.

10. The identification of educational opportunity gaps is made possible by the consistent data-collection efforts of the Common Core data ("CCD"), collected from 1987-2024, and the Office of Civil Rights-Civil Rights Data Collection, collected from 1968-2024, which together include essential information for the entire universe of public schools and districts that I

use to document the level of and changes in school segregation, school resource equity, and disproportionalities in school disciplinary actions over time, along with many other aspects. The CCD also helps provide the representative sampling frame for the proper carrying out of the congressionally-mandated National Assessment of Educational Progress ("NAEP"). For example, I am currently using this data across all US K-12 public schools to analyze the determinants and consequences of school and neighborhood segregation between racial/ethnic and economic groups in states, counties, metropolitan areas, and school districts over the past several decades. The data enable me to construct grade-by-grade level segregation indices and school resource measures to examine at what stage of child development are educational opportunity gaps most pronounced and help identify what education policy responses are most effective in addressing them.

11. Understanding how students are performing academically and what schools can do to improve is strongly influenced by, and dependent upon, access to rigorous analyses of these data and their consistent collection over time. The cancellation of the long-term NAEP (trend) math & reading assessments for 17-year-olds—compounded by the dismissal of NCES expertise that cannot be easily replaced—will compromise the integrity of the learning assessment program and the scientific quality of NAEP.

12. For example, in my own research, I rely on this data to analyze student-achievement outcomes for all public-school students in California that are NAEP-normed in order to compare across kindergarten cohorts, years, grades, and subjects relative to the national average achievement for the cohort that entered kindergarten in 2005. NAEP is necessary to address the issue of comparability when states have different state learning assessment instruments, and the state testing instrument of academic achievement changes over time. Without access to the NAEP data, this project is not possible.

13. Because these data provide the yardsticks and barometer-applied metrics for student outcomes and school processes, IES staff and contract cuts will, in turn, limit the transparency of student progress, hinder research that informs effective instruction, and block paths to accelerate learning in the aftermath of the pandemic-induced learning loss.

14. My research, and that of other leading scholars, has shown that the design features of Title I and school-funding formulas more generally matter for student achievement – e.g., how to optimally design to ensure federal & state funds supplement not supplant local effort to raise funds – and requires ongoing IES data collection efforts and access to these types of data. Cuts to data collection and access may therefore affect the distribution of Title I funding, undermine the effectiveness of the agency's anti-discrimination enforcement arm that protects students' civil rights, and leave economically disadvantaged students more vulnerable.

15. Continued IES data collection is necessary for the objective scientific inquiry that will support the functioning and quality of our public school system for the ever-changing and increasing racial/ethnic, socioeconomic, and linguistic diversity of America's schoolchildren (including the growing numbers of multilingual learners).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2025.

*Rucker Johnson*
_____
*Rucker C. Johnson*