# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, <br> 500 5th Street NW <br> Washington, DC 20001 <br><br> and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION <br> 19 Mantua Road <br> Mt. Royal, NJ 08061 <br><br> *Plaintiffs*, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br><br> and <br><br> LINDA MCMAHON, *in her official capacity as Secretary of Education*, <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br><br> *Defendants*. | Civil Action No. 1:25-cv-01266 |

**DECLARATION OF DEREK BRIGGS**

I, Derek Briggs, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a Professor of Education at the University of Colorado Boulder and Director of the Center for Assessment, Design, Research, and Evaluation. I teach graduate-level courses in psychometrics and applied statistics.

3. I received my Ph.D. in Education with a specialization in Quantitative Methods in 2002

1

from the University of California Berkeley. I received my B.A. in Economics in 1993 from Carleton College.

4. I have spent 25 years working as an academic researcher.

5. I am a member of the National Academy of Education and the National Council on Measurement in Education.

6. My research focuses on the design and validation of large-scale educational assessments, the development of statistical methods to support causal inference in education, and the interpretation of student growth measures. A central strand of my work involves evaluating the technical quality and validity of NAEP, the "Nation's Report Card," which plays a crucial role in monitoring educational progress and informing education policy at the national, state, and district levels.

7. The Institute of Education Sciences (IES) within the Department of Education, particularly through its National Center for Education Statistics (NCES), has been critical to my research. My work relies heavily on access to datasets produced, curated, and validated by NCES, including public-use and restricted-use NAEP data.

8. I serve on numerous technical advisory committees for state assessment programs funded through the provisions of Every Student Succeeds Act (ESSA), the 2015 reauthorization of the Elementary and Secondary Education Act (ESEA). I have also served on two advisory committees specific to the National Assessment for Educational Progress (NAEP).

9. As a member of the NAEP Validity Studies Panel (NVS; a NCES contract managed by the American Institutes of Research (AIR)), I was contracted to complete a study during 2024 using national and state-level data maintained by NCES. In this study, titled "How NAEP Mathematics Subscales and Subscale Weights Can Inform Policy Research?" I take up the

2

important issue of whether NAEP composite scores can be expected to adequately align to the learning outcomes that an educational policy is intended to affect. The study has important implications for the frequent use of NAEP scores for policy analysis, and it also has important implications for the measurement practice of reporting "subscale scores" (e.g., student proficiency in geometry vs. student proficiency in data analysis).

10. A final written draft of this study went through revisions and review with AIR and NCES staff from July 2024 through February 2025.

11. On March 3, 2025, I was informed by an email from AIR staff that all NVS activities and products were under a "stop order." The NVS Panel, which provided independent oversight of NAEP's technical and validity frameworks, was put "on pause." This halts essential work assessing whether NAEP results remain reliable and valid — an evaluation that is fundamental to maintaining the credibility of NAEP for policymakers, researchers, and the public.

12. On April 10, 2025, I was informed through professional networks and public reporting that key contracts supporting the analysis and quality assurance of NAEP data had been canceled by the Department of Education, and that the workforce at NCES had been subjected to drastic reductions exceeding 90%. It is my understanding that only two NCES staff who have experience with NAEP remain.

13. Our NVS study, complete for over a year, is now in limbo, and with no staff at AIR or NCES able to take it up, it has not been published at https://www.air.org/project/naep-validity-studies-nvs-panel.

14. The apparent dissolution of the NVS Panel and firings of NCES staff comes at a time when there is great need for new prospective studies to ensure that NAEP remains the "gold

standard" for educational assessment as it transitions to new frameworks for math and reading in 2026, and as the program attempts to build upon advances in Artificial Intelligence to stay on the cutting edge of new item development.

15. Reporting by Jill Barshay of the Hechinger Report calls into question the ability of what remains of NCES to carry out the legislative mandate to administer and maintain NAEP in the coming years.

16. I do not believe that NAEP data can continue to be collected to the highest methodological standards as required by law if there are hardly any staff or contractors available to perform this work.

17. Lack of research into NAEP's validity will cause longstanding and irreparable harm to the educational community and the broader public. Policymakers will lose a trustworthy barometer of student achievement trends, and underserved student populations will become even more invisible in the national education discourse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025

*Derek C. Briggs*

Derek C. Briggs

4