# EXHIBIT 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION,
500 5th Street NW
Washington, DC 20001

and

NATIONAL COUNCIL ON
MEASUREMENT IN EDUCATION
19 Mantua Road
Mt. Royal, NJ 08061

*Plaintiffs*,

vs.

DEPARTMENT OF EDUCATION,
400 Maryland Avenue, SW
Washington, D.C. 20202

and

LINDA MCMAHON, *in her official capacity as Secretary of Education*,
400 Maryland Avenue, SW
Washington, D.C. 20202

*Defendants.*

Civil Action No. _____

**DECLARATION OF RICHARD PATZ**

I, Richard Patz, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information shared with me in my capacity as Executive Director of the National Council on Measurement in Education (NCME).

2. I received my Ph.D. in Statistics in 1996 and M.S. in Statistics in 1993 from Carnegie Mellon University. I received my B.A. in Mathematics from Grinnell College in 1988.

1

3. I have conducted research using data from the National Center for Education Statistics (NCES), including the National Assessment of Educational Progress (NAEP) and the National Assessment of Adult Literacy (NAAL). In performing this research, I have obtained licenses for access to restricted-use data and understand how access to such data is essential for such research.

4. I have studied the statistical methodology of NAEP and described the complex chain of analyses performed by multiple contractors that enable the reliable reporting of trends in academic achievement for the nation and individual states. I have published research based on the analysis of NAEP data in peer-reviewed academic publications.

5. I have worked closely with NCES contractors and NCES staff conducting work on NAEP, in particular, research and development work on the NAEP background questionnaire and the development of refined measures of socio-economic status (SES) to improve the accuracy and relevance of NAEP results for policy analysis. I have observed the essential role of NCES staff in maintaining stability in NAEP while fostering innovation to improve accuracy and efficiency.

6. I have been appointed a visiting scholar at the University of California, Berkeley, and at Stanford University. I currently serve as a Distinguished Research Advisor at the Berkeley Evaluation and Assessment Research (BEAR) Center at the University of California, Berkeley, where I collaborate with faculty, advise graduate students and post-docs, and guide research projects.

7. For over twenty-five years I have worked in scientific and executive roles in educational measurement organizations, where I have developed a deep understanding of technical, statistical, and operational aspects of large-scale educational assessments. In particular, I have observed the sensitivity of assessment results and trends to disruptions in operational,

methodological, and data management procedures.

8. I have served on numerous standing and ad-hoc technical advisory committees related to educational assessment programs. I currently serve on technical advisory committees for four states—Delaware, Indiana, Ohio, and West Virginia—where I advise on educational assessments required by federal law.

9. In my organizational and advisory roles, I have observed how changes implemented without proper planning and quality assurance lead to unreliable or inaccurate results and a loss of public trust in educational measurement programs.

10. Since January 2023, I have served as the Executive Director of the National Council on Measurement in Education (NCME). I have been a member of NCME since 1995 and active in the educational-research community for thirty years. I previously served as the elected president of NCME in 2015-16. I am familiar with full breadth of the NCME's activities.

11. NCME is a professional organization founded in 1938 for individuals involved in assessment, evaluation, testing, and other aspects of educational measurement. NCME has 1,870 members who are education researchers and measurement experts involved in the construction and use of standardized tests; new forms of assessment, including performance-based assessment; program design; and program evaluation.

12. NCME members include university faculty; test developers; state and federal testing and research directors; professional evaluators; testing specialists in business, industry, education, community programs, and other professions; licensure, certification, and credentialing professionals; graduate students from educational, psychological, and other measurement programs; and others involved in testing issues and practices.

13. NCME has five primary organizational goals: 1. Advance the science and

scholarship of educational measurement; 2. Promote knowledge, understanding, and implementation of best practices in educational measurement; 3. Increase and strengthen partnerships to improve assessment policy and practice; 4. Create and maintain a vibrant, diverse, and inclusive community of measurement practitioners and researchers; and 5. Provide members with a strong professional identity and intellectual home.

14. As part of achieving its goals, NCME publishes three journals: Educational Measurement: Issues and Practice (EM:IP), Journal of Educational Measurement (JEM), and Chinese/English Journal of Educational Measurement and Evaluation (CEJEME). These journals publish peer-reviewed scientific articles that are highly respected and widely cited by scholars.

