# EXHIBIT 14

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, <br> 500 5th Street NW <br> Washington, DC 20001 <br><br> and <br><br> NATIONAL COUNCIL ON <br> MEASUREMENT IN EDUCATION <br> 19 Mantua Road <br> Mt. Royal, NJ 08061 <br><br> *Plaintiffs*, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br><br> and <br><br> LINDA MCMAHON, *in her official capacity as Secretary of Education*, <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br><br> *Defendants*. | Civil Action No. _____ |

## DECLARATION OF SEAN REARDON

I, Sean Reardon, declare as follows:

1.     I am over the age of 18 and competent to testify to the matters described below.

2.     I am a Professor of Education and (by courtesy) Sociology at Stanford University, and a Senior Fellow at the Stanford Institute for Economic Policy Research.

3.     I received my Ed.D. in Educational Administration, Planning, and Social Policy in 1997, and my M. Ed in Educational Administration, Planning, and Social Policy in 1992 from

Harvard University. I received my M.A. in International Peace Studies in 1991 and my B.A. in Liberal Studies in 1986 from the University of Notre Dame.

4.    I have spent more than 30 years working as an academic researcher.

5.    My research investigates the causes, patterns, trends, and consequences of social and educational inequality and the conditions that lead to academic success for all students. In particular, I study issues of residential and school segregation and of racial/ethnic and socioeconomic disparities in academic achievement and educational success. My primary research examines the relative contribution of family, school, and neighborhood environments to racial/ethnic and socioeconomic achievement disparities.

6.    In addition, my work develops methods of measuring social and educational inequality, including the measurement of segregation and achievement gaps, and methods of causal inference in educational and social science research.

7.    I have published dozens of articles regarding social and educational inequality, including on topics such as school desegregation efforts, racial/ethnic, economic, and gender achievement gaps, and school readiness for elementary school students.

8.    I have been a member of the National Academy of Education since 2014 and am currently an active member.

9.    I am currently an active member of the National Council on Measurement in Education.

10.    I teach graduate courses in applied statistical methods, with a particular emphasis on statistical measurement of educational success, and the application of experimental and quasi-experimental methods to the investigation of issues of educational policy and practice.

11.    In the 2024-2025 school year, I taught courses in Advanced Topics in Quantitative

Policy Analysis, Educational Opportunity Research and the Quantitative Study of Educational and Social Inequality.

12.    I am the faculty director of "The Educational Opportunity Project" (EOP) at Stanford University, which I work on with other researchers at Stanford and Andrew Ho at Harvard University. The EOP constructs educational research and produces publicly-available data on academic performance in every school district and school in the U.S. It provides these data to help educators, researchers, and policymakers monitor and improve educational opportunities nationwide.

13.    My research relies heavily on access to data collected, analyzed, and disseminated by the Institute of Education Sciences ("IES"), a research agency within the Department of Education (the "Department").

14.    Specifically, my research on educational inequality and the EOP relies on the data from the National Assessment for Educational Progress (NAEP), Ed*Facts*, and the Early Childhood Longitudinal Study: Kindergarten (ECLS-K).

15.    NAEP provides the most reliable educational data for all 50 states, including a set of data called "expanded population estimates." These expanded population estimates are necessary to accurately compare students' academic skills across states and schools. They are not publicly available from any other source.

16.    ED*Facts* provides data related to student proficiency on standardized tests in every school in the U.S., from 2009 to the present.

17.    Analyzing these datasets together allows us to have a more comprehensive, rich picture of educational outcomes across the country. It also allows us to track trends over time. These datasets are the best tools we have for accurately measuring student performance and

accurately measuring fairness in the U.S. educational system. The data make clear that disparities in outcome still exist across a range of indicators.

18.    Through the EOP, we publish these datasets in a manner that enables any user to search by school district to understand educational outcomes.

19.    For over a decade, parents, students, journalists, policymakers and other education experts have relied on the EOP and my research to evaluate educational opportunities in the United States. Our work products at the EOP have been downloaded tens of thousands of times.

20.    Some of our most successful projects have included measuring student outcomes and learning loss associated with the COVID-19 pandemic, evaluating the role of federal funding on students' recovery from the pandemic, identifying the most effective schools and districts in the country, and evaluating the relationship between school segregation patterns and the achievement gap.

21.    In 2025, we mailed detailed, local results from our COVID-19 research on student outcomes to school board members in over 8,000 school districts so they could utilize this data to help understand and improve student outcomes within their districts.

22.    The ECLS-K has been conducted three times since 1998. Every decade, the Department studies a random sample of 15,000-25,000 Kindergarten students from 800-1000 public and private schools in the U.S. As part of the study, each student receives a 1-on-1 assessment from a trained early childhood education specialist in the fall and spring of kindergarten, and then again in First, Third, and Fifth grade.

23.    This study has been enormously fruitful in understanding patterns of kindergarten readiness and evaluating the effectiveness of early childhood education programs and elementary schools.

24.    The last assessments were conducted in 2023, and the data was due to be released in early 2026. Typically, the Department would use the year before publication to analyze and clean this data prior to making it available to researchers.

25.    However, I learned in March 2025 that contracts associated with the collection, analysis, and dissemination of the ECLS-K were cancelled.

26.    I do not have access to any comparable datasets or otherwise have access to the information I would need for my research or work with the EOP.

27.    In February and March 2025, I have been made aware by public reporting that IES, including the National Center for Educational Statistics (NCES) and the National Center for Education Research (NCER) have had a significant reduction of force. My understanding is that the staff in both centers have been cut by over 90%, and that contracts necessary the collection, analysis and maintenance of datasets such as NAEP, Ed*Facts*, and ECLS-K, have also been cut.

28.    My work requires that I can trust the validity and reliability of these datasets. With such a significant reduction in staff across IES, it will be impossible for NCES to collect, analyze, and disseminate the NAEP, Ed Facts and ECLS-K data in such a way that ensure the data is scientifically sound and reliable.

29.    I do not believe that this data can continue to be collected to the highest methodological standards as required by law if there are few staff or contractors available to perform this work.

30.    Without access to NAEP, Ed*Facts* and ECLS-K, my research and scholarship on this issue will be impossible to complete. For example, I am currently conducting research to identify school districts in the U.S. that are improving rapidly, and to identify the factors that

lead to this improvement. Without access to NAEP and ED*Facts*, I cannot continue this research. Without access to the new ECLS-K data, I cannot complete research examining the trends and patterns in school readiness and the factors that lead to improvements in readiness.

31.     One of the EOP's primary goals is to provide the public with robust, up-to-date educational data. I cannot continue my work on the EOP, particularly our analysis of measurement tools across jurisdictions, without access to NAEP and Ed*Facts* data.

32.     My research and work help to improve our understanding of the causes, patterns, trends, and consequences of social and educational inequality. My inability to continue this research and work due to the Department's actions will make it harder to address disparities in our educational system for marginalized students, and harder to identify factors that lead to better schools for all students.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025

*Sean F. Reardon*