# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASUREMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs,*<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education,*<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants.* | Civil Action No. 1:25-cv-01266 TNM |

## DECLARATION OF SUSAN DYNARSKI

I, Susan Dynarski, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am the Patricia Albjerg Graham Professor of Education at Harvard University's Graduate School of Education ("HGSE"), where I study education inequality. I also serve as a faculty research associate at the National Bureau on Economic Research.

3. I received my PhD in Economics from MIT in 1999. I received my Masters in

1

Public Policy in 1995 and my A.B. in Social Studies in 1987 from Harvard University.

4.      I have spent 26 years working as a researcher and have devoted substantial resources to ensure that I can continue to perform high-quality education research, including by attending academic conferences, presenting my research at universities around the world, and staying current on the recent research in my area of expertise.

5.      In 2022 I was elected to the National Academy of Education and have been a member of this organization since that time.

6.      My research focuses on understanding and reducing inequality in education. I study the effects of charter schools, financial aid, postsecondary schooling, class size, and high school reforms on academic achievement and educational attainment. My research on reducing complexity and uncertainty in college pricing supported the passage of the Free Application for Federal Student Aid ("FAFSA") Simplification Act in 2020.

7.      I teach "Research Partnerships for Improving Education," "Design and Analysis of Field Experiments in Education," and "Seminar in Education Policy and Program Evaluation" at HGSE. I have also taught "Quantitative Methods for Causal Inference," and "Economics of Education" at University of Michigan.

8.      My scholarly work heavily relies on access to data collected, analyzed, and disseminated by the Institute of Education Sciences ("IES") and the National Center for Educational Statistics ("NCES"), research center within the Department of Education (the "Department").

9.      In particular, I rely on NCES' National Assessment of Educational Progress ("NAEP"), the National Post Secondary Student Aid Survey ("NPSAS"), Educational Longitudinal Surveys ("ELS"), Integrated Postsecondary Education System ("IPEDS"), and

Beginning Postsecondary Students ("BPS"). I have relied on these datasets for 28 years. They are critical to my research and irreplicable.

10. I use these datasets to study the distribution of federal financial aid to understand whether it is reaching the most disadvantaged students. I used the detailed, student-level data in NPSAS to estimate how many questions could be eliminated from the FAFSA while still targeting aid to the most disadvantaged students. This research became the basis for a policy proposal which was the FAFSA Simplification Act, which shortened the FAFSA from over 100 questions to just 30.

11. I believe the simplification of FAFSA is not only beneficial for college students but necessary. With tens of millions of students completing a FAFSA application every year, the resources expended on FAFSA by American families, students, and university staff is enormous. In the past, FAFSA's length and complexity stood in the way of many prospective college students who viewed the 10-page application as a barrier too large to overcome. Effectively, FAFSA's structure made it less accessible to the very students it was designed to aid most. In reducing the number of questions from 108 to just 33, FAFSA has been made less time-intensive, less costly, and more likely to be utilized by American college students in need of financial aid.

12. I plan to study the impact of the FAFSA Simplification Act on the number and demographics of students applying for and receiving financial aid. This research requires student-level data on FAFSA applications and financial aid received for the years before and after the FAFSA Simplification Act. Without continued collection of the NPSAS surveys, this research will be impossible.

13. Around February 11, 2025, I was made aware through email from the American Educational Research Association and news reports that contracts necessary for the collection of

NPSAS data were cancelled. Without these contracts, existing NPSAS surveys will not be updated and new surveys will not be launched. Without NPSAS data, I will not be able to complete my study of the impact of the FAFSA Simplification Act. I do not have access to any comparable datasets or otherwise have access to the information needed for this research.

14. I was also made aware through emails from professional associations and news articles that IES has significantly reduced its workforce. The remaining employees are unable to conduct timely disclosure reviews of research based on restricted-use data. A PhD student of mine uses restricted-use NCES data. Her contract states that data disclosures will be reviewed in three to five business days. As of April 28, 2025, she has waited ten business days for a review and heard nothing. This leaves her unable to publish her dissertation research, which will negatively affect her career prospects.

15. Research that informs financial aid policy is imperative to improve college access for historically underserved students, including Black, Latino, and/or Native students and socioeconomically disadvantaged students. Students in both rural and urban areas face barriers in attending college that my research serves to reduce.

16. Stopping research into how policy changes in financial aid affect students will cause longstanding irreparable harm to socioeconomically disadvantaged students, which disproportionately include Black and other minority students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025

_____

Susan Dynarski