# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, 500 5th Street NW Washington, DC 20001 <br><br> and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION 19 Mantua Road Mt. Royal, NJ 08061 <br><br> *Plaintiffs*, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, 400 Maryland Avenue, SW Washington, D.C. 20202 <br><br> and <br><br> LINDA MCMAHON, *in her official capacity as Secretary of Education*, 400 Maryland Avenue, SW Washington, D.C. 20202 <br><br> *Defendants*. | Civil Action No. 1:25-cv-01266-TNM |

**DECLARATION OF TERESA L. McCARTY**

I, Teresa L. McCarty, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am the George F. Kneller Chair in Education and Anthropology and Faculty in American Indian Studies at the University of California, Los Angeles, where I teach introductory and advanced courses in Qualitative Research Methodology.

3. I received a Ph.D. in social-cultural anthropology, with a specialization in Native

1

American education, from Arizona State University in 1984.

4.  I was elected to the National Academy of Education in 2019 and have been an active member of the organization since then.

5.  For more than 30 years I have dedicated my research to improving education practice and policy for Native American students, who experience the most severe academic disparities in the nation. In this research I have consulted and worked closely with Native American educators, schools, and communities. For example, in response to Executive Orders under multiple Presidential administrations calling for research on the role of Native American languages and cultures in the academic achievement of American Indian students, I served as co-Principal Investigator on a U.S. Office of Indian Education study of Promising Practices and Partnerships in American Indian Education (2008-2011), while co-directing the Center for Indian Education at Arizona State University.

6.  I have been principal investigator on two major studies of Native American language education: one funded by OERI/IES (2001-2007), and a U.S.-wide, multi-university study funded by the Spencer Foundation (2016-2023). The OERI/IES study examined the impact of Native language loss and retention on students' acquisition of academic content and English at five Southwestern Native American school-community sites. Findings revealed the benefits of strong, well-implemented Native language and culture instructional programs. The second study builds on these findings, examining a holistic suite of outcomes for Native American students in programs in which 50-100% of instruction takes place in the Native language (called Indigenous-language immersion or ILI). Quantitative data from this study show that students in ILI programs perform as well as or better than carefully matched peers in non-ILI programs on English language arts and mathematics assessments, while developing proficiency in their heritage language. The

study also demonstrates that ILI is correlated with significantly improved high school graduation and college matriculation rates, the development of cultural knowledge and pride, enhanced parent-family engagement, and the promotion of students' socio-emotional and cultural wellbeing. Our research team is continuing to analyze this study's massive database.

7. To understand the benefits and magnitude of effects of local instructional innovations (e.g., ILI) with sufficient precision to make evidence-based policy recommendations, it is essential to have a national database. It is equally essential to be able to study data trends over time. For these purposes, I and my research team rely on access to the National Assessment of Educational Progress (NAEP) and survey data collected, analyzed, and disseminated by the Institute of Education Sciences (IES), a research agency within the Department of Education.

8. In particular, my research relies on data sets collected and made publicly available by the National Center for Education Statistics (NCES) in its biennial National Indian Education Study (NIES). The two-part NIES is highly valuable because: (a) having been implemented over two decades, it documents a long-term NAEP trajectory for Native American students; and (b) it includes a survey component that assesses critical factors such as school environment, the presence or absence of Native teachers, and the extent to which the Native language and culture are integrated into curriculum and instruction – factors shown by research (my own and others') to have a profound influence on student engagement, opportunities to learn, and outcomes.

9. There are no comparable datasets to the NIES. Without the NCES and NIES databases, I would not have access to the information needed for my research. Moreover, hundreds of researchers in the field of Native American education would lose vital data that supports evidence-based practice and policy recommendations. For example, the National Indian Education Association (NIEA) provides derivative data summaries based on the NCES and NIES databases,

upon which I and many researchers rely. Native American nations and communities, state education agencies, and school districts rely on these databases to develop, implement, and evaluate education programs. Without the NCES and NIES databases, research in the field of Native American education and the programs based on that research would be significantly – and negatively – impacted.

10. To complete my research and that of our research team, and for this research to make viable recommendations for policy and practice, we must be able to access the public-use NAEP and survey databases made available by the NCES and the NIES. This research and those national databases are essential resources to improve education practice and policy for underserved Native American students.

11. In addition to conducting research in Native American education, as a faculty member at the University of California, Los Angeles, one of my primary responsibilities is to teach, mentor, and advise students on social research methodology. My research informs my courses and teaching, and I employ students in my research projects. My students also rely on NCES and NIES data for comparison with local data collected in the urban and rural/reservation schools in which they conduct research.

12. I co-edit the *Journal of American Indian Education*, the primary peer-reviewed scholarly journal in the field of Native American education. Many authors of articles published in the journal rely on NCES and NIES data. Our editorial team and external reviewers use these databases as a critical reference for rigorous peer review in assessing the merits and contributions of research. Without access to NCES and NIES data, published research on Native American education would be severely compromised.

13. On April 22, 2025, I was made aware through email and news sources that access

to these databases and the implementation of the NCES/NIES research would be curtailed and/or eliminated.

14. I have also been made aware by email and news sources that the IES and NCES have experienced a significant reduction in work force.

15. My work requires that I can trust the validity and reliability of the NCES and NIES databases. With such massive work force reductions, it will be impossible for the Department of Education to collect the necessary NCES and NIES data in a way that ensures the data are scientifically sound and reliable.

16. I have relied on the NIES databases since the first NIES was undertaken in 2005.

17. This database is critical to my research and irreplicable.

18. In sum, without access to the NCES and NIES data, my research, teaching, and service as a journal editor will be negatively impacted due to lack of longitudinal national data on the education progress of Native American students. Further, this lack of access impacts the ability of key organizations such as the National Indian Education Association to provide updated, accurate information to researchers, education practitioners, policymakers, and Native American Peoples on national trends in Native American education. Together, these impacts undermine the ability to ameliorate longstanding academic disparities experienced by underserved Native American students, using the best available research evidence.

19. My research and that of our multi-university research team is imperative to understanding the factors that contribute to the academic attainment and wellbeing of Native American students. This research encompasses students in urban and rural/reservation schools, large and small, across a wide range of linguistic, cultural, and regional settings. These schools include public, public charter, private, and Tribal schools funded by the Bureau of Indian Education

(BIE). Virtually all students in these schools are low-income. The research is identifying effective approaches for developing academic skills and preparing future leaders within this population of students, who have not been well-served by our nation's schools.

20. Education practitioners and federal, state, and Native nation leaders need research-based evidence upon which to make sound decisions about education programs and practices. Lack of research into the education approaches that benefit Native American students will create a void in knowledge in which practice and policy are detached from empirical evidence of what approaches are most effective, under what conditions. This knowledge void will cause longstanding irreparable harm to Native American students, families, communities, and Native nations. Conversely, continued investment in the NCES and NIES will support the vital research that undergirds instructional interventions shown to be beneficial in fostering Native American students' academic success, wellbeing, and future contributions to their communities, U.S. society, and the world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025

*Teresa L. McCarty*
*Member, National Academy of Education*