# EXHIBIT 19

5/1/25, 2:20 PM   Department of Government Efficiency on X: "Also today, the Department Of Education terminated 89 contracts worth $881mm. One contractor was paid $1.5mm to "observe mailing an…

Case 1:25-cv-01266-TNM   Document 14-21   Filed 05/02/25   Page 2 of 2




← Post

**Department of Government Efficiency** 
@DOGE

Also today, the Department Of Education terminated 89 contracts worth $881mm.

One contractor was paid $1.5mm to "observe mailing and clerical operations" at a mail center."

> **Department of Government Efficiency** @DOGE · Feb 10
>
> Today, the Department of Education terminated 29 DEI training grants totaling $101mm.
>
> One sought to train teachers to "help students understand / interrogate the complex histories involved in oppression, and help students recognize areas …
>
> Show more

7:43 PM · Feb 10, 2025 · **29.6M** Views

4K    ↻ 21K    ♡ 115K    🔖 3.2K    ↑

💬 Read 4K replies

## New to X?

Sign up now to get your own personalized timeline!

[G Sign up with Google]

[ Sign up with Apple]

[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service | Privacy Policy | Cookie Policy |
More ···    © 2025 X Corp.

Don't miss what's happening
People on X are the first to know.

Log in    Sign up