# EXHIBIT 20

🇺🇸 An official website of the United States government   Here's how you know

## U.S. Department of Education

PRESS RELEASE

# U.S. Department of Education Initiates Reduction in Force

MARCH 11, 2025

As part of the Department of Education's final mission, the Department today initiated a reduction in force (RIF) impacting nearly 50% of the Department's workforce. Impacted Department staff will be placed on administrative leave beginning Friday, March 21st.

"Today's reduction in force reflects the Department of Education's commitment to efficiency, accountability, and ensuring that resources are directed where they matter most: to students, parents, and teachers," said **Secretary of Education Linda McMahon.** "I appreciate the work of the dedicated public servants and their contributions to the Department. This is a significant step toward restoring the greatness of the United States education system."

The Department of Education will continue to deliver on all statutory programs that fall under the agency's purview, including formula funding, student loans, Pell Grants, funding for special needs students, and competitive grantmaking.

All divisions within the Department are impacted by the reduction, with some divisions requiring significant reorganization to better serve students, parents, educators, and taxpayers.

## Background

When President Trump was inaugurated, the Department's workforce stood at 4,133 workers. After today's actions, the Department's workforce will total roughly

2,183 workers. Included in the reduction in force are nearly 600 employees who accepted voluntary resignation opportunities and retirement over the last seven weeks, including:

- 259 employees accepted the Deferred Resignation Program
- 313 employees accepted the Voluntary Separation Incentive Payment

Remaining employees impacted by the reduction in force will be placed on administrative leave beginning next Friday, March 21. Pursuant to regulatory requirements and the Department's collective bargaining agreement, all impacted employees will receive full pay and benefits until June 9th, as well as substantial severance pay or retirement benefits based upon their length of service.

---

**CONTACT**

Press Office  |  press@ed.gov  |  (202) 401-1576  |  Office of Communications and Outreach (OCO)

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: March 27, 2025

**Pay for College**

Fill out the FAFSA

529 Plans

Loan Forgiveness

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Become a Teacher

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

## Site Notices and Privacy Policies

Accessibility Support

ED Archive

# U.S. Department of Education

     

ES

  www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**