# EXHIBIT 21

THE HECHINGER REPORT

PROOF POINTS

# Chaos and confusion as the statistics arm of the Education Department is reduced to a skeletal staff of 3

*Acting stats chief booted after only 15 days in the job; fate of the Nation's Report Card unclear*

by JILL BARSHAY    March 14, 2025

Credit: Win McNamee/Getty Images



P resident Donald Trump promises he'll make American schools great again. He has fired nearly everyone who might objectively measure whether he succeeds.

This week's mass layoffs by his secretary of Education, Linda McMahon, of more than 1,300 Department of Education employees delivered a crippling blow to the agency's ability to tell the public how schools and federal programs are doing through its statistics and research branch. The Institute of Education Sciences (IES) is now left with fewer than 20 federal employees, down from more than 175 at the start of the second Trump administration, according to my reporting. It's not clear how the institute can operate or even fulfill its statutory obligations set by Congress.

IES is modeled after the National Institutes of Health and was established in 2002 during the administration of former President George W. Bush to fund innovations and identify effective teaching practices. Its largest division is a statistical agency that dates back to 1867 and is called the National Center for Education Statistics (NCES), which collects basic statistics on the number of students and teachers. NCES is perhaps best known for administering the National Assessment of Educational Progress, which tracks student achievement across the country. The layoffs  "demolished" the statistics agency, as one former official characterized it, from roughly 100 employees to a skeletal staff of just three.

"The idea of having three individuals manage the work that was done by a hundred federal employees supported by thousands of contractors is ludicrous and not humanly possible," said Stephen Provasnik, a former deputy commissioner of NCES who retired early in January. "There is no way without a significant staff that NCES could keep up even a fraction of its previous workload."

**Related: Our free weekly newsletter alerts you to what research says about schools and classrooms.**

Even the new acting commissioner of education statistics, a congressionally mandated position, was terminated with everyone else on March 11 after just 15 days on the job, according to five former employees. Chris Chapman replaced Biden-appointee Peggy Carr, who was suddenly removed on Feb. 24 without explanation before her congressionally designated six-year term was to end in 2027. It was unclear who, if anyone, will serve as the commissioner after Chapman's last day on March 21. (Chapman did not respond to an email asking for comment.) Meanwhile, the chief statistician, Gail Mulligan, was put on administrative leave until her early retirement on April 1.* There is apparently no replacement to review the accuracy of figures reported to the public.

## Two offices spared

Only two IES offices were untouched by this week's layoffs: the <u>National Center for Special Education Research</u>, an eight-person office that awards grants to study effective ways to teach children with disabilities, and the <u>Office of Science</u>, a six-person office that reviews research for quality, accuracy and validity. It was unclear why they were spared. Other areas of the Education Department that fund and oversee education for children with disabilities also had relatively lighter layoffs.

A draft of an executive order to eliminate the Education Department was prepared in early March, but Trump hadn't signed it as of this week. Instead, McMahon said <u>on Fox News</u> that she began firing employees as a "first step" toward that elimination. Former department employees believe that McMahon and her team decided which offices to cut. Weeks before her confirmation, about a half dozen people from McMahon's former think tank, the right-wing <u>America First Policy Institute</u>, were inside the department and looking at the bureaucracy, according to a former official at the Education Department. The Education Department did not respond to my email queries.

The mass firings this month were preceded by a Feb. 10 onslaught, when Elon Musk's Department of Government Efficiency <u>terminated much of the work</u> that is overseen by these education research and statistics units. Most of the department's research and data collections are carried out by outside contractors, and nearly 90 of these contracts were canceled, including vital data collections on students and teachers. The distribution of roughly $16 billion in federal Title I aid to low-income schools cannot be calculated properly without this data. Now, the statisticians who know how to run the complicated formula are also gone.

## 'Five-alarm fire'

The mass firings and contract cancellations stunned many. "This is a five-alarm fire, burning statistics that we need to understand and improve education," said Andrew Ho, a psychometrician at Harvard University and president of the National Council on Measurement in Education, <u>on social media</u>.

Former NCES Commissioner Jack Buckley, who ran the education statistics unit from 2010 to 2015, described the destruction as "surreal." "I'm just sad," said Buckley. "Everyone's entitled to their own policy ideas, but no one's entitled to their own facts. You have to share the truth in order to make any kind of improvement, no matter what direction you want to go. It does not feel like that is the world we live in now."

# The deepest cuts

While other units inside the Education Department lost more employees in absolute numbers, IES lost the highest percentage of employees — roughly 90 percent of its workforce. Education researchers questioned why the Trump administration targeted research and statistics. "All of this feels like part of an attack on universities and science," said an education professor at a major research university, who asked not to be identified for fear of retaliation.

That fear is well-founded. Earlier this month the Trump administration canceled $400 million in federal contracts and grants with Columbia University, blaming the university's failure to protect Jewish students from antisemitism during campus protests last year over Israeli attacks on Gaza. Among them were four research grants that had been issued by IES, including an evaluation of the effectiveness of the Federal Work-Study program, which costs the government $1 billion a year. That five-year study was near completion and now the public will not learn the results. (*The Hechinger Report is an independent news organization at Teachers College, Columbia University.*)

Related: Tracking Trump: His actions on education

Tom Brock, executive director of the Community College Research Center at Teachers College, Columbia University, said he had been cautiously optimistic that he could successfully appeal the cancellation of his $2.8 million in education research grants. (He planned to argue that Teachers College is a separate entity from the rest of Columbia with its own president and board of trustees and it was not affected by student protests to the same degree.) But now the IES office that issued the grants, the National Center for Education Research, has lost its staff. "I'm very discouraged," said Brock. "Even if we win on appeal, all the staff have been laid off. Who would reinstate the grant? Who would we report to? Who would monitor it? They have completely eliminated the infrastructure. I could imagine a scenario where we would win on appeal and it can't be put into effect."

