# EXHIBIT 22



Play Live Radio

MY PLAYLIST



DONATE

EDUCATION

# How the Education Department cuts could hurt low-income and rural schools

MARCH 21, 2025 · 5:00 AM ET

HEARD ON MORNING EDITION

Jonaki Mehta

3-Minute Listen

PLAYLIST     TRANSCRIPT



Students hold signs and chant during a March 13 rally in front of the U.S. Department of Education to protest budget cuts.

*Kayla Bartkowski/Getty Images*

President Trump's efforts to shutter the U.S. Department of Education are in full swing.

On Thursday, he signed an executive action instructing U.S. Secretary of Education Linda McMahon to "take all necessary steps to facilitate the closure of the Department of Education," and to do so "to the maximum extent appropriate and permitted by law."

Before that, the department had already announced it was shrinking its workforce by nearly half, with cuts to all divisions.

---

**Sponsor Message**

---



**EDUCATION**

**Trump signs order aiming to close the Education Department**

Meanwhile, the administration has promised that "formula funding" for schools, which is protected by law, would be preserved. That includes flagship programs like Title I for high poverty schools, and the Rural Education Achievement Program (REAP), which sends money to rural and low income schools.

But nearly all the statisticians and data experts who work in the office responsible for determining whether schools qualify for that money will soon be out of jobs, making it unclear how such grants would remain intact.

At the start of the year, the National Center for Education Statistics (NCES) employed more than 100 people. On Friday, all but three employees will be placed on administrative leave, and eventually laid off. That's according to multiple NCES employees, who asked that their names not be used because they feared retaliation for speaking out. An internal email obtained by NPR also confirmed how many staff would remain.

"That will have an absolutely devastating impact," says Matthew Gardner Kelly, who studies the country's K 12 funding systems at the University of Washington. Since 1867, NCES has been a central, reliable source of information that helps educators, researchers and the public understand the state of education in the United States.



A student prepares to leave the Enterprise Attendance Center school in Brookhaven, Miss.
*Rogelio V. Solis/AP*

Gardner Kelly says the loss of NCES staff will hit low-income schools especially hard.

"It's not just that loss of information, it's what will happen to a school district's budget in the absence of funds that can't be allocated without the necessary staff at NCES."

NPR reached out to the Department of Education for comment and did not hear back.

## Federal grants are a lifeline for low-income and rural schools

The federal government only provides a fraction of the money that goes to schools states and local governments are responsible for the lion's share of that funding. But the federal government plays an outsize role in helping high-needs schools get the money they need to stay afloat.

Congress established Title I to provide money to K 12 schools in low income communities. In the current fiscal year, the Department of Education set aside more than $18.38 billion for Title I. Nearly 90% of U.S. school districts benefit from the program, which has historically enjoyed bipartisan support among lawmakers.



**EDUCATION**

**U.S. Education Department says it is cutting nearly half of all staff**

The Rural Education Achievement Program (REAP) awards money to low-income and rural school districts. More than a quarter of the country's public schools are in rural areas. And while REAP is a fraction of the size of Title I     $215 million for the current year     Amy Price Azano of Virginia Tech's Center for Rural Education says those dollars stretch much further in rural communities.

"We work with school districts that have 10 people in a graduating class. So when you're talking about enough money to get the one student who needed a paraprofessional to walk across that stage," a little bit goes a long way.

These federal grants can pay for things like school staff salaries, supplies, technology, tutoring programs and a range of basic services that low-income schools may not otherwise be able to afford.

NCES employees told NPR that the cuts to the Education Department likely won't impact REAP or Title I grants for the 2025-26 school year, but the fate of these grants beyond that seems incredibly uncertain.

## NCES plays a critical role in getting federal dollars to high-need schools

Determining a school district's eligibility for REAP and Title I from one year to the next takes a lot of number crunching.

For grants that go to rural schools through the REAP program, NCES plays a direct role in creating the relevant data and providing assistance to local school leaders.

For Title I, NCES works with the U.S. Census Bureau to analyze school district boundaries, income levels and other characteristics that help the Department of Education determine grant eligibility.

---



**EDUCATION**

**A guide to what the U.S. Education Department does (and doesn't) do**

---

But by the end of the day on Friday, all but three NCES staffers will be locked out of their computers and on administrative leave.

"The key issue is that – as things stand now -- the data needed to drive the next round of Title I, and grants to rural schools, and grants to other programs, isn't going to happen as a result of the cuts to NCES staff and contracts," said one former NCES employee.

Several employees told NPR that, after the layoffs, it is unlikely the REAP program will be able to get money to schools for the 2026 27 school year.

The same goes for Title I, with an added challenge: The Trump administration is poised to shrink the ranks of the Census Bureau. A reduction in its staff could further complicate the distribution of Title I funding.

## A loss of oversight and guidance for local school leaders

Thursday's executive action lays out the Trump administration's goal of returning "authority over education to the States and local communities."



