# EXHIBIT 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASUREMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. 1:25-cv-01266-TNM |

**DECLARATION OF WILLIAM STEVEN BARNETT**

I, William Steven Barnett, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am a Board of Governors Professor of Education and Director of the National Institute for Early Education Research (NIEER) at Rutgers—The State University of New Jersey, where I teach education policy. I and the faculty and staff I direct at NIEER also conduct research on early childhood education and provide related technical assistance to state

1

education agencies.

3. I received a PhD in economics in 1982 and a M.A. in economics in 1978 from the University of Michigan. I received a B.A. in economics from Kenyon College in 1976.

4. In 2010, I was elected to the National Academy of Education (NAEd) and have beena member of the organization since that time.

5. My research focuses on economics of education and education policy primarily relating to early childhood education. For example, Barnett, W. S., Grafwallner, R., & Weisenfeld, G. G. (2021). Corona pandemic in the United States shapes new normal for young children and their families. *European Early Childhood Education Research Journal*, *29*(1), 109-124. My research critically relies on access to data collected, analyzed, and disseminated by the Institute of Education Sciences ("IES"), a research agency within the Department of Education (the "Department"). In particular, my research relies on datasets collected by one of the centers within IES, the National Center for Education Statistics (NCES).

6. I rely on NCES' Early Childhood Longitudinal Studies Program (ECLS) and National Household Education Surveys Program (NHES) datasets to inform my research into the learning opportunities of young children to assess national and state trends in order to inform state policies relating to early childhood education. These data are used to address questions regarding who has access to what types of education opportunities in the home as well as in formal education settings.

7. I do not have access to any comparable datasets or otherwise have access to the information I need for this research.

8. I have been made aware by the American Education Research Association that the NCES has had a reduction in work force to just three staff, significantly limiting its ability to

collect and disseminate data.

9. To complete my research, I must access public-use data from surveys periodically conducted by NCES that provide a means of measuring change over time that can then be related to policy changes or changes in the environment (such as the COVID pandemic).

10. Under my leadership as principal investigator, NIEER annually sponsors a survey, the Preschool Learning Activities (PLA) survey, of early learning experiences including in the home learning environment. Our funding is adequate to sample about 1000 families of children ages 3-5 each year. It is useful to have this information annually to track changes over time, especially in the aftermath of the pandemic when it appears there was rapid, substantial change that has altered critical aspects of school readiness, classroom behavior, and even enrollment and attendance in schools. However, it is extremely difficult and expensive to get high and representative response rates in parent surveys, and it is beyond the capacity of our work to conduct studies on the validity of sampling approaches and our sample size limits our ability to understand the representativeness of subgroups defined by disability, income, race and ethnicity, language, and geography. This kind of work is only done by NCES for national education data, and NCES produces the only large sample nationally representative data on home learning environments against which to check ours in the NHES. As these data are collected less frequently than annually and do not probe into much of the detail we obtain regarding specific activities and outcomes such as children's mental health and behavior problems, they cannot replace our annual survey. However, they are critical for validating our survey's information and assessing its representativeness overall and for the subgroups identified above. Our survey was specifically designed to include some identical questions from NHES to be compared for this purpose. With the cuts at NCES we do not see how this

3

survey can be continued and that will leave us unable to validate and calibrate our annual surveys going forward.

11. NIEER also uses data from the ECLS data sets to measure changes in access to formal early learning opportunities and children's academic abilities at kindergarten entry by population subgroups to inform state education policy on preschool education. In addition, I use these data in teaching education policy graduate courses. As years pass these data become dated and less useful. I am concerned that this data collection cannot be maintained by NCES in its current state.

12. My work requires that I can trust the validity and reliability of the NHES and the ECLS. With only three employees, it will be impossible for NCES to collect the NHES and ECLS in such a way that ensure the data is scientifically sound and reliable. I have worked with the NHES since its inception and over the years it has become much more difficult to obtain a large representative national sample for a host of reasons. ECLS may face fewer challenges in data collection but still requires a major investment of time and effort and expertise in study design and measurement.

13. I have relied on NHES and ECLS for more than a decade.

14. These datasets are critical to my research and teaching and irreplicable.

15. Without access to this data, both my research and teaching will be weakened by the lack of critical information to inform our survey research and policy analyses of early learning opportunities and their consequences for school readiness.

16. My research addresses the educational needs of all children but has particular relevance to Black and Hispanic/Latino children, those with disabilities, dual language learners, and children who are socioeconomically disadvantaged by low parent educational

4

attainment and low family incomes. These subgroups' educational, social, and economic outcomes are most strongly affected by variations in their early education experiences and by state policies aiming to improve those opportunities. In addition, our research at NIEER has revealed striking variations in opportunities and outcomes by geographic region that are both addressed by and sometimes caused by state policies.

17. Lack of research into home learning environments, preschool education, and abilities of young children will cause longstanding irreparable harm to American children to the extent that such information undermines the basis for sound policy decisions by state elected and appointed officials. It also will limit the information parents obtain through the media about trends in home learning activities, preschool participation, and children's school readiness that can inform parenting decisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025

_____

*William Steven Barnett*