# EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION,
500 5th Street NW
Washington, DC 20001

and

NATIONAL COUNCIL ON
MEASUREMENT IN EDUCATION
19 Mantua Road
Mt. Royal, NJ 08061

*Plaintiffs*,

vs.

DEPARTMENT OF EDUCATION,
400 Maryland Avenue, SW
Washington, D.C. 20202

and

LINDA MCMAHON, *in her official capacity as Secretary of Education*,
400 Maryland Avenue, SW
Washington, D.C. 20202

*Defendants*.

Civil Action No. 1:25-cv-01266-TNM

**DECLARATION OF FRANK WORELL**

I, Frank C. Worell, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am a Distinguished Professor in the School of Education at the University of California, Berkeley where I serve as Faculty Director of the School Psychology program, the Academic Talent Development Program, and the California College Preparatory Academy. I also hold an appointment in the Social and Personality Area in the Department of Psychology. I

1

study the psychosocial development of children and youth and how psychosocial variables affect educational achievement and psychological wellbeing.

3.	I received a PhD in Educational and School Psychology from the University of California, Berkeley in 1994. I received an MA in Psychology in 1987 and B.A. in Psychology in 1985 from the University of Western Ontario.

4.	I have spent 32 years working as a researcher and have devoted substantial resources to ensure that I can continue to perform high-quality education research, including by collaborating with other scholars, presenting at professional conferences, and subjecting my work regularly to peer review processes.

5.	In 2018, I was elected to the National Academy of Education and have been a member of this organization since that time.

6.	My research focuses on academic talent development/gifted education, at-risk youth, cultural identities, scale development and validation, teaching effectiveness, time perspective, and the translation of psychological research findings into school-based practice.

7.	I teach Psychosocial Development, School-Based Consultation, and Methods in Educational and Psychological Research at the University of California, Berkeley.

8.	My research and teaching heavily relies on data collected, analyzed, and disseminated by the National Center for Education Statistics ("NCES"), a research agency within the Department of Education (the "Department").

9.	In my class on Psychosocial Development, I use NCES datasets and reports as readings on a variety of topics, including *The Condition of Education* reports as well as more specialized repots on topics such as *Trends in High School Dropout and Completion Rates in the United States*.

10. I also encourage students to look at those reports to find data on the topics on which they are writing. For example, one of my current doctoral advisees is looking at the impact of parental involvement longitudinally and is using the *Early Childhood Longitudinal Study, Kindergarten Class of 2010–11 (ECLS-K:2011)* for data from 2011 to 2016, as well as several other NCES reports on parent and family involvement in education.

11. I also use NCES data and reports in my scholarly writing and presentations. I have been citing statistics from NCES data from my earliest publications back in 1997 to the current day. In fact, I have a paper about being gifted and adolescent currently under review which uses 2023 National Assessment of Education Process ("NAEP") data as well as the 2024 NCES *Report on the Condition of Education.*

12. On February 11, 2025, I was made aware through an article in the Chronicle of Higher Education that contracts necessary to collect or maintain these data sets had been canceled.

13. I do not have access to any comparable datasets or otherwise have access to the information I need to continue researching school achievement and school dropouts.

14. Without the NCES and NAEP data collections and access to these data, my research and the research of my students will be substantially hindered. Our research is imperative to understanding the academic achievement of both high and low-achievers in historically underserved student populations, including Black, Latino, and/or Native students, as well as socioeconomically disadvantaged students.

15. Without this research we will learn considerably less about the state of education in the United States and how to keep improving it, causing irreparable harm to students from demographic groups that have traditionally had lower average achievement and have been

3

underrepresented in gifted and talented education programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2025

*Frank C. Worrell*

Frank C. Worrell

4