# EXHIBIT 25

🇺🇸 An official website of the United States government                    The Nation's Report Card          ERIC database for education research

  What we do ▾   Use our work ▾   Explore funding ▾   Learn with us ▾   About us ▾   🔍



COMMON CORE OF DATA
*America's Public Schools*
(/CCD/)

🔍 **FIND YOUR NCES ID NUMBER**

# About CCD

### ❓ What is CCD?

The Common Core of Data (CCD) is the Department of Education's primary database on public elementary and secondary education in the United States. CCD is a comprehensive, annual, national database of all public elementary and secondary schools and school districts.

⚡ **ED Public Data Frequently Asked Questions (FAQs) (quickfacts.asp)**
Created by the ED*Facts* Partner Support Center (PSC) to assist public data users with education data inquiries.

📶 **Blogs (/blogs/nces/search?q=ccd)**
Blogs posted by NCES concerning CCD.

📋 **Bibliography (/bibliography/)**
Research articles, books, and dissertations based on CCD data can be found using this NCES Bibliography Search Tool.

📇 **Contact Information (https://nces.ed.gov/ncestaff/survdetl.asp?surveyid=001)**

    **Chen-Su Chen (mailto:Chen-Su.Chen@ed.gov)**
    Nonfiscal CCD data files and data use

    **Stephen Cornman (mailto:stephen.cornman@ed.gov)**
    Fiscal CCD data files and data use

Patrick Keaton (mailto:patrick.keaton@ed.gov)
Data tools and data use
Join NewsFlash (https://ies.ed.gov/newsflash/?url=http%3A%2F%2Fnces%2Eed%2Egov%2Findex%2Easp&site=National+Center+for+Education+Statistics)
National Public Education Get an e-mail-alert informing you about NEW CCD Content

# 📖 Publications (ccd_publications.asp)

**Annual Publications**

School and Agency Reports (pub_overview.asp)
State Nonfiscal Reports (pub_snf_report.asp)
District Fiscal Reports (pub_pubdistricts.asp)
State Fiscal Reports (pub_rev_exp.asp)
Dropouts, Completers and Graduation Rate Reports (pub_dropouts.asp)

**Historical Publications**

Largest Districts Reports (pub_100_largest.asp)
Teacher Compensation Reports (pub_teacher_comp.asp)
Directory Reports (pub_directory.asp)
Historical Overview Reports (pub_historical.asp)

Go to NCES Catalog of all Publications and Data Products that use CCD Data (/pubsearch/getpubcats.asp?sid=001)

# ⊞ Data Tables (data_tables.asp)

The following are additional CCD data tables that do not appear in other reports or documentation.

Virtual Schools, Counts and Enrollment (data_tables.asp#Virtual_Schools_Counts_Enrollment)
Dropout/Completer Data (data_tables.asp#Dropout_Completer_Tables)
Nonfiscal Data (data_tables.asp#Nonfiscal_Data_Tables)
Fiscal Data (data_tables.asp#Nonfiscal_Data_Tables)

The following are links to other NCES tables or reports that include CCD data: Links to other NCES tables with CCD data (data_tables.asp#NCES_Tables_Other)

# 📈 EDFIN (/edfin/index.asp)

Use this site to get finance information on public elementary/secondary education.

# ↗ CCD Data Collection (https://www2.ed.gov/about/inits/ed/edfacts/index.html)

CCD nonfiscal data are collected by the U.S. Department of Education's ED*Facts* office. ED*Facts* collects data for offices throughout the department, in addition to CCD. This page provides resources used by state education agencies in reporting data to USED. These include file specifications and business rules that may also be of

interest to data users.

## 🗄 [State Coordinators' Corner (corner.asp)](corner.asp)

This page provides resources for CCD coordinators. It includes coordinators' contact information and links to states' education departments.

[Publications for Coordinators (ccpubs.asp)](ccpubs.asp)
[Coordinators' Resources (ccresources.asp)](ccresources.asp)
[Nonfiscal Coordinators Contact Information (ccMembersNon.asp)](ccMembersNon.asp)
[Fiscal Coordinators Contact Information (ccMembersFis.asp)](ccMembersFis.asp)

## 🖥 [Learn More About CCD (/training/datauser/)](/training/datauser/)

The Distance Learning Dataset Training System (DLDT) is an online, interactive tool that allows users to learn about NCES data across the education spectrum and evaluate it for suitability for particular research purposes. The DLDT computer-based training modules are designed to introduce users to many NCES datasets, their design, and considerations for analysis to facilitate successful analyses.

Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement

Our website

Staff directory

Privacy and security policy

Newsflash

Related sites (external)

U.S. Department of Education

USAJOBS



© 2025 The Institute of Education Sciences, All Rights Reserved.