# EXHIBIT 27

5/1/25, 3:11 PM Case 1:25-cv-01266-TNM Document 14-29 Filed 05/02/25 Page 2 of 6
About | NAEP

An official website of the United States government
The Nation's Report Card ERIC database for education research

IES National Center for Education Statistics

What we do Use our work Explore funding Learn with us About us

Search NAEP

Search NAE

ASSESSMENTS & RESULTS RESOURCES & DATA TOOLS INFORMATION FOR... PUBLICATIONS & NEWS ABOUT ASK A QUESTION

Information is now available about the NAEP 2026 assessment program. Learn More

Home About NAEP

# About NAEP

## A Common Measure of Student Achievement

https://nces.ed.gov/nationsreportcard/about/ 1/5

The National Assessment of Educational Progress (NAEP) provides important information about student academic achievement and learning experiences in various subjects. Also known as The Nation's Report Card, NAEP has provided meaningful results to improve education policy and practice since 1969. Results are available for the nation, states, and 28 urban districts.

The Nation's Report Card: ...

NAEP is a congressionally mandated program that is overseen and administered by the National Center for Education Statistics (NCES), within the U.S. Department of Education and the Institute of Education Sciences. The National Assessment Governing Board, an independent body appointed by the Secretary of Education, sets NAEP policy.

AN OVERVIEW OF NAEP

USING SCHOOL INTERNET FOR NAEP

NAEP HISTORY AND INNOVATION

NAEP IS A COMMON YARDSTICK

NAEP DATA INFORMS POLICY AND PRACTICE

NAEP INCLUDES SD/EL STUDENTS

NAEP ACCOMMODATIONS

FAQ

# Results Available

| SUBJECT | JURISDICTION | GRADE | WHAT IS ASSESSED? |
|---|---|---|---|
| Reading | NATIONAL<br>STATE<br>DISTRICT | 4 8 12<br>4 8 12<br>4 8 12 | Students are asked to read grade-appropriate literary and informational materials and answer questions based on what they have read. |
| Mathematics | NATIONAL<br>STATE<br>DISTRICT | 4 8 12<br>4 8 12<br>4 8 12 | Students answer questions designed to measure one of the five mathematics content areas in number properties and operations, measurement, geometry, data analysis, statistics, and probability, and algebra. |
| Science * | NATIONAL<br>STATE | 4 8 12<br>4 8 | Students demonstrate their knowledge and abilities in the areas of Earth and space science, physical science, and life science. |

# Who We Are

## Congressionally Mandated National Assessment Program

By law, NCES is responsible for carrying out the operational components of NAEP. The National Assessment Governing Board, an independent body of educators, community leaders, and assessment experts, sets NAEP policy.

LEARN MORE



*Last updated 17 April 2025 (AT)*

### Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement

### Our website

Staff directory

Privacy and security policy

Newsflash

### Related sites (external)

U.S. Department of Education

USAJOBS

© 2025 The Institute of Education Sciences, All Rights Reserved.