# EXHIBIT 29

🇺🇸 An official website of the United States government       The Nation's Report Card     ERIC database for education research



What we do ⌄    Use our work ⌄    Explore funding ⌄    Learn with us ⌄    About us ⌄

PROGRAM FOR INTERNATIONAL STUDENT ASSESSMENT (PISA) (/SURVEYS/PISA/INDEX.ASP)

PISA (index.asp)    About PISA    Overview

# Overview

The Program for International Student Assessment (PISA) is an international comparative study of 15-year-old students' performance in reading, mathematics, and science literacy. The PISA 2022 results represent outcomes from the 8th cycle of PISA since its inception in 2000. PISA has been conducted every 3 years except for a 1-year delay in the current cycle (from 2021 to 2022) due to the pandemic. After the 2025 data collection, PISA will change to a 4-year data collection cycle. The major domain of study rotates between mathematics, science, and reading in each cycle. PISA also offers optional domains such as financial literacy and includes measures of general or cross-curricular competencies, such as collaborative problem solving. By design, PISA emphasizes functional skills that students have acquired as they near the end of compulsory schooling. PISA is coordinated by the Organization for Economic Cooperation and Development (OECD), an intergovernmental organization of industrialized countries, and is conducted in the United States by NCES. Data collection for the most recent assessment was completed in fall 2022.

PISA 2022 assessed students' science, reading, and mathematics literacy in about 80 countries and education systems. Mathematics was the focal subject of the 2022 data collection, as it was in 2012. The United States took part in the optional Financial Literacy domain along with 19 other education systems in 2022.

The most recent PISA results are from 2022 and are available here (https://nces.ed.gov/surveys/pisa/pisa2018/index.asp). More information about PISA and resources, including the OECD's PISA reports, PISA assessment frameworks, and international data files, are

available at the OECD website (https://nces.ed.gov/transfer.asp?location=www.oecd.org/pisa/).

### Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement

### Our website

Staff directory

Privacy and security policy

Newsflash

### Related sites (external)

U.S. Department of Education

USAJOBS



© 2025 The Institute of Education Sciences, All Rights Reserved.