# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, 500 5th Street NW Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON MEASURMENT IN EDUCATION 19 Mantua Road Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, 400 Maryland Avenue, SW Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*, 400 Maryland Avenue, SW Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. 1:25-cv-01266-TNM |

**DECLARATION OF CAROL LEE**

I, Carol Lee, declare as follows:

    1.    I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information shared with me in my capacity as President of the National Academy of Education ("NAEd").

    2.    My name is Carol Lee, and I am the Edwina S. Tarry Professor Emeritus of Education in the School of Education and Social Policy and in African-American Studies at

1

Northwestern University in Evanston. I received my Ph.D. in Education (Curriculum and Instruction) in 1991 and Masters in English in 1969 from the University of Chicago. I received my B.A. in The Teaching of Secondary School English from University of Illinois at Champaign-Urbana.

3. For five decades, my scholarly work has focused on helping students from minority backgrounds excel in an environment of low expectations, poverty, negative stereotypes, and other barriers.

4. I have been a member of NAEd since I was elected in 2007 and have served as President of NAEd since 2021. I am familiar with all of the organization's activities.

5. NAEd is a nonprofit organization whose mission is to advance high-quality research to improve education policy and practice. Founded in 1965, the NAEd has 342 members, including those in the United States and international associates, who are elected on the basis of their leading and trusted scholarship related to education.

6. NAEd members rely on Institute of Education Sciences ("IES") data to study a wide variety of pressing educational issues, including inequities that prevent historically underserved students, including Black, Latino, and Native American students; students with disabilities; English language learner/multilingual learners; and socioeconomically disadvantaged students from having equal access to educational opportunities.

7. On or around February 11, 2025, I was made aware through public reporting and an AERA release that IES, has had a significant reduction in its work force. My understanding is that the staff in IES has been cut by over 90%, and that contracts necessary for the collection, analysis and maintenance of datasets have also been cut.

8. The dismantling of IES's data collection and dissemination infrastructure limits

NAEd's members' ability to study these critical educational issues.

9. NAEd itself also relies on IES data to conduct its research initiatives. NAEd's research projects provide research-informed guidance and recommendations that address pressing educational issues. For example, NAEd's recent project titled "Evaluating and Improving Teacher Preparation Programs" highlights the critical context surrounding teacher education and provides research-informed recommendations for evaluating and improving both teacher preparation programs and the larger educational and policy contexts in which these programs are situated. Like other NAEd research projects, this project relied on IES data to support its findings and recommendations. Specifically, this report relied on NCES's Digest of Education Statistics and Condition of Education reports, and NCEE papers.

10. NAEd is also relying on IES data, including NAEP, the School Pulse Panel, and the Monthly School Survey Dashboard, in its current "Addressing Educational Inequities in the Wake of the COVID-19 Pandemic" project. Without such IES data, NAEd cannot evaluate the academic learning outcomes and achievement gaps exacerbated by the pandemic. And similarly, without the use of IES data, the NAEd cannot evaluate the efficacy of the academic interventions implemented to address unfinished learning and make recommendations for future district and school-level strategies.

11. NAEd's recent project "Civic Reasoning and Discourse" relied on NAEP data as the only assessment dataset that tracks student performance in the broad area of civics every four years. Students' civic knowledge, skills, and dispositions are fundamental to democratic functioning. Recent NAEP results that showed civics performance gaps based on race and income level, along with two decades of NAEP trends indiciating consistent low proficiency for all students, provide crucial insights for NAEd to organize expert knowledge and develop targeted

recommendations for enhancing student civic capabilities. Furthermore, ongoing improvements to NAEP assessment methodology, including the addition of classroom and school climate measures, will continue to provide valuable insights to inform the future of civics research.

12. Using NAEd research projects and members' research to improve education policy and practice is integral to NAEd's mission and access to the IES data is a necessary component. Without IES data, NAEd will be limited in its ability to advance the high-quality research relied upon by scholars, educators, advocates and the general public to improve education policy and practice.

13. The changes to IES have undermined NAEd and its members' abilities to fulfill our mission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2025

*Carol D. Lee*

Carol Lee
President of NAEd