# EXHIBIT 31

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW<br>Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCIL ON<br>MEASUREMENT IN EDUCATION<br>19 Mantua Road<br>Mt. Royal, NJ 08061<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>*Defendants*. | Civil Action No. 1:25-cv-01266 |

**DECLARATION OF L. ELIZABETH TIPTON**

I, Laura Elizabeth Tipton, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a professor, statistician, and researcher in the field of education research at Northwestern University.

3. I am an active member of the National Academic of Education.

4. I received my Ph.D. in Statistics in 2011 from Northwestern University and my M.A. in Sociology in 2005 from the University of Chicago. In obtaining my doctorate in statistics, I devoted time and resources to also obtain a certificate in education science.

5. For more than 15 years, I have dedicated my career to improving the quality of education research in order to benefit the public by ensuring policymakers and practitioners rely on accurate and valuable information in making decisions that affect our nation's students.

6. To this end, I have conducted education research with a focus on fostering effective research through high-quality and improved randomized trials in the field of education research. My research involves developing new research designs and statistical methods for large, randomized experiments, with a particular focus on understanding for whom, and under what conditions, interventions are effective. This includes concerns with generalizability, treatment effect heterogeneity, and prediction.

7. I have conducted research that found education research has suffered from a lack of representativeness in the schools and school populations studied, which limited the accuracy and generalizability of research products relied on by policymakers and educators.

8. Partly as a result of these findings, I have created and maintained, with the assistance of others, "The Generalizer," which is an online resource that I provide to researchers to aid in ensuring their findings are representative and generalizable across school types and populations.

9. In the past I have received grants for this work, but I generally support it with my own time and work with a low-cost developer to provide free access to education researchers.

10. I do this as a part of my work to ensure that education research products are valid and representative of the nation's school environments and populations.

11. Hundreds of education researchers have relied on this tool to design and improve their research studies and randomized control trials in the education field, ultimately improving the accuracy and generalizability of the education research findings relied upon in the public discourse and by policymakers and educators. These studies often focus on the U.S. population or on broad regions of states in the U.S. The resulting studies enable researchers to both test their interventions in a more heterogeneous set of schools and provide a more valid estimate of the efficacy of these interventions.

12. This tool relies upon updated data funded through canceled IES contracts, including the Common Core of Data ("CCD") and the Integrated Postsecondary Education Data System ("IPEDS"). Contracts supporting these data sources were abruptly cancelled in February.

13. Without these and other sources of data, the Generalizer tool will quickly become out-of-date and unreliable. I generally update it with new data from these sources annually.

14. Since the inception of the COVID-19 pandemic, education data changes have been particularly volatile, increasing the risk of the Generalizer becoming badly out-of-date quickly as student populations and patterns change rapidly.  Population shifts, migration, school closures, and school openings will all quickly make this tool–which seeks to ensure representativeness as the foundation for education research–unrepresentative of our nation's schools and student populations.

15. As a result, it is vitally important to my work, and to the public interests I seek to serve, that IES continue to fund and carry out its work in collecting and disseminating CCD, IPEDS and other education data.

16. In addition to conducting research and working to facilitate the creation of accurate and effective research by others, I work to train students and researchers every year on how to develop effective randomized trials for education research.

17. My students and trainees regularly rely on data created and disseminated by the Institute of Education Sciences ("IES") and its components, generally through contracts including those cancelled this February, to conduct research, identify problems, and develop new research methods.

18. My students, trainees, and I often rely on data available in the IES-funded and provided "What Works Clearinghouse" in the process of identifying problems and developing new and improved research methods that seek to improve the quality of education research products and data.

19. The What Works Clearinghouse data makes study data available that is essential to this work and training, and the February 10th cancellation of at least six contracts supporting the operation and availability of the What Works Clearinghouse threatens to make this work and teaching nearly impossible, and, at a minimum, significantly less impactful. *See* Contracts 91990020D0005/91990024F0310, 91990023A0001/91990024F0316, 91990023 D0002/91990025F0014, 91990021A0003/91990023F0336, 91990021A0022/91990024F0342, 91990021A0003/91990021F0370. In particular, my students typically rely upon WWC data related to the research designs used, including sample sizes, and the outcomes and effect sizes estimated. This data enables my students

to develop better research methods that are directly applicable to education research and future studies.

20. I also have current grant funding to study human-computer interactions to ensure that people draw correct conclusions from research and data, including, in particular, the data and information on research findings and educational effectiveness made available through the WWC.

21. The failure to support the continued availability and functionality of the WWC will frustrate the purpose of this research and prevent me from effectively improving the accuracy of the public, policymakers' and educators' interpretation of education research.

22. I have invested years of time and resources into developing expertise in educational research for the purpose of serving the public good. The ability to continue to do this work is dependent on the ecosystem of research and data fostered and provided by IES funding and carrying out its duties.

Executed on
April 28, 2025

L. Elizabeth Tipton