# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION,<br>500 5th Street NW Washington, DC 20001<br><br>and<br><br>NATIONAL COUNCEIL ON MEASUREMENT IN EDUCATION<br>19 Mantua Road MT. Royal, NJ 08061<br><br>  *Plaintiffs,*<br><br>   v.<br><br>DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>and<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education,<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202<br><br>  *Defendants.* | Civil Action No. 1:25-cv-01266-TNM |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a preliminary injunction, the opposition thereto, and the full record in this case, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that, until further order of this Court:

1. Defendants, their employees, agents, or independent contractors shall maintain and shall not destroy any Institute for Educational Services (IES) datasets, including by cancelling or otherwise failing to fulfill vendor contracts, where doing so would deny the public timely access to educational

data which Congress has mandated IES collect and disseminate.

2. Defendants shall reinstate and maintain all congressionally mandated data collection, analysis, and dissemination activities by IES and its research centers that were ended or paused on or after February 9, 2025, and may not take any steps to further impede these congressionally mandated data functions.

3. Defendants shall, within thirty days of this Order, reinstate any of IES's contracts canceled on or after February 9, 2025, or, where another contractor could provide equivalent services, will promptly re-bid the contracts, soliciting new contracts to carry out the research and data activities covered by the cancelled contracts that are necessary to IES fulfilling its statutory mandates.

4. Defendants shall restore sufficient employee positions at IES and its research centers to ensure their compliance with congressional mandates, including those positions necessary to ensure that, within a timely manner, IES and its research centers:

    a. properly oversee all necessary independent contractors,

    b. grant and renew restricted-use data licenses, and

    c. complete disclosure risk reviews for license holders.

**SO ORDERED.**

Dated: _____, 2025

                      TREVOR N. McFADDEN
                      United States District Judge