UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCTION, et al., <br><br> Defendants. | Civil Action No. 25-1266 (TNM) |

## JOINT MOTION FOR BRIEFING SCHEDULE

The parties jointly move this Court to set a briefing schedule of Defendants Department of Education and Linda McMahon, in her official capacity as Education Secretary (collectively, the "Department"), anticipated motion to dismiss. Plaintiffs the National Academy of Education and the National Council on Measurement in Education (the "Plaintiffs") filed their complaint on April 24, 2025. *See generally* Compl. (ECF No. 1). On May 14, 2025, Plaintiffs moved for a preliminary injunction (ECF No. 14), which the Court denied on June 3, 2025 (ECF No. 28). The Department's current deadline to respond to the complaint is June 30, 2025.

Plaintiffs report that they intend to file an amended complaint on or before July 21, 2025. Considering Plaintiffs' intent to file an amended complaint, the parties jointly request that the Court vacate the Department's deadline to respond to the complaint (ECF No. 1) and set the following schedule for briefing a motion to dismiss the amended complaint: the Department's motion to dismiss shall be due on or before September 18, 2025; Plaintiffs' opposition shall be due on or before October 9, 2025; and the Department's reply shall be due on or before October 30, 2025.

| | |
|---|---|
| Dated: June 26, 2025<br>Washington, DC | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Morenike Fajana*<br>Samuel Spital<br>DC Bar No. NY0248<br>Morenike Fajana*<br>Allison Scharfstein*<br>Colin Burke*<br>NAACP LEGAL DEFENSE &<br>EDUCATIONAL FUND, INC.<br>40 Rector St., FL 5,<br>New York, NY 10006<br>(212) 965-2259<br>sspital@naacpldf.org<br>mfajana@naacpldf.org<br>ascharfstein@naacpldf.org<br>cburke@naacpldf.org | By:    */s/Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. BAR #1735756<br>ERIKA OBLEA, D.C. BAR #1034393<br>Assistant United States Attorneys<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2500 (main)<br><br>*Attorneys for the United States of America* |
| *Admitted *pro hac vice* admission<br><br>*Counsel for Plaintiffs NAEd and NCME* | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF EDUCTION, et al.,<br><br>Defendants. | Civil Action No. 25-1266 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint motion to set a briefing schedule, and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that Defendants' deadline to answer the complaint (ECF No. 1) is VACATED; and it is further

ORDERED that Plaintiffs shall file an amended complaint on or before July 21, 2025; and it is further

ORDERED that the following schedule shall govern briefing of Defendants' anticipated motion to dismiss: Defendants' motion to dismiss shall be due on or before September 18, 2025; Plaintiffs' opposition shall be due on or before October 9, 2025; and Defendants' reply shall be due on or before October 30, 2025

SO ORDERED.

_____                    _____
Dated                                                                                      TREVOR N. MCFADDEN
                                                                                                  United States District Judge