.UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF EDUCTION, et al.,<br><br>Defendants. | Civil Action No. 25-1266 (TNM) |

**UNOPPOSED MOTION TO RECONSIDER**

Defendants Department of Education and Linda McMahon, in her official capacity as Education Secretary, respectfully move the Court to reconsider its denial of Defendants' Consent Motion to Extend (ECF No. 32). Min. Order (Dec. 12, 2025). Defendants requested a two-week extension of time to file their reply in further support of their motion to dismiss. That was Defendants' first—and only—request to extend any deadline in this case.

Undersigned represented that "[d]ue to matters and deadlines in other pending cases, undersigned counsel requires some additional time to prepare the filing and obtain required agency and supervisor review." Consent Mot. to Extend (ECF No. 36). Pursuant to Rule 7(m), the parties conferred, via counsel, and Plaintiffs indicate they do not oppose this request.

To elaborate, Plaintiffs filed their opposition on October 9, 2025 (ECF No. 33), and the briefing schedule set the deadline for the government's reply for October 30, 2025. Min. Order (Jun. 30, 2025). That reply deadline fell during a historic lapse of appropriations. Aside from emergency and specifically-excepted matters, undersigned was not permitted to work—even on a voluntary basis—on any case, including this one. Indeed, during the shutdown, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited

circumstances, i.e., "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. As a result, undersigned counsel was not permitted to review—let alone begin drafting—a reply until appropriations were restored on November 14, 2025. And since then, undersigned has diligently worked to advance the dozens of active cases on his docket in which deadlines fell during the shutdown—in addition to addressing numerous emergencies and deadlines that have occurred during the month of December.

There are six business days between today and the current deadline of December 22. In that period, undersigned must: (1) finalize and file a reply in further support of a motion for summary judgment (*Butterbee Farm v. USDA*, 25-0737 (RC)), a reply in further support of a motion to dismiss (*Shoaie v. Blinken*, 24-1513 (GMH)), and an opposition to a motion to reconsider (*Akbar v. United States*, 23-2382 (LLA)); (2) prepare for and defend two day-long, in-person depositions (*Williams v. Dixon*, 22-0753 (RJL)); (3) prepare for and argue a motion to dismiss (*ALDF v. Rollins*, 25-0461 (ACR)); (4) prepare and file oppositions to two motions for a preliminary injunction, including in a case pending before this Court (*Mytych v. Nat'l Park Serv.*, 25-4291 (TNM)), and in another matter (*Hameed v. HHS*, 25-4117 (DLF)); and (5) prepare a reply to a motion for summary judgment (*COWPL v. U.S. Forest Serv.*, 25-0540 (RDM)). Meeting the December 22 deadline in this case, therefore, requires seeking extensions in other cases, all of which (except the emergency matters) were filed prior to this case and which necessarily prejudices the plaintiffs in those lawsuits. *Cf. Open America v. Watergate Special Prosecution Force*, 547 F.2d 605, 614 (D.C. Cir. 1976) ("We have no doubt that the Government officials would comply promptly and faithfully with any order this court issued giving preferential, expedited treatment to the request of Open America. They would, of course, given their finite human and financial

resources, do so by taking personnel away from other prior requests which the FBI is now engaged in processing.").

For these reasons, Defendants respectfully request the Court reconsider its denial of Defendants' unopposed request for a relatively short extension and permit Defendants to file their reply on or before January 5, 2026.

Dated:  December 12, 2025
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

PETER C. PFAFFENROTH, DC Bar 496637
Chief, Civil Division

By:     */s/Dimitar P. Georgiev*
        DIMITAR P. GEORGIEV, D.C. BAR #1735756
        ERIKA OBLEA, D.C. BAR #1034393
        Assistant United States Attorneys
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2500 (main)

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF EDUCTION, et al.,<br><br>    Defendants. | Civil Action No. 25-1266 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion to reconsider, and the entire record herein, it is hereby

ORDERED that the unopposed motion is GRANTED; and it is further

ORDERED that Defendants shall file their reply on or before January 5, 2026.

SO ORDERED.

_____                                        _____
Dated                                                                                      TREVOR N. MCFADDEN
                                                                                                United States District Judge