UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 25-1266 (TNM) |

## NOTICE REGARDING D.C. CIRCUIT ORDER

Defendants hereby notify the Court of a development regarding the decision in *Nat'l Treasury Emps. Union ("NTEU") v. Vought*, 149 F.4th 762 (D.C. Cir. 2025), which Defendants' currently pending motion to dismiss cites (ECF Nos. 32, 38). On December 17, 2025, the decision in *NTEU* was vacated by the D.C. Circuit and is pending *en banc* review, with oral argument set for February 24, 2026.

Dated: January 23, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Erika Oblea*
    ERIKA OBLEA, D.C. Bar #1034393
    DIMITAR P. GEORGIEV-REMMEL, D.C.
      Bar #1735756
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2500 (main)

*Attorneys for the United States of America*