UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 25-1266 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's February 25, 2026, Order, the parties hereby file this joint status report to submit a proposed schedule for further proceedings.

On April 24, 2025, Plaintiffs filed a Complaint concerning the Department of Education's Institute of Education Sciences. Compl., ECF No. 1. On June 3, 2025, the Court denied Plaintiffs' motion for a preliminary injunction. ECF Nos. 27, 28. Plaintiffs thereafter amended their Complaint. ECF No. 30. Defendants moved to dismiss Plaintiffs' Amended Complaint raising claims under the Administrative Procedure Act ("APA"). ECF No. 32. On February 25, 2026, the Court denied Defendants' motion to dismiss and ordered the parties to submit a proposed schedule for further proceedings in three weeks, or on or before March 18, 2026. ECF Nos. 40, 41.

### Plaintiffs' Proposed Briefing Schedule

Plaintiffs propose the following schedule for briefing and attach a proposed order:

- April 1, 2026: Certified list and production of administrative record

- May 15, 2026: Opening summary judgment briefs

- June 5, 2026: Opposition briefs

- June 19, 2026: Reply briefs

- July 1, 2026: Joint Appendix

Plaintiffs seek to proceed expeditiously to resolve the underlying dispute in which they have alleged harm stemming from Defendants' failure to disseminate information that Congress determined should be made available to the public through its passage of the Education Sciences Reform Act, 20 U.S.C. §§ 9501 et seq.  Under Defendants' proposed schedule, briefing of the underlying issues will not be complete until nearly eight months from now.  Plaintiffs see no reason for such an elongated schedule, particularly where the only proceedings contemplated by the schedule are production of the administrative record and filing of summary judgment briefs.

### Defendants' Proposed Briefing Schedule

Defendants propose the following schedule for briefing and attach a proposed order:

- Certified List of Administrative Record: May 18, 2026

- Plaintiffs' Motion for Summary Judgment: July 2, 2026

- Defendants' Combined Cross Motion and Opposition: August 17, 2026

- Plaintiffs' Combined Reply and Opposition: September 16, 2026

- Defendants' Reply: October 16, 2026

- Joint Appendix: October 30, 2026

Defendants moreover object to Plaintiffs' proposed schedule that would have the parties file their summary judgment motions at the same time. Simultaneous briefing creates a situation where the parties could very well raise issues in their briefs that may not ultimately be contested by the other side, leading to inefficient presentation of the issues for this Court's consideration.

Additionally, Defendants request that the Court enter its briefing schedule because of the undersigned's voluminous caseload. The undersigned counsel maintains a substantial and

demanding caseload, with several defensive litigation deadlines in the following month alone, to include joint status report deadlines, an appellate brief deadline, and a mediation in addition to her affirmative litigation caseload.  The agency will also need additional time to consider and prepare the administrative record, including any evidence that bears on threshold issues consistent with this Court's opinion denying Defendants' motion to dismiss.  Moreover, any filings will need to be reviewed by the appropriate officials within the Department of Justice. For these reasons, Defendants' counsel requires sufficient time to review Plaintiffs' filings, confer with Agency counsel, and prepare an appropriate response.

*        *        *

Dated: March 18, 2026
       Washington, DC

Respectfully submitted,
*/s/ Colin Burke*
Samuel Spital
DC Bar No. NY0248
Morenike Fajana*
Colin Burke*
Kelly Gardner*
Kameron Johnston**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 965-2259
sspital@naacpldf.org
mfajana@naacpldf.org
cburke@naacpldf.org
kgardner@naacpldf.org
kjohnston@naacpldf.org
*Admitted *pro hac vice*
**Motion for admission *pro hac vice*
   forthcoming

Amy I. Berman
DC Bar No. 480541
NATIONAL ACADEMY
OF EDUCATION
500 Fifth Street, NW
Washington, DC 20001
(202) 334-2341
aberman@naeducation.org

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Erika Oblea*
   ERIKA OBLEA, D.C. Bar #1034393
   DIMITAR P. GEORGIEV-REMMEL, D.C.
    Bar #1735756
   Assistant United States Attorneys
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2500 (main)

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 25-1266 (TNM) |

**[PLAINTIFFS' PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Proposed Briefing Schedule, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Defendants will produce the contents of the Administrative Record to Plaintiffs and file a certified list of the Administrative Record on or before April 1, 2026;

- Motions for summary judgment will be filed on or before May 15, 2026;

- Oppositions to motions for summary judgment will be filed on or before June 5, 2026;

- Replies in further support of any motion for summary judgment will be filed on or before June 19, 2026; and

- The parties shall file a Joint Appendix in accordance with Local Rule 7(n) on or before July 1, 2026.


Dated:  _____

_____
TREVOR N. MCFADDDEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION,
et al.,

        Plaintiffs,

     v.

DEPARTMENT OF EDUCATION, et al.,

        Defendants.

Civil Action No. 25-1266 (TNM)

## **[DEFENDANTS' PROPOSED] ORDER**

Upon consideration of the Defendants' Proposed Briefing Schedule, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Defendants shall file a Certified Index of Administrative Record and serve the Administrative Record to Plaintiffs on or before May 18, 2026;

- Plaintiffs shall file a Motion for Summary Judgment on or before July 2, 2026;

- Defendants shall file their combined Cross Motion for Summary Judgment and Opposition on or before August 17, 2026;

- Plaintiffs shall file a combined Opposition and Reply on or before September 16, 2026;

- Defendants shall file their Reply on or before October 16, 2026; and

- The parties shall file the Joint Appendix (LCvR 7(n)) on or before October 30, 2026.

Dated: _____

                                            _____

                                            TREVOR N. MCFADDDEN
                                            United States District Judge