UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION, et al.,

      Plaintiffs,

    v.

DEPARTMENT OF EDUCTION, et al.,

      Defendants.

Civil Action No. 25-1266 (TNM)

**NOTICE OF FILING**
**LIST OF THE CONTENTS OF ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1), Defendants hereby give notice of the filing of a certified list of the contents of the administrative record.

Dated:  April 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*