UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL ACADEMY OF EDUCATION**, *et al.,*<br><br>        *Plaintiffs,*<br><br>    v.<br><br>**DEPARTMENT OF EDUCATION,** *et al.,*<br><br>        *Defendants*. | Case No. 1:25-cv-01266 (TNM) |

## <u>CERTIFICATION OF THE ADMINISTRATIVE RECORD</u>

I, Candice Jackson, am Deputy General Counsel at the United States Department of Education. I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the administrative record in this case.

As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents contained therein.

Based on information provided to me as part of my official duties, I hereby certify that the attached Administrative Record is a true and correct copy of the non-privileged documents other than readily available authorities that the Department does not typically include in administrative records that, to the best of my knowledge, were directly or indirectly considered in connection with the agency decisions at issue in this case.

Executed this 29th Day of April 2026.

*{Signature on next Page}*

Candice Jackson
Deputy General Counsel
United States Department of Education

**NAE v. Dep't of Education**

 **Civil Action No. 25-1266 (TNM)**

**ADMINISTRATIVE RECORD – Index**

000001 – 000001     1.a Email Directing the Termination of Contracts.2.10.25.

000002 – 000009     1.b Term Workload_Sorted.2.10.2025.pdf

000010 – 000178     2, 6 and 11.a Originating Contract (NPSAS_24) (B&B) and (BPS)

000179 – 000181     2, 6 and 11.b (NPSA_24) (B&B) and (BPS).Termination of Contract

000182 – 000318     2, 6 and 11.c (NPSAS24) (B&B) and (BPS) Reinstatement of Ongoing Contract

000319 – 000322     2, 6 and 11.d (NPSAS 28) (B&B) and (BPS) New Request April 22, 2026

000323 – 000395     3.a Originating Contract HSLS

000396 – 000397     3.b HSLS Termination of Contract

000398 – 000408     3.c HSL Emails Negotiations For Settlement and Performance of Study after Termination

000409 – 000409     3.d HSL Settlement Agreement to Perform Study After Termination

000410 – 000588     4.a Originating Contract ECLS-K 22 and Collection Activities

000589 – 000589     4.b ECLS-K 22 and Collection Activities Termination of Contract

000590 – 000614     4.c ECLS-K. Emails Negotiations for Settlement and Performance of Studies after Termination

000615 – 000622     4.d ECLS-K Settlement Agreement to Perform Studies After Termination

000623 – 000751        5.a Originating Contract NHES

000752 – 000753        5.b NHES Termination

000754 – 000805        7.a Originating Contract NAEP POC

000806 – 000942        7.b Attachment A to Originating Contract - NAEP POC Design and Coordination Team SOO

000943 – 000943        7.c Attachment B To Originating Contract- Payment Schedule for Deliverables NAEP POC

000944 – 000972        7.d Attachment C NEAP POC Amendment to Originating Contract

000973 – 000991        7.e Attachment D to Originating Contract - Subcontracting Plan NAEP POC

000992 – 001020        7.f NEAP POC. Rescoping of Contract. Not termination

001021 – 001066        8.a Originating Contract NAEP SW

001067 – 001203        8.b Attachment A to Originating Contract - NAEP SW Design and Coordination Team SOO

001204– 001213         8.c Attachment B to Originating Contract - Payment Schedule for Deliverables NAEP SW

001214 – 001219        8.d Attachment C to Originating Contract - QASP NAEP SW

001220 – 001227        8.e Attachment D to Originating Contract - Subcontracting Plan NAEP SW

001228 – 001242        8.f NAEP SW Modification of Contract 10.31.2024

001243 – 001249        8.g NEAP SW. Descope of contract Not Termination 5.13.2025

001250 – 001265        9.a Originating Contract NEAP PSM

001266 – 001317        9.b Attachment A to Originating Contract - NAEP PSM SOO

001318 – 001318        9.c Attachment B to Originating Contract - NAEP PSM Deliverables.pdf

001319– 001319         9.d Attachment C to Originating Contract- NAEP PSM Payment Schedule.pdf

| | |
|---|---|
| 001320 – 001328 | 9.f NEAP PSM Descope of Contract not Termination |
| 001329 – 001515 | 10.a. Originating Contract CCD Collection Activities |
| 001516– 001517 | 10.b. CCD Collection Activities Termination of Contract |
| 001518 – 001846 | 10.c CCD Collection Activities Reinstatement of Contract |
| 001847 – 001908 | 10.d CCD Collection Activities Extension of Contract Amendment |
| 001909 – 001972 | 12.a Originating Contract for IPEDS Collection Activities.pdf |
| 001973 – 002003 | 12.b IPEDS Descope 6.18.2025 |
| 002004– 002041 | 12.c IPES. Amendment of Contract 9.29.2025 |
| 002042 – 002101 | 12.d New IPEDS Contract 4.14.2026 |
| 002102 – 002128 | 13.a Originating Contract TIMSS. Never Amended, Rescoped, or Terminated |
| 002129 – 002129 | 14.a Reimagining the Institute of Education Sciences IES Soldner Blog. February 27, 2026 |
| 002130 – 002222 | 14.b Full Report Reimagining-IES Dr. Northern February 2026 |
| 002223 – 002223 | 15. Continued Re-Imagining IES Soldner blog post April 14, 2026 |
| 002224 – 002226 | Declaration of Matthew Solder, dated April 28, 2026 |