## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2026, a PDF copy of the full contents of the certified administrative record, was served upon Plaintiff by secure file exchange to:

Allison Scharfstein
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector St 5th Floor
New York, NY 10006
212-965-2200 Email: Ascharfstein@naacpldf.org

Colin Burke
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street 5th Floor
New York, NY 10006
212-965-2200 Email: Cburke@naacpldf.org

Kelly Gardner Womack
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
260 Peachtree Street NW Suite 2300
Atlanta, GA 30303
332-282-6613 Email: Kgardner@naacpldf.org

Lily Grisafi
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street Ste 5th Floor
New York, NY 10006
212-965-2200 Email: Lgrisafi@naacpldf.org

Morenike Fajana
NAACP LDF
40 Rector Street
New York, NY 10006
646-891-6448 Email: Mfajana@naacpldf.org

Samuel Spital
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street 5th Floor
New York, NY 10006
(212) 965-2200 Email: Sspital@naacpldf.org

*Counsel for Plaintiffs*

/s/   Erika Oblea
ERIKA OBLEA
Assistant United States Attorney