**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| NATIONAL ACADEMY OF EDUCATION and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, |
| *Plaintiffs*, |
| v. |
| DEPARTMENT OF EDUCATION and |
| LINDA MCMAHON, *in her official capacity as Secretary of Education*, |
| *Defendants*. |

Civil Action No. 1:25-cv-1266 (TNM)

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7(h), and this Court's April 24, 2025 Standing Order, Plaintiffs National Academy of Education ("NAEd") and National Council on Measurement in Education ("NCME") respectfully move for summary judgment.

This Motion is supported by the memorandum of points and authorities, and the declarations and other documentary evidence attached thereto as exhibits. A proposed order is attached.

1

Dated: July 10, 2026

Amy I. Berman, DC Bar No. 480541
NATIONAL ACADEMY
OF EDUCATION
500 Fifth Street, NW
Washington, DC 20001
(202) 334-2341
aberman@naeducation.org

Respectfully submitted,

/s/ Pilar C. Whitaker
Kameron Johnston*
Pilar C. Whitaker*
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
kjohnston@naacpldf.org
pwhitaker@naacpldf.org

Samuel Spital, DC Bar No. NY0248
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
sspital@naacpldf.org
cburke@naacpldf.org

Kelly Gardner*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
260 Peachtree Street NW, Suite 2300
Atlanta, GA 30303
(332) 282-6613
kgardner@naacpldf.org

*Admitted *pro hac vice*