UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 25-01266 (TNM) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully cross-move for summary judgment on all of Plaintiffs' claims.  As set forth in the accompanying memorandum, which also serves as Defendants' opposition to Plaintiffs' motion for summary judgment, ECF No. 54, the case should be dismissed for lack of subject matter jurisdiction or, in the alternative, judgment should be entered for Defendants because Plaintiffs' claims are not reviewable and otherwise fail on the administrative record.  A proposed order is attached.

Dated: August 11, 2026

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Brett S. Covington*
     BRETT S. COVINGTON
     D.C. Bar #1003835
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-0888
     Brett.Covington@usdoj.gov

*Attorney for Defendants*