15. A significant number of articles in these journals use data collected and disseminated by the Institute for Education Sciences (IES). Without new IES data collections and research, NCME will publish less research in its journals, which, according to our bylaws, is a "principal means by which the Council accomplishes its purposes." Additionally, five articles published in NCME journals in 2024 explicitly acknowledged receiving support from IES to help fund their writing.

16. As a part of achieving its goals, NCME holds an annual research conference, the NCME Annual Meeting, during which peer-reviewed research is presented, discussed, and critiqued.

17. A significant number of research papers and posters presented at the Annual Meeting involve research supported by IES and/or using IES data. A keyword search of the 2025 Annual Meeting held in Denver in April 2025 identifies 18 separate records with NAEP as a keyword, for example. These include papers analyzing NAEP data, critiquing NAEP methods, and examining issues of inequality revealed through the study of restricted-use NAEP data files. A

number of these papers presented research by graduate students who were able to access restricted-use NAEP data as a part of summer internship programs. Additionally, a keyword search for "TIMSS" revealed 9 records of papers, posters or sessions in the 2025 NCME Annual Meeting related to this IES-supported international assessment program.

18. On or about February 15, 2025, I was made aware through public reporting and professional networks that IES has had a significant reduction of force. My understanding is that the staff in IES has been cut by over 90%, and that contracts necessary for the collection, analysis and maintenance of datasets have also been cut. I also became aware from public reporting in the same timeframe that almost all of staff in NCES were eliminated.

19. The reductions to IES and the undermining of its data collection practices directly impact NCME, undermine our mission, interfere with our members' ability to perform research, diminish our ability to produce, publish and disseminate scholarship, and threaten to disrupt the reliable measurement of trends in academic performance and undermine public confidence in educational measurement.

20. The magnitude of reductions to IES and NCES necessarily introduce substantial risks to the educational measurement programs, including NAEP and TIMSS, that measure trends in academic performance and rank states and nations in ways that the public has come to rely upon. Changes of this magnitude are expected based on my experience observing other educational assessment programs to negatively impact accurate and timely reporting of assessment results and the ability of myself and other NCME members to study trends in educational achievement based on these results. Based on my experience, the type of disruptions currently occurring at IES substantially risk irreparably harms to the educational assessment programs and public confidence in educational measurement.

21. The lack of access to IES data is now interfering with NCME members' critical research work. For example, I am aware that: NCME member Sean Reardon's research using data from ECLS-K and NAEP is harmed by cancelled IES contracts; NCME member Derek Briggs' scholarship on NAEP validity has been interrupted by an ordered cessation of activities of the NAEP Validity Studies program; and NCME member Andrew Ho's research using data from NAEP and EDFacts, and his advisory work related to IES's What Works Clearinghouse, are negatively impacted. Given the prominence of IES data in the scholarship that NCME members produce, and based on conversations with members and review of NCME's activities, I believe that no less than several dozen NCME members are currently negatively impacted by the significant reduction in force and contract terminations at IES.

22. The cancellation of IES contracts and related stop-work orders have prevented NCME members from attending the NCME Annual Meeting to share their research. Several presentations were withdrawn because access to the data upon which the presentations were based had been retracted. More than 50 individuals required financial support to attend the annual meeting due to direct or indirect impacts from the cancellation of IES contracts and support for education research. Several members could not attend without financial support due to lost employment directly resulting from cancelled IES contracts. Many graduate students required support due to pullbacks in support from higher education institutions related to cutbacks in federal funding for education research, including cancelled IES contracts. NCME committed over $50,000 in funds to support our members facing these challenges, an action unprecedented for our organization.

23. The IES reductions and data restrictions directly impact NCME's work to create and maintain a vibrant, diverse, and inclusive community of measurement practitioners and

researchers, by diminishing research opportunities for our graduate student members. For example, the program that enabled graduate members to study educational inequality using restricted-use NAEP data in summer internship programs, cannot continue without support and data access from IES. The future of the field of educational measurement and the interests of NCME will be irreparably harmed as their ability to perform research, write doctoral dissertations, develop experience in practical and scholarly work, and contribute knowledge and understanding to the field of educational measurement is lost.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025

Richard J. Patz

Executive Director of NCME