# Active contracts

Many contracts with outside organizations for data collection and research grants with university professors remain active. That includes the National Assessment of Educational Progress, which tracks student achievement, and the Integrated Postsecondary Education Data System

(IPEDS), which collects data on colleges and universities. But now there are almost no employees left to oversee these efforts, review them for accuracy or sign future contracts for new data collections and studies.

"My job was to make sure that the limited public dollars for education research were spent as best as they could be," said one former education official who issued grants for the development of new innovations. "We make sure there's no fraud, waste and abuse. Now there's no watchdog to oversee it."

The former official asked to remain anonymous as did more than a dozen other former employees whom I talked to while reporting this story. Some explained that the conditions of their termination, called a "reduction in force" or "RIF," could mean losing their severance if they talked to the press. The terminated employees are supposed to work from home until their last day on March 21, and they described having limited access to their work computer systems. That is stymying efforts to wind down their work with their colleagues and outside contractors in an orderly way. One described how she had to take a cellphone picture of her termination notice on her laptop because she could no longer save or send documents on it.

Related: [DOGE's death blow to education studies](#)

So far, there has been no sign of protest among congressional Republicans, even though some of the cuts affect data and research they have mandated. A spokesman for Sen. Bill Cassidy, Republican of Louisiana and chairman of the Senate committee on Health, Education, Labor and Pensions, directed me to Cassidy's statement on X: "I spoke to @EDSecMcMahon and she made it clear this will not have an impact on @usedgov ability to carry out its statutory obligations. This action is aimed at fulfilling the admin's goal of addressing redundancy and inefficiency in the federal government."

## Following the law

In theory, a skeletal staff might be able to fulfill the law, which is often "ambiguous," said former NCES commissioner Buckley. For example, the annual report to Congress on the condition of education could be as short as one page. Laws mention several data collections, such as ones on financial aid to college students and on the experiences of teachers, but often don't specify how often they must be produced. Technically, they could be paused for many years without running afoul of statutes.

The remaining skeleton crew could award contracts to outside organizations to do all the work and have them "supervise themselves," said Buckley. "I'm not advocating that oversight be pushed out to contractors, but you could do it in theory. It depends on your tolerance for contracting out work."

## NAEP anxiety

Many are anxious about the future of NAEP, also known as the Nation's Report Card. Even before the firings, William Bennett, Education Secretary under President Ronald Reagan, penned an open letter along with conservative commentator Chester Finn in The 74, urging McMahon to preserve NAEP, calling it "the single most important activity of the department."

Colorado Gov. Jared Polis, a Democrat who chairs the National Governors Association, is especially concerned. In an email, Polis' spokesman emphasized that Polis believes that "NAEP is critical." He warned that "undercutting data collection and removing this objective measuring stick that helps states understand and improve performance will only make our efforts more difficult."

Though much of the test development and administration is contracted out to private organizations and firms, it is unclear how these contracts could be signed and overseen by the Education Department with such a diminished staff. Some officials suggested that the National Assessment Governing Board (NAGB), which sets NAEP policy, could take over the test's administration. But the board's current staff doesn't have the testing or psychometrics expertise to do this.

**Related:** Former Trump commissioner blasts DOGE education data cuts

In response to questions, board members declined to comment on the future of NAEP and whether anyone in the Trump administration had asked them to take it over. One former education official believes there is "apparently some confusion" in the Trump administration about the division of labor between NAGB and NCES and a "misunderstanding of how work gets done in implementing" the assessment.

Mark Schneider, a former IES director who is now a senior fellow at the American Enterprise Institute, said he hoped that McMahon would rebuild NCES into a modern, more efficient statistical agency that could collect data more cheaply and quickly, and redirect IES's research

division to drive breakthrough innovations like those the **Defense Department has**. But he conceded that McMahon also cut some of the offices that would be needed to modernize the bureaucracy, such as the centralized procurement office.

So far, there's no sign of Trump's or McMahon's intent to rebuild.

*\* Clarification: An earlier version of this story said that Mulligan had been terminated, but she revised a social media post about her status after publication of this story to clarify that she was not subject to the "reduction in force" notice.*

*Contact staff writer **Jill Barshay** at 212-678-3595, jillbarshay.35 on Signal, or **barshay@hechingerreport.org**.*

*This story about the **Institute of Education Sciences** was written by Jill Barshay and produced by **The Hechinger Report**, a nonprofit, independent news organization focused on inequality and innovation in education. Sign up for **Proof Points** and other **Hechinger newsletters**.*

**MORE PROOF POINTS**

**Education research takes another hit in latest DOGE attack**



**A smaller Nation's Report Card**

5/2/25, 7:16 AM                         Case 1:25-cv-01266-TNM IES, Document 14-23 Sciences, Filed 05/02/25 after Page 14 of 14
                                                                    the Institute of Education        is in disarray    layoffs

**A treasure trove of education reports and studies is under threat**

© 2025 The Hechinger Report

Powered by Newspack