At a White House event on Thursday, President Trump signed an executive order aimed at closing the U.S. Education Department. He was surrounded by students sitting in desks and Republican governors.

*Mandel Ngan/AFP via Getty Images*

But one of the key benefits of grants like Title I and REAP is that while the federal government, including NCES, determines which school districts are eligible, it is ultimately up to local leaders to decide how best to use that money.

5/1/25, 2:36 PM
Case 1:25-cv-01266-TNM Document 14-24 Filed 05/02/25 Page 9 of 21
Trump's DOGE cuts to Education Department hit rural, low-income schools : NPR

NCES staff also provide expertise, oversight and guidance to ensure those leaders have what they need to plan budgets effectively for each school year.

William Sonnenberg, who is now retired, spent nearly five decades working on Title I for NCES until 2022.

"I don't think it's an exaggeration to say in a given year, I would get thousands of calls from local superintendents or other kinds of people at the school district or at the state level in Title I offices, asking for guidance," he says.

One NCES employee said, "Everyone acknowledges three people cannot come anywhere close to fulfilling statutory obligations."

Without data oversight and guidance from NCES, Sonnenberg worries federal grant money may not reach the low income students who need it most.

Rural education expert Amy Price Azano says, while rural schools are used to having fewer resources, the loss of REAP funds will strain them even more.

"They're doing more with less anyway. And so the risk now is that they will have to be even more resilient. They will have to do even more with even less."

*Reporting contributed by: Hansi Lo Wang*
*Edited by: Nicole Cohen and Lauren Migaki*
*Visuals by: Mhari Shaw*

trump transition    u.s. education department    federal employees    rural schools    low income students

## It's Public Media Giving Days!

Your support is critical to keeping journalists on the ground, reporting on their local communities and ensuring voices from around the world are heard and uplifted. Can you donate to power this essential work?

 **YES, I'LL DONATE**

## More Stories From NPR



**EDUCATION**

**Education Department stops $1 billion in funding for school mental health**

5/1/25, 2:36 PM
Case 1:25-cv-01266-TNM   Document 14-24   Filed 05/02/25   Page 11 of 21
Trump's school cuts Education Department hit low-income schools : NPR



NATIONAL

**Republicans say they will still push education based on legal status**



LAW

**Supreme Court seems poised to require state-funded charter schools to include religious schools**

5/1/25, 2:36 PM
Trump's plan to cut Education Department threatens many low-income schools : NPR
Case 1:25-cv-01266-TNM   Document 14-34   Filed 05/02/25   Page 12 of 21



**LAW**

**Can charter schools be religious? If so, what does that mean for public education?**



**EDUCATION**

**Republicans plan to overhaul the federal student loan system. Here's what to know**



NATIONAL

**Harvard pledges reforms following internal reports on antisemitism and anti-Arab bias**

**Popular on NPR.org**



**POLITICS**

## Trump's VA strands thousands of veterans by ending a key mortgage program



**BUSINESS**

## The House strikes a blow against California in a fight over EVs



**INVESTIGATIONS**

**Trump nominee gives misleading testimony about ties to alleged 'Nazi sympathizer'**



**INTERVIEW HIGHLIGHTS**

**GOP blocked Hegseth Signal probe because he is 'indefensible,' says Rep. Adam Smith**



**PERFORMING ARTS**
**2025 Tony nominations are out — and they're full of celebrities**



**POLITICS**
**The U.S. set the global order after WWII. Trump has other plans**

## NPR Editors' Picks



NATIONAL

**Lawmakers demand answers after a Haitian woman dies at an ICE detention center**



5/1/25, 2:36 PM
Case 1:25-cv-01266-TNM   Document 14-24   Filed 05/02/25   Page 18 of 21
Trump's plans to cut Education Department threaten funding for low-income schools : NPR

**LAW**

## Judges would be accountable for abuse even if they retired or resigned, under new bill



**INTERVIEW HIGHLIGHTS**

## Freedom of speech 'at stake' in Columbia student Mohsen Mahdawi's case, lawyer says

5/1/25, 2:36 PM
Trump's plan to cut Education Department hits red, rural low-income schools : NPR
Case 1:25-cv-01266-TNM    Document 14-24    Filed 05/02/25    Page 19 of 21



**WILD CARD VIDEO EPISODES**

## 'Weird Al' Yankovic keeps dorkiness close to his heart



**RACE**

## New congressional district gives voice to Black voters in Alabama



BUSINESS

## This office was meant to bridge divides in government. Now it's empty

| READ & LISTEN | CONNECT |
|---|---|
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Culture** | **Instagram** |
| **Music** | **Press** |
| **Podcasts & Shows** | **Public Editor** |
| | **Corrections** |
| | **Contact & Help** |

| ABOUT NPR | GET INVOLVED |
|---|---|
| **Overview** | **Support Public Radio** |
| **Diversity** | **Sponsor NPR** |
| **NPR Network** | **NPR Careers** |

**Accessibility**

**Ethics**

**Finances**

**NPR Shop**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2025 npr