UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ACADEMY OF EDUCATION. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 25-01266 (TNM) |

**DECLARATION OF MATTHEW SOLDNER**

I, Matthew Soldner, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am currently employed as the Interim Deputy Commissioner of the National Center for Education Statistics.  In that role, I also serve as Acting Commissioner, National Center for Education Statistics and the Acting Director, Institute of Education Sciences (IES) at the U.S. Department of Education.  I started serving as Interim Deputy Commissioner of the National Center for Education Statistics (NCES) on July 1, 2025, and have worked at IES most recently since July 1, 2018.  The following is based on my personal knowledge or information provided to me in the course of performing my duties.

3. The programs addressed in this declaration include four longitudinal studies that follow cohorts over time (ECLS-K, HSLS:09, BPS, and B&B), two recurring surveys (NPSAS and NHES), two assessments (NAEP and TIMSS), and two databases (CCD and IPEDS).

4. **The Common Core of Data (CCD).** The CCD is a comprehensive, annual, national database of all public elementary and secondary schools and school districts. It is collected

via the EDFacts system.  EDFacts, and thus CCD, are supported by contract 91990024F0331, awarded to AEM Corporation. Subsequent to its termination on February 10, 2025, the contract was reinstated on March 3, 2025. A true and correct copy of the reinstated contract is contained in the Administrative Record at VA001518. The period of performance of the contract spans until September 14, 2029.

5.  **The Use of CCD in the National Assessment of Educational Progress (NAEP).** The public schools selected (sampled) to participate in NAEP are drawn from CCD, a comprehensive, annual, national database of all public elementary and secondary schools and school districts.

6.  Public school sampling for the 2026 NAEP was completed in April 2025 using data from the 2023-24 CCD. Sampling of private schools was conducted at the same time, via data from the 2023-24 Private School Universe Survey.

7.  On September 9, 2025, NCES and NAGB released the results of the NAEP 12th Grade Reading and Mathematics assessments (conducted in 2024). The official results for reading are found at, (Exhibit

   A to this Declaration) (See: https://www.nationsreportcard.gov/reports/reading/2024/g12/) and math at (Exhibit B to this Declaration) (See:

   https://www.nationsreportcard.gov/reports/mathematics/2024/g12/.)

8.  Also on September 9, 2025, NCES and NAGB released the results of the NAEP 8th Grade Science assessment (conducted in 2024). The official results are found at (Exhibit C to this Declaration) (See: https://www.nationsreportcard.gov/reports/science/2024/.)

9.  On June 10, 2026, NCES and NAGB released the results of the NAEP Long-Term Trend assessment for 9 and 13-year olds conducted during the 2024-2025 school year. The official

results are found at (Exhibit D to this Declaration) (See:

https://www.nationsreportcard.gov/ltt/2025/.)

10. The 2023-24 CCD preliminary directory files were published by NCES in July 2024.
(Exhibit E to this Declaration) (See: https://nces.ed.gov/use-work/dataset/2023-24-common-core-data-ccd-preliminary-directory-files). The final (1a) version of these same files were published by NCES in December 2024. (Exhibit F to this Declaration) (See:
https://ies.ed.gov/use-work/dataset/2023-24-common-core-data-ccd-universe-files-version-1a).

11. **The Integrated Postsecondary Education Data System (IPEDS) Support Contract.**
IPEDS is a comprehensive, annual, national data collection from postsecondary institutions.
The IPEDS Support Contract assisted that collection, including through the preparation of survey materials and social media content, as well as logistics functions.

12. Work under the IPEDS Support Contract was conducted under contract 91990023D0005/91990024F0329. That contract included a base period spanning May 13, 2024 to February 12, 2025. The base period was allowed to expire without termination.

13. On June 4, 2025, Option Year 1 of the contract was awarded. This award reflected a rescoped set of activities spanning June 5, 2025 to February 12, 2026.

14. On January 20, 2026, Option Year 2 of the contract was fully executed. This award reflects a period of performance spanning February 13, 2026 to February 12, 2027. True and correct copies of the foregoing contract actions are found in the administrative record at VA003430.

15. **The IPEDS Collection Contract, (IPEDS) d**ata collection is conducted by RTI under contract 91990022F0021. That contract has remained in effect continuously since April 15,

2022, with a period of performance through April 14, 2027. Annual IPES data collection has been conducted in each collection cycle since 2022.

16. **The National Postsecondary Student Aid Study (NPSAS).** NPSAS is a cross-sectional study focused on how postsecondary students pay for college. It is typically conducted every four years.

17. The NPSAS:20 collection pertains to the 2019-2020 school year. Work for NPSAS:20 was conducted under contract 91990018C0039. That contract was terminated on February 10, 2025. Because work on NPSAS:20 had been largely completed by that time, it was not reinstated. Rather, necessary work was completed as part of the contract's settlement.

18. The NPSAS:24 collection pertains to the 2023-2024 school year.

19. Work for NPSAS:24 was conducted under contract 91990022C0017. That contract was terminated on February 10, 2025. Following rescoping, that contract was reinstated on June 30, 2025. A true and correct copy of the reinstated contract is contained in the Administrative Record at VA000182. The period of performance for that contract spans until February 3, 2027.

20. The NPSAS:28 collection pertains to the 2027-2028 school year. ED awarded contract GS-00F-354CA/91990026F0051 on July 1, 2026, to conduct NPSAS:28. The period of performance for that contract spans until June 30, 2033. A true and correct copy of the NPSAS:28 contract is attached as Exhibit G to this Declaration.

21. **The Beginning Postsecondary Students Longitudinal Study (BPS).** BPS follows a cohort of first-time, beginning postsecondary students for a period of six years, beginning with their entry to college. It typically includes two follow-up studies: one 2 years following entry and one 5 years after entry. The cohort of entering students who are selected to participate in BPS

are identified via NPSAS. As such, work for BPS is typically conducted as optional tasks that are part of the NPSAS contract. For example: The most recent iteration of BPS, which is referred to as BPS:20 because it pertains to first-time students who began the 2019-2020 school year, sampled its participants from among those students who took part in the NPSAS:20 data collection.

22. Work for BPS:20—and its parent study, NPSAS:20—was conducted under contract 91990018C0039. As noted elsewhere, that contract was terminated on February 10, 2025, and was not reinstated. Prior to termination, NCES had released the report pertaining to the first BPS follow-up, conducted in the 2021-22 school year and referred to as BPS:20/22. (Exhibit H to this Declaration) (See: https://ies.ed.gov/use-work/resource-library/report/first-look-ed-tab/beginning-postsecondary-students-longitudinal-study-bps2022-persistence-and-attainment-2019-20-first.)

23. As part of the termination settlement for contract 91990018C0039, the contractor completed activities necessary to release the data associated with BPS:20/22. NCES released those data via its Datalab online analysis platform. (Exhibit I to this Declaration) (See: https://nces.ed.gov/datalab.)  The second BPS:20 follow-up study, BPS:20/25, was not conducted. Data collection for that follow-up had not begun at the time contract 91990018C0039 was terminated, and no current contract provides for it.

24. On August 10, 2026, the Department issued a modification to the NPSAS:28 contract, GS-00F-354CA/91990026F0051/P00001, (Exhibit G to this Declaration), to collect postsecondary enrollment and federal financial aid data, if available, of BPS:20 participants. Were NCES to follow its historical data collection schedule, the next iteration of BPS would occur in 2029-2030 as part of NPSAS:28 and would be referred to as BPS:28/30.  As noted

elsewhere, ED awarded contract 91990026F0051 on July 1, 2026 to conduct NPSAS:28. That contract includes an optional task to conduct BPS:28/30, which has not been exercised as of the date of this Declaration, and a true and correct copy of that contract is attached as Exhibit G to this Declaration.

25. **The Baccalaureate and Beyond Longitudinal Study (B&B).** B&B follows a cohort of graduating baccalaureate degree recipients for up to 10 years, beginning with the year of their graduation. It typically includes three follow-up studies. The first is typically one year following graduation, the second four years after graduation, and the third ten years after graduation.

26. The cohort of entering students who are selected to participate in B&B are identified via NPSAS. As such, work for B&B is typically conducted as optional tasks that are part of the NPSAS contract.

27. For example: The most recent iteration of B&B, which is referred to as B&B:24 because it pertains to baccalaureate graduates from the 2023-2024 school year, sampled its participants from among those students who took part in the NPSAS:24 data collection.

28. Work for B&B:24—and its parent study, NPSAS:24—was conducted under contract 91990022C0017. As noted elsewhere, that contract was terminated on February 10, 2025. Following rescoping, that contract was reinstated on June 30, 2025. As part of that rescoping, the optional tasks to conduct the first two follow-up studies—B&B:24/25 and B&B:24/28—were removed. The third follow-up study, B&B:24/34, was never included in the NPSAS:24 scope of work.

29. The collection window for B&B:24/25 has passed. However, as noted elsewhere, ED awarded contract 91990026F0051 on July 1, 2026 to conduct NPSAS:28. That award

exercised an optional task to reinstate the B&B:24/28 collection. A true and correct copy of this contract is attached as Exhibit G to this Declaration.

30. **The Longitudinal Surveys Branch: Postsecondary Publications (LSB) contract.** The purpose of the LSB contract was to author publications arising from NPSAS, BPS, and B&B. Work for LSB was conducted under contract 91990024F0330. A true and correct version of this contract can be found in the Administrative Record at VA003248-3315. That contract was terminated on February 10, 2025. That contract was not reinstated.

31. **The High School Longitudinal Study of 2009 (HSLS:09).** HSLS:09 follows a cohort of students who were 9th graders in 2009. A third follow-up with this cohort of students was planned to occur summer of 2025; however, due to the termination described below, data collection for this follow-up did not occur.

32. Work for HSLS:09 was conducted under contract 91990023D0042/91990024F0321.

33. That contract was terminated on February 10, 2025.

34. That contract was not reinstated. Rather, a termination settlement outlining agreed-upon activities was approved by the Department on May 29, 2025. A true and correct copy of the termination settlement is contained in the Administrative Record at VA000409.

35. **The High School & Beyond Longitudinal Study of 2022 (HS&B:22).** The purpose of HS&B:22 was to begin a new longitudinal cohort of 9th grade students, serving as the successor to HSLS:09.

36. Work for HS&B:22 was conducted under contract GS00Q14OADU217/91990018F0018.

37. The initial data collection was completed in the 2022-23 school year, and a restricted-use data file released in January 2025.

38. The contract was terminated on February 10, 2025.

39. The contract was not reinstated. Rather, a termination settlement is pending.

40. No follow-up collection for the HS&B:22 cohort has been conducted.

41. On August 10, 2026, the Department issued a modification to the NPSAS:28 contract, GS-00F-354CA/91990026F0051/P00001 (Exhibit G to this Declaration), to collect high school transcripts, as well as postsecondary enrollment and federal financial aid data if available, of HS&B:22 participants.

42. **The National Household Education Surveys Program (NHES).** The purpose of NHES is to sample households to collect data on the educational activities of children and families in the United States.

43. The most recent iteration of NHES is referred to as NHES:2023. It was collected for NCES by the U.S. Census Bureau, and data collection was complete in August 2023.

44. In October 2024, NCES released summary statistics from NHES:2023 in two First Look reports. (Exhibit J to this Declaration ) (See: https://nces.ed.gov/use-work/resource-library/report/first-look-ed-tab/early-childhood-program-participation-2023; and (Exhibit K) https://nces.ed.gov/use-work/resource-library/report/first-look-ed-tab/parent-and-family-involvement-education-2023).

45. Work to produce final data files and documentation for NHES:2023 was to be conducted under contract 91990021F0343.

46. That contract was terminated on February 10, 2025 and was not reinstated.

47. Final data files and documentation for NHES:2023 have not been completed.

48. **The Early Childhood Longitudinal Study, Kindergarten Class (ECLS-K).** ECLS-K is a longitudinal study designed to follow cohorts of kindergarten students to describe their early learning and development.

49. Work to conduct ECLS-K was performed under contract 91990019C0002.

50. The planned kindergarten collection was completed.

51. The contract was terminated on February 10, 2025; as a result, the planned first-grade data collection scheduled for March 3, 2025 did not take place.

52. The contract was not immediately reinstated. However, as part of a planned termination settlement, work was completed to assemble and deliver draft kindergarten data files and draft documentation, which were provided in a series of deliverables through April 1, 2026. A true and correct copy of this contract is attached as Exhibit J to this Declaration.

53. On August 7, 2026, the Department reinstated the contract to complete the activities needed to finalize the kindergarten data files and associated documentation. The period of performance for the reinstated contract spans until February 6, 2027. A true and correct copy of this contract is attached as Exhibit K to this Declaration.

54. The Department anticipates releasing a restricted-use version of the ECLS-K data following disclosure risk evaluation. A public-use version of the ECLS-K data is not anticipated.

55. **The Trends in International Mathematics and Science Study (TIMSS).** Conducted by the International Association for the Evaluation of Educational Achievement (IEA), TIMSS provides trend data on the mathematics and science achievement of U.S. students compared to that of students in other countries.

56. Work conducted by IEA in support of TIMSS 2023 was completed under contract 91990023C0002.

57. IEA released the TIMSS 2023 results, including the United States results, in December 2024. (Exhibit L to this Declaration)  (See: https://timss2023.org/results/; and (Exhibit M to this Declaration) https://nces.ed.gov/timss/results23/doc/TIMSS2023_compiled.pdf).

58. The TIMSS 2023 contract was terminated on February 10, 2025.

59. The TIMSS 2023 contract was not reinstated.

60. The Department awarded contract 91990025C0106 to IEA, effective September 22, 2025, in support of TIMSS 2027. A true and correct copy of this contract is found on the Administrative Record at VA002102-2128.

61. Additional work supporting TIMSS 2023 was conducted by the Department's data collection contractor, RTI, under contract GS00Q14OADU217/91990021F0001.

62. The contract was terminated on February 10, 2025.

63. The contract was rescoped and reinstated on September 22, 2025, primarily for the purpose of completing the next iteration of TIMSS (TIMSS 2027). A true and correct copy of this contract is attached as Exhibit N to this Declaration.

64. Additional work supporting TIMSS 2023 was conducted by the Department's international support contractor, AIR, under contract 91990023D0005/91990024F0348.

65. The contract was terminated on February 10, 2025.

66. The contract was not reinstated, and its settlement was finalized on May 9, 2025.

67. Prior to releasing the TIMSS 2023 data files, those files require final quality assurance and the development of appropriate data file documentation. Final data files and documentation for the TIMSS 2023 United States data have not been completed.

68. **Data file release practices.** To ensure the protection of confidential information, data cannot be released before disclosure-risk evaluation is complete and identified risks are addressed. To promote the effective use of its data, the Department does not release files without appropriate data-file documentation.

\*\*\*

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 11th day of August, 2026.

MATTHEW
SOLDNER

Digitally signed by MATTHEW
SOLDNER
Date: 2026.08.11 18:12:18 -04'00'

_____

Matthew Soldner

# EXHIBIT A

**The Nation's Report Card**

SEARCH

# NAEP Report Card: Grade 12 Reading

PRINT

# Explore Results for the 2024 NAEP Reading Assessment at Grade 12

In 2024, the National Center for Education Statistics (NCES) administered the National Assessment of Educational Progress (NAEP) reading assessment to a nationally representative sample of twelfth-grade students. The 2024 reading assessment included literary and informational texts to assess students' reading comprehension skills. Students also answered survey questions about their opportunities to learn and their engagement with reading in and outside of school.

## Lower average reading score for twelfth-graders in 2024 than in 2019

In 2024, the average reading score for the nation at grade 12 was 3 points lower than in 2019. Compared to the first reading assessment in 1992, the average score was 10 points lower in 2024. NAEP scores are also reported at five selected percentiles to show score trends by lower- (10th and 25th percentiles), middle- (50th percentile), and higher- (75th and 90th percentiles) performing students. Compared to 2019, scores were lower at all selected percentiles except for the 90th percentile.

Please note that reported differences between scores or between percentages are discussed only when they are statistically significant differences (for example, "higher/lower" or

"increase/decrease").

The chart below shows the trends in the average score and scores for lower- and higher-performing students. Explore detailed average score results and results for all five selected percentiles on the National Trends and Student Skills page.

**EXPLORE NATIONAL TRENDS AND STUDENT SKILLS**

## KEY FINDINGS

Key findings from the 2024 grade 12 reading assessment are provided below. Click the links below

the findings to explore the full set of performance results as well as information about students' educational opportunities.

## Lower percentage of twelfth-graders at or above *NAEP Proficient* and higher percentage below *NAEP Basic* in reading compared to 2019

NAEP achievement levels at grade 12 are performance standards that represent what students should know and be able to do. Results are reported as percentages of students performing at or above three achievement levels (*NAEP Basic*⊘, *NAEP Proficient*⊘, and *NAEP Advanced*⊘). In 2018, the National Assessment Governing Board issued a revised Policy Statement clarifying that the *NAEP Proficient* achievement level does not represent grade-level proficiency as determined by other assessment standards (e.g., state or district assessments).

Examples of reading skills twelfth-grade students are likely able to demonstrate:

- At the *NAEP Basic* level, students likely can locate and identify relevant details in the text in order to support literal comprehension.
- At the *NAEP Proficient* level, students likely can connect key details within and across texts and use those details to draw complex inferences about author's purpose, tone, word choice, and related ideas.
- At the *NAEP Advanced* level, students likely can evaluate the effectiveness of an author's claims, organization, and selection of ideas and evidence used.

Learn more about NAEP achievement levels.

EXPLORE ACHIEVEMENT-LEVEL TRENDS

## Lower average reading score for female twelfth-graders reflected in declines at the 25th and 75th percentiles compared to 2019; no average score decline for male twelfth-graders

 

**EXPLORE STUDENT GROUP RESULTS** →

## Student absenteeism among twelfth-grade students higher compared to 2019

**31**% of twelfth-graders reported **missing 3 or more days of school** in the month prior to taking the assessment in 2024.

 compared to **25**% in 2019

**LEGEND**

 Percentage increase

**EXPLORE OPPORTUNITIES IN EDUCATION** →

---

### OTHER NAEP RESOURCES

Several additional resources are available via the "Details" links below to explore NAEP data and perform customized analyses of student performance. Visit the Experiences and Opportunities in Education Dashboard for NAEP survey questionnaire results related to learning recovery. Visit the NAEP Questions Tool to access over 3,000 released questions from NAEP assessments in a variety of

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 17 of 301

8/10/26, 3:43 PM

subject areas. Visit the NAEP Data Explorer to conduct more in-depth exploration of NAEP results.

## ABOUT THE GRADE 12 READING ASSESSMENT

The NAEP reading assessment framework defines reading as a dynamic cognitive process that involves understanding written text, developing and interpreting meaning, and using meaning appropriately for text type and purpose.

- The NAEP reading framework specifies the use of literary and informational texts to measure students' comprehension skills. The proportion of literary and informational texts varies by grade, with a greater proportion of literary texts at grade 4 and a greater proportion of informational texts at grades 8 and 12.

- Students read grade-appropriate texts reflecting many content areas and respond to both selected-response ⑦ and constructed-response ⑦ questions about the texts they read. By design, the texts used in the assessment require interpretive and critical skills. The reading skills assessed are those that students use in all subject areas in school as well as in their out-of-school reading. Learn more about the NAEP reading framework.

TABLE | Assessment design and administration information for the NAEP grade 12 reading assessment: 2024

| | |
|---|---|
| **Assessment period** | **January to March 2024** |
| **Number of students assessed** | **24,300** |
| **Number of schools assessed** | **1,500** |
| **Cognitive testing time** | **60 minutes** |
| **Reported results** | **Based on student performance on either Microsoft Surface Pro tablets or Chromebooks** |
| **Survey questionnaires** | **Administered to students and school administrators** |

## THE STORY OF NAEP



The National Assessment of Educational Progress (NAEP) is the largest continuing and nationally representative measure of trends in academic achievement of U.S. elementary and secondary students in various subjects. It was first administered in 1969 to measure student achievement nationally. Teachers, principals, parents, policymakers, and researchers all use NAEP results to assess progress and develop ways to improve education in the United States.

**READ MORE**

Next page: **National Trends and Student Skills**

| Show notes and sources |  |
|---|---|

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 19 of 301

8/10/26, 3:43 PM

DOWNLOAD DATA TABLES    CUSTOMIZE DATA TABLES

RELATED LINKS

# DATA
## QUICK VIEW

Download data tables summarizing:

- participation rates

- inclusion rates and other information about students with disabilities (SD) and English learners (EL)

- scale score and achievement-level results by select characteristics

National Participation and Inclusion

**EXCEL (.XLSX)**    **PDF (.PDF)**

About The Nation's Report Card

About the National Assessment of Educational Progress (NAEP)

Contacts

FAQs

Glossary

Follow Us

# EXHIBIT B

**The Nation's Report Card**

SEARCH

# NAEP Report Card: Grade 12 Mathematics

PRINT

# Explore Results for the 2024 NAEP Mathematics Assessment at Grade 12

In 2024, the National Center for Education Statistics (NCES) administered the National Assessment of Educational Progress (NAEP) mathematics assessment to a nationally representative sample of twelfth-grade students. The assessment measured students' knowledge and skills in mathematics and their ability to solve problems in mathematical and real-world contexts. Students also answered survey questions asking about their opportunities to learn about and engage in mathematics inside and outside of school.

## Lower average mathematics score for twelfth-graders in 2024 than in 2019

In 2024, the average mathematics score for the nation at grade 12 was 3 points lower than in 2019. Compared to the mathematics assessment in 2005, the average score was 3 points lower in 2024. NAEP scores are also reported at five selected percentiles to show score trends by lower- (10th and 25th percentiles), middle- (50th percentile), and higher- (75th and 90th percentiles) performing students. Compared to 2019, scores were lower at all of the selected percentiles except for the 90th percentile.

Please note that reported differences between scores or between percentages are discussed only

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 22 of 301    8/10/26, 3:29 PM

when they are statistically significant differences (for example, "higher/lower" or "increase/decrease").

The chart below shows the trends in the average score and scores for lower- and higher-performing students. Explore detailed average score results and results for all five selected percentiles on the National Trends and Student Skills page.

**EXPLORE NATIONAL TRENDS AND STUDENT SKILLS**

## KEY FINDINGS

Key findings from the 2024 grade 12 mathematics assessment are provided below. Click the links below to explore the full set of performance results as well as information about students' educational opportunities.

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 23 of 301    8/10/26, 3:29 PM

## Lower percentage of twelfth-graders at or above *NAEP Proficient* and higher percentage below *NAEP Basic* in mathematics compared to 2019

NAEP achievement levels at grade 12 are performance standards that represent what students should know and be able to do. Results are reported as percentages of students performing at or above three achievement levels (*NAEP Basic* ⓘ, *NAEP Proficient* ⓘ, and *NAEP Advanced* ⓘ). In 2018, the National Assessment Governing Board issued a revised Policy Statement clarifying that the *NAEP Proficient* achievement level does not represent grade-level proficiency as determined by other assessment standards (e.g., state or district assessments).

Examples of mathematics skills twelfth-grade students are likely able to demonstrate:

- At the *NAEP Basic* level, students likely can determine probabilities of simple events from 2-way tables and verbal descriptions.

- At the *NAEP Proficient* level, students likely can distinguish between, find, and compare experimental and theoretical probabilities.

- At the *NAEP Advanced* level, students likely can create data displays, including 2-way tables and boxplots, given data or summary statistics.

Learn more about NAEP achievement levels.

**EXPLORE ACHIEVEMENT-LEVEL TRENDS**

## Average mathematics scores for twelfth-graders declined across all parental education categories; scores also lower at the 25th percentile across parental education levels compared to 2019

**EXPLORE STUDENT GROUP RESULTS**

## Student absenteeism among twelfth-grade students higher compared to 2019

**31**%
of twelfth-graders reported **missing 3 or more days of school** in the month prior to taking the assessment in 2024.

 compared to
**26**% in 2019

**LEGEND**

 Percentage increase

**EXPLORE OPPORTUNITIES IN EDUCATION**

## OTHER NAEP RESOURCES

Several additional resources are available via the "Details" links below to explore NAEP data and perform customized analyses of student performance. Visit the Experiences and Opportunities in Education Dashboard for NAEP survey questionnaire results related to learning recovery. Visit the NAEP Questions Tool to access over 3,000 released questions from NAEP assessments in a variety of subject areas. Visit the NAEP Data Explorer to conduct more in-depth exploration of NAEP results.

## ABOUT THE GRADE 12 MATHEMATICS ASSESSMENT

The NAEP mathematics assessment measures students' knowledge and skills in mathematics and students' ability to apply their knowledge in problem-solving situations.

- The NAEP mathematics assessment framework specifies the mathematical content assessed at grades 4, 8, and 12. At grades 4 and 8, the assessment measures five content areas: number properties and operations; measurement; geometry; data analysis, statistics, and probability; and algebra. At grade 12, the measurement and geometry content areas are combined into one for reporting purposes to reflect the fact that most measurement topics suitable for grade 12 students are geometric in nature. Changes to the grade 12 NAEP mathematics framework in 2005 necessitated the start of a new trend line beginning with the

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 26 of 301    8/10/26, 3:29 PM

2005 mathematics assessment.

- The assessment included selected-response ⓘ and constructed-response ⓘ questions. Short constructed-response questions required students to give either a numerical result or the correct name or classification for a group of mathematical objects, draw an example of a given concept, or write a brief explanation for a result. Extended constructed-response questions have more parts to the response and required students to provide more than a numerical response or a short verbal communication.

TABLE | Assessment design and administration information for the NAEP grade 12 mathematics assessment: 2024

| Assessment period | January to March 2024 |
|---|---|
| Number of students assessed | 19,300 |
| Number of schools assessed | 1,500 |
| Cognitive testing time | 60 minutes |
| Reported results | Based on student performance on either Microsoft Surface Pro tablets or Chromebooks |
| Survey questionnaires | Administered to students and school administrators |

## THE STORY OF NAEP



The National Assessment of Educational Progress (NAEP) is the largest continuing and nationally representative measure of trends in academic achievement of U.S. elementary and secondary students in various subjects. It was first administered in 1969 to measure student achievement nationally. Teachers, principals, parents, policymakers, and researchers all use NAEP results to assess progress and develop ways to improve education in the United States.

READ MORE

Next page: **National Trends and Student Skills**

| Show notes and sources | ▼ |
| --- | --- |

DOWNLOAD DATA TABLES

**CUSTOMIZE DATA TABLES**

RELATED LINKS

# DATA
## QUICK VIEW

Download data tables summarizing:

participation rates

inclusion rates and other information about students with disabilities (SD) and English learners (EL)

scale score and achievement-level results by select characteristics

| National Participation and Inclusion |
| --- |

| **EXCEL (.XLSX)** | **PDF (.PDF)** |
| --- | --- |

About The Nation's Report Card

About the National Assessment of Educational Progress (NAEP)

Contacts

FAQs

Glossary

Follow Us

# EXHIBIT C

The Nation's Report Card

SEARCH

## NAEP Report Card: Science

PRINT

# Explore Results for the 2024 NAEP Science Assessment

In 2024, the National Center for Education Statistics (NCES) administered the National Assessment of Educational Progress (NAEP) science assessment to a nationally representative sample of eighth-grade students. The assessment measured students' science knowledge as well as their ability to engage in scientific inquiry and to conduct scientific investigations in real-world contexts. Students also answered survey questions about their opportunities to learn about and engage in science inside and outside of school.

## Lower average science score for eighth-graders in 2024 than in 2019

In 2024, the average science score at eighth grade was 4 points lower compared to 2019 and not significantly different than in 2009, the start of a new trendline marking the first administration of the assessment based on a new science framework. NAEP scores are also reported at five selected percentiles to show score trends for lower- (10th and 25th percentiles), middle- (50th percentile), and higher- (75th and 90th percentiles) performing students. Scores in 2024 decreased at all five selected percentiles compared to 2019.

Please note that reported differences between scores or between percentages are discussed only

when they are statistically significant differences (for example, "higher/lower" or "increase/decrease").

The chart below shows the trends in average score and scores for lower- and higher-performing students. Explore detailed average score results and results for all five selected percentiles on the National Trends and Student Skills page.

DISPLAY AS  ☑ **Line Chart**    ☰ Box-and-Whisker Chart    ⊞ Table

FIGURE | Average and selected percentile scores in NAEP science for eighth-grade students: Various years, 2009-2024



EXPLORE NATIONAL TRENDS AND STUDENT SKILLS

## KEY FINDINGS

Key findings from the 2024 grade 8 science assessment are provided below. Click the links below to explore the full set of performance results as well as information about students' educational opportunities.

In addition to an overall average science scale score, results are also reported as average scale scores for three content areas—Physical Science, Life Science, and Earth and Space Sciences. The content area scale scores are developed independently and therefore cannot be compared to one another or to the overall science score.

## Decline in average scores and scores for middle- and lower-performing students in all three science content areas compared to 2019

**Average and selected percentile scores by science content area, 2024 compared to 2019**

| | Physical Science | Life Science | Earth and Space Sciences |
|---|---|---|---|
| Average score | ↓ **3** pts | ↓ **4** pts | ↓ **4** pts |
| 90th percentile | ◆ | ◆ | ↓ **3** pts |
| 75th percentile | ◆ | ◆ | ↓ **3** pts |
| 50th percentile | ↓ **3** pts | ↓ **5** pts | ↓ **5** pts |
| 25th percentile | ↓ **4** pts | ↓ **7** pts | ↓ **6** pts |
| 10th percentile | ↓ **6** pts | ↓ **8** pts | ↓ **6** pts |

**LEGEND**

◆ 2024 score not significantly different ($p < .05$) from 2019

↓ 2024 score lower ($p < .05$) than 2019

**EXPLORE OVERALL AND CONTENT AREAS SCORE RESULTS**

## Lower percentage of eighth-graders at or above *NAEP Proficient* and higher percentage below *NAEP Basic* in science compared to 2019

**Trend in eighth-grade NAEP science achievement-level results**



**LEGEND**

* Significantly different (*p* < .05) from 2024.

EXPLORE ACHIEVEMENT-LEVEL RESULTS →

NAEP achievement levels at grade 8 are performance standards that represent what students should know and be able to do. Results are reported as percentages of students performing at or above three achievement levels (_NAEP Basic_ , _NAEP Proficient_ ®, and _NAEP Advanced_ ®). In 2018, the National Assessment Governing Board issued a revised policy statement clarifying that the _NAEP Proficient_ level is not intended to reflect grade-level performance expectations but is specific to performance on NAEP assessments.

Examples of science knowledge and skills eighth-grade students are likely able to demonstrate in Life Science:

- At the _NAEP Basic_ level, students likely can demonstrate that reproduction is an essential part of population survival.
- At the _NAEP Proficient_ level, students likely can describe the function of body systems (circulatory, respiratory, digestive).
- At the _NAEP Advanced_ level, students likely can use the structures of organisms to identify specific adaptations of organisms and infer how these adaptations help organisms to survive.

Please note, NAEP achievement levels are to be used on a trial basis and should be interpreted and used with caution. Learn more about NAEP achievement levels.

EXPLORE STUDENT SKILLS

## Most student groups with average science score declines had declines at the 25th percentile; some groups also scored lower at the 75th

## percentile compared to 2019

**Example group: highest level of parental education, 2024 score compared to 2019**

| Student group | 25th percentile | Average score | 75th percentile |
|---|---|---|---|
| Students whose parents did not finish high school | ↓ **7** pts | ↓ **5** pts | ◆ |
| Students whose parents graduated from high school | ↓ **6** pts | ↓ **5** pts | ↓ **4** pts |
| Students whose parents had some education after high school | ↓ **8** pts | ↓ **6** pts | ◆ |
| Students whose parents graduated from college | ↓ **5** pts | ↓ **4** pts | ↓ **3** pts |

**LEGEND**

◆ 2024 score not significantly different ($p < .05$) from 2019

↓ 2024 score lower ($p < .05$) than 2019

**EXPLORE STUDENT GROUP RESULTS**

## Decrease in the percentage of eighth-grade students with high levels of confidence in science compared to 2019

Students with a high level of confidence in their science knowledge and skills reported they probably or definitely can do various science-related activities such as designing an experiment to show how sunlight affects plant growth or identifying a tool used to measure wind speed.

**EXPLORE OPPORTUNITIES IN EDUCATION**

Case 1:25-cv-01266-TNM     Document 60-2     Filed 08/12/26     Page 34 of 301

## OTHER NAEP RESOURCES

Several additional resources are available via the "Details" links below to explore NAEP data and perform customized analyses of student performance. Visit the Experiences and Opportunities in Education Dashboard for NAEP survey questionnaire results related to learning recovery. Visit the NAEP Questions Tool to access over 3,000 released questions from NAEP assessments in a variety of subject areas. Visit the NAEP Data Explorer to conduct more in-depth exploration of NAEP results.

## ABOUT THE SCIENCE ASSESSMENT

The NAEP science assessment measures students' knowledge of the natural world, their understanding of concepts, principles, laws, and theories of science and their ability to engage in scientific inquiry in real-world contexts.

- The NAEP science assessment framework specifies the science content assessed at grade 8. The 2024 NAEP science assessment used the same framework as the one used for the 2019, 2015, 2011, and 2009 assessments. The assessment measures three content areas—Physical Science, Life Science, and Earth and Space Sciences. In addition to an overall average scale score, results are also reported as average scale scores for each content area. Because the content area scale scores are developed independently, content area scores cannot be

compared to one another or to the overall score. The assessment also measures four science practices—Identifying Science Principles, Using Science Principles, Using Scientific Inquiry, and Using Technological Design—that assess students' ability to demonstrate their scientific knowledge and skills in each of the three content areas.

- The assessment included selected-response[?] and constructed-response[?] questions. Selected-response question formats include single- and multiple-selection multiple choice, inline choice, zone, matching, and interactive questions. Short constructed-response questions require students to write a brief response that, for example, explains the solution to a problem. Extended constructed-response questions have more parts for students to answer, requiring students to provide more than a single response or short verbal communication.

TABLE | Assessment design and administration information for the NAEP science assessment at grade 8: 2024

| | |
|---|---|
| **Assessment period** | **January to March 2024** |
| **Number of students assessed** | **23,000** |
| **Number of schools assessed** | **600** |
| **Cognitive testing time** | **60 minutes** |
| **Reported results** | **Based on student performance on either Microsoft Surface Pro tablets or Chromebooks** |
| **Survey questionnaires** | **Administered to students, teachers, and school administrators** |

## THE STORY OF NAEP



The National Assessment of Educational Progress (NAEP) is a continuing and nationally representative measure of trends in academic achievement of U.S. elementary and secondary students in various subjects. It was first administered in 1969 to measure student achievement nationally. Teachers, principals, parents, policymakers, and researchers all use NAEP results to assess progress and develop ways to improve education in the United States.

**READ MORE**

Next page: **National Trends and Student Skills**

Show notes and sources ▼

DOWNLOAD DATA TABLES    **CUSTOMIZE DATA TABLES**    RELATED LINKS

# DATA
## QUICK VIEW

Download data tables summarizing:

participation rates

inclusion rates and other information about students with disabilities (SD) and English learners (EL)

scale score and achievement-level results by select characteristics

National Participation and Inclusion

**EXCEL (.XLSX)**    **PDF (.PDF)**

About The Nation's Report Card

About the National Assessment of Educational Progress (NAEP)

Contacts

FAQs

Glossary

Follow Us

# EXHIBIT D



# NAEP Long-Term Trend Assessment Results: Reading and Mathematics

PRINT

# Scores for 9-year-olds improved in reading and mathematics in 2025 while scores for 13-year-olds showed no significant change

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 39 of 301    8/10/26, 3:35 PM

# Scores for 9-year-olds increased in both reading and mathematics between 2022 and 2025

- **Average scores were higher in 2025 than in 2022 for 9-year-old students** in reading and mathematics. The average scores in 2025 were 4 points higher in reading and 4 points higher in mathematics compared to 2022.

- **These score increases since 2022 were seen among the lower performers** at the 10th and 25th percentiles.

- **The reading score in 2025 was not significantly different from** the pre-COVID pandemic score in **2020**.

- The **mathematics score** was **4 points lower** in 2025 compared to **2020**.

- The 2025 scores were also **higher compared to the earliest assessments** in the 1970s.



**Age 9 Reading**

**Age 9 Mathematics**

\*   Significantly different ($p$ < .05) from 2025.

**EXPLORE READING SCORE TRENDS**

**EXPLORE MATHEMATICS SCORE TRENDS**

# No change in scores for 13-year-olds in reading or mathematics since 2023

- For 13-year-old students, there were **no significant changes in** either the **reading or mathematics** average scores **compared to 2023** (the most recent assessment for that age).

- The 2025 scores in **both subjects were lower than** the pre-pandemic scores in **2020**.

- The 2025 **reading** score was **not significantly different from** the score in **1971**.

- The 2025 **mathematics** score was **higher than in 1973**.



*   Significantly different ($p < .05$) from 2025.

 **EXPLORE READING SCORE TRENDS**

 **EXPLORE MATHEMATICS SCORE TRENDS**

# View infographic and other materials

INFOGRAPHIC    Press release   Video

## ABOUT THE LTT ASSESSMENT

Since the 1970s, the National Assessment of Educational Progress (NAEP) has monitored the academic performance of U.S. students with what have become known as the long-term trend (LTT) assessments. The 2025 reading and mathematics LTT assessments were administered in the winter (January to March) for age 9 and in the fall (October to December) for age 13 in the 2024–2025 school year. Results in this report are based on the performance of nationally representative samples of 9- and 13-year-old students attending public and private schools.

The NAEP long-term trend assessments in reading and mathematics are distinct from the main NAEP assessments, which date back to the early 1990s. The existence of two national assessment programs—LTT and main NAEP—makes it possible to meet two major objectives: (1) to measure student progress over an extended period of time (LTT) and (2) to measure student knowledge and skills based on the most current curricula and standards (main NAEP). Results from the two assessments cannot be directly compared because they use different questions and have different levels of difficulty, and because LTT is sampled by age whereas main NAEP is sampled by grade. Read more about the differences between NAEP LTT and main NAEP assessments.

> **FIGURE** | Assessment design and administration information in the NAEP long-term trend reading and mathematics assessments: 2025

| | Age 9 | Age 13 |
|---|---|---|
| **Assessment period** | **January to March, 2024–2025 school year** | **October to December, 2024–2025 school year** |
| **Number of students assessed in reading** | **7,400** | **8,200** |
| **Number of students assessed in mathematics** | **7,600** | **8,200** |
| **Number of schools assessed** | **400 for reading and 410 for mathematics** | **440 for both subjects** |
| **Cognitive testing time** | **45 minutes** | |
| **Reported results** | **Based on national level student performance on a paper-based assessment** | |
| **Survey questionnaires** | **Administered to students and to school administrators** | |

## THE STORY OF NAEP



The National Assessment of Educational Progress (NAEP) is a continuing and nationally representative measure of trends in academic achievement of U.S. elementary and secondary students in various subjects. It is the largest continuing and nationally representative assessment of what our nation's students know and can do in select subjects. It was first administered in 1969 to measure student achievement nationally. Teachers, principals, parents, policymakers, and researchers all use NAEP results to assess progress and develop ways to improve education in the United States.

**READ MORE**

**Next page: Reading: Average Scores and Percentiles**

**Show notes and sources**

DOWNLOAD DATA TABLES          **CUSTOMIZE DATA TABLES**

# DATA
## QUICK VIEW

Download data tables summarizing:

participation rates

inclusion rates and other information about students with disabilities (SD) and English learners (EL)

scale score results by select characteristics

| EXCEL (.XLSX) | PDF (.PDF) |
|---|---|

REI

LIN

Abo
Nati
Rep
Car

Abo
Nati
Asse
of
Edu
Prog
(NA

Con

FAQ

Glo

# EXHIBIT E



The Nation's Report Card     ERIC database for education research

**National Center for Education Statistics**

What we do ⌄     Use our work ⌄     Explore funding ⌄

Learn with us ⌄     About us ⌄     🔍

Home  >  2023-24 Common ...

**DATASET**

# 2023-24 Common Core of Data (CCD) Preliminary Directory Files

**NCES**

**Dataset point of contact:**

Chen-Su Chen

**Study/Program:**

CCD - Common Core of Data

**Release date:**

July 2024

**Publication number:**

NCES 2024122





Summary                                                                    +

Data profile information                                                    +

**Institute of Education Sciences**

IES organizational chart

Scientific integrity statement

Accessibility statement

**Our website**

Staff directory

Privacy and security policy

Newsflash

**Related sites (external)**

U.S. Department of Education

USAJOBS

© 2026 The Institute of Education Sciences, All Rights Reserved.

# EXHIBIT F

 An official website of the United States government

The Nation's Report Card     ERIC database for education research

**Institute of Education Sciences**

What we do ⌄        Use our work ⌄        Explore funding ⌄

Learn with us ⌄                 About us ⌄                    🔍

Home  >  2023-24 Common ...

**DATASET**

# 2023-24 Common Core of Data (CCD) Universe Files, Version 1a

**NCES**

**Dataset point of contact:**

Chen-Su Chen

**Study/Program:**

CCD - Common Core of Data

**Release date:**

December 2024

**Publication number:**

NCES 2024251





## Summary

+



## Data profile information

+

**Institute of Education Sciences**

IES organizational chart

Scientific integrity statement

Accessibility statement

**Our website**

Staff directory

Privacy and security policy

Newsflash

**Related sites (external)**

U.S. Department of Education

USAJOBS

© 2026 The Institute of Education Sciences, All Rights Reserved.

# EXHIBIT G

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | EDOIES-26-000027 | |

| 6. ISSUED BY | CODE | CAM | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

US Department of Education
400 Maryland Avenue SW
Washington DC 20202-0001

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

RESEARCH TRIANGLE INSTITUTE (00000896)
PO BOX 896945
CHARLOTTE NC 282896945

| | | 9B. DATED (SEE ITEM 11) |
|---|---|---|
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-00F-354CA 91990026F0051 |

| CODE | JJHCMK4NT5N3 | FACILITY CODE | | 10B. DATED (SEE ITEM 13) 06/18/2026 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $5,561,522.58 |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 52.217-9 Option to Extend Term of Contract and FAR 52.212-4(d) Changes |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT: | Contractor | ☐ is not. | ☒ is required to sign this document and return _____1_____ copies to the issuing office. |
|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

UEI: JJHCMK4NT5N3

The purposes of this modification are to 1) exercise multiple iterations of Optional Task 6 with a non-severable period of performance of 15 August 2026 – 30 June 2028 in the total amount of $5,561,522.58; 2) remove the dollar amounts from CLIN 2005 ($620,677.28), CLIN 3005 ($1,064,077.60), CLIN 4005 ($82,289.99), and CLIN 5002 ($22,139.04), and establish CLIN 0007 in the base year for exercising optional task 6 in the total amount of $5,561,522.58; and 3) incorporate a FFP payment schedule for optional task 6.

As a result of this modification, the total obligated amount is increased by $5,561,522.58 from $2,831,870.65 to $8,393,393.23, and the total contract value is increased by $3,772,408.78 from $35,865,135.26 to $39,637,544.04.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Shonta Holloway Senior Contracting Officer | Colin Alleyne TEL: 202-245-6763   EMAIL: Colin.Alleyne@ed.gov |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Shonta Holloway Digitally signed by Shonta Holloway Date: 2026.08.06 13:57:32 -04'00' | | COLIN ALLEYNE (Signature of Contracting Officer) | Digitally signed by COLIN ALLEYNE Date: 2026.08.10 09:10:26 -04'00' |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS-00F-354CA/91990026F0051/P00001 | | | PAGE<br>2 | OF<br>3 |

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Period of Performance: 07/01/2026 to 06/30/2028 | | | | |
| | Add Item 0007 as follows: | | | | |
| 0007 | CLIN 0007 – Optional Task 6: Iterations and pricing broken out as follows: | | | | █████ |
| | Optional Task 6A – Admin Follow-up 1  $417,276.81<br>Optional Task 6B – Admin Follow-up 2  $503,511.98<br>Optional Task 6C – Admin Follow-up 3  $501,900.20<br>Optional Task 6D – Admin Follow-up 4  $498,427.57<br>Optional Task 6E – HSTS<br>$████████ | | | | |
| | Non-Severable Services<br>Order Level Materials = $██████<br>Product/Service Code:  B542 | | | | |
| | Accounting Info:<br>1100M2025.B.2026.610000.ERN00000.RN2.2572A.A.Z85.8<br>30.N.0000.000000.000000<br>Funded: $████████<br>Accounting Info:<br>1100M2025.B.2026.610000.ERN00000.RN1.2521A.0.Z85.8<br>30.N.0000.000000.000000<br>Funded: $████████ | | | | |
| | Change Item 2005 to read as follows(amount shown is the total amount): | | | | |
| 2005 | EXERCISING IN BASE YEAR AND ESTABLISHING CLIN 0007<br>Option Year 2 – Optional Task 6 – Admin. Follow-up | | | | |
| | OLMs = $██████<br>Amount: $████ option Line Item)<br>Exercised NLT Date 06/30/2028<br>Product/Service Code:  B542 | | | | |
| | Change Item 3005 to read as follows(amount shown is the total amount): | | | | |
| 3005 | EXERCISING IN BASE YEAR AND ESTABLISHING CLIN 0007<br>Option Year 3 – Optional Task 6 – Administrative<br>Follow-Up – Anticipated to be exercised/funded<br>during option year 3, however if needed, can be<br>exercised/funded at any period and exercised more<br>than one time if necessary. | | | | |
| | OLMs = $██████<br>Continue | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS-00F-354CA/91990026F0051/P00001 | | | | PAGE<br>3 | OF<br>3 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Amount: $█ (Option Line Item)<br>Exercised NLT Date 06/30/2029<br>Product/Service Code:  B542 | | | | |
| 4005 | Change Item 4005 to read as follows(amount shown<br>is the total amount):<br><br>EXERCISING IN BASE YEAR AND ESTABLISHING CLIN 0007<br>Option Year 4 – Optional Task 6 – Admin. Follow-up<br><br>OLMs = $█<br>Amount: $█ (Option Line Item)<br>Exercised NLT Date 06/30/2030<br>Product/Service Code:  B542 | | | | █ |
| 5002 | Change Item 5002 to read as follows(amount shown<br>is the total amount):<br><br>EXERCISING IN BASE YEAR AND ESTABLISHING CLIN 0007<br>Option Year 5 – Optional Task 6 – Admin. Follow up<br><br>OLMs = $846.32<br>Amount: $0.00(Option Line Item)<br>Exercised NLT Date 06/30/2031<br>Product/Service Code:  B542 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

## Fixed Price Payment Schedule





| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| **Optional Task 6A Admin Follow-up 1** | | | | |
| 6A.1.1 | 6A.1.1-1 | Written confirmation of having assembled the data for sample m | One month after start of Admin Follow-up task | |
| 6A.1.1 | 6A.1.1-2 | | Two months after start of Admin Follow-up task | |
| 6A.1.1 | 6A.1.1-3 | Written confirmation of having completed match to NSLDS/FPS | Three months after start of Admin Follow-up task | |
| 6A.1.1 | 6A.1.1-4 | Deliver final raw administrative records dataset (end of administrative data collection) | Four months after start of Admin Follow-up task | |
| **6A.1.1** | **TOTAL** | | | |
| 6A.1.2.1 | 6A.1.2.1-1 | Specifications for derived variables submitted for NCES COR review | One month before the end of data collection | |
| 6A.1.2.1 | 6A.1.2.1-2 | Final specifications for derived variables submitted for NCES COR review | Within one week after the end of data collection | |
| 6A.1.2.1 | 6A.1.2.1-3 | Deliver syntax for administrative data cleaning/processing | Three months following the end of data collection | |
| 6A.1.2.1 | 6A.1.2.1-4 | Deliver syntax for creating derived variables | Six months following the end of data collection | |
| 6A.1.2.1 | 6A.1.2.1-5 | All data files, syntax, and documentation for derived variables available for RUF | Seven months following the end of data collection | |
| **6A.1.2.1** | **TOTAL** | | | |
| 6A.1.2.2 | 6A.1.2.2-1 | Draft nonresponse bias analysis and imputation plans | Two months after start of Admin Follow-up task | |
| 6A.1.2.2 | 6A.1.2.2-2 | Final nonresponse bias analysis and imputation plans | Three months after start of Admin Follow-up task | |
| 6A.1.2.2 | 6A.1.2.2-3 | Deliver output with descriptive statistics for derived variables | Six months after data collection is completed | |
| 6A.1.2.2 | 6A.1.2.2-4 | Results of nonresponse bias analysis | Seven months after data collection is completed | |
| **6A.1.2.2** | **TOTAL** | | | |
| 6A.1.3 | 6A.1.3-1 | Draft DAP for COR review | Two months after start of Admin Follow-up task | |
| 6A.1.3 | 6A.1.3-2 | Draft DAP for DRB review | Three months after start of Admin Follow-up task | |
| 6A.1.3 | 6A.1.3-3 | Revised DAP, with output, for DRB approval | Two weeks after data collection is completed | |
| 6A.1.3 | 6A.1.3-4 | Final DAP, with output and data files | At end of Admin Follow-up task | |
| **6A.1.3** | **TOTAL** | | | |
| 6A.2.1 | 6A.2.1-1 | Publication plan and prospectus for the DFD | One month after the end of administrative data collection | |
| 6A.2.1 | 6A.2.1-2 | Publication plan and prospectus for the analysis report | One month after the end of administrative data collection | |
| **6A.2.1** | **TOTAL** | | | |

**RTI INTERNATIONAL**

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6A.2.2 | 6A.2.2-1 | Preliminary Draft Manuscript for Concept Review for the DFD | Four months after the end of administrative data collection | |
| 6A.2.2 | 6A.2.2-2 | Preliminary Draft Manuscript for Concept Review of analysis report (complete table shells) | Four months after the end of administrative data collection | |
| **6A.2.2** | **TOTAL** | | | |
| 6A.2.3 | 6A.2.3-1 | First draft manuscript of DFD | Six months after submitting preliminary draft manuscript for concept review of DFD | |
| 6A.2.3 | 6A.2.3-2 | Updated draft manuscript of DFD | Three months after first draft manuscript of DFD | |
| 6A.2.3 | 6A.2.3-3 | First draft manuscript of analysis report (complete tables with results) | Seven months after the end of administrative data collection | |
| 6A.2.3 | 6A.2.3-4 | Updated draft manuscript of analysis report (complete tables with results) | Three months after first draft manuscript of analysis report | |
| **6A.2.3** | **TOTAL** | | | |
| 6A.2.4 | 6A.2.4-1 | Preliminary electronic version of the formatted DFD for Quality Assurance Review | One month after finalized draft manuscript of DFD | |
| 6A.2.4 | 6A.2.4-2 | Preliminary electronic version of the formatted analysis report for Quality Assurance Review | One month after finalized draft manuscript of analysis report | |
| **6A.2.4** | **TOTAL** | | | |
| 6A.2.5 | 6A.2.5-1 | Pre-release quality control memo for the DFD | Three weeks after formatted publication for QA review has been submitted | |
| 6A.2.5 | 6A.2.5-2 | Pre-release quality control memo for the analysis report (independent review) | 11 months after the end of administrative data collection | |
| **6A.2.5** | **TOTAL** | | | |
| 6A.2.6 | 6A.2.6-1 | Final electronic version(s) of the formatted publication for the announcement to the Secretary | Two weeks after the pre-relase quality control memo for the DFD | |
| 6A.2.6 | 6A.2.6-2 | Final HTML-compliant analysis report components for posting to NCES website | 12 months after the end of administrative data collection | |
| **6A.2.6** | **TOTAL** | | | |
| 6A.2.7 | 6A.2.7-1 | Final 508-compliant DFD file for posting to NCES website | Three weeks after the publication announcement to the Secretary | |
| 6A.2.7 | 6A.2.7-2 | Final 508-compliant analysis report file for posting to NCES website | Three weeks after the publication announcement to the Secretary | |
| **6A.2.7** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

128 of 160



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6A.3.1 | 6A.3.1-1 | DataLab input files | Within two (2) weeks following the acceptance of the derived variables data file, | |
| **6A.3.1** | **TOTAL** | | | |
| 6A.3.2 | 6A.3.2-1 | Draft Restricted-use data file(s) for NCES review | 10 months after the end of data collection | |
| 6A.3.2 | 6A.3.2-2 | Modified Restricted-use data file(s) cleared for release by SSDCP/DRB | 14 months after the end of data collection or at same time as DFD and PowerStats | |
| **6A.3.2** | **TOTAL** | | | |
| 6A.4 | 6A.4-1 | Maintenance of necessary data files - Annual update year 1 | annually, combined with 4th quarterly report | |
| 6A.4 | 6A.4-2 | Annual update year 2 | annually, combined with 4th quarterly report | |
| **6A.4** | **TOTAL** | | | |
| **TASK 6A** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| **Optional Task 6B Admin Follow-up 2** | | | | |
| 6B.1.1 | 6B.1.1-1 | Written confirmation of having assembled the data for sample m | One month after start of Admin Follow-up task | |
| 6B.1.1 | 6B.1.1-2 | Written confirmation of having completed match to NSC | Two months after start of Admin Follow-up task | |
| 6B.1.1 | 6B.1.1-3 | Written confirmation of having completed match to NSLDS/FPS | Three months after start of Admin Follow-up task | |
| 6B.1.1 | 6B.1.1-4 | Deliver final raw administrative records dataset (end of administrative data collection) | Four months after start of Admin Follow-up task | |
| **6B.1.1** | **TOTAL** | | | |
| 6B.1.2.1 | 6B.1.2.1-1 | Specifications for derived variables submitted for NCES COR review | One month before the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-2 | Final specifications for derived variables submitted for NCES COR review | Within one week after the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-3 | Deliver syntax for administrative data cleaning/processing | Three months following the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-4 | Deliver syntax for creating derived variables in first batch | Four months following the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-5 | Deliver syntax for creating derived variables in second batch | Five months following the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-6 | Deliver syntax for creating derived variables in final batch | Six months following the end of data collection | |
| 6B.1.2.1 | 6B.1.2.1-7 | All data files, syntax, and documentation for derived variables available for RUF | Seven months following the end of data collection | |
| **6B.1.2.1** | **TOTAL** | | | |
| 6B.1.2.2 | 6B.1.2.2-1 | Draft nonresponse bias analysis and imputation plans | Two months after start of Admin Follow-up task | |
| 6B.1.2.2 | 6B.1.2.2-2 | Final nonresponse bias analysis and imputation plans | Three months after start of Admin Follow-up task | |
| 6B.1.2.2 | 6B.1.2.2-3 | Deliver output with descriptive statistics for derived variables | Six months after data collection is completed | |
| 6B.1.2.2 | 6B.1.2.2-4 | Results of nonresponse bias analysis | Seven months after data collection is completed | |
| **6B.1.2.2** | **TOTAL** | | | |
| 6B.1.3 | 6B.1.3-1 | Draft DAP for COR review | Two months after start of Admin Follow-up task | |
| 6B.1.3 | 6B.1.3-2 | Draft DAP for DRB review | Three months after start of Admin Follow-up task | |
| 6B.1.3 | 6B.1.3-3 | Revised DAP, with output, for DRB approval | Two weeks after data collection is completed | |
| 6B.1.3 | 6B.1.3-4 | Final DAP, with output and data files | At end of Admin Follow-up task | |
| **6B.1.3** | **TOTAL** | | | |
| 6B.2.1 | 6B.2.1-1 | Publication plan and prospectus for the DFD | One month after the end of administrative data collection | |
| 6B.2.1 | 6B.2.1-2 | Publication plan and prospectus for the analysis report | One month after the end of administrative data collection | |
| **6B.2.1** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6B.2.2 | 6B.2.2-1 | Preliminary Draft Manuscript for Concept Review for the DFD | Four months after the end of administrative data collection | |
| 6B.2.2 | 6B.2.2-2 | Preliminary Draft Manuscript for Concept Review of analysis report (complete table shells) | Four months after the end of administrative data collection | |
| **6B.2.2** | **TOTAL** | | | |
| 6B.2.3 | 6B.2.3-1 | First draft manuscript of DFD | Six months after submitting preliminary draft manuscript for concept review of DFD | |
| 6B.2.3 | 6B.2.3-2 | Updated draft manuscript of DFD | Three months after first draft manuscript of DFD | |
| 6B.2.3 | 6B.2.3-3 | First draft manuscript of analysis report (complete tables with results) | Seven months after the end of administrative data collection | |
| 6B.2.3 | 6B.2.3-4 | Updated draft manuscript of analysis report (complete tables with results) | Three months after first draft manuscript of analysis report | |
| **6B.2.3** | **TOTAL** | | | |
| 6B.2.4 | 6B.2.4-1 | Preliminary electronic version of the formatted DFD for Quality Assurance Review | One month after finalized draft manuscript of DFD | |
| 6B.2.4 | 6B.2.4-2 | Preliminary electronic version of the formatted analysis report for Quality Assurance Review | One month after finalized draft manuscript of analysis report | |
| **6B.2.4** | **TOTAL** | | | |
| 6B.2.5 | 6B.2.5-1 | Pre-release quality control memo for the DFD | Three weeks after formatted publication for QA revie has been submitted | |
| 6B.2.5 | 6B.2.5-2 | Pre-release quality control memo for the analysis report (independent review) | 11 months after the end of adminisrative data collection | |
| **6B.2.5** | **TOTAL** | | | |
| 6B.2.6 | 6B.2.6-1 | Final electronic version(s) of the formatted publication for the announcement to the Secretary | Two weeks after the pre-relase quality control memo for the DFD | |
| 6B.2.6 | 6B.2.6-2 | Final HTML-compliant analysis report components for posting to NCES website | 12 months after the end of administrative data collection | |
| **6B.2.6** | **TOTAL** | | | |
| 6B.2.7 | 6B.2.7-1 | Final 508-compliant DFD file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| 6B.2.7 | 6B.2.7-2 | Final 508-compliant analysis report file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| **6B.2.7** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

Case 1:25-cv-01266-TNM   Document 60-2   Filed 08/12/26   Page 61 of 301

**RTI INTERNATIONAL**

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6B.3.1 | 6B.3.1-1 | DataLab input files | Within two (2) weeks following the acceptance of the derived variables data file, | |
| **6B.3.1** | **TOTAL** | | | |
| 6B.3.2 | 6B.3.2-1 | Draft Restricted-use data file(s) for NCES review | 10 months after the end of data collection | |
| 6B.3.2 | 6B.3.2-2 | Modified Restricted-use data file(s) cleared for release by SSDCP/DRB | 14 months after the end of data collection or at same time as DFD and PowerStats | |
| **6B.3.2** | **TOTAL** | | | |
| 6B.4 | 6B.4-1 | Maintenance of necessary data files - Annual update year 1 | annually, combined with 4th quarterly report | |
| 6B.4 | 6B.4-2 | Annual update year 2 | annually, combined with 4th quarterly report | |
| **6B.4** | **TOTAL** | | | |
| **TASK 6B** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---------|---------|----------------------|--------------------|----------------|
| **Optional Task 6C Admin Follow-up 3** | | | | |
| 6C.1.1 | 6C.1.1-1 | Written confirmation of having assembled the data for sample m | One month after start of Admin Follow-up task | |
| 6C.1.1 | 6C.1.1-2 | Written confirmation of having completed match to NSC | Two months after start of Admin Follow-up task | |
| 6C.1.1 | 6C.1.1-3 | Written confirmation of having completed match to NSLDS/FPS | Three months after start of Admin Follow-up task | |
| 6C.1.1 | 6C.1.1-4 | Deliver final raw administrative records dataset (end of administrative data collection) | Four months after start of Admin Follow-up task | |
| **6C.1.1** | **TOTAL** | | | |
| 6C.1.2.1 | 6C.1.2.1-1 | Specifications for derived variables submitted for NCES COR review | One month before the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-2 | Final specifications for derived variables submitted for NCES COR review | Within one week after the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-3 | Deliver syntax for administrative data cleaning/processing | Three months following the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-4 | Deliver syntax for creating derived variables in first batch | Four months following the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-5 | Deliver syntax for creating derived variables in second batch | Five months following the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-6 | Deliver syntax for creating derived variables in final batch | Six months following the end of data collection | |
| 6C.1.2.1 | 6C.1.2.1-7 | All data files, syntax, and documentation for derived variables available for RUF | Seven months following the end of data collection | |
| **6C.1.2.1** | **TOTAL** | | | |
| 6C.1.2.2 | 6C.1.2.2-1 | Draft nonresponse bias analysis and imputation plans | Two months after start of Admin Follow-up task | |
| 6C.1.2.2 | 6C.1.2.2-2 | Final nonresponse bias analysis and imputation plans | Three months after start of Admin Follow-up task | |
| 6C.1.2.2 | 6C.1.2.2-3 | Deliver output with descriptive statistics for derived variables | Six months after data collection is completed | |
| 6C.1.2.2 | 6C.1.2.2-4 | Results of nonresponse bias analysis | Seven months after data collection is completed | |
| **6C.1.2.2** | **TOTAL** | | | |
| 6C.1.3 | 6C.1.3-1 | Draft DAP for COR review | Two months after start of Admin Follow-up task | |
| 6C.1.3 | 6C.1.3-2 | Draft DAP for DRB review | Three months after start of Admin Follow-up task | |
| 6C.1.3 | 6C.1.3-3 | Revised DAP, with output, for DRB approval | Two weeks after data collection is completed | |
| 6C.1.3 | 6C.1.3-4 | Final DAP, with output and data files | At end of Admin Follow-up task | |
| **6C.1.3** | **TOTAL** | | | |
| 6C.2.1 | 6C.2.1-1 | Publication plan and prospectus for the DFD | One month after the end of administrative data collection | |
| 6C.2.1 | 6C.2.1-2 | Publication plan and prospectus for the analysis report | One month after the end of administrative data collection | |
| **6C.2.1** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 63 of 301



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6C.2.2 | 6C.2.2-1 | Preliminary Draft Manuscript for Concept Review for the DFD | Four months after the end of administrative data collection | |
| 6C.2.2 | 6C.2.2-2 | Preliminary Draft Manuscript for Concept Review of analysis report (complete table shells) | Four months after the end of administrative data collection | |
| 6C.2.2 | TOTAL | | | |
| 6C.2.3 | 6C.2.3-1 | First draft manuscript of DFD | Six months after submitting preliminary draft manuscript for concept review of DFD | |
| 6C.2.3 | 6C.2.3-2 | Updated draft manuscript of DFD | Three months after first draft manuscript of DFD | |
| 6C.2.3 | 6C.2.3-3 | First draft manuscript of analysis report (complete tables with results) | Seven months after the end of administrative data collection | |
| 6C.2.3 | 6C.2.3-4 | Updated draft manuscript of analysis report (complete tables with results) | Three months after first draft manuscript of analysis report | |
| 6C.2.3 | TOTAL | | | |
| 6C.2.4 | 6C.2.4-1 | Preliminary electronic version of the formatted DFD for Quality Assurance Review | One month after finalized draft manuscript of DFD | |
| 6C.2.4 | 6C.2.4-2 | Preliminary electronic version of the formatted analysis report for Quality Assurance Review | One month after finalized draft manuscript of analysis report | |
| 6C.2.4 | TOTAL | | | |
| 6C.2.5 | 6C.2.5-1 | Pre-release quality control memo for the DFD | Three weeks after formatted publication for QA review has been submitted | |
| 6C.2.5 | 6C.2.5-2 | Pre-release quality control memo for the analysis report (independent review) | 11 months after the end of adminisrative data collection | |
| 6C.2.5 | TOTAL | | | |
| 6C.2.6 | 6C.2.6-1 | Final electronic version(s) of the formatted publication for the announcement to the Secretary | Two weeks after the pre-relase quality control memo for the DFD | |
| 6C.2.6 | 6C.2.6-2 | Final HTML-compliant analysis report components for posting to NCES website | 12 months after the end of administrative data collection | |
| 6C.2.6 | TOTAL | | | |
| 6C.2.7 | 6C.2.7-1 | Final 508-compliant DFD file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| 6C.2.7 | 6C.2.7-2 | Final 508-compliant analysis report file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| 6C.2.7 | TOTAL | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---------|---------|-----------------------|--------------------|----------------|
| 6C.3.1 | 6C.3.1-1 | DataLab input files | Within two (2) weeks following the acceptance of the derived variables data file, | |
| **6C.3.1** | **TOTAL** | | | |
| 6C.3.2 | 6C.3.2-1 | Draft Restricted-use data file(s) for NCES review | 10 months after the end of data collection | |
| 6C.3.2 | 6C.3.2-2 | Modified Restricted-use data file(s) cleared for release by SSDCP/DRB | 14 months after the end of data collection or at same time as DFD and PowerStats | |
| **6C.3.2** | **TOTAL** | | | |
| 6C.4 | 6C.4-1 | Maintenance of necessary data files - Annual update year 1 | annually, combined with 4th quarterly report | |
| 6C.4 | 6C.4-2 | Annual update year 2 | annually, combined with 4th quarterly report | |
| **6C.4** | **TOTAL** | | | |
| **TASK 6C** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| **Optional Task 6D Admin Follow-up 4** | | | | |
| 6D.1.1 | 6D.1.1-1 | Written confirmation of having assembled the data for sample m | One month after start of Admin Follow-up task | |
| 6D.1.1 | 6D.1.1-2 | Written confirmation of having completed match to NSC | Two months after start of Admin Follow-up task | |
| 6D.1.1 | 6D.1.1-3 | Written confirmation of having completed match to NSLDS/FPS | Three months after start of Admin Follow-up task | |
| 6D.1.1 | 6D.1.1-4 | Deliver final processed administrative records dataset (end of administrative data collection) | Four months after start of Admin Follow-up task | |
| **6D.1.1** | **TOTAL** | | | |
| 6D.1.2.1 | 6D.1.2.1-1 | Specifications for derived variables submitted for NCES COR review | One month before the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-2 | Final specifications for derived variables submitted for NCES COR review | Within one week after the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-3 | Deliver syntax for administrative data cleaning/processing | Three months following the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-4 | Deliver syntax for creating derived variables in first batch | Four months following the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-5 | Deliver syntax for creating derived variables in second batch | Five months following the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-6 | Deliver syntax for creating derived variables in final batch | Six months following the end of data collection | |
| 6D.1.2.1 | 6D.1.2.1-7 | All data files, syntax, and documentation for derived variables available for PUF and RUF | Seven months following the end of data collection | |
| **6D.1.2.1** | **TOTAL** | | | |
| 6D.1.2.2 | 6D.1.2.2-1 | Draft nonresponse bias analysis and imputation plans | Two months after start of Admin Follow-up task | |
| 6D.1.2.2 | 6D.1.2.2-2 | Final nonresponse bias analysis and imputation plans | Three months after start of Admin Follow-up task | |
| 6D.1.2.2 | 6D.1.2.2-3 | Deliver output with descriptive statistics for derived variables | Six months after data collection is completed | |
| 6D.1.2.2 | 6D.1.2.2-4 | Results of nonresponse bias analysis | Seven months after data collection is completed | |
| **6D.1.2.2** | **TOTAL** | | | |
| 6D.1.3 | 6D.1.3-1 | Draft DAP for COR review | Two months after start of Admin Follow-up task | |
| 6D.1.3 | 6D.1.3-2 | Draft DAP for DRB review | Three months after start of Admin Follow-up task | |
| 6D.1.3 | 6D.1.3-3 | Revised DAP, with output, for DRB approval | Two weeks after data collection is completed | |
| 6D.1.3 | 6D.1.3-4 | Final DAP, with output and data files | At end of Admin Follow-up task | |
| **6D.1.3** | **TOTAL** | | | |
| 6D.2.1 | 6D.2.1-1 | Publication plan and prospectus for the DFD | One month after the end of administrative data collection | |
| 6D.2.1 | 6D.2.1-2 | Publication plan and prospectus for the analysis report | One month after the end of administrative data collection | |
| **6D.2.1** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---------|---------|----------------------|--------------------|----------------|
| 6D.2.2 | 6D.2.2-1 | Preliminary Draft Manuscript for Concept Review for the DFD | Four months after the end of administrative data collection | |
| 6D.2.2 | 6D.2.2-2 | Preliminary Draft Manuscript for Concept Review of analysis report (complete table shells) | Four months after the end of administrative data collection | |
| **6D.2.2** | **TOTAL** | | | |
| 6D.2.3 | 6D.2.3-1 | First draft manuscript of DFD | Six months after submitting preliminary draft manuscript for concept review of DFD | |
| 6D.2.3 | 6D.2.3-2 | Updated draft manuscript of DFD | Three months after first draft manuscript of DFD | |
| 6D.2.3 | 6D.2.3-3 | First draft manuscript of analysis report (complete tables with results) | Seven months after the end of administrative data collection | |
| 6D.2.3 | 6D.2.3-4 | Updated draft manuscript of analysis report (complete tables with results) | Three months after first draft manuscript of analysis report | |
| **6D.2.3** | **TOTAL** | | | |
| 6D.2.4 | 6D.2.4-1 | Preliminary electronic version of the formatted DFD for Quality Assurance Review | One month after finalized draft manuscript of DFD | |
| 6D.2.4 | 6D.2.4-2 | Preliminary electronic version of the formatted analysis report for Quality Assurance Review | One month after finalized draft manuscript of analysis report | |
| **6D.2.4** | **TOTAL** | | | |
| 6D.2.5 | 6D.2.5-1 | Pre-release quality control memo for the DFD | Three weeks after formatted publication for QA review has been submitted | |
| 6D.2.5 | 6D.2.5-2 | Pre-release quality control memo for the analysis report (independent review) | 11 months after the end of adminisrative data collection | |
| **6D.2.5** | **TOTAL** | | | |
| 6D.2.6 | 6D.2.6-1 | Final electronic version(s) of the formatted publication for the announcement to the Secretary | Two weeks after the pre-relase quality control memo for the DFD | |
| 6D.2.6 | 6D.2.6-2 | Final HTML-compliant analysis report components for posting to NCES website | 12 months after the end of administrative data collection | |
| **6D.2.6** | **TOTAL** | | | |
| 6D.2.7 | 6D.2.7-1 | Final 508-compliant DFD file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| 6D.2.7 | 6D.2.7-2 | Final 508-compliant analysis report file for posting to NCES website | Three weeks after the publication announcent to the Secretary | |
| **6D.2.7** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

137 of 160

Case 1:25-cv-01266-TNM     Document 60-2     Filed 08/12/26     Page 67 of 301

**Research Triangle Institute**

Proposal: 38806/38050_2479
Proposal Name: NPSAS:28
Fixed Price Payment Schedule

**RTI**
INTERNATIONAL

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---------|---------|----------------------|--------------------|----------------|
| 6D.3.1 | 6D.3.1-1 | DataLab input files | Within two (2) weeks following the acceptance of the derived variables data file, | |
| **6D.3.1** | **TOTAL** | | | |
| 6D.3.2 | 6D.3.2-1 | Draft Restricted-use data file(s) for NCES review | 10 months after the end of data collection | |
| 6D.3.2 | 6D.3.2-2 | Modified Restricted-use data file(s) cleared for release by SSDCP/DRB | 14 months after the end of data collection or at same time as DFD and PowerStats | |
| **6D.3.2** | **TOTAL** | | | |
| 6D.4 | 6D.4-1 | Maintenance of necessary data files - Annual update year 1 | annually, combined with 4th quarterly report | |
| 6D.4 | 6D.4-2 | Annual update year 2 | annually, combined with 4th quarterly report | |
| **6D.4** | **TOTAL** | | | |
| **TASK 6D** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

138 of 160



| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---------|---------|----------------------|--------------------|----------------|
| 6E.1 | 6E.1-1 | Final list of data elements | One week prior to final OMB package submission | |
| 6E.1 | TOTAL | | | |
| 6E.2 | 6E.2-1 | Draft clearance package to NCES | Within 4 weeks of contract award | |
| 6E.2 | 6E.2-2 | Final clearance package to NCES for OMB submission | Witing 2 weeks of draft clearance package | |
| 6E.2 | TOTAL | | | |
| 6E.3 | 6E.3-1 | Final contact materials, including instructions, for BY and transfer schools | With OMB submission | |
| 6E.3 | 6E.3-2 | Final training materials for prompting schools | 1 week prior to training | |
| 6E.3 | 6E.3-3 | Production report included with Quarterly Progress Report | With quarterly report 1 | |
| 6E.3 | 6E.3-4 | Production report included with Quarterly Progress Report | With quarterly report 2 | |
| 6E.3 | TOTAL | | | |
| 6E.4 | 6E.4-1 | Final contact materials: letter and PM form | With OMB submission | |
| 6E.4 | 6E.4-2 | Production report included with Quarterly Progress Report | With quarterly report 1 | |
| 6E.4 | 6E.4-3 | Production report included with Quarterly Progress Report | With quarterly report 2 | |
| 6E.4 | TOTAL | | | |
| 6E.5 | 6E.5-1 | Production report included with Quarterly Progress Report | With quarterly report 1 | |
| 6E.5 | 6E.5-2 | Production report included with Quarterly Progress Report | With quarterly report 2 | |
| 6E.5 | 6E.5-3 | Production report included with Quarterly Progress Report | With quarterly report 3 | |
| 6E.5 | 6E.5-4 | Production report included with Quarterly Progress Report | With quarterly report 4 | |
| 6E.5 | TOTAL | | | |
| 6E.6 | 6E.6-1 | Final training materials for keying courses | 1 week prior to training | |
| 6E.6 | 6E.6-2 | Production report included with Quarterly Progress Report | With quarterly report 2 | |
| 6E.6 | 6E.6-3 | Production report included with Quarterly Progress Report | With quarterly report 3 | |
| 6E.6 | 6E.6-4 | Production report included with Quarterly Progress Report | With quarterly report 4 | |
| 6E.6 | TOTAL | | | |
| 6E.7 | 6E.7-1 | Draft DAP for COR review | Within 5 months after the start of data collection | |
| 6E.7 | 6E.7-2 | Draft DAP for DRB review | Within 6 months after the start of data collection | |
| 6E.7 | 6E.7-3 | Revised DAP, with output, for DRB approval | Two weeks after data collection is completed | |
| 6E.7 | 6E.7-3 | Final DAP, with output and data files | With final RUF files | |
| 6E.7 | TOTAL | | | |

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 69 of 301

**RTI INTERNATIONAL**

| Subtask | Payment | Deliverable/Milestone | Estimated Due Date | Payment Amount |
|---|---|---|---|---|
| 6E.8 | 6E.8-1 | Final weighting and imputation plan | Two months before the end of data collection | |
| 6E.8 | 6E.8-2 | Specifications for derived variables submitted for NCES COR review | One month before the end of data collection | |
| 6E.8 | 6E.8-3 | Final specifications for derived variables submitted for NCES COR review | Within one week after the end of data collection | |
| 6E.8 | 6E.8-4 | Deliver output with descriptive statistics for derived variables | Six months after data collection is completed | |
| 6E.8 | 6E.8-5 | All data files, syntax, and documentation for derived variables available for RUF | Seven months after data collection is completed | |
| **6E.8** | **TOTAL** | | | |
| 6E.9 | 6E.9-1 | Final DFD outline | Within 2 months of the start of data collection | |
| 6E.9 | 6E.9-2 | Draft DFD | 3 months after data collection is completed | |
| 6E.9 | 6E.9-3 | Final DFD | 1 week after final approval of DFD | |
| **6E.9** | **TOTAL** | | | |
| 6E.10 | 6E.10-1 | Draft restricted-use data files | 3 months before the end of data collection | |
| 6E.10 | 6E.10-2 | Final restricted-use data files | 1 week after final approval of RUF | |
| **6E.10** | **TOTAL** | | | |
| 6E.11 | 6E.11-1 | Control and data collection systems - setup processes and data flows | Within 6 months of contract award | |
| **6E.11** | **TOTAL** | | | |
| **TASK 6E** | **TOTAL** | | | |
| **TASK 6** | **TOTAL** | | | |

Use or disclosure of any information on this page is subject to the restriction in the proprietary statement of this proposal.

140 of 160

# EXHIBIT H

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 72 of 301

Beginning Postsecondary Students Longitudinal Study (BPS:20/22): Pe...nt of 2019-20 First-Time Postsecondary Students After 3 Years | IES      8/10/26, 3:59 PM



🇺🇸 An official website of the United States government

The Nation's Report Card    ERIC database for education research

Institute of Education Sciences

What we do ⌄        Use our work ⌄        Explore funding ⌄

Learn with us ⌄                About us ⌄

Home  >  ...  >  **Beginning Post**

REPORT    FIRST LOOK / ED TAB

# Beginning Postsecondary Students Longitudinal Study (BPS:20/22): Persistence and Attainment of 2019-20 First-Time Postsecondary Students After 3 Years

NCES   LONGITUDINAL SURVEYS BRANCH

**Author(s):**

Harper Haynes, Mihaela Henderson, Chelci Harris, Darryl Cooney

**Publication date:**

September 2024

**Study/Program:**

BPS - Beginning Postsecondary Students Longitudinal Study

**Publication number:**

NCES 2024401

# Summary

This report describes the outcomes of first-time beginning students (FTBs) who entered postsecondary education for the first time during the 2019-2020 academic year. Outcomes include students' postsecondary enrollment patterns, persistence and attainment, social and academic experiences and activities, and employment history.

# Online Availability

Download, view and print the report as a pdf file.

Download the errata notice.

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 74 of 301

Beginning Postsecondary Students Longitudinal Study (BPS 20/22): Pe...nt of 2019–20 First-Time Postsecondary Students After 3 Years | IES    8/10/26, 3:59 PM

## Share

   

## Tags

[Students](#)

---

# You may also like



Case 1:25-cv-01266-TNM   Document 60-2   Filed 08/12/26   Page 75 of 301

Beginning Postsecondary Students Longitudinal Study (BPS:20/22): Persistence of 2019-20 First-Time Postsecondary Students After 3 Years | IES

8/10/26, 3:59 PM

**OTHER RESOURCE**

## Tip Sheet: Planning Instructional Time to Prevent ...

**Author(s):** REL Central Staff

Read More →



**FACT SHEET/INFOGRAPHIC/FAQ**

## Strengthening Attendance Using Multi-Tiered Family...

**Author(s):** Kirby Chow, Hannah Cheever

Read More →

Beginning Postsecondary Students Longitudinal Study (BPS:20/22): P...ht of 2019-20 First-Time Postsecondary Students After 3 Years | IES

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 76 of 301

8/10/26, 3:59 PM



**DESCRIPTIVE STUDY**

## Usability and Feasibility of the Leading Early Chi...

**Author(s):** Stephanie D'Souza, Emily Weinberg, Katie Dahlke

Read More →

## Institute of Education Sciences

IES organizational chart

## Our website

Staff directory

Privacy and security

## Related sites (external)

U.S. Department of Education

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 77 of 301

Beginning Postsecondary Students Longitudinal Study (BPS 20/22): Persis...nt of 2019–20 First-Time Postsecondary Students After 3 Years | IES    8/10/26, 3:59 PM

IES organizational chart

policy

Education

Scientific integrity
statement

Newsflash

USAJOBS

Accessibility statement

© 2026 The Institute of Education Sciences, All Rights Reserved.

# EXHIBIT I

 An official website of the United States government

The Nation's Report Card     ERIC database for education research

**IES**  **National Center for Education Statistics**

What we do ⌄     Use our work ⌄     Explore funding ⌄     Learn with us ⌄     About us ⌄     🔍

 DataLab Home

 Tables Library

 PowerStats

 Online Codebook

 About DataLab

 Learning Center

◀ Close Menu

 **DATALAB**

👤 LOGIN / CREATE ACCOUNT

## WEB-BASED TOOLS THAT PROVIDE ACCESS TO DATA FROM NCES STUDIES

Use PowerStats to create custom online analyses. Use the Online Codebook to create syntax files and download micro-level public-use datasets. Use the Tables Library to browse through data tables published by NCES.

## UNSURE WHERE TO START?

Learn more about who uses DataLab and how to use it yourself:

About DataLab >>

See examp help you u DataLab:

Learning C

### GET STARTED WITH

🔴 PowerStats

*What are you interested in?*
**Browse datasets below. Launch PowerStats to begin your analysis.**

All Populations ▼          All Topics ▼          ⓘ Trends Available ☐

🔍 **Search by Keyword**

Choose a dataset below for information about the populations and topics covered. Then launch the dataset you would like to analyze in PowerStats. For studies with more than one data collection, you will need to select the collection you want to use. You can change datasets or data collections at any time.

☆  [National Household Education Survey: Adult Education Survey (AE-NHES)](#)          [ Launch ]

☆  [Baccalaureate and Beyond (B&B)](#)          B&B collection: <u>2016/2020</u> ▼     [ Launch ]

☆  [Beginning Postsecondary Students (BPS)](#)          BPS collection: <u>2020/2022</u> ▼     [ Launch ]



☆  ✚  **Early Childhood Longitudinal Study: Birth Cohort (ECLS-B)**     Launch

☆  ✚  **Education Longitudinal Study (ELS)**     ELS collection:     High School Seniors 2004  ▼     Launch

☆  ✚  **High School and Beyond (HS&B)**     HS&B collection:     Ninth-graders 2022  ▼     Launch

❓  Help Desk

☆  ✚  **High School Longitudinal Study (HSLS)**     Launch

**Institute of Education Sciences**

IES organizational chart

Scientific integrity statement

Accessibility statement

**Our website**

Staff directory

Privacy and security policy

Newsflash

**Related sites (external)**

U.S. Department of Education

USAJOBS

© 2026 The Institute of Education Sciences, All Rights Reserved.

# EXHIBIT J

**Westat®**

IMPROVING LIVES THROUGH RESEARCH®

# MEMO

**TO**      Alexandra Shankster, NCES

**FROM**      Kristin Flanagan, Westat

**DATE**      February 12, 2026
Updated April 1, 2026

**SUBJECT**      CONTRACT NO: 91990019C0002, Early Childhood Longitudinal Study, Kindergarten Class of 2023–24 (ECLS-K:2024)

As part of the  Firm Fixed price portion of the settlement proposal for CONTRACT NO: 91990019C0002, which was formally incorporated into the contract on September 2, 2025, Westat agreed to develop and deliver the following:

0.  The draft 2 kindergarten data sets and documentation previously delivered to NCES on January 31, 2025. These materials are being delivered again so they can be saved alongside the new files listed below.
1.  Three Excel files containing the child, parent, and school weights.
2.  One Excel file with occupational data.
3.  User manual chapter containing response rate tables.

### 1. The draft 2 kindergarten data sets and documentation previously delivered to NCES on January 31, 2025

On January 31, 2025, Westat delivered draft 2 of the kindergarten data sets and documentation for the fall- and spring-kindergarten collections of the ECLS-K:2024. An overview of these materials is provided within the cover memo for this delivery contained within "Delivery Memo.zip."

In addition, on January 17, 2025, Westat delivered the ECLS-K:2024 Data File User's Manual (DFUM). These materials are contained within "to NCES DFUM 2025_0117.zip." Within the DFUM, Chapter 8 provides an overview of the data files that may be helpful in understanding the data file delivery.

These files are password protected: EclsK!2024One31.

### 2. Three Excel files containing the child, parent, and school weights

"ECLSK2024.zip" contains three excel files with the planned analytic weights.
These files are password protected: EclsK!2024One31.

- ECLSK2024 child wgts.xlsx
- ECLSK2024 sch wgts.xlsx
- ECLSK2024 tchr wgts.xlsx

In addition, there is a revised version of DFUM Chapter 4 that provides information on the computation and conceptualization of the analytic weights

- ECLSK2024 DFUM C4.2 2026_0212.docx

### 3. One Excel file with occupational data

Within "ECLSK2024.zip" there is an excel file at the child-level with the results of the occupation coding for the parents within the household. For a description of these variables, see Chapter 7 of the DFUM (Exhibit 7-6 and text beginning on page 7-28). This file is password protected: EclsK!2024One31.

- ECLSK2024 occupation.xlsx

### 4. User manual chapter containing response rate tables

Updated 04/01/2026. The contents of this chapter and the structure and contents of the tables were developed with and agreed upon by NCES on July 11, 2024 (ECLSK2024 DFUM Ch5 2026_0212.docx).

- ECLSK2024 DFUM C5 2026_0401.docx

Once approved by the government, Westat will submit an invoice in the amount of $█████████

On behalf of Westat, I want to thank you again for the opportunity to have worked on this project. Please don't hesitate to contact us if we can provide any further support.

# EXHIBIT L



**IEA TIMSS & PIRLS**
**BOSTON COLLEGE**
Lynch School of Education and Human Development

HOME    ABOUT ▾    TIMSS ▾    PIRLS ▾    OTHER PROJECTS ▾    PUBLICATIONS    DATABASES    IEA

TIMSS 2023 » **International Results**

# TIMSS 2023 INTERNATIONAL RESULTS IN MATHEMATICS AND SCIENCE

## ABOUT TIMSS 2023

IEA's TIMSS 2023 is the eighth assessment cycle of TIMSS, the Trends in International Mathematics and Science Study. TIMSS 2023 was conducted at the fourth and eighth grades in 64 countries and 6 benchmarking systems.

Inaugurated in 1995, TIMSS has been conducted every four years since, providing 28 years of trends in mathematics and science achievement. TIMSS 2023 completes the transition to digital assessment, which began with TIMSS 2019, reflecting the widespread use of technology in schools and society.

FOREWORD

OVERVIEW OF TIMSS 2023

TIMSS 2023 PARTICIPANTS AND STUDENTS ASSESSED

TIMSS 2023 ASSESSMENT FRAMEWORKS

COMPUTER-BASED ASSESSMENT

GROUP-ADAPTIVE DESIGN

ENVIRONMENTAL AWARENESS

QUALITY ASSURANCE

ABOUT THIS REPORT

## ACHIEVEMENT RESULTS IN MATHEMATICS AND SCIENCE

## MATHEMATICS

 

## SCIENCE

 

# CONTEXTUAL DATA FOR LEARNING MATHEMATICS AND SCIENCE

HOME
ENVIRONMENT

SCHOOL
ENVIRONMENT

CLASSROOM
ENVIRONMENT

STUDENT EXPERIENCES
AND ATTITUDES

ENVIRONMENTAL
AWARENESS

---

## SUGGESTED CITATION

von Davier, M., Kennedy, A., Reynolds, K., Fishbein, B., Khorramdel, L., Aldrich, C., Bookbinder, A., Bezirhan, U., & Yin, L. (2024). *TIMSS 2023 International Results in Mathematics and Science*. Boston College, TIMSS & PIRLS International Study Center. https://doi.org/10.6017/lse.tpisc.timss.rs6460

## RELATED LINKS

Appendices            Download Center            Copyright Notice & Disclaimer

---

TIMSS & PIRLS International Study Center
📍 140 Commonwealth Avenue, Chestnut Hill, MA 02467, USA
Tel+1-617-552-1600 - timssandpirls@bc.edu

© 2025 TIMSS & PIRLS International Study Center, Lynch School of Education and Human Development, Boston College, and International Association for the Evaluation of Educational Achievement. All rights reserved.

# EXHIBIT K

Case 1:25-cv-01266-TNM     Document 60-2     Filed 08/12/26     Page 88 of 301



An official website of the United States government

The Nation's Report Card        ERIC database for education research

**National Center for Education Statistics**

What we do ⌄        Use our work ⌄        Explore funding ⌄

Learn with us ⌄                About us ⌄

Home  >  ...  >  **Parent and Fam**

REPORT     FIRST LOOK / ED TAB

# Parent and Family Involvement in Education: 2023

**NCES**

**Author(s):**

Ellena Sempeles, American Institutes for Research Jiashan Cui, American Institutes for Research

**Publication date:**

September 2024

**Publication number:**

NCES 2024113

# Summary

This First Look report introduces new National Household Education Survey (NHES) survey data that presents findings from the Parent and Family Involvement in Education Survey of the National Household Education Surveys Program of 2023 (PFI-NHES:2023). The Parent and Family Involvement in Education Survey collected data on students in kindergarten through 12th grade enrolled in public or private school, or homeschooled or taking virtual courses for these grades. The survey collected information about various aspects of parent involvement in education, such as family activities, parent involvement at school activities, and reasons for choosing the child's school. For homeschooled students, the survey asked questions related to students' homeschooling experiences, the sources of the curriculum, and the reasons for homeschooling. And parents of students taking virtual courses were asked about such things as the fees for virtual courses, and their reasons for enrolling their child in virtual courses.

# Online Availability

[Download, view and print the report as a pdf file.](#)

[Download, view and print the report summary as a pdf file.](#)

## Share

   

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 90 of 301    8/10/26, 5:04 PM

## Institute of Education Sciences

IES organizational chart

Scientific integrity statement

Accessibility statement

## Our website

Staff directory

Privacy and security policy

Newsflash

## Related sites (external)

U.S. Department of Education

USAJOBS

© 2026 The Institute of Education Sciences, All Rights Reserved.

# EXHIBIT M

# TIMSS 2023 U.S. Results

## Explore how U.S. 4th- and 8th-grade students' mathematics and science performance compared internationally in 2023!

The Trends in International Mathematics and Science Study (TIMSS) is an international comparative study that measures mathematics and science achievement at the 4th and 8th grades every 4 years. TIMSS is designed to align broadly with mathematics and science curricula in the participating education systems and, therefore, to reflect students' school-based learning. The United States has participated in every administration of TIMSS since its inception in 1995, providing valuable data on how U.S. students compare to students around the world. The 2023 results offer an opportunity to examine any changes in performance since 2019—prior to the COVID-19 pandemic—as well as since the earliest administration of TIMSS nearly 30 years ago.

This report provides data for 63 education systems at the 4th-grade level and 45 education systems at the 8th-grade level.[1] Most of these education systems are member countries[2] of the [International Association for the Evaluation of Educational Achievement (IEA)](#), the group that sponsors TIMSS internationally; a small number at each grade (five in 4th grade and three in 8th grade) are nonmember subnational entities that have joined TIMSS as "benchmarking participants."[3] Both groups are included in the discussion of results and counts of education systems. All education systems administered TIMSS 2023 electronically, except for Bulgaria, Cyprus, Iran, Kuwait, Morocco, and South Africa, which completed TIMSS 2019 paper-based assessments for at least one grade.

---

[1] Two additional education systems, Côte d'Ivoire and New Zealand, participated in TIMSS 2023 at 8th grade but are not included in this report. New Zealand did not meet minimum standards for school participation rates, and Côte d'Ivoire's achievement could not be reliably estimated. These two systems are shown at the bottom of the tables below a line in the IEA International Report indicating that they do not contribute to the international average in 8th grade achievement exhibits.

[2] Member countries include countries that are complete, independent political entities, such as the United States or Japan, as well as subnational entities, such as England, Hong Kong, or the Flemish Community of Belgium. Subnational entities are indicated in the tables and figures with the three-letter international abbreviation for their country following their name, such as England-GBR, Hong Kong-CHN, or Belgium (Flemish)-BEL. For convenience, this report uses the generic term "education systems" when summarizing the results.

[3] Benchmarking participants are subnational entities that are not IEA member countries, such as Abu Dhabi or Ontario, but that participate in TIMSS to assess their comparative international standing. Subnational entities are indicated in the tables and figures with the three-letter international abbreviation for their country following their name, such as England-GBR, Hong Kong-CHN, or Belgium (Flemish)-BEL. Benchmarking participants are included in the figures and indicated with italics and pink shading. For convenience, this report uses the generic term "education systems" when summarizing the results.

**Additional Information:**

[About TIMSS](#) | [Technical Notes](#) | [Questionnaires](#) | [Participating Countries](#) | [FAQs](#) | [Download Data Tables](#)

Suggested Citation: U.S. Department of Education, National Center for Education Statistics. (2024). *TIMSS 2023 U.S. Highlights Web Report* (NCES 2024-184). Washington, D.C. Retrieved [date] from [https://nces.ed.gov/timss/results23/index.asp](https://nces.ed.gov/timss/results23/index.asp).

TIMSS 2023 marks the first opportunity to see changes in TIMSS trends among participating education systems following the COVID-19 pandemic. In mathematics, U.S. 4th- and 8th-graders scored lower, on average, in 2023 than they did in 2019 (by 18 and 27 points, respectively). In science, the U.S. average score in 2023 was not measurably different from 2019 for either grade. However, 4th-graders' average science scores in 2023 were 9 points lower than in 1995. U.S. students at the lower end of the achievement scale, specifically those in the 10th and 25th percentiles in 4th- and 8th-grade mathematics, as well in 4th-grade science, had lower scores in 2023 than in 2019. Additionally, for U.S. 4th-graders in mathematics, 2023 marked the lowest score at the 10th and 25th percentiles since TIMSS began in 1995. In both grades and subjects, the 2023 score gap between students at the 10th and 90th percentiles was larger compared to TIMSS administrations in 2003, 2007, 2011, and 2015.

In 2023, the United States performed above the TIMSS 2023 international average[4] in mathematics and science at both the 4th and 8th grades. Male students scored higher than female students in both grade levels and subjects in the United States.

Explore the questions below to explore the TIMSS 2023 U.S. results by subject and grade. The results in this web report present descriptive data on student achievement designed to provide useful information to a broad audience, including members of the general public. The report does not investigate more complex hypotheses, account for interrelationships among variables, or support causal inferences.

## For More Information

- For the Accessible version of the tables/figures below, please see the corresponding data table (Download Excel file)
- See Technical Notes
- Visit the IEA TIMSS 2023 website
- Read the International TIMSS 2023 Report

---

[4] The TIMSS international average is the average of non-benchmarking education systems with each education system weighted equally.

# Overview of Student Achievement

## Mathematics

How do U.S. students perform in mathematics compared to their international peers?

**GRADE 4**

**In 2023, U.S. 4th-graders' average score on the TIMSS mathematics scale (517) was higher than the average scores of their peers in 28 education systems and lower than the scores of those in 21 education systems.**

- U.S. 4th-graders scored 14 points above the TIMSS 2023 international average[5] of 503. The U.S. average score (517) was not measurably different from the average scores of 4th-graders in 13 education systems.
- On a scale of 0 to 1,000, average scores ranged from 362 in South Africa to 615 in Singapore. The U.S. average score was 98 points lower than Singapore's average score and 155 points higher than South Africa's average score.
- Of the 21 education systems that had higher average TIMSS mathematics scores than the United States, the scores ranged from 525 points in Australia to 615 points in Singapore.

See figure on next page.

---

[5] The TIMSS international average is the average of non-benchmarking education systems with each education system weighted equally.

**Figure M1a. Average scores and differences from the U.S. average of 4th-grade students on the TIMSS mathematics scale, by education system: 2023**



[1]Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.
NOTE: Education systems are ordered by the average mathematics score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international average is the average of 58 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure M1a. Average scores and differences from the U.S. average of 4th-grade students on the TIMSS mathematics scale, by education system: 2023**



◊ Average score is not measurably different from the U.S. average score.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.
NOTE: Education systems are ordered by the average mathematics score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international average is the average of 58 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In 2023, U.S. 8th-graders' average score on the TIMSS mathematics scale (488) was higher than the average scores of their peers in 18 education systems and lower than the scores of those in 19 education systems.**

- U.S. 8th-graders scored 10 points above the TIMSS 2023 international average[6] of 478. The U.S. average score (488) was not measurably different from the average scores of students in 7 education systems.
- On a scale of 0 to 1,000, average scores ranged from 378 in Morocco and Brazil to 605 in Singapore. The U.S. average score was 117 points lower than Singapore's average score and 110 points higher than Morocco's average score.
- Of the 19 education systems that had higher average TIMSS mathematics scores than the United States, the scores ranged from 499 points in Malta to 605 points in Singapore.

See figure on next page.

---

[6] The TIMSS international average is the average of non-benchmarking education systems with each education system weighted equally.

**Figure M1b. Average scores and differences from the U.S. average of 8th-grade students on the TIMSS mathematics scale, by education system: 2023**



[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.

NOTE: Education systems are ordered by the average mathematics score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international average is the average of 42 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure M1b. Average scores and differences from the U.S. average of 8th-grade students on the TIMSS mathematics scale, by education system: 2023**



◊ Average score is not measurably different from the U.S. average score.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.
NOTE: Education systems are ordered by the average mathematics score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international average is the average of 42 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How large is the score gap between top and bottom performers in mathematics in the United States and other education systems?

### GRADE 4

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, and scores can be compared across education systems. The 90th percentile reflects the achievement of "top-performing" students, and the 10th percentile reflects the achievement of the "bottom-performing" students.

**In the United States, the score gap between top- and bottom-performing 4th-graders on the TIMSS mathematics scale in 2023 was 254 points, which was larger than the gap in 49 education systems and smaller than that in 4 education systems.**

- Score gaps between the top- and bottom-performing 4th-graders (those at the 90th and 10th percentiles on the TIMSS mathematics scale) ranged from 165 points in the Netherlands to 301 points in Kuwait.
- The scores for top-performing 4th-graders (those at the 90th percentile on the TIMSS mathematics scale) ranged from 518 points in South Africa to 719 points in Singapore; for U.S. 4th-graders, the 90th percentile score was 637 points.
- The scores for bottom-performing 4th-graders (those at the 10th percentile on the TIMSS mathematics scale) ranged from 222 points in South Africa to 520 points in Chinese Taipei; for U.S. 4th-graders, the 10th percentile score was 384.

See figure on next page.

**Figure M2a. Average scores and 10th and 90th percentile scores of 4th-grade students on the TIMSS mathematics scale and percentile score gaps, by education system: 2023**



* Significantly different (*p* < .05) from the U.S. 90th-10th percentile score gap.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.

NOTE: In addition to average scores, this figure shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, enabling users to compare scores across education systems. Education systems are ordered by 90th-10th percentile score gap. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, and scores can be compared across education systems. The 90th percentile reflects the achievement of "top-performing" students, and the 10th percentile reflects the achievement of the "bottom-performing" students.

**In the United States, the score gap between top- and bottom-performing 8th-graders on the TIMSS mathematics scale in 2023 was 246 points, which was larger than the gap in 18 education systems and smaller than that in 2 education systems.**

- Score gaps between top- and bottom-performing 8th-graders (those at the 90th and 10th percentiles on the TIMSS mathematics scale) ranged from 190 points in Austria to 299 points in Türkiye. The U.S. score gap of 246 points was smaller than the score gaps of only the United Arab Emirates and Türkiye. The U.S. score gap was not measurably different than the score gaps in 24 education systems.
- The scores for top-performing 8th-graders (those at the 90th percentile on the TIMSS mathematics scale) ranged from 479 points in Morocco to 721 points in Chinese Taipei; for U.S. 8th-graders, the 90th percentile score was 612 points.
- The scores for bottom-performing 8th-graders (those at the 10th percentile on the TIMSS mathematics scale) ranged from 268 points for the Palestinian National Authority to 484 points in Japan; for U.S. 8th-graders, the 10th percentile score was 366 points.

See figure on next page.

**Figure M2b. Average scores and 10th and 90th percentile scores of 8th-grade students on the TIMSS mathematics scale and percentile score gaps, by education system: 2023**



* Significantly different (*p* < .05) from the U.S. 90th-10th percentile score gap.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: In addition to average scores, this figure shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, enabling users to compare scores across education systems. Education systems are ordered by 90th-10th percentile score gap. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## What levels of mathematics achievement have U.S. students and their international peers reached?

### GRADE 4

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the mathematics understanding demonstrated by the 4th-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**The percentages of U.S. 4th-graders at or above the *Advanced* and *High* international benchmarks were each higher than the TIMSS 2023 international median[7] at the corresponding levels. The percentages of U.S. 4th-graders at or above *Intermediate* and *Low* international benchmarks were each lower than the TIMSS 2023 international median at the corresponding levels.**

- The percentage of 4th-graders who were at or above the *Advanced* international benchmark in mathematics in the United States (13 percent) was higher than in 44 of the 62 other education systems and lower than in 11 education systems. In the 11 education systems where proportionately more 4th-graders reached the *Advanced* benchmark than in the United States, the percentages ranged from 16 percent in Ireland to 49 percent in Singapore.
- Eighty-seven percent of U.S. 4th-graders were at or above the *Low* international benchmark in mathematics, which was higher than in 21 education systems and lower than in 35 education systems. In the 35 education systems where proportionately more 4th-graders reached at least the *Low* benchmark than in the United States, the percentages ranged from 90 percent in Canada and Spain to almost 100 percent in Chinese Taipei.

See figure on next page.

---

[7] The TIMSS 2023 international median refers to the median of TIMSS non-benchmarking education systems with each education system weighted equally.

**Figure M3a. Percentages of 4th-grade students at or above each TIMSS international benchmark in mathematics, by education system: 2023**



! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Significantly different (*p* < .05) from the U.S. percentage at the same benchmark level.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international median. Details can be found here.
NOTE: Education systems are ordered by the percentage of students reaching the Advanced international benchmark in mathematics. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international median represents all participating TIMSS education systems, except the benchmarking participants. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as <u>international benchmarks</u>: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the mathematics understanding demonstrated by the 8th-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**The percentages of U.S. 8th-graders at or above each of the *Advanced*, *High*, *Intermediate*, and *Low* international benchmarks in mathematics were not measurably different from the TIMSS 2023 international median[8] at or above each benchmark in 2023.**

- The percentage of 8th-graders who were at or above the *Advanced* international benchmark in mathematics in the United States (8 percent) was higher than in 21 of the 44 other education systems and lower than in 12 education systems. In the education systems where proportionately more 8th-graders reached the *Advanced* benchmark than in the United States, the percentages ranged from 10 percent in the United Arab Emirates and Czech Republic to 46 percent in Singapore.
- Eighty-two percent of U.S. 8th-graders were at or above the *Low* international benchmark in mathematics, which was higher than in 18 education systems and lower than in 18 education systems. In the 18 education systems where proportionately more 8th-graders reached at least the *Low* benchmark than in the United States, the percentages ranged from 85 percent in Malta to 99 percent in Japan.

See figure on next page.

**Figure M3b. Percentages of 8th-grade students at or above each TIMSS international benchmark in mathematics, by education system: 2023**

---

[8] The TIMSS 2023 international median refers to the median of TIMSS non-benchmarking education systems with each education system weighted equally.



| Education system | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| Singapore[1] | 46* | 74* | 89* | 97* |
| Chinese Taipei | 44* | 72* | 89* | 97* |
| Korea, Republic of | 40* | 70* | 88* | 97* |
| Japan[1] | 37* | 71* | 92* | 99* |
| Hong Kong-CHN[1] | 32* | 65* | 85* | 95* |
| Dubai-UAE | 21* | 51* | 78* | 92* |
| Türkiye[1] | 17* | 37* | 59 | 81 |
| England-GBR[1] | 15* | 42* | 71* | 89* |
| Lithuania[1] | 11* | 36* | 66* | 88* |
| Australia | 11* | 34* | 64* | 87* |
| Czech Republic[1] | 10* | 35* | 70* | 92* |
| United Arab Emirates | 10* | 29 | 55 | 79 |
| Sweden[1] | 9 | 36* | 69* | 91* |
| Ireland | 9 | 38* | 73* | 93* |
| Romania[1] | 9 | 31* | 60 | 83 |
| Hungary | 9 | 34* | 65* | 87* |
| Israel[1] | 8 | 28 | 55 | 80 |
| Sharjah-UAE | 8 | 28 | 58 | 84 |
| United States[1] | 8 | 26 | 55 | 82 |
| TIMSS 2023 International Median | 7 | 28 | 55 | 81 |
| Malta | 7 | 30* | 63* | 85* |
| Cyprus | 7 | 29 | 59* | 83 |
| Italy | 7 | 30 | 61* | 88* |
| Finland | 7 | 29 | 64* | 90* |
| Azerbaijan | 7 | 26 | 53 | 77* |
| Norway (9)[1] | 6* | 29 | 63* | 88* |
| Austria[1] | 5* | 32* | 71* | 93* |
| Qatar | 5* | 17* | 40* | 68* |
| Abu Dhabi-UAE | 5* | 18* | 42* | 68* |
| Georgia[1] | 4* | 19* | 47* | 75* |
| Kazakhstan | 4* | 16* | 39* | 71* |
| Portugal | 4* | 20* | 49* | 81 |
| Bahrain | 3* | 11* | 30* | 58* |
| France | 3* | 20* | 53 | 83 |
| Uzbekistan | 2!* | 8* | 26* | 57* |
| Iran, Islamic Republic of[1] | 1* | 8* | 29* | 59* |
| Malaysia | 1* | 7* | 22* | 52* |
| Kuwait[1] | 1!* | 7* | 21* | 46* |
| Oman | 1* | 7* | 24* | 53* |
| Brazil[1] | 1!!* | 4* | 14* | 38* |
| Chile | 1* | 6* | 24* | 57* |
| South Africa (9)[1] | 1!* | 4* | 15* | 45* |
| Saudi Arabia[1] | #* | 4* | 18* | 46* |
| Palestinian Nat'l Auth.[1] | #!* | 3* | 16* | 41* |
| Jordan | #!!* | 3* | 16* | 45* |
| Morocco | #!!* | 2* | 11* | 36* |

Legend: ■ Advanced  □ High  ▨ Intermediate  ■ Low  □ Below Low

**TIMSS international benchmarks**

# Rounds to zero.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Significantly different ($p < .05$) from the U.S. percentage at the same benchmark level.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international median. Details can be found here.
NOTE: Education systems are ordered by the percentage of students reaching the Advanced international benchmark in mathematics. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international median represents all participating TIMSS education systems, except the benchmarking participants. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

# Science

## How do U.S. students perform in science compared to their international peers?

### GRADE 4

**In 2023, U.S. 4th-graders' average score on the TIMSS science scale (532) was higher than the average scores of their peers in 39 education systems and lower than the scores of those in 11 education systems.**

- U.S. 4th-graders scored 38 points higher than the TIMSS 2023 international average[9] (494). The U.S. average score (532) was not significantly different from the average scores of students in 12 education systems.
- On a scale of 0 to 1,000, average scores ranged from 308 in South Africa to 607 in Singapore. The U.S. average score was 75 points lower than Singapore's average score and 225 points higher than South Africa's average score.
- Of the 11 education systems that had higher average TIMSS science scores than the United States, the scores ranged from 542 points in Finland to 607 points in Singapore.

See figure on next page.

---

[9] The TIMSS international average is the average of non-benchmarking education systems with each education system weighted equally.

**Figure S1a. Average scores and differences from the U.S. average of 4th-grade students on the TIMSS science scale, by education system: 2023**



[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.

With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.

NOTE: Education systems are ordered by the average science score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international average is the average of 58 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure S1a. Average scores and differences from the U.S. average of 4th-grade students on the TIMSS science scale, by education system: 2023**



◊ Average score is not measurably different from the U.S. average score.

! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.

NOTE: Education systems are ordered by the average science score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international average is the average of 58 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In 2023, U.S. 8th-graders' average score on the TIMSS science scale (513) was higher than the average scores of their peers in 27 education systems and lower than the scores of those in 11 education systems.**

- U.S. 8th-graders scored 35 points higher than the TIMSS 2023 international average[10] (478). The U.S. average score (513) was not significantly different from the average scores of students in 6 education systems.
- On a scale of 0 to 1,000, average scores ranged from 327 in Morocco to 606 in Singapore. The U.S. average score was 93 points lower than Singapore's average score and 186 points higher than Morocco's average score.
- Of the 11 education systems that had higher average TIMSS science scores than the United States, the scores ranged from 525 points in Ireland to 606 points in Singapore.

See figure on next page.

---

[10] The TIMSS international average is the average of non-benchmarking education systems with each education system weighted equally.

**Figure S1b. Average scores and differences from the U.S. average of 8th-grade students on the TIMSS science scale, by education system: 2023**



[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.
NOTE: Education systems are ordered by average science score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international average is the average of 42 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure S1b. Average scores and differences from the U.S. average of 8th-grade students on the TIMSS science scale, by education system: 2023**



◊ Average score is not measurably different from the U.S. average score.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international average.
NOTE: Education systems are ordered by average science score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international average is the average of 42 non-benchmarking education systems with each education system weighted equally. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How large is the score gap between top and bottom performers in science in the United States and other education systems?

### GRADE 4

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, and scores can be compared across education systems. The 90th percentile reflects the achievement of "top-performing" students, and the 10th percentile reflects the achievement of the "bottom-performing" students.

**In the United States, the score gap between top- and bottom-performing 4th-graders on the TIMSS science scale in 2023 was 241 points, which was larger than the gap in 45 education systems and smaller than that in 12 education systems.**

- Score gaps between the top- and bottom-performing 4th-graders (those at the 90th and 10th percentiles on the TIMSS science scale) ranged from 156 points in Armenia to 402 points in South Africa; the U.S. score gap was 241 points.
- The scores for top-performing 4th-graders (those at the 90th percentile on the TIMSS science scale) ranged from 499 points in Kosovo to 708 points in Singapore; for U.S. 4th-graders, the 90th percentile score was 645 points.
- The scores for bottom-performing 4th graders (those at the 10th percentile on the TIMSS science scale) ranged from 121 in South Africa to 497 in Singapore; for U.S. 4th-graders, the 10th percentile score was 404.

See figure on next page.

**Figure S2a. Average scores and 10th and 90th percentile scores of 4th-grade students on the TIMSS science scale and percentile score gaps, by education system: 2023**



* Significantly different (*p* < .05) from the U.S. 90th-10th percentile score gap.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: In addition to average scores, this figure shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, enabling users to compare scores across education systems. Education systems are ordered by 90th-10th percentile score gap. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, and scores can be compared across education systems. The 90th percentile reflects the achievement of "top-performing" students, and the 10th percentile reflects the achievement of the "bottom-performing" students.

**In the United States, the score gap between top- and bottom-performing 8th-graders on the TIMSS science scale in 2023 was 249 points, which was larger than the gap in 19 education systems and smaller than that in 5 education systems.**

- Score gaps between top- and bottom-performing 8th-graders (those at the 90th and 10th percentiles on the TIMSS science scale) ranged from 189 points in Uzbekistan to 323 points in Abu Dhabi-UAE. The U.S. score gap was 249 points.
- The scores for top-performing 8th-graders (those at the 90th percentile on the TIMSS science scale) ranged from 435 points in Morocco to 722 points in Singapore; for U.S. 8th-graders, the 90th percentile score was 634 points.
- The scores for bottom-performing 8th-graders (those at the 10th percentile on the TIMSS science scale) ranged from 228 points in Morocco to 467 points in Singapore; for U.S. 8th-graders, the 10th percentile score was 385.

See figure on next page.

**Figure S2b. Average scores and 10th and 90th percentile scores of 8th-grade students on the TIMSS science scale and percentile score gaps, by education system: 2023**



* Significantly different ($p < .05$) from the U.S. 90th-10th percentile score gap.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: In addition to average scores, this figure shows the scores for students at the 10th percentile (the score that 10 percent of students scored below) and at the 90th percentile (the score that 90 percent of students scored below). The score gap for each education system is the difference between its 90th and 10th percentile scores. The percentile ranges are specific to each education system's distribution of scores, enabling users to compare scores across education systems. Education systems are ordered by 90th-10th percentile score gap. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## What levels of science achievement have U.S. students and their international peers reached?

**GRADE 4**

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the science understanding demonstrated by the 4th-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**The percentages of U.S. 4th-graders at or above the *Advanced*, *High*, and *Intermediate* levels were higher than the TIMSS 2023 international median[11] at the corresponding levels. The percentage at or above the *Low* international benchmark was not significantly different from the TIMSS 2023 international median.**

- In 2023, some 15 percent of U.S. 4th-graders were at or above the *Advanced* international benchmark in science, which was higher than in 50 of the 62 other education systems and lower than in 6 education systems. In the 6 education systems where proportionately more 4th-graders reached the *Advanced* benchmark than in the United States, the percentages ranged from 19 percent in England-GBR to 44 percent in Singapore.
- Ninety-one percent of U.S. 4th-graders were at or above the *Low* international benchmark in science, which was higher than in 27 education systems and lower than in 26 education systems. In the 26 education systems where proportionately more 4th-graders reached at least the *Low* benchmark than in the United States, the percentages ranged from 93 percent in several education systems to 99 percent in Chinese Taipei.

See figure on next page.

---

[11] The TIMSS 2023 international median refers to the median of TIMSS non-benchmarking education systems with each education system weighted equally.

**Figure S3a. Percentages of 4th-grade students at or above each TIMSS international benchmark in science, by education system: 2023**



# Rounds to zero.

! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.

!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.

* Significantly different (*p* < .05) from the U.S. percentage at the same benchmark level.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international median. Details can be found here.

NOTE: Education systems are ordered by the percentage of students reaching the Advanced international benchmark in science. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The TIMSS 2023 international median represents all participating TIMSS education systems, except the benchmarking participants. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the science understanding demonstrated by the 8th-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**The percentages of U.S. 8th-graders at or above each of the *Advanced, High, Intermediate*, and *Low* international benchmarks in science were higher than the TIMSS 2023 international median[12] at the corresponding levels in 2023.**

- In 2023, some 12 percent of U.S. 8th-graders were at or above the *Advanced* international benchmark in science, which was higher than in 26 of the 44 other education systems and lower than in 8 education systems. In the education systems where proportionately more 8th-graders reached the *Advanced* benchmark than in the United States, the percentages ranged from 15 percent in Finland to 47 percent in Singapore.
- Eighty-seven percent of U.S. 8th-graders were at or above the *Low* international benchmark in science, which was higher than in 25 education systems and lower than in 11 education systems. In the 11 education systems where proportionately more 8th-graders reached at least the *Low* benchmark than in the United States, percentages ranged from 90 percent in Türkiye to 97 percent in Japan and Singapore.

See figure on next page.

---

[12] The TIMSS 2023 international median refers to the median of TIMSS non-benchmarking education systems with each education system weighted equally.

**Figure S3b. Percentages of 8th-grade students at or above each TIMSS international benchmark in science, by education system: 2023**



| Education system | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| Singapore[1] | 47* | 74* | 89* | 97* |
| Chinese Taipei | 30* | 62* | 85* | 96* |
| Dubai-UAE | 23* | 52* | 77* | 91* |
| Japan[1] | 20* | 56* | 85* | 97* |
| Korea, Republic of | 18* | 50* | 80* | 94* |
| Türkiye[1] | 17* | 44* | 70 | 90* |
| England-GBR[1] | 17* | 45* | 73* | 90 |
| Finland | 15* | 44* | 73* | 91* |
| Sweden[1] | 14 | 40 | 68 | 88 |
| Hong Kong-CHN[1] | 14 | 44* | 73* | 90 |
| Australia | 13 | 40 | 70 | 89 |
| Ireland | 13 | 41 | 72* | 91* |
| United States[1] | 12 | 37 | 66 | 87 |
| United Arab Emirates | 12 | 32* | 55* | 76* |
| Malta | 11 | 34 | 61* | 82* |
| Sharjah-UAE | 11 | 31* | 60* | 82* |
| Lithuania[1] | 10 | 37 | 70 | 91* |
| Hungary | 10 | 39 | 72* | 92* |
| Czech Republic[1] | 10 | 39 | 75* | 95* |
| Austria[1] | 8* | 34 | 68 | 90 |
| Qatar | 8* | 27* | 53* | 76* |
| Portugal | 8* | 30* | 64 | 90 |
| Israel[1] | 7* | 25* | 54* | 78* |
| Abu Dhabi-UAE | 7* | 22* | 42* | 62* |
| TIMSS 2023 International Median | 6* | 27* | 56* | 80* |
| Italy | 6* | 29* | 63 | 89 |
| Norway (9)[1] | 6* | 26* | 57* | 83* |
| Bahrain | 5* | 18* | 42* | 68* |
| Oman | 4* | 18* | 43* | 71* |
| France | 4* | 23* | 56* | 85 |
| Cyprus | 4* | 18* | 46* | 75* |
| Romania[1] | 2* | 16* | 48* | 79* |
| Kuwait | 2!* | 10* | 30* | 58* |
| Chile[1] | 2* | 13* | 41* | 75* |
| Kazakhstan | 2* | 10* | 34* | 68* |
| Malaysia | 1* | 9* | 31* | 61* |
| Saudi Arabia[1] | 1* | 9* | 28* | 57* |
| Jordan | 1* | 8* | 27* | 55* |
| Brazil | 1!* | 8* | 27* | 58* |
| South Africa (9)[1] | 1* | 5* | 14* | 33* |
| Georgia[1] | 1* | 10* | 37* | 72* |
| Iran, Islamic Republic of | 1* | 8* | 28* | 59* |
| Palestinian Nat'l Auth. | 1* | 5* | 21* | 47* |
| Azerbaijan | #* | 4* | 22* | 56* |
| Uzbekistan | #!!* | 2* | 14* | 47* |
| Morocco[1] | #!!* | 1* | 4* | 18* |

# Rounds to zero.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Significantly different ($p < .05$) from the U.S. percentage at the same benchmark level.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. With the exception of benchmarking systems, education systems with coverage, sampling, or reliability issues are included in the TIMSS 2023 international median. Details can be found here.
NOTE: Education systems are ordered by the percentage of students reaching the Advanced international benchmark in science. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The TIMSS 2023 international median represents all participating TIMSS education systems, except the benchmarking participants. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

# Trends in Student Achievement

## Mathematics

How has mathematics achievement changed over time in the United States and other education systems?

**GRADE 4**

**In 2023, U.S. 4th-graders' average mathematics score was 18 points lower than in 2019, and it was not measurably different from 1995 (when TIMSS was first administered).**

- Among the 53 education systems that participated in both the 2019 and 2023 administrations of TIMSS, 16 education systems had higher average scores in 2023 and 14 education systems had lower average scores in 2023, including the United States.
- Between 2019 and 2023, changes in 4th-graders' average mathematics scores ranged from 26 points higher in Poland to 25 points lower in Kazakhstan. Among the 18 education systems that participated in both the 1995 and 2023 administrations of TIMSS, 13 education systems had higher scores in 2023 and 3 systems had lower scores in 2023. The U.S. average score was not measurably different over the same period (518 in 1995 and 517 in 2023).
- Among the 13 education systems in which 4th-graders had higher average mathematics scores in 2023 than in 1995, differences ranged from 14 points higher in the Republic of Korea and Ontario-CAN to 75 points higher in Portugal.

See figure on next page.

**Figure M4a. Average scores and changes in average scores of 4th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



* Significantly different ($p < .05$) from the 2023 average score.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The dotted lines indicate the threshold score for the TIMSS international benchmarks. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4a. Average scores and changes in average scores of 4th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4a. Average scores and changes in average scores of 4th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



* Significantly different (*p* < .05) from the 2023 average score.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). The dotted lines indicate the threshold score for the TIMSS international benchmarks. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4a. Average scores and changes in average scores of 4th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

## GRADE 8

**In 2023, U.S. 8th-graders' average mathematics score was 27 points lower than in 2019, and it was not measurably different from 1995 (when TIMSS was first administered).**

- Among the 36 education systems that participated in both the 2019 and 2023 administrations of TIMSS, 5 education systems had higher average mathematics scores in 2023, while 14 had lower average scores, including the United States.
- Between 2019 and 2023, changes in 8th-graders' average mathematics scores ranged from 18 points higher in Abu Dhabi-UAE to 55 points lower in Bahrain.
- Among the 17 education systems that participated in both the 1995 and 2023 administrations of TIMSS, 7 education systems had higher average mathematics scores in 2023, while 4 education systems had lower scores. The U.S. average score was not measurably different over the same period (492 in 1995 and 488 in 2023).
- Among the seven education systems in which 8th-graders had higher average mathematics scores in 2023 than in 1995, differences ranged from 14 points higher in Japan to 42 points higher in Lithuania.

See figure on next page.

**Figure M4b. Average scores and changes in average scores of 8th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



* Significantly different ($p < .05$) from the 2023 average score.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The dotted lines indicate the threshold score for the TIMSS international benchmarks. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4b. Average scores and changes in average scores of 8th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different (*p* < .05).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4b. Average scores and changes in average scores of 8th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



* Significantly different (*p* < .05) from the 2023 average score.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). The dotted lines indicate the threshold score for the TIMSS international benchmarks. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure M4b. Average scores and changes in average scores of 8th-grade students on the TIMSS mathematics scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average mathematics score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

## Are U.S. students making progress in mathematics at selected percentiles?

**GRADE 4**

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at different percentiles, including those at the 10th percentile (the score that 10 percent of students scored below) and those at the 90th percentile (the score that 90 percent of students scored below). The score gap is the difference between the 90th and 10th percentile scores.

**In 2023, U.S. 4th-graders' mathematics scores at the 10th and 25th percentiles were lower compared to each prior administration of TIMSS dating back to 1995. In contrast, U.S. 4th-graders' mathematics scores at the 75th and 90th percentiles were higher than in 1995.**

- The mathematics score at the 10th percentile was 25 points lower in 2023 (384) than it was in 1995 (408). Similarly, at the 25th percentile, the score in 2023 (451) was 14 points lower than in 1995 (465). In contrast, 4th-grade students' performance at the 75th and 90th percentiles increased between 1995 (575 and 619, respectively) and 2023 (587 and 637, respectively).
- U.S. 4th-graders' mathematics scores at the 10th and 25th percentiles were lower in 2023 (384 and 451, respectively) compared to 2019 (421 and 480, respectively), while 75th and 90th percentile scores were not measurably different from 2019.
- In 2023, the score gap between U.S. 4th-graders at the 90th and 10th percentiles (254 points) was 35 points larger compared to the score gap in 2019 (219 points). The 2023 score gap was higher than the score gap in each previous administration of TIMSS, which ranged from 195 to 219 points.

See figure on next page.

TIMSS 2023 U.S. Results

**Figure M5a. Average scores and selected percentile scores of U.S. 4th-grade students on the TIMSS mathematics scale: Selected years, 1995–2023**



* Significantly different ($p < .05$) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure M5a. Average scores and selected percentile scores of U.S. 4th-grade students on the TIMSS mathematics scale: Selected years, 1995–2023**



* Significantly different ($p < .05$) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

## GRADE 8

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at different percentiles, including those at the 10th percentile (the score that 10 percent of students scored below) and those at the 90th percentile (the score that 90 percent of students scored below). The score gap is the difference between the 90th and 10th percentile scores.

**In 2023, U.S. 8th-graders' mathematics scores at the 10th, 25th, 75th, and 90th percentiles were lower than in 2019; students' scores at the 25th percentile were lower than in each prior TIMSS administration.**

- At each of the four selected percentiles, scores decreased by between 19 and 33 points between 2019 and 2023.
- Mathematics scores at the 25th percentile were 18 points lower in 2023 (420) than in 1995 (438). In contrast, at the 90th percentile, 8th-grade students' performance was 18

points higher in 2023 (612) than in 1995 (594). There were no measurable differences at the 10th and 75th percentiles in this time period.
- In 2023, the score gap between U.S. 8th-graders at the 90th and 10th percentiles (246 points) was not measurably different from 2019. However, the 2023 score gap among 8th-graders was larger than the score gaps in each TIMSS administration prior to 2019, which ranged from 198 to 223.

**Figure M5b. Average scores and selected percentile scores of U.S. 8th-grade students on the TIMSS mathematics scale: Selected years, 1995–2023**



* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure M5b. Average scores and selected percentile scores of U.S. 8th-grade students on the TIMSS mathematics scale: Selected years, 1995–2023**



* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

## Have levels of U.S. students' mathematics achievement changed over time?

### GRADE 4

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the mathematics understanding demonstrated by the fourth-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of

the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**Compared to all prior administrations of TIMSS, proportionally fewer U.S. 4th-graders were at or above the *Intermediate* and *Low* international benchmarks in mathematics in 2023.**

- The 13 percent of U.S. 4th-graders at or above the *Advanced* benchmark is not measurably different from the three previous TIMSS administrations (2011, 2015, and 2019). However, the percentage of U.S. 4th-graders reaching the *Advanced* benchmark in 2023 (13 percent) was higher than in 1995 (9 percent).
- A lower percentage of 4th-grade students were at or above the *High* benchmark in 2023 (39 percent) compared to students at the same benchmark in the 2011, 2015, and 2019 administrations.
- The percentages of 4th-grade students at or above the *Intermediate* and *Low* benchmarks in 2023 (68 percent and 87 percent, respectively) were lower than in 1995 (71 percent and 92 percent, respectively).

**Figure M6a. Percentages of U.S. 4th-grade students at or above each TIMSS international benchmark in mathematics: Selected years, 1995–2023**



Percent at or above each benchmark

| Year | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| 1995 | 9* | 37 | 71* | 92* |
| 2003 | 7* | 35* | 72* | 93* |
| 2007 | 10* | 40 | 77* | 95* |
| 2011 | 13 | 47* | 81* | 96* |
| 2015 | 14 | 47* | 79* | 95* |
| 2019 | 14 | 46* | 77* | 93* |
| 2023 | 13 | 39 | 68 | 87 |

* Significantly different (*p* < .05) from the 2023 percentage at the same benchmark level.
NOTE: TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation only after replacement schools were included. In 2007, 2011, 2015, 2019 and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

## GRADE 8

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the mathematics understanding demonstrated by the eighth-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table

below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**Compared to all prior administrations of TIMSS, proportionally fewer U.S. 8th-graders were at or above the Intermediate and Low international benchmarks in mathematics in 2023.**

- A lower percentage of U.S. 8th-graders were at or above the *Advanced* benchmark in 2023 (8 percent) compared to 2019 (14 percent). However, the 2023 percentage of students at or above the *Advanced* benchmark remained higher than in 1995 (4 percent).
- A lower percentage of 8th-grade students were at or above the *High* benchmark in 2023 (26 percent) compared to 2007, 2015, and 2019.
- In 2023, the percentages of 8th-grade students at or above the *Intermediate* benchmark (55 percent) and *Low* benchmark (82 percent) were 6 and 4 percentage points lower than in 1995, respectively.

**Figure M6b. Percentages of U.S. 8th-grade students at or above each TIMSS international benchmark in mathematics: Selected years, 1995–2023**





| Year | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| 1995 | 4* | 26 | 61* | 86* |
| 1999 | 7 | 30 | 62* | 87* |
| 2003 | 7 | 29 | 64* | 90* |
| 2007 | 6 | 31* | 67* | 92* |
| 2011 | 7 | 30 | 68* | 92* |
| 2015 | 10 | 37* | 70* | 91* |
| 2019 | 14* | 38* | 66* | 87* |
| 2023 | 8 | 26 | 55 | 82 |

\* Significantly different (*p* < .05) from the 2023 percentage at the same benchmark level.
NOTE: In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023

# Science

## How has science achievement changed over time in the United States and other education systems?

### GRADE 4

**U.S. 4th-graders' 2023 average science score was not measurably different from 2019, but it was 9 points lower than in 1995 (when TIMSS was first administered).**

- Among the 53 education systems that participated in both the 2019 and 2023 administrations of TIMSS, 17 education systems had higher average scores in 2023, while 14 education systems had lower average scores. The U.S. average score was not measurably different over the same period (538 in 2019 and 532 in 2023).
- Between 2019 and 2023, changes in 4th-graders' average science scores ranged from 28 points higher in Abu-Dhabi-UAE to 28 points lower in Kazakhstan.
- Among the 18 education systems that participated in both the 1995 and 2023 administrations of TIMSS, 11 education systems had higher average scores in 2023, while three education systems (including the United States) had lower average scores.
- Among the 11 education systems in which 4th-graders had higher average science scores in 2023 than in 1995, differences ranged from 8 points higher in the Republic of Korea to 84 points higher in Singapore. Among the three systems with lower scores in 2023, differences ranged from 9 points lower in the United States to 21 points lower in Quebec-CAN.

See figure on next page.

**Figure S4a. Average scores and changes in average scores of 4th-grade students on the TIMSS science scale, by education system: 1995, 2019, and 2023**



* Significantly different (*p* < .05) from the 2023 average score.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.

NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4a. Average scores and changes in average scores of 4th-grade students on the TIMSS science scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4a. Average scores and changes in average scores of 4th-grade students on the TIMSS science scale, by education system: 1995, 2019, and 2023**



* Significantly different ($p < .05$) from the 2023 average score.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4a. Average scores and changes in average scores of 4th-grade students on the TIMSS science scale, by education system: 1995, 2019, and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

## GRADE 8

**U.S. 8th-graders' average science score in 2023 was not measurably different from average science scores in either 2019 or 1995.**

- Among the 36 education systems that participated in both the 2019 and 2023 administrations of TIMSS, four education systems had higher average scores in 2023, while 15 education systems had lower average scores. The U.S. average score in 2023 was not measurably different from the average score in 2019.
- Between 2019 and 2023, changes in 8th-graders' average science scores ranged from 24 points higher in Hong Kong-CHN to 67 points lower in Morocco.
- Among the 17 education systems that participated in both the 1995 and 2023 administrations of TIMSS, five education systems had higher average scores in 2023, while four education systems had lower average scores. The U.S. average score was not measurably different over the same period (513 in both 1995 and 2023).
- Among the five education systems in which 8th-graders had higher average science scores in 2023 than in 1995, differences ranged from 12 points higher in Cyprus to 56 points higher in Lithuania. Among the four systems with lower scores in 2023, differences ranged from 15 points lower in Hungary to 44 points lower in Iran.

See figure on next page.

**Figure S4b. Average scores and changes in average scores of 8th-grade students on the TIMSS science scale, by education system: 1995, 2019 and 2023**



* Significantly different (*p* < .05) from the 2023 average score.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.

NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4b. Average scores and changes in average scores of 8th-grade students on the TIMSS science scale, by education system: 1995, 2019 and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4b. Average scores and changes in average scores of 8th-grade students on the TIMSS science scale, by education system: 1995, 2019 and 2023**



* Significantly different (*p* < .05) from the 2023 average score.

[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.

NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

**Figure S4b. Average scores and changes in average scores of 8th-grade students on the TIMSS science scale, by education system: 1995, 2019 and 2023**



◊ Change in average scores is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Change in average scores is significantly different ($p < .05$).
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the 2023 average science score. Only education systems that participated in both TIMSS administrations are shown in the figure. Education systems that are not countries are designated by the appended three-letter international abbreviation for their country. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2019, and 2023.

## Are U.S. students making progress in science at selected percentiles?

### GRADE 4

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at different percentiles, including those at the 10th percentile (the score that 10 percent of students scored below) and those at the 90th percentile (the score that 90 percent of students scored below). The score gap is the difference between the 90th and 10th percentile scores.

**U.S. 4th-graders' science scores at the 10th and 25th percentiles were lower in 2023 compared to 2019; scores at the 75th and 90th percentiles were not measurably different between 2019 and 2023.**

- At the 10th percentile, 4th-graders' scores were 22 points lower in 2023 (404) compared to 2019 (426). Similarly, at the 25th percentile, the score in 2023 (475) was 11 points lower than in 2019 (486).
- At the 90th percentile, 4th-grade students' performance in 2023 (645) was 9 points higher than in 2003 (636), but there were no measurable differences at this percentile compared to other TIMSS administrations. At the 10th percentile, students' score of 404 in 2023 was 22 points lower than their score of 426 in 2003; performance in 2023 was lower compared to TIMSS administrations following 2003 at the 10th percentile, with scores ranging from 22 points lower compared to 2019 and 36 points lower compared to 2011.
- In 2023, the score gap between U.S. 4th-graders at the 90th and 10th percentiles (241) was larger than in each previous administration of TIMSS except 1995. The change between 2003 and 2023 marks an increase in the score gap of 31 points.

See figure on next page.

**Figure S5a. Average scores and selected percentile scores of U.S. 4th-grade students on the TIMSS science scale: Selected years, 1995–2023**



* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure S5a. Average scores and selected percentile scores of U.S. 4th-grade students on the TIMSS science scale: Selected years, 1995–2023**



* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

## GRADE 8

In this figure, the percentile is defined by the percentage of students scoring lower than a particular score. The figure below shows the scores for students at different percentiles, including those at the 10th percentile (the score that 10 percent of students scored below) and those at the 90th percentile (the score that 90 percent of students scored below). The score gap is the difference between the 90th and 10th percentile scores.

**U.S. 8th-graders' science score at the 75th percentile was lower in 2023 than in 2019; scores at the 10th, 25th, and 90th percentiles were not measurably different.**

- At the 10th percentile, 8th-graders' science scores in 2023 (385) were 34 points lower than in 2003 (419). At the 25th percentile, scores in 2023 (449) were 25 points lower compared to 2003 (474). Scores at the 10th and 25th percentiles were also lower in 2023 compared to the corresponding percentiles in 2007, 2011, and 2015. In contrast, at the 90th percentile, 8th-grade students' scores in 2023 (634) were 11 and 9 points higher

in 2023 compared to 2007 (623) and 2011 (625); scores at the 90th percentile were not measurably different across other TIMSS administrations.

● The 2023 score gap between U.S. 8th-graders at the 90th and 10th percentiles was 249 points, which was not measurably different from the score gap in 2019 (254). The score gap was larger in 2023 than in four of the previous TIMSS administrations (2003, 2007, 2011, and 2015), when score gaps ranged from 209 to 213.

**Figure S5b. Average scores and selected percentile scores of U.S. 8th-grade students on the TIMSS science scale: Selected years, 1995–2023**



* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and a standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.



**Figure S5b. Average scores and selected percentile scores of U.S. 8th-grade students on the TIMSS science scale: Selected years, 1995–2023**

\* Significantly different (*p* < .05) from the 2023 estimate.
NOTE: In addition to average scores, this figure shows the scores for the students at the 10th percentile (the score that 10 percent of students scored below), the 25th percentile (the score that 25 percent of students scored below), the 75th percentile (the score that 75 percent of students scored below), and the 90th percentile (the score that 90 percent of students scored below). The score gap for each year is the difference between the 90th and 10th percentile scores. In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and a standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

## Have levels of U.S. students' science achievement changed over time?

### GRADE 4

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the science understanding demonstrated by the fourth-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the

benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**In 2023, proportionally fewer U.S. 4th-graders were at or above the *Low* benchmark in science compared to 2019 and each prior TIMSS administration back to 2003.**

- The 15 percent of U.S. 4th-graders who were at or above the *Advanced* international benchmark in 2023 was lower than in 1995 (19 percent). There were no measurable changes in the percentage of students at or above the *Advanced* benchmark in science, however, since the 2003 administration.
- The 46 percent of U.S. 4th-graders who were at or above the *High* benchmark in 2023 was not measurably different from the percentage of students at or above the same benchmark in previous administrations of TIMSS, with the exception of being 5 points lower than in 2015.
- A lower percentage of students were at or above the *Intermediate* benchmark in science in 2023 (75 percent) compared to 4th-graders at or above the same benchmark in 2003, 2011, 2015, and 2019.

**Figure S6a. Percentages of U.S. 4th-grade students at or above each TIMSS international benchmark in science: Selected years, 1995–2023**



| Year | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| 1995 | 19* | 50 | 78 | 92 |
| 2003 | 13* | 45 | 78* | 94* |
| 2007 | 15 | 47 | 78 | 94* |
| 2011 | 15 | 49 | 81* | 96* |
| 2015 | 16 | 51* | 81* | 95* |
| 2019 | 15 | 48 | 79* | 94* |
| 2023 | 15 | 46 | 75 | 91 |

\* Significantly different (*p* < .05) from the 2023 percentage at the same benchmark level.
NOTE: TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023 the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

## GRADE 8

To provide a concrete interpretation of TIMSS scale scores, TIMSS defines four levels of student achievement, referred to as international benchmarks: *Advanced* (625), *High* (550), *Intermediate* (475), and *Low* (400). The benchmark descriptions offer an overview of the science understanding demonstrated by the eighth-grade students who performed at or above the four different international benchmarks on the achievement scale. This report focuses on the cumulative percentages of students at or above each benchmark, as shown in the table below. In the figure, the cumulative percentage at or above a given benchmark is represented by the

full length of the bar to that benchmark and is, thus, inclusive of any levels to the right of the benchmark. Students who did not reach the *Low* level are indicated as "Below *Low*" and indicated by the white segments in the figure below.

**In 2023, the percentages of U.S. 8th-graders at or above the *Intermediate* or *Low* benchmarks in science in 2023 were not measurably different than in 1995 or 2019, but were lower than in four prior TIMSS administrations (2003, 2007, 2011, and 2015).**

- The 12 percent of 8th-grade students at or above the *Advanced* benchmark in science was not measurably different compared to prior TIMSS administrations, with the exception of being 2 points higher than in 2007.
- The 37 percent of 8th-grade students reaching the *High* benchmark in 2023 was 6-percentage points lower than in 2019; however, there was no measurable difference compared to other TIMSS administrations.
- The percentages of students at or above the *Intermediate* or *Low* benchmarks in 2023 (66 percent and 87 percent, respectively) were lower than in four previous TIMSS administrations (2003, 2007, 2011, and 2015), but were not measurably different from in 1995, 1999, or 2019.

**Figure S6b. Percentages of U.S. 8th-grade students at or above each TIMSS international benchmark in science: Selected years, 1995–2023**



| Year | Advanced (625) | High (550) | Intermediate (475) | Low (400) |
|---|---|---|---|---|
| 1995 | 11 | 38 | 68 | 87 |
| 1999 | 12 | 37 | 67 | 87 |
| 2003 | 11 | 41 | 75* | 93* |
| 2007 | 10* | 38 | 71* | 92* |
| 2011 | 10 | 40 | 73* | 93* |
| 2015 | 12 | 43* | 75* | 93* |
| 2019 | 15 | 43* | 70 | 88 |
| 2023 | 12 | 37 | 66 | 87 |

\* Significantly different (*p* < .05) than the 2023 percentage at the same benchmark level.
NOTE: In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not meet guidelines for sample participation rates. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

# Achievement by Student Groups

## Mathematics

Are there differences in mathematics achievement between male and female students in the United States and other education systems?

### GRADE 4

**In the United States and 44 other education systems, 4th-grade male students scored higher on average than female students on the TIMSS mathematics scale in 2023.**

- In the United States, 4th-grade male students scored 18 points higher on average than female students on the TIMSS mathematics scale (526 vs. 508 points, respectively).
- Across the 44 other education systems where 4th-grade male students outperformed 4th-grade female students on average on the TIMSS mathematics scale, score differences ranged from 6 points in Finland to 23 points in France and Australia. In the only education system where female students scored higher than male students (South Africa), female students outperformed male students by 29 points.
- As supplemental data tables show below, in the United States, male students have scored higher than female students in 4th-grade mathematics in every prior administration of TIMSS, with gaps ranging from 3 points (1995) to 18 points (2023).

**Table M7a-US. Average scores and differences in average scores of U.S. 4th-grade male and female students on the TIMSS mathematics scale: Selected years, 1995–2023**

| Gender and male-female difference | 1995 | | 2003 | | 2007 | | 2011 | | 2015 | | 2019 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. |
| Male students | 520 | 3.1 | 522 | 2.7 | 532 | 2.7 | 545 | 2.0 | 543 | 2.6 | 540 | 2.9 | 526 | 3.5 |
| Female students | 516 | 3.0 | 514 | 2.4 | 526 | 2.8 | 536 | 2.1 | 536 | 2.3 | 529 | 3.0 | 508 | 3.0 |
| Male-female difference | 3 !!* | 1.8 | 8 * | 1.8 | 6 !* | 2.3 | 9 * | 1.6 | 7 * | 1.9 | 11 * | 2.9 | 18 * | 2.1 |

! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Difference in average scores of male and female students is significantly different ($p < .05$).
NOTE: TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates. Standard error is abbreviated as *s.e.*
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure M7a. Average scores and difference in average scores of 4th-grade male and female students on the TIMSS mathematics scale, by education system: 2023**



◊ Difference in average scores of male and female students is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Significantly different (*p* < .05) from the U.S. average score for the same group.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the male-female difference in average scores. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In the United States and 22 other education systems, 8th-grade male students scored higher on average than female students on the TIMSS mathematics scale in 2023. In four education systems, 8th-grade female students scored higher on average than male students.**

- In the United States, 8th-grade male students scored 14 points higher on average than female students on the TIMSS mathematics scale (495 vs. 481 points, respectively).
- Across the 22 other education systems where, on average, 8th-grade male students outperformed female students on the TIMSS mathematics scale, score differences ranged from 6 points in Malta to 26 points in England-GBR. In the four education systems where female students scored higher than male students, score differences ranged from 8 points in South Africa to 19 points in the Palestinian National Authority.
- As supplemental data tables show below, 2023 marked the first male-female gap in U.S. mathematics scores since 2003. In 2003, the gender gap was 6 points favoring males, and in 2023, the male-female gap was 14 points.

**Table M7b-US. Average scores and differences in average scores of U.S. 8th-grade male and female students on the TIMSS mathematics scale: Selected years, 1995–2023**

| Gender and male-female difference | 1995 | | 1999 | | 2003 | | 2007 | | 2011 | | 2015 | | 2019 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. |
| Male students | 495 | 5.4 | 505 | 4.8 | 507 | 3.5 | 510 | 3.1 | 511 | 2.8 | 519 | 3.2 | 514 | 6.1 | 495 | 4.4 |
| Female students | 490 | 4.7 | 498 | 3.8 | 502 | 3.4 | 507 | 3.1 | 508 | 3.0 | 517 | 3.3 | 517 | 4.0 | 481 | 4.3 |
| Male-female difference | ◊ | † | 7 !* | 3.5 | 6 !* | 1.9 | ◊ | † | ◊ | † | ◊ | † | ◊ | † | 14 * | 2.6 |

◊ Difference in average scores of male and female students is not measurably different.
† Not applicable.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Difference in average scores of male and female students is significantly different ($p < .05$).
NOTE: In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates. Standard error is abbreviated as *s.e.*
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure M7b. Average scores and difference in average scores of 8th-grade male and female students on the TIMSS mathematics scale, by education system: 2023**



◊ Difference in average scores of male and female students is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Significantly different (*p* < .05) from the U.S. average score for the same group.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the male-female difference in average score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How does the mathematics achievement of U.S. students vary by race/ethnicity?

### GRADE 4

**In 2023, Asian and White U.S. 4th-graders, and those who reported Two or more races, scored higher than the U.S. average in mathematics, while Black, Hispanic, and Native Hawaiian/Other Pacific Islander 4th-graders scored lower.**

- The average mathematics scores of 4th-graders who were Asian (571), White (543), or who reported Two or more races (542) were higher than the U.S. average score by 54, 26, and 25 points, respectively.
- The average mathematics scores of 4th-graders who were Hispanic (491), Black (468), or Native Hawaiian/Other Pacific Islander (457) were lower than the U.S. average score by 26, 49, and 60 points, respectively.
- American Indian/Alaska Native 4th-grade students' average score (504) was not measurably different from the U.S. average of 517 points.

See figure on next page.

**Figure M8a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade students on the TIMSS mathematics scale, by race/ethnicity: 2023**



Hover over the race/ethnicity category labels to view each category's percentage of the U.S. grade 4 population. Move the slider to switch between scores and differences.

* Significantly different (*p* < .05) from the U.S. average score.
NOTE: Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure M8a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade students on the TIMSS mathematics scale, by race/ethnicity: 2023**



◊ Average score is not measurably different from the U.S. average score.
NOTE: Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In 2023, Asian and White U.S. 8th-graders scored higher than the U.S. average in mathematics, while Black and Hispanic 8th-graders scored lower.**

- The average mathematics scores of 8th-graders who were Asian (580) or White (516) were higher than the U.S. average score by 92 and 28 points, respectively.
- The average mathematics scores of 8th-graders who were Hispanic (456) or Black (443) were lower than the U.S. average score by 32 and 45 points, respectively.
- The average score of those of Two or more races (495) was not measurably different from the U.S. average of 488 points.

**Figure M8b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade students on the TIMSS mathematics scale, by selected race/ethnicity categories: 2023**



\* Significantly different ($p < .05$) from the U.S. average score.
NOTE: Reporting standards were not met for American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander. Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Although data for some race/ethnicities were not shown separately because the reporting standards were not met, they are included in the U.S. totals. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.



**Figure M8b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade students on the TIMSS mathematics scale, by selected race/ethnicity categories: 2023**

◊ Average score is not measurably different from the U.S. average score.
NOTE: Reporting standards were not met for American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander. Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Although data for some race/ethnicities were not shown separately because the reporting standards were not met, they are included in the U.S. totals. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How does the mathematics achievement of U.S. students vary by school poverty?

### GRADE 4

Average scores of public school students can be examined by the percentage of students in the school eligible for free or reduced-price lunch (FRPL) using the Common Core of Data. Public schools indicated what percentage of students during the 2022–23 school year were eligible for FRPL through the National School Lunch Program. These data were used to identify FRPL categories of public schools for analysis.

**In 2023, U.S. 4th-graders in public schools with lower levels of poverty (those in which less than 50 percent of students were eligible for FRPL) scored higher in mathematics than the U.S. average, while those in public schools with higher levels of poverty (50 percent or more of students eligible for FRPL) scored lower than the U.S. average.**

- In U.S. public schools with less than 10 percent of students eligible for FRPL, 4th-graders scored 590 points on average on the TIMSS mathematics scale, which was higher than the U.S. average by 73 points. In schools with 10 to 24.9 percent of students eligible for FRPL and 25 to 49.9 percent of students eligible for FRPL, U.S. 4th-graders scored 46 points higher than the U.S. average and 14 points higher than the U.S. average, respectively.
- In U.S. public schools with 75 percent or more of students eligible for FRPL, 4th-graders' average score on the TIMSS mathematics scale was 466 points, which was lower than the U.S. average by 51 points. Students in schools with 50 to 74.9 percent eligible for FRPL also scored 10 points lower than the U.S. average in mathematics.

**Figure M9a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade public school students on the TIMSS mathematics scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



\* Significantly different (*p* < .05) from the U.S. average score.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure M9a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade public school students on the TIMSS mathematics scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

Average scores of public school students can be examined by the percentage of students in the school eligible for free or reduced-price lunch (FRPL) using the Common Core of Data. Public schools indicated what percentage of students during the 2022–23 school year were eligible for FRPL through the National School Lunch Program. These data were used to identify FRPL categories of public schools for analysis.

**In 2023, U.S. 8th-graders in public schools with lower levels of poverty (those in which less than 50 percent of students were eligible for FRPL) scored higher in mathematics than the U.S. average, while those in public schools with higher levels of poverty (50 percent or more of students eligible for FRPL) scored lower than the U.S. average.**

- In U.S. public schools with less than 10 percent of students eligible for FRPL, 8th-graders scored 592 points on average on the TIMSS mathematics scale, which was higher than the U.S. average by 104 points. In schools with 10 to 24.9 percent of students eligible for FRPL and 25 to 49.9 percent of students eligible for FRPL, U.S. 8th-graders scored 34 points higher than the U.S. average and 26 points higher than the U.S. average, respectively.
- In public schools with 75 percent or more of students eligible for FRPL, 8th-graders' average score on the TIMSS mathematics scale was 437 points, 51 points lower than the U.S. average. Students in schools with 50 to 74.9 percent eligible for FRPL also scored 14 points lower than the U.S. average in mathematics.

**Figure M9b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade public school students on the TIMSS mathematics scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



* Significantly different (*p* < .05) from the U.S. average score.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure M9b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade public school students on the TIMSS mathematics scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

# Science

## Are there differences in science achievement between male and female students in the United States and other education systems?

### GRADE 4

**In the United States and 20 other education systems, 4th-grade male students scored higher on average than female students on the TIMSS science scale in 2023. In 12 education systems, 4th-grade female students scored higher on average than male students. However, in 30 education systems, there were no measurable differences between 4th-grade male students' and female students' average science scores.**

- In the United States, on average, 4th-grade male students scored 7 points higher on average than 4th-grade female students on the TIMSS science scale (536 vs. 529 points, respectively).
- Across the 20 other education systems where 4th-grade male students outperformed 4th-grade female students on average on the TIMSS science scale, score differences ranged from 5 points in Slovenia to 15 points in the Republic of Korea. In the 12 education systems where female students scored higher than male students, score differences ranged from 8 points in Albania and North Macedonia to 39 points in South Africa.
- As supplemental data tables show below, U.S. 4th-grade male students outperformed female students in science in all prior TIMSS administrations except 2007.

**Table S7a-US. Average scores and difference in average scores of U.S. 4th-grade male and female students on the TIMSS science scale: Selected years, 1995–2023**

| Gender and male-female difference | 1995 | | 2003 | | 2007 | | 2011 | | 2015 | | 2019 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. |
| Male students | 548 | 3.4 | 538 | 2.8 | 541 | 3.0 | 549 | 2.1 | 548 | 2.5 | 541 | 3.2 | 536 | 3.2 |
| Female students | 536 | 3.7 | 533 | 2.5 | 536 | 3.0 | 539 | 2.4 | 544 | 2.4 | 536 | 2.7 | 529 | 2.9 |
| Male-female difference | 12 * | 2.5 | 5 !* | 1.7 | ◊ | † | 10 * | 1.6 | 4 !!* | 2.0 | 5 !!* | 2.7 | 7 !* | 2.4 |

◊ Difference in average scores of male and female students is not measurably different.
† Not applicable.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Difference in average scores of male and female students is significantly different ($p < .05$).
NOTE: TIMSS was not administered at the fourth grade in 1999. In 2003, 2007, 2015, 2019, and 2023, the United States met guidelines for sample participation rates only after replacement schools were included. In 2007, 2011, 2015, 2019, and 2023, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates. Standard error is abbreviated as *s.e.*
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure S7a. Average scores and difference in average scores of 4th-grade male and female students on the TIMSS science scale, by education system: 2023**



◊ Difference in average scores of male and female students is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Significantly different from the U.S. average score (p < .05) for the same group.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the male-female difference in average score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(5)" after their name, 5 indicates 5 years of schooling (or 5th grade); these education systems chose to administer TIMSS at a different grade than other education systems (4 years of schooling or 4th grade). Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In the United States and 11 other education systems, 8th-grade male students scored higher on average than female students on the TIMSS science scale in 2023. In 11 education systems, 8th-grade female students scored higher on average than male students. However, in 22 education systems, there were no measurable differences between 8th-grade male students' and female students' average science scores.**

- In the United States, 8th-grade male students scored 11 points higher on average than 8th-grade female students on the TIMSS science scale (519 vs. 508 points, respectively).
- Across the 11 other education systems where, on average, 8th-grade male students outperformed 8th-grade female students on the TIMSS science scale, score differences ranged from 6 points in Austria to 14 points in Chile, England-GBR, and Brazil. In the 11 education systems where female students scored higher than male students, score differences ranged from 6 points in Azerbaijan to 39 points in Bahrain.
- As supplemental data tables show below, U.S. 8th-grade male students scored higher than female students in science across all previous TIMSS administrations except 2019.

**Table S7b-US. Average scores and difference in average scores of U.S. 8th-grade male and female students on the TIMSS science scale: Selected years, 1995–2023**

| Gender and male-female difference | 1995 | | 1999 | | 2003 | | 2007 | | 2011 | | 2015 | | 2019 | | 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. | Score points | s.e. |
| **Male students** | 520 | 5.9 | 524 | 5.2 | 536 | 3.4 | 526 | 3.1 | 530 | 2.7 | 533 | 3.0 | 520 | 6.1 | 519 | 4.2 |
| **Female students** | 505 | 5.5 | 505 | 4.6 | 519 | 3.2 | 514 | 3.2 | 519 | 2.7 | 527 | 3.1 | 525 | 3.9 | 508 | 4.0 |
| **Male-female difference** | 14 * | 3.0 | 19 * | 4.1 | 16 * | 2.1 | 12 * | 2.4 | 11 * | 2.4 | 5 !* | 2.0 | ◊ | † | 11 * | 3.0 |

◊ Difference in average scores of male and female students is not measurably different.
† Not applicable.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
* Difference in average scores of male and female students is significantly different ($p < .05$).
NOTE: In 1995, 2007, 2015, and 2019, the United States met guidelines for sample participation rates only after replacement schools were included. The United States nearly satisfied guidelines for sample participation rates after replacement schools were included in 2003. In 2007 and 2011, the United States' National Defined Population covered 90 to 95 percent of the National Target Population. In 2023, the United States did not satisfy guidelines for sample participation rates. Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates. Standard error is abbreviated as *s.e.*
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 1995, 1999, 2003, 2007, 2011, 2015, 2019, and 2023.

**Figure S7b. Average scores and difference in average scores of 8th-grade male and female students on the TIMSS science scale, by education system: 2023**



◊ Difference in average scores of male and female students is not measurably different.
! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
!! Interpret data with caution. Estimate is unstable because the standard error is more than 50 percent of the estimate.
* Significantly different from the U.S. average score (*p* < .05) for the same group.
[1] Education system had coverage, sampling, or reliability issues, including issues with the National Defined Population coverage, issues with satisfying sampling guidelines, and/or concerns about estimation because the percentage of students whose performance is too low to estimate exceeds certain thresholds. Details can be found here.
NOTE: Education systems are ordered by the male-female difference in average score. Benchmarking participants are indicated with italics and pink shading when the cursor hovers over the education system. For education systems with a "(9)" after their name, 9 indicates 9 years of schooling (or 9th grade); these education systems chose to administer TIMSS at a different grade than other education systems (8 years of schooling or 8th grade). Scores are reported on a scale from 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How does the science achievement of U.S. students vary by race/ethnicity?

**GRADE 4**

**In 2023, Asian and White U.S. 4th-graders, and those who reported Two or more races, scored higher than the U.S. average in science, while Black, Hispanic, and Native Hawaiian/Other Pacific Islander 4th-graders scored lower.**

- The average science scores of U.S. 4th-graders who were Asian (568), White (562), or of Two or more races (548) were higher than the U.S. average score by 36, 30, and 16 points, respectively.
- The average science scores of 4th-graders who were Hispanic (506), Black (487), or Native Hawaiian/Other Pacific Islander (478) were lower than the U.S. average score by 27, 46, and 55 points, respectively.
- American Indian/Alaska Native 4th-grade students' score (517) was not measurably different from the U.S. average score of 532 points.

See figure on next page.

TIMSS 2023 U.S. Results

**Figure S8a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade students on the TIMSS science scale, by race/ethnicity: 2023**



\* Significantly different ($p < .05$) from the U.S. average score.

NOTE: Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.

SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure S8a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade students on the TIMSS science scale, by race/ethnicity: 2023**



◊ Average score is not measurably different from the U.S. average score.
NOTE: Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

**In 2023, Asian and White U.S. 8th-graders, and those who reported Two or more races, scored higher than the U.S. average in science, while Black and Hispanic 8th-graders scored lower.**

- The average science scores of 8th-graders who were Asian (584), White (545) or those who reported Two or more races (526) were higher than the U.S. average score by 70, 32, and 13 points, respectively.
- The average science scores of 8th-graders who were Hispanic (482) or Black (466) were lower than the U.S. average score by 32 and 47 points, respectively.

**Figure S8b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade students on the TIMSS science scale, by selected race/ethnicity categories: 2023**



\* Significantly different ($p < .05$) from the U.S. average score.
NOTE: Reporting standards were not met for American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander. Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Although data for some race/ethnicities were not shown separately because the reporting standards were not met, they are included in the U.S. totals. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.



**Figure S8b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade students on the TIMSS science scale, by selected race/ethnicity categories: 2023**

! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
NOTE: Reporting standards were not met for American Indian/Alaska Native and Native Hawaiian/Other Pacific Islander. Black includes African American, and Hispanic includes Latino. Students who identified themselves as being of Hispanic origin were classified as Hispanic, regardless of their race. Although data for some race/ethnicities were not shown separately because the reporting standards were not met, they are included in the U.S. totals. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## How does the science achievement of U.S. students vary by school poverty?

### GRADE 4

Average scores of public school students can be examined by the percentage of students in the school eligible for free or reduced-price lunch (FRPL) using the Common Core of Data. Public schools indicated what percentage of students during the 2022–23 school year were eligible for FRPL through the National School Lunch Program. These data were used to identify FRPL categories of public schools for analysis.

**In 2023, U.S. 4th-graders in public schools with lower levels of poverty (those in which less than 50 percent of students were eligible for FRPL) scored higher in science than the U.S. average, while those in public schools with the highest level of poverty (75 percent or more of students eligible for FRPL) scored lower than the U.S. average.**

- In U.S. public schools with less than 10 percent of students eligible for FRPL, 4th-graders scored 595 points on average on the TIMSS science scale, which was higher than the U.S. average by 63 points. In schools with 10 to 24.9 percent of students eligible for FRPL and 25 to 49.9 percent of students eligible for FRPL, U.S. 4th-graders scored 43 points higher than the U.S. average and 15 points higher than the U.S. average, respectively.
- In U.S. public schools with 75 percent or more of students eligible for FRPL, 4th-graders' average score on the TIMSS science scale was 482 points, 50 points lower than the U.S. average.

**Figure S9a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade public school students on the TIMSS science scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



* Significantly different (*p* < .05) from the U.S. average score.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.



**Figure S9a. Average scores and difference in average scores from the U.S. average of U.S. 4th-grade public school students on the TIMSS science scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**

◊ Average score is not measurably different from the U.S. average score.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

## GRADE 8

Average scores of public school students can be examined by the percentage of students in the school eligible for free or reduced-price lunch (FRPL) using the Common Core of Data. Public schools indicated what percentage of students during the 2022–23 school year were eligible for FRPL through the National School Lunch Program. These data were used to identify FRPL categories of public schools for analysis.

**In 2023, U.S. 8th-graders in public schools with lower levels of poverty (those in which less than 50 percent of students were eligible for FRPL) scored higher in science than the U.S. average, while those in public schools with higher levels of poverty (50 percent or more of students eligible for FRPL) scored lower than the U.S. average.**

- In U.S. public schools with less than 10 percent of students eligible for FRPL, 8th-graders scored 600 points on average on the TIMSS science scale, which was higher than the U.S. average by 87 points. In schools with 10 to 24.9 percent of students eligible for FRPL and 25 to 49.9 percent of students eligible for FRPL, U.S. 8th-graders scored 32 points higher than the U.S. average and 25 points higher than the U.S. average, respectively.
- In U.S. public schools with 75 percent or more of students eligible for FRPL, 8th-graders' average score on the TIMSS science scale was 463 points, which was lower than the U.S. average by 51 points. Students in schools with 50 to 74.9 percent eligible for FRPL also scored 11 points lower than the U.S. average in science.

**Figure S9b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade public school students on the TIMSS science scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



* Significantly different ($p < .05$) from the U.S. average score.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

**Figure S9b. Average scores and difference in average scores from the U.S. average of U.S. 8th-grade public school students on the TIMSS science scale, by the percentage of students in the school eligible for free or reduced-price lunch: 2023**



! Interpret data with caution. Estimate is unstable because the standard error is between 30 and 50 percent of the estimate.
NOTE: The National School Lunch Program (NSLP) provides free or reduced-price lunch (FRPL) for students meeting certain income guidelines. The percentage of students eligible for this program is an indicator of the socioeconomic level of families served by the school. Respondents to the Common Core of Data for the 2022–23 school year indicated what percentage of students during the school year were eligible for FRPL through the NSLP. These data were used to identify FRPL categories of public schools for analysis. Free or reduced-price lunch data are for public schools only. U.S. average includes both public and private schools. Scores are reported on a scale of 0 to 1,000, with a TIMSS centerpoint of 500 and standard deviation of 100. Although rounded numbers are displayed, data shown are based on unrounded estimates.
SOURCE: International Association for the Evaluation of Educational Achievement (IEA), Trends in International Mathematics and Science Study (TIMSS), 2023.

# For More Information

- For the Accessible version of the tables/figures above, please see the corresponding data table (Download Excel file)
- See Technical Notes
- Visit the IEA TIMSS 2023 website
- Read the International TIMSS 2023 Report

# EXHIBIT N

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES 1 / 10 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00015 | See Block 16C | EDOIES-25-000225 | |

**6. ISSUED BY** CODE | CAM

US Department of Education
400 Maryland Avenue SW
Washington DC 20202

**7. ADMINISTERED BY** (If other than Item 6) CODE

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

RESEARCH TRIANGLE INSTITUTE (00000896)
Attn: No Contact Available
3040 CORNWALLIS RD
DURHAM NC 277090155

CODE JJHCMK4NT5N3 | FACILITY CODE

**(x)**

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED** (SEE ITEM 11)

**x 10A. MODIFICATION OF CONTRACT/ORDER NO.**
GS00Q14OADU217
91990021F0001

**10B. DATED** (SEE ITEM 13)
10/22/2020

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

Net Increase: $5,304,129.94

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

**CHECK ONE**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☒ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-1 Changes-Fixed-Price

☐ D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor ☐ is not. ☒ is required to sign this document and return _____1_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

UEI: JJHCMK4NT5N3
The purposes of this modification are to: 1) reinstate the contract effective 9/22/2025; 2) incorporate a revised Performance Work Statement; 3) revise the CLINS that have remaining funds to allow for the balance to be used for invoices submitted; 4) exercise the next option period with a period of performance of November 16, 2025 - November 30, 2029; 5) convert the remaining work under the contract to a Firm Fixed Price; 6) incorporate a payment schedule for the remaining work; 7) appoint Gina Broxterman as the Contracting Officer Representative for the remainder of performance; and revise the key personnel to the following individuals: Project Director - Debbie Herget, Associate Project Director, Recruitment/Data Collection Task Leader - McCaila Ingold-Smith, Instrument Lead - Colleen Spagnardi, Statistical Lead - David Wilson, andScoring Lead at Measurement Inc - Dominic Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Jennifer Randuch, Senior Contracting Officer | Colin Alleyne TEL: 202-245-6763    EMAIL: Colin.Alleyne@ed.gov |
| **15B. CONTRACTOR/OFFEROR** *Jennifer Randuch* (Signature of person authorized to sign) | **15C. DATE SIGNED** 9/19/25 | **16B. UNITED STATES OF AMERICA** COLIN ALLEYNE (Signature of Contracting Officer) | Digitally signed by COLIN ALLEYNE Date: 2025.09.22 08:45:38 -04'00' **16C. DATE SIGNED** |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS00Q14OADU217/91990021F0001/P00015 | | | | PAGE<br>2 | OF<br>10 |
|---|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | McCarthy. | | | | |
| | The contractor has submitted, and the Government has accepted a revised Firm Fixed Price in the amount of ▮▮▮▮ to complete the TIMSS 2027 work under this task order and for termination costs incurred when this task order was terminated. The current funded value of this task order is ▮▮▮▮. Currently there is a balance of funds in the amount of ▮▮▮▮. As a result of this modification, funds in the amount of ▮▮▮▮ are added to fund the remaining work that has been determined to be non-severable.  This results in a new total task order value of ▮▮▮▮ In consideration of the modification agreed to herein as complete equitable adjustments for the modification, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to the modification.<br>Period of Performance: 11/15/2020 to 11/30/2029 | | | | |
| | Change Item 0049 to read as follows(amount shown is the total amount): | | | | |
| | Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | |
| 0049 | REVISED: 1AA Core Tasks (Task 1-6) FFP Work Year 1 (Y3) | | | | |
| | CLIN BALANCE OF ▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code:  R410 | | | | |
| | Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000<br>Funded: ▮▮▮▮ | | | | |
| | Change Item 0051 to read as follows(amount shown is the total amount): | | | | |
| | Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | |
| 0051 | REVISED: 3AB Core Tasks (Task 106) CR work –<br>Continued ... | | | | |

NSN 7540-01-152-8067

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS00Q14OADU217/91990021F0001/P00015 | | | | PAGE<br>3 | OF<br>10 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | excluding fee- Year 2 (Y3)<br><br>CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000<br>▮▮▮▮▮ | | | | |
| | Change Item 0053 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | |
| 0053 | REVISED: 19AA -ICILS Tasks- FFP Work Year 2 (Y3)<br><br>CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000<br>▮▮▮▮▮ | | | | ▮▮▮▮▮ |
| | Change Item 0055 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | |
| 0055 | REVISED: 21AA -ICILS Tasks CR Work - Year 2 (Y3)<br><br>CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000<br>▮▮▮▮▮ | | | | ▮▮▮▮▮ |
| | Change Item 0057 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science Study (TIMSS) 2023 national contract<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS00Q14OADU217/91990021F0001/P00015 | | | PAGE<br>4 | OF<br>10 |

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 0057 | REVISED: 23 - Year 2 TIMSS Travel funding (Y3)<br><br>CLIN BALANCE OF ███████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000<br><br>██████████<br><br>Change Item 0058 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | ██████████ |
| 0058 | REVISED: 24- Year 2 TIMSS Travel OASIS Fee (Y3)<br><br>CLIN BALANCE OF █████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000<br><br>██████████<br><br>Change Item 0060 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | ██████████ |
| 0060 | REVISED: 26- Year 2 ICILS Travel OASIS Fee (Y3)<br><br>CLIN BALANCE OF █████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code:  R410<br><br>Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000<br><br>██████████<br><br>Change Item 0061 to read as follows(amount shown is the total amount):<br><br>Trends in International Mathematics and Science<br>Continued ... | | | | ██████████ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS00Q14OADU217/91990021F0001/P00015 | | | | PAGE<br>5 | OF<br>10 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Study (TIMSS) 2023 national contract | | | | |
| 0061 | REVISED: Optional Task 7 (FFP) | | | | ███████ |
| | CLIN BALANCE OF ████████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code: R410 | | | | |
| | Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000 | | | | |
| ████████ | | | | | |
| | Change Item 0062 to read as follows(amount shown is the total amount): | | | | |
| | Trends in International Mathematics and Science Study (TIMSS) 2023 national contract | | | | |
| 0062 | REVISED: Optional Task 7 (OASIS) | | | | ███████ |
| | CLIN BALANCE OF ████████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code: R410 | | | | |
| | Accounting Info:<br>1100M2024.B.2024.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000 | | | | |
| ████████ | | | | | |
| | Change Item 0065 to read as follows(amount shown is the total amount): | | | | |
| 0065 | REVISED: Core Tasks (Task 1-6) FFP Work Year 5 (1AA) | | | | ███████ |
| | CLIN BALANCE OF ████████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT.<br>Product/Service Code: R410 | | | | |
| | Accounting Info:<br>1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8<br>30.N.0000.000000.000000 | | | | |
| ████████ | | | | | |
| | Change Item 0066 to read as follows(amount shown is the total amount): | | | | |
| 0066 | REVISED: Core Tasks (Task 1-6) OASIS fee Year 5 (2AA)<br>Continued ... | | | | ███████ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS00Q14OADU217/91990021F0001/P00015 | | | PAGE 6 | OF 10 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 ▮▮▮▮▮ | | | | |
| | Change Item 0067 to read as follows(amount shown is the total amount): | | | | |
| 0067 | REVISED: ICILS Tasks- FFP Work Year 5 (19AA) | | | ▮▮▮▮▮ | |
| | CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 ▮▮▮▮▮ | | | | |
| | Change Item 0068 to read as follows(amount shown is the total amount): | | | | |
| 0068 | REVISED: ICILS Tasks- OASIS Fee Year 5 (20AA) | | | ▮▮▮▮▮ | |
| | CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 ▮▮▮▮▮ | | | | |
| | Change Item 0069 to read as follows(amount shown is the total amount): | | | | |
| 0069 | REVISED: ICILS Tasks- CR Work Year 5 (21AA) | | | ▮▮▮▮▮ | |
| | CLIN BALANCE OF ▮▮▮▮▮ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS00Q14OADU217/91990021F0001/P00015 | | | | PAGE 7 | OF 10 |
|---|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 0070 to read as follows(amount shown is the total amount): | | | | |
| 0070 | REVISED: ICILS Tasks- CR Fee Year 5 (22AA) | | | ███████ | |
| | CLIN BALANCE OF ████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 | | | | |
| | Change Item 0071 to read as follows(amount shown is the total amount): | | | | |
| 0071 | REVISED: Year 5 TIMSS Travel funding (23) | | | ███████ | |
| | CLIN BALANCE OF █████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 | | | | |
| | Change Item 0072 to read as follows(amount shown is the total amount): | | | | |
| 0072 | REVISED: Year 5 TIMSS Travel OASIS Fee (24) | | | | ████ |
| | CLIN BALANCE OF ████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code:  R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 Funded: ████ | | | | |
| | Change Item 0073 to read as follows(amount shown is the total amount): | | | | |
| 0073 | REVISED: Base Period, Option Task 2, 3, 4 (TIMSS 2027) - CR Work Year 5 | | | | ████ |
| | Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS00Q14OADU217/91990021F0001/P00015 | PAGE 8 | OF 10 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | CLIN BALANCE OF ███████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code: R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 ███████ | | | | |
| | Change Item 0074 to read as follows(amount shown is the total amount): | | | | |
| 0074 | REVISED: Base Period, Option Task 2, 3, 4 (TIMSS 2027) - CR Fee Year 5 | | | ████████ | |
| | CLIN BALANCE OF ██████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code: R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 Funded: █████ | | | | |
| | Change Item 0075 to read as follows(amount shown is the total amount): | | | | |
| 0075 | REVISED: Base Period, Option Task 2, 3, 4 (TIMSS 2027) -OASIS Fee Year 5 | | | ████████ | |
| | CLIN BALANCE OF ██████ SHALL BE USED FOR REINSTATEMENT/TIMSS 2027 EFFORT. Product/Service Code: R410 | | | | |
| | Accounting Info: 1100M2025.B.2025.610000.ERN00000.RN1.2521A.0.Z6C.8 30.N.0000.000000.000000 Funded: █████ | | | | |
| | Add Item 0076 as follows: | | | | |
| 0076 | Contract Reinstatement - TIMSS 2027 US National Contract - Firm Fixed Price. This CLIN funds the remainder of the total amount needed for contract reinstatement. Product/Service Code: B542 | | | | ██████ |
| | Accounting Info: 1100M2024.B.2025.610000.ER000000.RN2.2572A.A.Z6C.0 00.N.0000.000000.000000 Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS00Q14OADU217/91990021F0001/P00015 | | | PAGE 9 | OF 10 |

**NAME OF OFFEROR OR CONTRACTOR**
RESEARCH TRIANGLE INSTITUTE(00000896)

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Funded: ███████<br>Accounting Info:<br>1100M2024.B.2025.610000.ER000000.RN1.2521A.0.Z6C.0<br>00.N.0000.000000.000000<br>Funded: ███████ | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

ReRevised: 7/17/2025

## PERFORMANCE WORK STATEMENT

### TRENDS IN INTERNATIONAL MATHEMATICS AND SCIENCE STUDY (TIMSS) 2023 NATIONAL CONTRACT

**PERFORMANCE WORK STATEMENT** ................................................................................ **1**

**I.    INTRODUCTION** ........................................................................................................ **5**

   **A.        Purpose of this Procurement** ............................................................... 5

   **B.        Legislative Authority** ........................................................................... 7

   **C.        Quality Control** ..................................................................................... 8

   **D.        Standards** ............................................................................................... 8

   **E.        Confidentiality** ..................................................................................... 9

   **F.        Contract Type** ....................................................................................... 9

   **G.        Period of Performance** ......................................................................... 9

**II. SCOPE** ............................................................................................................................ **10**

   **Requirements** ................................................................................................... 10

**Task 1. Project Management (Firm-fixed Price)** ................................................. **11**

   1.1 Post-Award Project Meeting ................................................................. 11

   1.2 Project Management Plan ...................................................................... 12

   1.3 Data Security Plan ................................................................................. 12

   1.4 Staff Security Requirements .................................................................. 12

   1.5 Monthly study invoices and progress and financial reports ................. 12

   1.6 Produce master study schedule ............................................................. 14

   1.7 Project update meetings with contractor ............................................... 14

   1.8 Transmittals of study products and quality of deliverables .................. 15

   1.9 Monthly IT report .................................................................................. 16

   1.10 International project meetings .............................................................. 16

   1.11 Project management portal ................................................................... 17

**Task 2. Assessment Preparation (Cost Reimbursable)** ..................................... **17**

   Task 2.1 Develop sampling plans and select samples ............................... 18

     2.1.1  Field test sampling plan and sample ............................................. 18

     2.1.2 Main study sampling plan and sample ........................................... 18

   Task 2.2 Adapt, Prepare, Test, and Produce Instruments ......................... 20

     2.2.1  Field test instruments .................................................................... 21

     2.2.2 Main study instruments .................................................................. 21

Task 2.3 Office of Management and Budget (OMB) Clearances............................................. 23

2.3.1        Obtain OMB clearance for field test data collection .................................. 24

2.3.2        Obtain OMB clearance for the main study data collection.......................... 24

**Task 3. Assessment Recruitment (Cost Reimbursable)............................................ 24**

Task 3.1 Recruitment.................................................................................................. 26

3.1.1 Recruit Participants for Study Field Test.................................................. 26

3.1.2        Recruit Participants for Main Study .................................................. 26

**Task 4. Data Collection (Cost Reimbu+rsable)........................................................ 27**

Task 4.1 Recruit, train, and manage data collectors ................................................. 27

4.1.1        Recruit, train, and manage data collectors for study's field test.................. 29

4.1.2        Recruit, train, and manage data collectors for study's main study .............. 29

Task 4.2 Collect data.................................................................................................. 29

4.2.1        Collect data for field test............................................................................ 30

4.2.2        Collect data for main study ...................................................................... 30

**Task 5. Scoring, Coding, and Data Delivery (Cost Reimbursable) ........................................ 30**

Task 5.1 Scoring and Coding..................................................................................... 30

5.1.1        Score field test assessment and code questionnaire data ............................ 31

5.1.2        Score main study and code questionnaire data ........................................... 31

Task 5.2 Preparing, producing, and delivering study data....................................... 32

5.2.1 Produce field test dataset for ISO ............................................................. 32

5.2.2 Produce main study dataset for ISO........................................................... 32

Task 5.3 Prepare information for ISO responses ...................................................... 33

5.3.1        Prepare responses to ISO information requests about field test data collection
33

5.3.2        Prepare responses to ISO information requests about main study data
collection    33

5.3.3 Prepare national curriculum questionnaires and national context survey................ 33

5.3.4  Produce U.S. chapter for the TIMSS Encyclopedia ............................................ 34

5.3.5  Produce U.S. TIMSS Test Curriculum Matching Analysis Responses (FIXED
PRICE)     34

**Task 6. Prepare technical documentation and release materials (Firm Fixed Price) .......... 35**

Task 6.1 Non-response bias analysis report............................................................... 35

Task 6.2 Technical and survey operations report ...................................................... 36

Task 6.4 Main study electronic data files and user's guides and DIG element files. .............. 37

**Appendix A.  Tentative Timelines for Data Collection ...................................................... 48**

A.1 Proposed TIMSS 2023 Project Schedule (tentative: best available estimated dates from
April 2020)................................................................................................................ 49

A.2 Proposed ICILS 2023 Project Schedule (tentative) ....................................................... 50

**Appendix B. Data Confidentiality, Data Security Plan, and Affidavit of Nondisclosure, and Contractor Employee Security Screening Requirements** ...................................................... 55

    B.1 Confidentiality of Individuals and Institutions.................................................................. 55

    B.2 Information Collection Request (ICR).......................................................................... 56

    B.3 Protection and Security of Data.................................................................................. 56

    B.4. Data Security Plan .................................................................................................... 57

        B.4a Definition of Personally Identifiable Information and Direct Identifiers................. 57

        B.4b Development of Data Security Plan .................................................................... 57

        B.4c Guidelines for Transfer of PII ........................................................................... 58

        B.4d Maintenance, Storage, and Use of Direct Identifiers .......................................... 59

        B.4e Replacement of Direct Identifiers with Internal Codes....................................... 59

        B.4f Security of Master Survey Files......................................................................... 59

        B.4g Compliance with Department of Education IT Security Policy.............................. 60

**Appendix C. Policies, standards, and computing environment................................................ 70**

**Appendix D. Managing Controlled Unclassified Information (CUI) Requirements............ 70**

**Appendix E. IT Accessibility Requirements.............................................................................. 74**

**Appendix F. Records Management Obligations ........................................................................ 77**

**Appendix G. Staff Qualifications................................................................................................ 80**

**Appendix H. Sampling guidelines .............................................................................................. 81**

    H.1 School sampling for TIMSS ...................................................................................... 81

    H.2 TIMSS Target Population .......................................................................................... 81

    H.3 TIMSS Sample Design.............................................................................................. 81

    H.4 TIMSS Exclusions .................................................................................................... 82

    H.5 TIMSS Response Rates.............................................................................................. 83

        School-Level................................................................................................................ 83

        Student-Level.............................................................................................................. 83

    H.6. TIMSS School Sampling .......................................................................................... 84

        The Frame (School List) .............................................................................................. 84

        School Sample Selection............................................................................................... 84

        Replacement Schools ................................................................................................... 85

        Treatment of Small Schools......................................................................................... 85

    H.7. TIMSS Assessment Design....................................................................................... 85

    H.8. School sampling for ICILS ....................................................................................... 86

    H.9. ICILS Field Test....................................................................................................... 86

    H.10. ICILS Target Population.......................................................................................... 86

        H.11. ICILS Sample Design ........................................................................................ 87

        H.12. ICILS Exclusions .............................................................................................. 87

H.13. ICILS Response Rates ............................................................................... 88

H.14. ICILS School Sampling .............................................................................. 90

The Frame (School List) ........................................................................................ 90

School Sample Selection......................................................................................... 90

Replacement Schools .............................................................................................. 91

Treatment of Small Schools..................................................................................... 91

H.15. ICILS Assessment Design ......................................................................... 91

**Appendix I. Hardware Requirements......................................................... 92**

**Appendix J.  Disclosure Analysis Plan....................................................... 94**

**Appendix K.  NCES Review Process............................................................ 96**

## I.    INTRODUCTION

The National Center for Education Statistics (NCES) within the Institute of Education Sciences (IES) of the U.S. Department of Education (ED) has the following mission:
1. to collect and analyze education information and statistics in a manner that meets the highest methodological standards;
2. to report education information and statistics in a timely manner; and
3. to collect, analyze, and report education information and statistics in a manner that:
   a. is objective, secular, neutral, and non-ideological and is free of partisan political influence and racial, cultural, gender, or regional bias; and
   b. is relevant and useful to practitioners, researchers, policymakers, and the public. P.L. 107-279, Part C, Sec. 151(b); H.R. 3801, Part C, Sec. 151(b), 2002.

Within NCES, the International Activities Program (IAP) supports a variety of international activities to collect and report data on education in the United States and other countries. It is the NCES' goal to provide valuable comparative information about the U.S. population's educational performance, competencies, and skills in an international context as well as about the relationships of such with the nation's economic and workforce development.

NCES participates in international student assessments in order to:

1. provide comparable indicators on student performance and schooling practices across countries in order to benchmark U.S. student performance; and

2. suggest hypotheses about the relationship between student performance and factors that may influence performance and about areas where students have particular strengths or weaknesses.

The work done through this procurement will be part of the larger international program that NCES has participated in through collaboration with a variety of international organizations and partners, such as but not limited to the Organization for Economic Cooperation and Development (OECD), the International Association for the Evaluation of Educational Achievement (IEA), ministries of education and other government agencies, and non-governmental organizations, as well as statistical and research institutes throughout the world.

Through its participation in these activities, NCES seeks to strengthen the quality, consistency and timeliness of international data.  To continue this effort, the United States must follow through with well-organized and well-executed data gathering activities within our national boundaries. These efforts will allow NCES to provide policy-relevant data for comparisons of the U.S. education system with education systems in other countries not only related to characteristics of the education system, but also as the outcome of the education process related to participation in further education and training, readiness for the work force, and participation in society more generally. High-quality data of this kind will help to inform decision-making on the part of national, state, and local policy makers.

### A.    <u>Purpose of this Procurement</u>

NCES has a legislative requirement to participate in and gather data from international assessment like Trends in International Mathematics and Science Study (TIMSS) and the International Computer and Information Literacy Study (ICILS), which are described below.

These studies are scheduled to take place in a tight, overlapping timeframe, both scheduled for a main data collection in 2023. The synchronicity of these studies' administrative cycles in 2023 creates potential opportunities to reduce burden and cost, while increasing both efficiency and

quality. Both TIMSS 2023 and ICILS 2023, in addition to being on the same schedule, are sponsored by the same international education organization, IEA, and measure 8th graders, schools and 8th grade teachers. Additional data and a richer understanding can be gained from adding ICILS to the 2023 data collection year in coordination with TIMSS, especially as a measure after the virtual learning that occurred during the coronavirus pandemic.  IEA has stated that countries that participate in both studies should expect to realize data collection efficiencies while allowing for a richer understanding of the relationship between computer and information literacy and mathematics and science performance.

Historically, large-scale international comparative studies in the United States have been contracted as independent procurements and various contractors have worked on these studies. Not unsurprisingly, the success of past projects has varied. Past studies that succeeded in achieving response rates and data quality meeting or exceeding NCES and international standards were conducted by large firms or the U.S Census Bureau, whereas performance solely conducted by small businesses have floundered, requiring inordinate amounts of government oversight and remediation and, in one case, resulting in unusable data because necessary response rates were not obtained in the allowed time period. To this end, the Government recommends interested businesses form an alliance or partnership, so that they can successfully coordinate and conduct these studies.

Details on the purpose, administration, the international sponsoring organization (ISO), and past contractor for TIMSS and ICILS follows.

**TIMSS**

The Trends in International Mathematics and Science Study (TIMSS) is an international assessment that focuses on the mathematics and science knowledge and skills of fourth and eighth graders. TIMSS is organized by the International Association for the Evaluation of Educational Achievement (IEA), an international organization of universities and governments based in Amsterdam, the Netherlands.  TIMSS has been designed to track changes in student achievement over time and has been administered on a four-year cycle since 1995. There have been seven cycles of TIMSS (see table 1).

In the most recent round of TIMSS (in 2019), more than 60 educational systems, including the United States, implemented TIMSS at fourth and eighth grade. In total, across both grades, approximately 20,229 students in 573 schools across the United States took the assessment in spring 2019.

In 2019 no U.S. states or territories committed to collect separate samples; however, there may be states interested in participating separately in the 2023 cycle. States that participate separately from the nation draw independent samples and follow the exact same protocols and procedures as the national sample. In 2015, Florida participated separately from the United States (public schools only) at grades 4 and 8 in TIMSS. State-level samples require around 60 schools and 2,400 students. The sample size for the 2023 cycle has not yet been announced but is expected to be similar to that in 2019.

More information about TIMSS can be found at http://nces.ed.gov/timss/ and the ISO's International Study Center's TIMSS home page at http://TIMSS.bc.edu/.  The TIMSS 2023 international brochure is available here:

https://timss.bc.edu/timss2023/downloads/T2023_TIMSS_Brochure.pdf. A summary of the past TIMSS contracts and contractors is provided below.

**Table 1. Summary of TIMSS studies and U.S. contractors**

| Study | Contract Number | Prime Contractor |
|---|---|---|
| **TIMSS 1995** | **RN93005001** | Westat |
| **TIMSS 1999** | **ED-99-CO-0089** | Westat |
| **TIMSS 2003** | **ED-99-CO-0089** | Westat |
| **TIMSS 2007** | **ED-04-CO-0084/0001** | Windwalker |
| **TIMSS 2011** | **ED-04-CO-0059/0026** | Westat |
| **TIMSS 2015** | **ED-IES-13-C-0007** | Westat |
| **TIMSS 2019** | **ED-IES-13-C-0007** | Westat |

**ICILS**

The International Computer and Information Literacy Study (ICILS) is a computer-based international assessment of eighth-grade students' computer and information literacy (CIL), with an emphasis on the use of computers as information seeking, management, and communication tools. Organized by the IEA, ICILS was first administered internationally in 2013. The second cycle of ICILS was administered in 2018 and continued to investigate CIL, with the added international optional component to assess students' computational thinking (CT) abilities, as well as how these relate to school and out-of-school contexts that support learning. The United States participated for the first time in ICILS in 2018, and included the optional component of CT.

ICILS continues on a five-year cycle, with the next main data collection in 2023. Twenty-one education systems around the world participated in ICILS 2013, and 14 education systems, including the United States, participated in 2018. For the 2018 data collection, the national sample included an original school sample of approximately 300 schools (plus two replacement schools for each original school), with an anticipated student yield of 9,000. Twenty eighth-grade teachers per school were also sampled to complete a 30-minute teacher questionnaire.

More information about ICILS can be found at http://nces.ed.gov/surveys/icils/.  The ICILS 2023 international brochure is available here:  https://www.iea.nl/sites/default/files/2021-01/ICILS%202023_Flyer_Web.pdf.  A summary of past ICILS contracts and contractors is provided below.

**Table 2. Summary of ICILS studies and U.S. contractors**

| Study | Contract Number | Prime Contractor |
|---|---|---|
| **ICILS 2018** | **ED-IES-13-C-0007** | Westat |

### B.    Legislative Authority

The authority for these studies can be found in NCES' mission to "collect, and analyze and disseminate statistics and other information related to education in the United States and in other nations" (stated in section 406 of the General Education Provisions Act, as amended (20 U.S.C. 1221e-1) and in the Education Sciences Reform Act of 2002 (P.L. 279-107, Part C, Sec. 153):

7

(a) GENERAL DUTIES.-The Statistics Center shall collect, report, analyze, and disseminate statistical data related to education in the United States and in other nations, including…(6) acquiring and disseminating data on educational activities and student achievement (such as the Third International Math Study) in the United States compared with foreign nations.

(See http://www.ed.gov/policy/rschstat/leg/PL107-279.pdf for the full Education Sciences Reform Act.)

### C.      Quality Control

NCES is firmly committed to the highest standards of data quality. Project quality control should be integrated into every phase of the project. For instance, potential problems should be identified early so that possible solutions are tested as part of the field test. Item reliability and validity tests for questionnaires and student cognitive tests must be built into the data collection efforts, and results from these tests shall inform data collection and processing.  Nonresponse analyses shall be conducted as part of the final weighting process, and survey methodology and sample design effects shall be documented for use by all data users. Thus, as in other NCES projects, statistical quality control shall be incorporated into each stage of this project as appropriate.

Quality control also includes (1) managing staff in the field to ensure the high quality of their performance; (2) instituting procedures relevant to confidentiality and protection of data (including the secure transmittal of confidential data); and (3) ensuring deliverables are submitted on time and are of sufficient quality (in terms of accuracy, coherence, clarity, and comprehensiveness) to meet NCES statistical standards, IEA technical standards, professional standards, and the IES style guide.

### D.      Standards

NCES standards set guidelines to ensure the quality of NCES surveys, data, data products, and statistics. All work conducted under this contract must meet or exceed the standards and guidelines set forth in the most currently available statistical standards and guidelines for the National Center for Education Statistics (NCES) and as amended by standards implemented since that time. The NCES Standards can be accessed at https://nces.ed.gov/statprog/2012/. Publication style guidelines for IES products shall also be followed. The guidelines can be accessed at https://nces.ed.gov/statprog/style.asp.

All final deliverables that are to be assigned a NCES publication number or that will be made public through the NCES website as a webpage or product delivered in PDF format (or another appropriate format approved by NCES) in accordance with the NCES web publishing requirements (available at https://nces.ed.gov/pubs2003/secureweb/ch_2.asp), and must adhere to Section 508 requirements for accessibility.  More information on accessibility is available through the Federal IT Accessibility Initiative at: http://www.section508.gov.

IEA Technical standards are available at https://www.iea.nl/publications/iea-reference/technical-standards-iea-studies.

Professional standards for conducting assessments include the AERA http://www.aera.net/Publications/Books/Standards-for-Educational-Psychological-Testing.

8

The IES Style Guide is available at https://nces.ed.gov/statprog/style.asp.

### E.      Confidentiality

Appendix B provides a guide to issues of confidentiality.

### F.      Contract Type

The contract type is a hybrid with both Cost Reimbursable and Firm Fixed Price tasks.

### G.      Period of Performance

The anticipated period of performance for this contract is 120 months.

- Base Period: 60 months
- Option Period: 60 months.

Public Law 107-279 grants the Commissioner of Education Statistics the authority to renew contracts, at the Commissioner's discretion, for an additional period of not more than five years (Section 154 (4C) Performance of Duties). Thus, this contract may be extended for up to an additional 60 months past its original expiration date to accommodate additional work in conjunction with future administrations of TIMSS. The addition of ICILS 2023 to this contract only pertains to the 2023 data collection and reporting for ICILS. No further administrations of ICILS are included in the option period of this contract.

The estimated years within the period of performance covered by each task and subtask in the PWS are shown in Exhibit 1. Years 6-10 include TIMSS only for these tasks.

### Exhibit 1. Estimated Years Covering the Period of Performance for All Tasks

| Study or Activity | Years | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
| Task 1: Project Management | X | X | X | X | X | X | X | X | X | X |
| Task 2: Assessment Preparation | | | | | | | | | | |
| 2.1: Develop sampling plans and select samples | X | X | X | | X | X | X | | | |
| 2.2: Adapt, Prepare Test and Produce Instruments | X | X | X | | | X | X | | | |
| 2.3: Office of Management and Budget (OMB) Clearances | X | X | X | | X | X | X | | | |
| Task 3: Assessment Recruitment | X | X | X | | | X | X | | | |
| Task 4: Data Collection | | | | | | | | | | |
| 4.1: Recruit, train, and manage data collectors | X | X | X | | | X | X | | | |
| 4.2: Collect data | | X | X | | | | X | | | |
| Task 5: Scoring, Coding, and Data Delivery | | | | | | | | | | |
| 5.1 Scoring and Coding | | X | X | | | | X | | | |

9

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| 5.2 Preparing, producing and delivering study data | X | X | | | | X | | | |
| 5.3: Prepare information for ISO responses | X | X | | | | X | | | |
| **Task 6: Prepare Technical Documentation and Release Materials** | | | | | | | | | |
| **6.1: Non-response bias and analysis report** | | X | X | | | X | X | | |
| **6.2: Technical and survey operations report** | | | X | X | | | X | X | |
| **6.3: Webpages** | | X | X | | | | | | |
| **6.4: Main study electronic data files and user's guides and DIG element files** | | | X | X | | | X | X | |
| **Optional Task 7:  Reporting and Dissemination** | | | | | | | | | |
| **7.1: TIMSS 2023 First Look report** | | X | X | | | | | | |
| **7.2: TIMSS 2023 school reports** | | | | | | | | | |
| **7.3: ICILS 2023 First Look report** | | X | X | | | | | | |
| **7.4: ICILS 2023 school reports** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## II. SCOPE

Independently and not as an agent of the United States Government, the contractor shall provide all personnel, materials, services, and facilities necessary for administering TIMSS and ICILS and perform the tasks as described below.

The purpose of this contract is to implement the next round of U.S. participation in TIMSS 2023 and 2027 and ICILS 2023.

The overall goal for the procurement is data collection and reporting in the United States for TIMSS and ICILS that meets all international and NCES guidelines and that makes available on a timely basis high-quality internationally comparative survey and assessment data.

The contractor shall be clear that NCES is the sole authority to manage TIMSS and ICILS in the United States and to negotiate with the international consortium on any issues related to the study. The contractor shall not use the items for any other purposes without NCES' written consent. Under no circumstances shall the contractor conduct any activities related to TIMSS or ICILS, including conducting the assessment in sub-national jurisdictions (e.g., states or school districts), without permission from NCES.

### Requirements

A preliminary timeline for TIMSS and ICILS, with major events and activities, is in appendix A.

10

The contractor shall note that the timeline is subject to change.  Due to the timing of these studies, some activities at the international level may have begun by the time the contractor begins work.  This section provides a description of the contract requirements (tasks) and a listing of deliverables associated with each task. More detail about the deliverables, including information on expected delivery dates, is provided below in Section I.

Both TIMSS and ICILS share very similar requirements for study management, sampling, training of data collectors, data collection, data scoring and coding, cleaning data and reporting and dissemination. For that reason, core tasks apply to both studies and references here to "the study" refer generically to the studies (TIMSS or ICILS) depending on the context. Unless otherwise specified, or specifically labeled for a particular study, the core task deliverables shall be produced twice – once for TIMSS and once for ICILS in the 2023 cycle. ICILS is not included for the next cycle, only TIMSS 2027 is included.

The contractor shall report all activities for this contract and activities related to this study to (a) the Contracting Officer's Representative (COR), who will be responsible for assisting the Contracting Officer (CO) oversee the entire project, and (b) the respective NCES Study Lead (NSL).  There will be two NSLs, one for each of the two studies, and they will be responsible for managing the operational and analytic components of their respective studies.

All data, publications, and products of the study are the sole property of the U.S. government, and shall be provided to it as specified below and upon request.  Under no circumstances will the contractor, or any subcontractors, distribute or release any data, publications, or products of the study in any form to any individual or party without prior permission of the COR. Any contractor or subcontractor conference presentations or papers, based on this study, shall be reviewed and cleared by NCES prior to any such presentation. This restriction will remain in effect throughout the life of the contract, and until NCES officially releases the data, publications, or products to the public.

The contractor shall work through the COR in all relationships and discussions with the IEA, international contractors, foreign governments, foreign education professionals, and all other agencies and individuals related to the study. The contractor shall not convey to any of these entities information that may be construed as NCES, IES, or Department of Education policy, except where related to technical aspects of the study or where given explicit permission by the COR.

## *CORE TASKS*

### Task 1. Project Management (Firm-fixed Price)

1.1 Post-Award Project Meeting

Within the first week after contract award, the contractors, project director, and other key project staff as identified in the proposal shall hold a meeting with the COR, NSLs, and other appropriate NCES staff to review the overall contract tasks, to identify potential problems and possible solutions, and to discuss areas of concern related to the proposed project staffing plan and other management requirements. The primary purpose of this meeting is to refine the proposed plans for Project management, Staffing and succession, Data security, Invoicing, and

11

the master project schedule.  These refinements are not to alter the specifications of the contract, but to provide management information for use by both the contractor and the government in monitoring the work to be performed. This meeting will also provide the opportunity for ED staff to share project experience and materials with the contractor. The contractor shall prepare an agenda and bring all necessary materials for a productive and successful initial meeting (1.1.1) and shall send minutes of the meeting to all participants afterwards (1.1.2).

Deliverable:
1.1.1  Post-award meeting agenda and materials
1.1.2  Minutes and attendee list from post-award meeting

### 1.4 Staff Security Requirements

All contractor staff to work on the project for 30 days or more must complete a series of security forms and undergo a federal background check per OMB requirements, with higher levels of security clearance required for those who visit schools or who may come in contact with confidential data. The contractor shall ensure that all staff who may come in contact with confidential data shall

> (a) be trained in the proper handling of confidential data, and
> (b) first sign and then notarize an affidavit of nondisclosure before having access to any data with confidential information.

The contractor shall execute these affidavits of nondisclosure and retain them in a secure location. In addition, the international organization may also require signed agreements to access its files. The contractor shall provide a list to the COR of all the individuals who have signed affidavits and international agreements, the position in the organization of the person, and the person's relationship to the study, within 4 weeks of the award of the contract (1.4.1).

As new persons are assigned to the project, the security forms shall be filled out and an affidavit shall be executed for them on the first working day of assignment to the study and an updated list provided to the COR, no less than on a *monthly* basis.  The contractor shall notify the COR if any contractor staff leave the project. The contractor shall be aware of and comply with all contractor personnel security regulations and all Department IT security policy requirements, as described in appendix B.

Deliverables:
1.4.1 List of all personnel with signed Affidavits of Nondisclosure

### 1.5 Quarterly study invoices and progress and financial reports

The contractor shall gather and incorporate comments from NCES on its proposed invoicing system to make the monitoring and approving of billing smoother and simpler for this contract by having a format that is dynamic rather than static and that eliminates redundancy and cross-referencing across pages. The format must clearly allow this contract's CO and COR to identify the costs in whole and in parts, by year, task, and subtask and distinguish between IT and non-IT costs as well as costs for which a fee or profit is assessed and those cost for which there is none. It must allow for easy checking of receipts and subcontractor invoices as well as the labor hours for corporate staff, field staff, subcontractors, and experts.

12

The contractor shall submit to the COR, NSLs, and CS a regular quarterly progress and financial data report, by the 20th day of the month following the quarter the report covers. This report shall be delivered before or concurrent with the contractor's monthly billed invoice so that it is available to check and approve each quarter's invoice.

The quarterly report shall serve as a justification for all work billed for the quarter. Therefore, the contractor shall take care to ensure not only that all work billed for the quarter is described in sufficient detail in the quarterly report to support an audit, but that all detailed information (on completed work) contained in the quarterly report is transparently and easily associated with its respective cost or billing.

At a minimum, the contractor shall include, in each quarterly report, information on the following aspects of the project and its operation, broken out by study:

1. The past quarter's work, including a description of continuing work, new work, and completed work, with key dates on which tasks or activities were initiated or completed during the quarter;

2. The upcoming quarter's work, including a description of the work and key dates by which time tasks or activities will be initiated or completed during the quarter;

3. Major accomplishments for the quarter;

4. List of products and milestones submitted or achieved during quarter, with a short description of each; and

5. Problems/Issues and how each has been or will be addressed by the contractor.

6. Quarterly financial data

For the quarterlyfinancial data section, the following information shall be presented in summary:

- Past quarter's cost of work completed, by task and subtask (including a break-down by IT and non-IT costs where applicable);
- Percent of contracted amount spent to date, by task;
- Estimated cost to complete, total estimated cost, and total contracted cost;
- Difference between the total estimated cost and the contracted cost;
- Staff hours spent on each cost-reimbursement task during the prior quarter;
- Cost of work conducted by subcontractors (including a break-down by IT and non-IT costs if applicable); and
- A "manpower" report prepared and signed by the project director that summarizes actual personnel assignments for the quarter just completed, showing for each named individual the hours charged, by task. For individuals not named in the contract, the manpower report will show hours spent by position (e.g., data collectors). All hours billed to the contract will be summarized in the report.

The contractor shall include detailed information on any anticipated or actual cost overruns or cost savings, whether incurred within single task or cumulatively. From this information, the contractor shall ensure that the COR and appropriate NSL is clear about the progress being made on tasks, the work that remains to be accomplished, the financial resources used and available, and any problems and proposed solutions. At the request of the CO, NSL, or CS, if additional issues need to be addressed in either monthly report, the contractor shall submit an addendum within 2 days of the request.

13

The format for the quarterly progress and financial data report will be consistent from quarter to quarter.

The contractor shall prepare a draft model or mock up report (1.5.3) for the COR, NSLs, and CO to review no later than 2 weeks after the start of the contract. The COR, NSL, and CO will provide any comments on the plan within 2 weeks of receipt. The contractor shall incorporate any changes necessary to respond to the concerns raised by the COR, NSLs, or CO and submit a revised version within 1 week of receipt of comments. Once the format for the monthly progress and financial data report is approved by the COR and CO, the contractor shall prepare such reports in accordance with the approved format (1.5.4) and, if a change to the plan is needed, shall notify the COR and CO of such change(s) before implementing such.

The monthly progress and financial data reports (1.5.5) shall be submitted together each quarter and the contractor shall respond to questions regarding either document within 1 day.


Deliverables:
 (completed)
 (completed)
 (completed)
 (completed)
1.5.5  Regular quarterly study progress and financial reports


 1.6 Produce master study schedule

The contractor shall produce a master TIMSS study schedule and a master ICILS study schedule.

The contractor shall submit the study schedule within 2 weeks of contract award (1.6.1), and thereafter submit a revised study schedule to the NSL at each update meeting (see subtask 1.7). The revised schedule and all schedules going forward must reflect the international contractor milestones and deliverables, which are subject to change throughout the course of the study. The contractor shall be prepared to update the schedule within 24 hours of a request for it by the COR or NSL.

Deliverables:
1.6.1 TIMSS schedule


1.7 Project update meetings with contractor

For the life of the contract, the contractor will hold regular weekly or biweekly (or less frequently, if the COR or NSL so determines) meetings for key contractor staff to update the COR or other NCES staff on the project's progress. The COR or NSL may propose to hold these meetings via telephone conference calls, over the Internet, or face-to-face if the meeting is critical.

For budget purposes, the contractor shall plan up to 48 meetings a year throughout the contract, of which up to 12 meetings a year may be face-to-face. The contractor shall participate in the development of the goals and agenda for each meeting.  The contractor shall be responsible for distributing the agenda and other meeting materials, including the current version of the study schedule, to the meeting attendees. Materials to be distributed will be approved, in advance, by the NSL, who may also request that the contractor bring print outs of the materials for attendees.

Deliverables:

14

1.7.1 Regular project meetings materials including study schedule


<u>1.8 Transmittals of study products and quality of deliverables</u>

The contractor shall transfer and retrieve study-related documents and files through the Internet, to or from NCES, or other designated contractors.  The ability to transfer and retrieve documents through the Internet is important to maintaining the integrity of electronic versions of documents that may eventually be posted on the NCES web site or distributed internally.  Thus, it is imperative that the contractor works closely with NCES web site personnel to set up and ensure that all transfer protocols are followed and that transfer and retrieval of documents (especially from the contractor's management website, see subtask 1.11, and the NCES secure data server on the NCES Member's website) is completed to the satisfaction of NCES.  The contractor shall conduct a test of its transfer/retrieval system(s), within 2 weeks of the award of the contract and prior to making use of the system for key contract deliverables, and shall eliminate any problems found to ensure a trouble-free system. A memo shall be prepared and submitted to the COR describing what was necessary and done to set up and ensure the operability of transfer/retrieval system(s) (1.8.1).

For the contract, the contractor shall transmit all correspondence directly to the NCES COR via e-mail that is compatible with Microsoft Outlook.  Compatibility will extend to the ability to access attachments sent as part of e-mails.  As of 2020, NCES uses Microsoft Office 2010: Word, PowerPoint, and Excel as its primary software packages for communicating documents, charts, and tables.  NCES uses the Department of Education's Microsoft Outlook software as its communications package.  All deliverables are to be delivered in native file format, in the version of Word, PowerPoint, Excel, or other software packages used by NCES.

Although the term "draft" is used throughout this PWS, it is important that the contractor understand what the Government means, and does not mean, by "draft."  A draft is a complete product of high quality that the contractor (and the government) can publish with confidence as to its accuracy and usefulness.  A "draft" is <u>not</u> simply what is available on the due date— regardless of completeness or quality.  NCES anticipates that only minor changes to drafts will be needed for them to become final deliverables. If the contractor has a subcontractor who is preparing deliverables, the prime contractor shall review and stand by the subcontractor's work.

**Every final deliverable will be sent with a cover memorandum signed or initialed by the project director or someone of higher corporate stature than the project director.  The cover memorandum will certify that the contractor's organization stands behind the quality of the product**.  This holds for all final versions of products—even those prepared primarily by consultants or subcontractors.  At no time will the government take direct delivery of a product from a consultant or subcontractor.

All draft deliverables will be due at the office of the COR and the CS on or before their due date. Deliverables must be sent in both electronic copy and, if requested by the COR, hard copy format.  Hard copies of deliverables must be sent to the COR such that they arrive on or before their due date.  Unless otherwise specified, three copies of each hard copy deliverable will be required.

Deliverables:
1.8.1 Memo on setting up transfer/retrieval system(s) (completed)

1.9     Quarterly IT report

For the life of the contract, the contractor shall submit to the COR a regular quarterly IT report, by the 20th day of the month following the quarter the report covers.  The quarterly report shall serve as the basis for complying with the OMB requirement to report IT spending.  Therefore, the contractor shall take care to ensure that the IT report is consistent with IT spending listed in the quarterly progress and financial data report (subtask 1.5.5).

Deliverables:
   1.9.1          Quarterly IT report

1.10 International project meetings

The contractor shall send one representative to all international meetings for TIMSS National Research Coordinators (NRC); there are typically two per year per study.  The contractor is strongly urged to send the study director to the meetings, or the staff member who has primary responsibility for conduct of the study. Additional personnel may be sent, if needed, upon approval of the COR and CO.

For costing purposes, the contractor should assume 5 international NRC meetings in a foreign location over the course of the contract, one of which may focus on scoring/coding training. For each international project meeting attended, the contractor shall submit to the COR or NSL a trip report that documents the purpose and outcomes of the meeting, along with any follow-up actions required, within 5 business days after the end of the meeting. The contractor will work with the COR or NSL to develop a common format to be used for such trip reports for the first international project meeting attended by the contractor.

| Date | Meeting Type | Purpose | Location | Attendees |
|------|--------------|---------|----------|-----------|
| October 2025 | Field test data management training | Training to use the within school sampling software (WinW3S) and instrument translation system (a new system is in use this cycle) | Hamburg, Germany (in-person only) | n/a (not necessary if U.S. is not conducting field test) |
| March 2026 | Field Test scoring and coding training | Training to score and code field test items and use the software | Online | n/a (not necessary if U.S. is not conducting field test) |
| August 2026 | NRC Meeting | Review and finalize main study instruments and survey operations | In-person only; location TBD | NCES and RTI |
| October 2026 | Main study data management training | Training to use the within school sampling software and instrument translation system | Hamburg, Germany (in-person only) | RTI |
| March 2027 | Main study scoring and coding training; data management and file preparation training | Training to score and code main study items and use the software; training on processing and submitting data files | In-person only; location TBD | RTI and Measurement Inc |

16

| Date | Meeting Type | Purpose | Location | Attendees |
|------|--------------|---------|----------|-----------|
| March 2028 | NRC Meeting | Review draft report outline and exhibits for the international report and discussions of TIMSS 2027 Insights reports | In-person only; location TBD | NCES and RTI |
| July 2028 | NRC Meeting & National database training | Review draft TIMSS 2027 International Report and discuss plans for national and international report; Training on working with national data | Online | NCES and RTI |
| February 2029 | NRC Meeting | Training on analyzing TIMSS 2027 International database | In-person only; location TBD | NA - this meeting is not critical and can be skipped |

Deliverables:
1.10.1 NRC meeting trip reports
1.10.2 International project meetings

<u>1.11 Project management portal</u>

No more than 1 month after the start of the project, the contractor shall establish, and thereafter maintain, space on an internal server to house all project reports, interim and final versions of deliverables, and other appropriate project documentation.  The space shall be accessible to the COR, NSL and other appropriate contractor or outside staff.  This will aid in ensuring that all project staff have the most up-to-date versions of materials and will complement (but not replicate) websites maintained by the IEA and International Contractors.  The space shall be appropriately restricted (e.g., password protected with access limited to NCES, contractor staff, and key subcontractor staff as appropriate). No data collected from the respondents shall be placed on the project management portal.

The portal's security, structure, and ease of use are to be reviewed by the COR and their comments and requests are to be addressed and incorporated into the final project portal (1.11.1). ICILS shall be incorporated logically into the same project portal as TIMSS for this project.

Deliverables:
1.11.1 Project portal for housing electronic copies of project materials

**Task 2. Assessment Preparation (~~Cost Reimbursable~~) (Firm Fixed Price)**

17

Task 2.1 Develop sampling plans and select samples

The contractor shall develop a sampling plan for TIMSS that (a) meets the study's established international requirements for the sampling frame, sample size, sample design, and selection (including replacement schools; see the school sampling guidelines in appendix E for each study); (b) meets all international standards; and (c) meets NCES standards for sampling plans. NCES standards are available at http://nces.ed.gov/statprog/. NCES standards may be revised during the life of the contract. The contractor shall meet NCES standards in effect at the time of data collection and data reporting.

The contractor shall incorporate any recommendations from the most recently available TIMSS technical reports for improving sampling.

The  main study sampling plans need to be submitted to and approved by NCES, OMB, and the ISO. Only an approved sampling plan is to be implemented by the contractor. *Under no circumstances shall the contractor contact participants or parties involved in the study prior to the approval by OMB*.

The contractor shall complete and submit all requested sampling documentation, data files, and forms (e.g., field test sampling forms) by the established international deadlines, as required by the ISO. The contractor shall also prepare versions of the sampling plan to accompany the OMB clearance packages for concurrent review with the international materials by the NSL.

The contractor shall work with NCES and the ISO to finalize the sampling plans for the main study. The contractor shall detail potential population coverage problems associated with any proposed sample design.  Note that, in some studies, for example in the case of PISA, the contractor outlines the required sample sizes and builds a sampling frame, but the actual sample is selected by the international contractor(s).  For TIMSS 2023, as in the past, the national contractor draws the actual U.S. sample as well. For TIMSS 2027, the school sample shall be selected by the international contractor(s), like the PISA approach, and shall not be included in this contract. Also, for TIMSS 2027, sample sizes are reduced to meet minimum requirements (see Appendix H.3).

The contractor shall complete a series of sampling forms required by IEA, prepare the sampling frame for the international sampling contractor, and review the sample upon receipt. The contractor shall also secure participation from sampled schools and sample the students and teachers to participate in the study. The ISO may appoint sampling referees to ensure the data coming from national samples are of acceptable quality. The contractor shall work with, support, and assist the sampling referee(s) in any way needed.

2.1.2 Main study sampling plan and sample

The contractor will submit a main study sampling plan to NCES no later than 6 months before the international deadline for their submission (2.1.2.1).

Past main study sampling plans for school-based samples should include the following type of information:

- the methodology for drawing the complex stratified sample for the main study;

18

- a comparison of the sample's distribution with the actual population's distribution across the relevant stratification variables (e.g., proportion of city and rural schools[2], proportion of public and private schools, etc.);
- an explanation of any special characteristics used to identify schools (i.e., defined for sampling purposes);
- an explanation of how replacement schools are selected;
- an explanation of how the main study sample will minimize overlap with other national and state assessments that will be administered in 2023; and
- proposed incentives for participation (if any).

Once the plan is reviewed and approved by the COR or NSL, the contractor shall document the approved sampling plans in its OMB package for the main study (see task 2.3). Upon approval by OMB, the sampling plan shall be submitted by the contractor to the ISO, in accordance with the international schedule (2.1.2.2). Once final approval is received from the ISO, the contractor shall select school samples according to the approved plan (2.1.2.3). For TIMSS 2027, deliverable 2.1.2.3 is not required, as the ISO shall select school samples.

The contractor shall not deviate from the final, approved sampling plans without approval from NCES, OMB, and the ISO. Any required changes to an already-approved sampling plan must be re-reviewed and approved by NCES, OMB, and the ISO which has the potential to delay implementation. The contractor shall also complete and submit all main study sampling forms, as required by the ISO (2.1.2.4).

The contractor shall be aware that besides TIMSS and ICILS, the National Assessment of Educational Progress (NAEP) may also be in the field in 2022. NAEP will draw national and state samples for reading and mathematics assessments at Grade 4 and 8, as well as national samples for science and Technology and Engineering Literacy assessments at Grade 8. Due to the large sample size for NAEP, this is likely to have an impact on securing school and student participation in the field tests for these studies. TIMSS and ICILS main study data collection are on the same schedule in 2023. The contractor should indicate whether overlap control between TIMSS and ICILS can be implemented without severely limiting the TIMSS' or ICILS' samples (including the need for potential replacement schools). Depending on decisions made about study overlap control, the COR or NSL will coordinate the sharing of sampling information, including the list of sampled schools, among the studies.

To obtain survey participation and high response rates, the contractor may be required (with OMB approval) to offer to schools, teachers, and students monetary and non-monetary incentives, which the contractor will also be responsible for providing. As a point of reference, for TIMSS 2019 and ICILS 2018, participating schools received $200, teachers $20, school coordinators $100, and students received a gift valued at about $4.00.  TIMSS and ICILS also utilized a second-tier incentive which allowed for the offer of up to $800 to schools that are historically very difficult to recruit (as defined in the OMB package). If a second-tier incentive amount (i.e., an increased incentive) is anticipated, it must be included in the OMB clearance package at the outset; it cannot be added later.

No later than 3 months after the end of the main study, the contractor shall submit to the NSL a summary of the main study sampling plan's implementation and survey operations (2.1.2.5). This summary is intended as a record of the plan's implementation, which can be posted as appropriate on the study's website as part of methodology and technical notes (for example see

---

[2] Note that in selecting samples of schools based on locality, the contractor shall implement NCES' urban-centric local codes: city, suburban, town, rural.

19

https://nces.ed.gov/timss/timss15technotes.asp)and as part of the final technical and survey operations report (6.2). NCES will approve or provide comments for revising the summary within 3 weeks of receipt.

Deliverables:

2.1.2.1          Prepare main the TIMSS 2027 study's sampling plans
2.1.2.2          Complete and submit the TIMSS 2027 main study's U.S. sampling forms
2.1.2.4          Complete required sampling forms for the TIMSS 2027 main study
2.1.2.5           Draw student and teacher samples

Task 2.2 Adapt, Prepare, Test, and Produce Instruments

International versions of study instruments (typically, noncognitive "background" questionnaires and cognitive questions or "items") will be developed by international contractors and will be provided to the contractor by the NCES. The contractor shall adapt these instruments for use in the United States (e.g., by converting British-English terms to American-English or metric measures to imperial measures). If deemed necessary by NCES, the contractor shall seek advice from an expert consultant(s) on revisions for the U.S. versions of the instruments. In addition, NCES regularly adds additional items of national interest to the questionnaires, such as questions related to student race/ethnicity and participation in the federal free or reduced-price lunch program. The contractor shall incorporate all such *national options*, as approved by the  NSL for the background questionnaires.

All the instruments to be used in each study's field test and main study must be reviewed and revised at several levels before they can be reproduced (cloned or printed) and distributed for use by respondents. Hereafter, this process of reproduction and distribution will be referred to as the *production of the study instruments*. The contractor shall incorporate into its production schedule all of the following steps for review and revision of the study instruments for each study prior to the production of the study instruments.  (The levels of review indicated here are subject to change.)

1.  All national adaptations and national options to instruments recommended by the contractor are reviewed by NCES.
2.  Contractor revises instruments based on feedback obtained in step 1.
3.  All national adaptations and national options to instruments are submitted to ISO for review and approval.
4.  Contractor revises instruments based on feedback obtained in steps 1-3 until instruments are approved by ISO and NCES.
5.  The ISO-approved, nationally adapted versions of non-cognitive instruments (questionnaires) are submitted to OMB for review and comment.
6.  Contractor revises instruments based on feedback from OMB. Revisions suggested by OMB may require the contractor to resubmit study instruments to the ISO for re-approval. [*Note: OMB has rarely required changes to study instruments.*]
7.  Contractor finalizes nationally adapted instruments for production.
8.  Contractor tests all final versions of instruments in their digital-based formats for usability, reliability, and security on the computer equipment or online server that will be used for administering the study in the United States.
9.  Assembled instruments undergo final optical check by NCES and, if required, by the ISO
10. Instruments approved and finalized for production.

**The contractor is responsible for (a) reviewing the forms provided by the international contractor and ensuring they are complete and correct (e.g., reflect all agreed-upon adaptations, include all items in the correct place), and (b) any mistakes in study instruments made after final approval for production, including costs associated with the correcting the problem to the satisfaction of NCES.**

All online data collection must be arranged by the contractor with the IES website team, which also has specific requirements for apps to be hosted on the NCES website. Under no circumstances may online data collection be performed by the contractor using servers that do not meet IES security standards.

Both before the field test <u>and</u> before the main study, the contractor shall test the instruments in their digital-based formats for usability, reliability, and security on the computer equipment or online server that will be used for administering the study in the United States.

The contractor shall be aware that:

1. TIMSS and ICILS will either employ (a) a form of spiraling for the cognitive assessment instruments (i.e., items are grouped in clusters, which are distributed in a matrix design to the test "booklets") or (b) a form of adaptive design with clustered items in "testlets," and, thus, no student takes all assessment items.

2. Study instruments may be delivered via a variety of methods, including, but not limited to, on computers or tablets, via a USB-drive (with one per testing session in each school), or through a server method.

3. Study instruments may be delivered in a mix of modalities, including, but not limited to, web-based or online, independent applications, "virtual machine" environments, and/or paper.

4. Final non-cognitive instruments must display the OMB approval number, expiration date, and federal paperwork reduction act notice, a final copy of which is submitted to OMB for filing.

The contractor shall be familiar with the requirements of the Government Printing Office for reproduction; all reproductions shall be done in accordance with government printing regulations https://www.govinfo.gov/content/pkg/GPO-CPUB-101spub9/pdf/GPO-CPUB-101spub9.pdf and with international guidelines.

The contractor shall protect the proprietary rights of all copyrighted instruments used in the study. Individual instrument data and individual item data shall not be released or shared without the permission of NCES/ED.

The contractor shall adhere to and implement NCES data security and confidentiality procedures that may affect the production, distribution, and processing of all survey instruments.  The contractor must review the important detailed information on these and other topics included in appendix B and G.

2.2.2 Main study instruments

Based on discussions with NCES, the contractor shall revise the draft production of study instrument plan submitted with their proposal, unless optional task 2.2.1 is exercised, in which case, the contractor shall revisit the field test's final production of study instrument plan in order to revise and adapt it for each main study.  The contractor shall submit the revised main study production of study instrument plan for each study for NCES approval no later than 6 months

21

before the scheduled start of the main study (2.2.2.1). The NSL will provide comments on the main study production of study instrument plan within 3 weeks of receipt.  The contractor shall incorporate the changes necessary to respond to the concerns raised by the NSL and submit a revised version of the plan within 3 weeks of receipt of NSL's comments (2.2.2.2).

All of the same steps and requirements to adapt, prepare, test, and produce field test instruments and get required approvals shall apply to the preparation of the main study instruments. However, there should be few new adaptations or national options, if any, that will be needed to the main study instruments as the main study instruments should be a subset of the field test instruments.

Among the steps and requirements, the contractor shall

1.  request permission to make any changes from the international version of main study instruments using the ISO's forms and procedures (2.2.2.3); and

2.  implement the approved revisions in all U.S. versions of the main study instruments, and then submit the changes for layout verification by the ISO as required, in accordance with the international schedule (2.2.2.4).

The contractor shall provide NCES with proofs or final electronic versions of all instruments (both cognitive and non-cognitive) for review, testing, and approval, at least 3 weeks before the contractor plans to begin production and no later than 6 weeks before the main study begins (2.2.2.5). Approval of the adapted instruments from the ISO is required before the non-cognitive instruments receive final approval from OMB. Once approved, the contractor shall not alter the instruments without consent from the NSL and shall implement the NCES-approved main study instrument production plan. *The contractor is responsible for any mistakes in the contents of the instruments made after final approval for production is given.*

**The contractor is responsible (a) to correct any problems of functionality with any digital instruments whose development is under their control and (b) to document and inform the ISO of any problems of functionality with any digital instruments whose development is outside of the contractor's control.**

The contractor shall provide NCES with an electronic copy of the questionnaires that shall be in the form of a PDF document or in HTML (or other format that is compatible and approved by the IES website IT team), all optimized (and accessibility compliant) for posting on the NCES website no later than 1 month after the end of the main study (2.2.2.6).  Questionnaires may be provided sooner if the contractor believes their pubic posting on the NCES website can help with recruitment.

Deliverables:
2.2.2.1 Submit draft instrument production plan for TIMSS 2027 main study
2.2.2.2 Submit final NCES-approved instrument production plan for TIMSS 2027 main study
2.2.2.3 Compile national adaptations national options and request permission from the ISO to make these changes using the ISO's forms and procedures
2.2.2.4 Make national adaptations and add NCES-approved national options to TIMSS 2027 main study instruments and submit all for layout verification
2.2.2.5 Prepare proofs or final electronic versions of final TIMSS 2027 main study instruments (both cognitive and non-cognitive) for NCES approval
2.2.2.6 NCES web-ready PDFs or HTML of all questionnaires for the TIMSS 2027 main study

Task 2.3 Office of Management and Budget (OMB) Clearances

The contractor shall prepare a clearance package for obtaining OMB approval of each of the study's field test and main study; all non-cognitive survey instruments to be used in the study; and any other materials that (a) will be distributed to participants (e.g., districts, schools, students, teachers, and parents), (b) will be used to promote or endorse the study (e.g., informational letters to state officials, endorsement request letters), and (c) will go to any groups of people or institutions other than federal government or its contractors that relate to the study (e.g., feasibility testing, pilot tests, or focus group materials), in accordance with current OMB, ED, and NCES requirements for such packages (including any foreign language translation of materials).[3]

Preparing an OMB clearance package entails assembling an extensive amount of information to

- justify the data collection as a whole (this information is incorporated in Supporting Statement part A) as well as individual background questions (this information is incorporated in Supporting Statement part C);

- estimate the cost of the data collection to the federal government and the amount of burden (in both time and cost) on all classes of respondents and any parties contacted or involved in the study other than federal or contracted employees (e.g., school coordinators or special contact districts);

- provide a complete explanation of the recruitment plan (including a flow chart of the timeline for the deployment of communication materials and incentives, which can be incorporated into Supporting Statement part B) along with copies of the contents of *all* recruitment and data collection materials to be included in all clearance package appendices (including, but not limited to, study brochures, recruitment letters, recruitment emails, recruitment texts, follow-up phone scripts, content of website pages, online landing pages, any instructions regarding the study (e.g., for filling out data collection forms or school coordinator handbooks), data collection forms, recruitment videos, etc.); and

- explain uses of data by various stakeholders, efforts taken to minimize the burden on respondents, any provisions for payments or monetary or nonmonetary incentives to respondents (including any contingency incentives for "refusal conversion"), steps to assure confidentiality, and the statistical methods that are to be employed in collecting and preparing the data (e.g., dealing with nonresponse).

OMB requires that all this information be written up in a Supporting Statement with appendices. An OMB clearance package for submission must include the Supporting Statement part A and B documents, copies of all recruitment and data collection materials as described above, and information on any national adaptations of the instruments (see subtask 2.2).

**Failure to submit the OMB clearance package by the deadline may result in the contractor being unable to collect data in a timely manner.**

The contractor shall be aware that the time between submission of the OMB clearance package and receipt of a clearance number and expiration date from OMB for inclusion on all survey documents takes a minimum of 6 months, sometimes more. In addition, it is not usual for an OMB change request to be necessary to accommodate materials from the ISO that are not ready when a main clearance package needs to be submitted, and approval of such change requests typically takes 4 weeks. The contractor shall take these time constraints into consideration when

---

[3] Note that cog labs, pilot tests, and feasibility testing can be cleared through the NCES Developmental Study Generic Clearance faster and more efficiently than through a specific study's clearance package.

23

preparing and submitting the OMB clearance package. The contractor shall work diligently and expeditiously with the NSL to seek OMB clearance prior to making any contact with study participants or other parties described above and shall be aware that no contact is permitted until OMB has approved the study plan.  The contractor shall take this into consideration when planning the field tests and main data collections, as well as any developmental work supporting TIMSS.

In preparing the OMB clearance package, the contractor shall follow instructions for completing the Supporting Statement part A and B required for Paperwork Reduction Act submissions (for information on the requirements for a clearance package, officially called at present an Information Collection Request (ICR), see https://www.whitehouse.gov/omb/information-regulatory-affairs/federal-collection-information/ and, in particular, the Paperwork Reduction Act (PRA) Guide). The package will include the study's U.S.-adapted background questionnaires or non-cognitive instruments, but none of the cognitive (assessment) instruments for the study.

Be aware that OMB requires separate clearance packages for the field test and main study; and that the main study clearance package requires any quantitative field test results used to determine main study instruments and procedures as well as a memo describing any changes made in instruments or procedures from the field test to the main study.

2.3.2    Obtain OMB clearance for the main study data collection

The same requirements, steps for approval, and deliverables in subtask 2.3.1 shall apply for each study's main study data collection clearance subtask; however, if optional task 2.3.1 is exercised, the main study clearance package shall (a) be an updated vision of the field test package,  (b) include any quantitative field test results used to determine main study instruments and procedures, and (c) require a memo describing any changes made in instruments or procedures from the field test to the main study.

The contractor shall provide the necessary main study clearance package materials at least 9 months before the scheduled start of the main study data collection for each study. However, if the contractor has not received approval of the main study recruiting materials as part of the field test data collection clearance request, then a main study clearance request package will need to be submitted to NCES at least 9 months prior to contacting states/districts and schools for the main study.

Deliverables:
2.3.2.1 Draft OMB TIMSS 2027 main study clearance package or memo;
2.3.2.2 Revised OMB TIMSS 2027 main study clearance package or memo;
2.3.2.3 Revised package or memo based on ED comments;
2.3.2.4 Responses to OMB questions on package or memo;
2.3.2.5 Revised final TIMSS 2027 main study clearance package or final memo for OMB approval

## Task 3. Assessment Recruitment (~~Cost Reimbursable~~)(Firm Fixed Price)

One of the greatest challenges for international large-scale studies, particularly in the past few years, has been obtaining the cooperation of participants (see table 4 and 5). Voluntary participation has decreased for a variety of factors, including the increasing distrust of government, concerns about privacy of data, and the increasing test requirements at the local,

24

state, and national level. However, in order to meet international standards for participation in studies like TIMSS and ICILS, the United States must meet minimum response rates in the main study for participants—schools and students and teachers.

The minimum response rates required by the ISOs vary by study and can be contingent on different international categories for meeting acceptable rates. However, NCES' minimum response rate targets for school-based assessments are 80 percent at the school level and at the student level (see standard 2-2-2A in the NCES statistical standards).

**Table 4. Past U.S. participation rates for TIMSS**

| Data collection year | Exclusion rate | Weighted school participation rate before replacement | Weighted school participation rate after replacement | Weighted student participation rate | Combined weighted school and student participation rate |
|---|---|---|---|---|---|
| **TIMSS Grade 4** | | | | | |
| 2003 | 5% | 70% | 82% | 95% | 78% |
| 2007 | 9.2% | 70% | 89% | 95% | 84% |
| 2011 | 7% | 79% | 84% | 95% | 80% |
| 2015 | 6.8% | 77% | 85% | 96% | 81% |
| **TIMSS Grade 8** | | | | | |
| 2003 | 5% | 71% | 78% | 94% | 73% |
| 2007 | 7.9% | 69% | 83% | 93% | 77% |
| 2011 | 7% | 87% | 87% | 94% | 81% |
| 2015 | 5.1% | 78% | 84% | 94% | 78% |

**Table 5. Past U.S. participation rates for ICILS**

| Data collection year | Exclusion rate | Weighted school participation rate before replacement | Weighted school participation rate after replacement | Weighted student participation rate | Combined weighted school and student participation rate |
|---|---|---|---|---|---|
| **ICILS 2018** | | | | | |
| Student | 5% | 67% | 77% | 91% | 70% |

The contractor shall follow both the international and NCES requirements for the TIMSS and ICILS response rates. The goal shall be to exceed the minimum standards set by the ISO for the study. If the achieved response rate does not meet the required minimum, the ISO will decide whether or not to include the country's data in all international comparisons. If the achieved response rates for original sampled schools or respondents does not meet the NCES standards, the contractor shall also be required to produce a non-response bias analysis report (see subtask 6.1 for more details). The contractor is responsible for understanding and meeting both international and NCES standards.

NCES standards are available at http://nces.ed.gov/statprog/. International standards are outlined for TIMSS in the most recent technical report (https://timssandpirls.bc.edu/publications/timss/2015-methods.html) and for ICILS in the most

25

recent technical report (https://www.iea.nl/publications/technical-reports/icils-2018-technical-report).

The contractor is strongly encouraged to become familiar with these documents.

Task 3.1 Recruitment

To secure the highest possible response rates, the contractor shall prepare a recruitment plan that is thoroughly thought out and incorporates recommendations from the April 2018 report by the National Institute of Statistical Sciences (NISS) Technical Expert Panel: "NCES Study and Survey Recruitment Planning and Materials."  The NISS recommendations include:

- Recruitment should be planned holistically with coherent elements integrated into a process that can be monitored and managed in real time.
- Recruitment strategies and materials should be developed to communicate effectively with the specific target population(s), based on understanding what motivates response from that population.
- Make strategic decisions about modes of contact and modes of response.
- Language should be direct and clear, written specifically for the target audience (i.e., not a redact of language suitable for OMB); and text should be limited to the essential communication with required caveats and government terms separated and deferred to follow the essential communication.
- Language throughout all text (materials and website information) must be intelligible for the target population, and actions to be taken should be immediately clear.
- Once in implementation phase monitor to assess efficacy of the messaging campaign and make adjustments if needed. Focus on recipients opening the materials and acting on them.
- Engage professional expertise (within NCES and/or from contractor) in materials development, testing and monitoring. Allow time for adequate testing and consequent revision of materials.
- NCES studies should prominently indicate NCES (or National Center for Education Statistics) on all materials and also should make direct links to the NCES website prominent. This branding should be universal for all NCES studies and surveys.
- Website additions – e.g., a link "Are you participating in an NCES study or assessment?" – could connect participants, parents, administrators with useful information and detail (not just FAQs) about each NCES study.
- Experimentation in the broadest sense is strongly encouraged; small experiments and focus groups are suited to exploring ideas. One-at-a-time testing of minor changes is discouraged.

3.1.2   Recruit Participants for Main Study

Based on discussions with NCES, the contractor shall revise the draft participants recruitment plan(s) and submit the final participants recruitment plan(s), including completed versions of the contents and text of all materials in the plan (formatted as they will be submitted in the OMB clearance package, as specified in task 2.3), for NCES approval within 4 months of the award of the contract (3.1.1.1), unless subtask 3.1.1 was exercised, in which case the contractor shall implement the NCES-approved final main study recruitment plan (finalized in 3.1.1.6) for the main study (3.1.2.1). This shall be applied to both TIMSS and ICILS.

26

During the main study recruitment, the contractor shall replace non-responding and non-participating schools in accordance with NCES and appropriate ISO sampling guidelines. The contractor shall exert a rigorous effort to gain cooperation, without need for replacement, by sampled schools and students, and school administrators, to ensure that the U.S. meets all components of the sampling guidelines.

In the past, two replacement schools have been identified for each original school included in the TIMSS and ICILS samples. There are several constraints on the assignment of substitutes, per ISO requirements. For example, one original school shall not substitute for another, and a given school shall not be assigned to substitute for more than one original school. Furthermore, substitutes shall be required to be in the same implicit stratum as the original school. If the original school is the first or last school in the stratum, then the second school following or preceding the original school shall be identified as the substitute. One shall be designated a first replacement and the other a second replacement. If an original school refuses to participate, the first replacement then shall be contacted. If that school also refuses to participate, the second replacement school shall then be contacted.

The contractor shall review all ISO requirements pertaining to replacement schools and is responsible to ensure that the sampling plan and recruitment plan accord with those requirements.

As during the field test, during the main study recruitment phase, the contractor shall establish a database to update recruitment and data collection status, and provide the NSL or COR a weekly summary, which shall contain detailed information (as described in the recruitment plan) on the initial and final status of all cases sampled for the study (3.1.2.2).  The database shall be provided to the NSL or COR by COB on each Monday during recruiting and data collection periods. However, the up-to-date database should be available to NCES at any time upon request.

The contractor shall collect, code, and report to NCES data/information as to the reason(s) for refusal (when known). The contractor shall provide a summary of this information to the COR as part of the weekly summary (3.1.2.2).

Deliverables:
3.1.2.1 Implement the recruitment plan for TIMSS 2027 main study
3.1.2.2 Deliver weekly recruitment status report for TIMSS 2027 main study main study


## Task 4. Data Collection (Cost Reimbursable)

Task 4.1 Recruit, train, and manage data collectors

The contractor shall implement the guidelines established by the ISO for the selection and training of data collectors and data collection supervisors as well as regarding all related materials and processes. The ISO may provide (a) scripted training program to ensure standardization across countries, (b) training sessions, and (c) manuals for test administration to be used by data collectors in the field for both the field test and the main study. Guidelines, programs, and manuals that have been adapted for use in the United States for past administrations of TIMSS and ICILS may be provided to the contractor by the NSL prior to starting the selection of data collectors.

The contractor shall be responsible for (a) adapting, as needed to fit U.S. operations, all recruitment and training material as well as the international versions of any data collection

27

manuals (e.g., Test Administrator and School Coordinator Manuals) and (b) obtaining the ISO's approval for any adaptations at least 1 month prior to training. Adaptations to the manuals may include, for example, specifying exclusion criteria for participants to match current U.S. practice or contingency plans for dealing with predictable problems specific to U.S. assessment devices or equipment.

The contractor shall send appropriate staff members to any data collection training sessions sponsored by the ISO. Appropriate staff would include the key staff member in charge of implementing the data collection staff training and/or adapting the international documents to the U.S. context.

The contractor shall have responsibility for the production of all recruitment and training materials and shall have sufficient materials available for all staff trained during the conduct of the study.  The contractor shall develop and implement procedures for conducting supplemental training to address attrition and any problems encountered.  It is important that any decisions made about the conduct of TIMSS or ICILS be disseminated immediately and clearly to all staff. Thus, the contractor shall have procedures in place that will ensure that all parties involved with the collection of data use the same solutions and interpretations during the course of conducting the study. The contractor shall detail these procedures in its plan for the recruitment, training, and management of data collection staff and other field support members.

The contractor shall recruit and hire staff to complete the data collection within the time constraints imposed by the study schedule. The contractor shall give special consideration to recruiting field staff with prior experience in similar data collection efforts, as well as past performance.

The contractor may be required by local, State, or Federal law to follow security clearance procedures, get signed affidavits of nondisclosure, and conduct or make arrangements for the completion of criminal background checks on all staff members who will, in the course of the study, visit schools or enter classrooms or interact with the general public in the United States on the behalf of NCES.  See appendix B for more details on current contractor personnel security requirements. In the event that such background checks are required, the contractor shall be prepared to document that staff members visiting schools meet these requirements *before* visiting or entering schools. The contractor shall maintain relevant documentation which shall be delivered to the NSL or COR upon request. The contractor shall be required to research and document any and all such requirements in each state or locality where data collection shall take place.

The contractor shall have responsibility for all training of data collectors. All training shall take place at the contractor's facilities or at facilities arranged for by the contractor. The contractor may need to get clearances to not use ED space for the training.  The contractor may also need to get clearances if the training session will cost over $100,000 obtained (currently projected to take up to 6 months for review and approval).  The contractor should build in time to allow for these clearances to be obtained.  The contractor should be aware that clearances often require changes to standard terms if hotels and conference centers are to be utilized for training sessions. The COR or NSL will work with the contractor to obtain clearance of any meeting requests that must be approved.

The contractor shall be responsible for assuring that all staff assigned to the study successfully completes the training program as specified in the training plan. The contractor shall develop measures related to data collection training that, when reported, will indicate the level of success of the training.

28

The contractor shall monitor all data collection activities to ensure consistent high-quality data throughout the collection period; therefore, as a part of the training, the contractor shall impress upon staff their responsibilities for maintaining high standards of quality and data confidentiality (e.g., the Privacy Act of 1974 (5 U.S.C. 552a), the Privacy Act Regulations (34 CFR Part 5b), and sections C and E of the Education Sciences Reform Act of 2002 (P.L. 107-279) that detail NCES' responsibility for keeping all individual information confidential).

In accord with NCES standards and policies, the contractor shall also design methods of review and checking that will take place during and after training to ensure that only high-quality data collectors are retained and used.

The contractor shall provide opportunities (e.g., conference calls) for the field staff to provide their feedback and input on their experiences during the recruitment (and data collection) process and after the completion of the tasks. The contractor shall invite the COR and NSL to participate in the event, either in person or by phone.

### 4.1.2    Recruit, train, and manage data collectors for study's main study

The contractor shall develop and submit to the NSL, at least 3 months prior to training, a *draft* Data Collection Plan for the main study (4.1.2.1) for each study.  If subtask 4.1.1 was exercised, the plan may be based on the field test plan and, in either case, shall provide, at a minimum, the same information called for in the plan described under subtask 4.1.1.2.

The NSL will provide comments on the plan within 2 weeks of receipt.  The contractor shall incorporate the changes necessary to respond to the concerns raised by the COR and submit a revised version of the plan within 3 weeks of receipt of NSL's comments (4.1.2.2).

Once the plan is approved by NCES, the contractor shall implement the approved plan (4.1.2.3) and, if a change to the plan is needed, shall notify the NSL of such change before implementing it.

The contractor shall provide the NSL with a draft copy of all recruitment and training materials used in the data collection activities at least 4 weeks prior to training (4.1.2.4). After review by the NSL, the contractor shall revise the recruitment and training materials within 1 week of receiving comments. The revised, final versions of the recruitment and training materials for the field test's data collection activities shall be delivered to the NSL at least five business days before formal training begins (4.1.2.5).

Deliverables:
4.1.2.1  Draft plan for the recruitment, training, and management of TIMSS 2027 main study data collection
4.1.2.2  Final TIMSS 2027 main study recruitment, training, and management plan
4.1.2.3  Implement final TIMSS 2027 main study recruitment, training, and management plan
4.1.2.4  Draft of TIMSS 2027 main study recruitment and training materials
4.1.2.5  Final TIMSS 2027 main study recruitment and training materials

### Task 4.2 Collect data

The contractor shall be responsible for collecting all data from participants in accordance with international requirements, timelines, and procedures and as laid out in each studies' NCES-

approved Data Collection Plans (in subtasks 4.1.1 and 4.1.2). The contractor shall make every effort to obtain response rates that *exceed* the international and NCES guidelines for acceptable response rates. As part of the data collection, all selected respondents will be informed of NCES' enabling legislation and legislation governing the privacy of their data.

During data collection, if problems occur that can affect the integrity of the study's instruments or procedures, the contractor shall immediately notify the NSL and COR within 1 hour of discovery of the problem, including the loss or disclosure of respondent data. *Failure to notify NCES of serious problems in the field shall result in action taken against the contractor and/or subcontractors by NCES or ED.*

4.2.2    Collect data for main study

The contractor shall develop and submit to the NSL, at least 3 months prior to the implementation of the main study, a *draft* operations plan for the main study's data collection and quality assurance (4.2.2.1), for each study. If subtask 4.2.1 was exercised, the plan may be based on the field test plan and in either case shall provide, at a minimum, the same information called for in the plan described under subtask 4.2.1.1 (only related to the main study Data Collection Plan instead of the field test plan), including an overview and assessment of the potential risks and challenges that are *specific to this study's* main study data collection efforts, any possibilities for innovative approaches, and lessons learned from the field test data collection.

The NSL will provide comments on the plan within 2 weeks of receipt. The contractor shall incorporate the changes necessary to respond to the concerns raised by the NSL and submit a revised version of the plan within 3 weeks of receipt of NSL's comments (4.2.2.2). Once the plan is approved by NCES, the contractor shall implement the approved plan (4.2.2.3) and, if a change to the plan is needed, shall notify the NSL of such change before implementing it.

The contractor will provide computer equipment necessary to administer the student data collection.

Deliverables:
4.2.2.1  Draft operations plan for the TIMSS 2027 main study's data collection and quality assurance
4.2.2.2  Final operations plan for the TIMSS 2027 main study's data collection and quality assurance
4.2.2.3  Implement operations plan for the TIMSS 2027 main study's data collection and quality assurance
4.2.2.4  Provide computer equipment to administer student data collection.


**Task 5. Scoring, Coding, and Data Delivery (Cost Reimbursable)**

Task 5.1 Scoring and Coding

For both studies' field test and main study, the contractor shall be responsible for the scoring and coding of all study data, for implementing the guidelines (and timeline) established by the international contractor for the selection and training of scoring staff and supervisors, and for checking that the scoring and coding of data were correctly done. Appropriate contractor staff shall attend training by the international contractor on scoring of test materials and will comply with any international re-scoring efforts by providing requested test booklets or other materials.

30

It is recommended that the contractor use the ISO's scoring/coding system when possible, but the contractor may use an alternative—provided such a system enables the contractor to follow all international requirements and the international contractor approves its use.

The contractor shall recruit and hire staff to complete scoring no later than 1 month before scoring begins. The contractor shall give special consideration to recruiting staff with prior experience in similar efforts, particularly in comparable international assessments or NAEP mathematics, science, and reading assessments.

The greater use of computer-based assessments and items that can be scored automatically should reduce the scoring/coding load from past administrations of TIMSS. However, scoring and coding of the open-ended items remains a labor-intensive process, and these items exist in both TIMSS and ICILS. The contractor shall establish and document rigorous procedures to guarantee a high reliability of scoring and coding, with a double-scoring of at least 20 percent of the items.

In addition to the scoring of assessment questions, some open-ended items in the background questionnaires may require coding beyond data-entry (e.g., occupational coding using the International Standing Occupational Classification scheme). The contractor shall engage qualified staff to carry out this coding.

The contractor shall be aware of and implement procedures consistent with NCES data security and confidentiality standards. See appendix B for more details.

### 5.1.2   Score main study and

For the main study data collection, the contractor will be responsible for same the steps, processes, and materials described under task 5.1.1 (for the field test) for both studies.

If subtask 5.1.1 was exercised, the field test quality control plan(s) shall be revised, if needed, based upon discussions with NCES. The contractor shall submit the final main study quality control plan(s) for NCES approval within 3 months of the submission of the field test data. The minimum standards set by the final, approved plan (5.1.2.1) shall be included in the recruitment, training, and scoring training plan submitted to the NSL, and shall be explained to scorers.

The contractor shall prepare and submit to the NSL a main study plan for the recruitment, training, and scoring program, at least 2 months prior to the anticipated start of data coding and scoring (5.1.2.2). Revised plans for the main study shall be submitted to the NSL within 1 week of receiving comments (5.1.2.3). Following NCES review and approval of the plan for the recruitment, training, and scoring program, the contractor shall submit one electronic copy of the final training materials to the NSL at least five (5) working days prior to their being distributed to trainees (5.1.2.4).

The contractor shall implement the approved main study plan for recruitment, training, and scoring program (5.1.2.5).

Deliverables:
5.1.2.1  Final approved main study quality control plan
5.1.2.2  Draft plan for the TIMSS 2027 main study recruitment, training, and scoring program
5.1.2.3  Final plan for the TIMSS 2027 main study recruitment, training, and scoring program

31

5.1.2.4  TIMSS 2027 Main study scoring/coding training materials
5.1.2.5  Implement the approved TIMSS 2027 main study plan for recruitment, training, and scoring

Task 5.2 Preparing, producing, and delivering study data

For both studies, the contractor shall transform assessment and questionnaire data, after scoring and coding, into computerized forms according to NCES standards and the international data processing specifications, which will be provided to the contractor by the ISO prior to the start of data collection.

The contractor shall be responsible for converting raw data into a machine readable, edited, efficiently organized database; maintaining and updating the computer software required to develop, maintain, merge, and analyze the database and various aggregate data files; and generating and maintaining sufficient back-up files and restart capabilities to take care of all contingencies. The contractor is strongly encouraged to use the data entry software provided, free of charge, by the ISO. This will greatly facilitate the review and editing of data at the ISO. Regardless, the contractor shall provide the dataset in the format specified by the ISO.

 The contractor shall be responsible for the transmission or delivery of data to the ISO in a secure manner. This may be facilitated by a secure portal established by the ISO for this purpose, or through the IES File Transfer site.

The contractor shall make staff available, as needed, to the ISO to answer questions related to the U.S. dataset.

Prior to data collection, and based on international database design specifications, the contractor shall design, establish, and implement the procedures to transform the data into a computerized form that can be used by a variety of standard statistical software packages (e.g., R, SAS and SPSS for Windows).  After data collection begins, the computerized data shall be edited and errors corrected until the computer files contain only verified and accurate records.  Data files and documentation shall be developed according to NCES standards (see http://nces.ed.gov/statprog).

5.2.2 Produce main study dataset for ISO

For both of the main studies, the contractor will be responsible for same the steps, processes, and materials described under task 5.3, with a few minor additions. The contractor shall submit a data processing and delivery plan to the COR 2 months prior to the creation of the dataset (5.2.2.1). Revised plans for each main study shall be submitted to the NSL within 1 week of receiving comments (5.2.2.2). Following NCES review and approval of the data processing and delivery plan, the contractor shall implement the approved main study data plan (5.2.2.3).  Approval of the plan by NCES is required prior to implementation.

Before main study data can be delivered to the ISO, NCES requires that the complete set of data files undergo a disclosure risk review (see appendix G for more details). The contractor shall be aware of and implement the disclosure risk review requirements established by NCES and IES, and prepare a disclosure review plan for review by the IES DRB. The purpose of the disclosure risk review is to identify cases that, due to unique responses, present a high likelihood of respondent identification without some form of data perturbation. The COR or NSL will provide the contractor with an example disclosure risk review document to guide the contractor's efforts. Once the IES DRB has approved the proposed disclosure risk review plan, the contractor shall

32

implement the data perturbations (e.g., swapping, masking) required by the DRB. Only the DRB-approved version of the main study data file may be transferred to the ISO.

The contractor shall provide 1 copy of the main study dataset to the NSL and to the ISO according to the international schedule (5.2.2.4).

Deliverables:
5.2.2.1 Draft plan for TIMSS 2027 main study data processing and delivery
5.2.2.2 Final plan for TIMSS 2027 main study data processing and delivery
5.2.2.3 Implement plan for data processing and delivery for TIMSS 2027 Main study
5.2.2.4 Produce and deliver TIMSS 2027 main study dataset

Task 5.3 Prepare information for ISO responses

The contractor will be responsible for preparing and completing any ISO information requests about each study, data collection, data files, U.S. operations and procedures, or the U.S. education system, including for states.

5.3.2 Prepare responses to ISO information requests about main study data collection

For the main study data collection, the contractor shall prepare a response to any ISO information requests with sufficient time before the international scheduled due date for the NSL to review the draft submission (5.3.2.1) and approve it for submission, and shall provide the NSL with an electronic copy of all final versions of responses to information requests (5.3.2.2).

Deliverables:
5.3.2.1 Draft copy of submission for TIMSS 2027 Main study
5.3.2.2 Electronic copies of submission for TIMSS 2027 Main study

5.3.3 Prepare national curriculum questionnaires and national context survey

With each round of TIMSS, the United States is required to complete a questionnaire pertaining to the national curriculum of each subject area and grade level being assessed. Similarly, for each round of ICILS, the United States is required to complete a single national context survey which supplies background information about the country's approach to developing computer information literacy among students.

The contractor shall conduct a review of the latest research and any databases available that pertain to what is required of students, in mathematics and science curricula of the states for TIMSS, and in computer information literacy and computational thinking for ICILS.  As the United States does not have a national curriculum for subjects, the contractor shall review the curriculum standards of the 5 largest states in the nation (based on the size of the school population) and additional states as needed, as well as information from educational organizations such as the Chief Council of State School Officers (CCSSO), Next Generation Science Standards (NGSS), Education Trust, and other relevant organizations. The goal is to understand, as much as possible, the curricular requirements of states and how they relate to various grade levels, so that "summary" level information can be relayed to the ISO.

The contractor shall also review previous submissions of the United States in regards to the TIMSS curriculum questionnaires and the ICILS national context survey.  These previous submissions may serve as a basis upon which to decide whether previous responses should be modified, based on updated information.

33

The contractor shall submit draft, completed versions of the TIMSS curriculum questionnaires and the ICILS national context survey to the NSL at least three months prior to the deadline for submission of the information to the ISO (5.3.3.1). After review by the NSL and other NCES staff, the contractor shall revise the proposed responses and resubmit to the NSL.  The final versions of the curriculum questionnaires shall be submitted by the contractor to the NSL at least 2 weeks prior to the deadline for submission of the information to the ISO for each study (5.3.3.2).

Deliverables:
5.3.3.1          Draft responses to national curriculum questionnaires/national context survey for TIMSS 2027 Main study
5.3.3.2          Final responses to national curriculum questionnaires/national context survey for TIMSS 2027 Main study


5.3.4  Produce U.S. chapter for the TIMSS Encyclopedia
With each round of TIMSS, the United States is required to submit information on the U.S. education systems participating in TIMSS (note that there is no analogous task for ICILS). This information is for the *TIMSS Encyclopedia*, a compendium that provides an overview of the education system of each country as well as specific information on national policies related to reading education. See the *TIMSS Encyclopedia* link on the following page for an example of the information requested: http://timss.org/.

The contractor shall produce a draft and final copy of the U.S. chapter for this compendium (5.3.4.1).  The contractor shall follow the outline approved and distributed by the ISO to produce the chapter entry. The contractor shall conduct any and all research necessary to adequately respond to the topics included in the chapter outline. The contractor shall consider previous contributions of the United States to this compendium in determining the appropriate level of language and wording.

The contractor shall submit a draft of the chapter entry to the NSL within 6 weeks of distribution of the chapter outline by the ISO/International Study Center. After NSL and NCES staff review, the contractor shall revise the chapter and resubmit to the COR. The contractor should anticipate several rounds of review and revision before final approval is given to the chapter entry. The contractor shall provide a final, approved version of the U.S. chapter entry to the ISO by the established international deadline (5.3.4.2). The contractor shall also be responsible for responding to any editorial comments from the ISO and/or the publisher of the *Encyclopedias*.

For an example of the 2015 TIMSS encyclopedia entry, see
http://timssandpirls.bc.edu/timss2015/encyclopedia/


Deliverables:
5.3.4.1          Draft U.S. chapter for TIMSS Encyclopedia for TIMSS 2027
5.3.4.2          Final U.S. chapter for TIMSS Encyclopedia for TIMSS 2027

5.3.5  Produce U.S. TIMSS Test Curriculum Matching Analysis Responses (FIXED PRICE)


As part of the TIMSS study, countries are required by the International Study Center to complete a Test Curriculum Matching Analysis survey (TCMA). Countries are required to indicate which items on the TIMSS 4th and 8th grade assessments, if any, were not covered by their curriculum.

34

This information is used by the International Study Center in reporting of the TIMSS 2023 study results and is a component of the TIMSS 2023 data collection.

The contractor shall submit draft versions of the TIMSS TCMA at least one month prior to the deadline for submission of the information to the ISO (5.3.5.1). After review by the COR, the contractor shall revise the proposed responses and resubmit.  The final versions of the TCMA shall be submitted by the contractor to the COR at least 1 week prior to the deadline for submission of the information to the ISO (5.3.5.2).

Deliverables:

5.3.5.1.        Draft U.S. responses to TCMA

5.3.5.2.        Final U.S. responses to TCMA

## Task 6. Prepare technical documentation and release materials (Firm Fixed Price)

The contractor shall be responsible for the production of all technical documentation and release materials required by the NCES Statistical Standards and the ISO to support the release of study data.  This shall include, but may not be limited to, a non-response bias analysis report, a survey operations/technical report, a field test item review memo, the main study electronic data files and user's guides, and DIG files.

Task 6.1 Non-response bias analysis report

As explained in the introduction to Task 3, in order to meet international standards for participation, the United States must achieve minimum response rates at the original school and the student level, as established by the ISO and NCES.

Currently, for TIMSS and ICILS, the minimum response rate targets required by the IEA are 85 percent (unweighted) of original schools and 85 percent (unweighted) of students.  NCES' minimum response rate targets for school-based surveys are 80 percent at the school level and 85 percent at the student level. Even though NCES standards set a minimum response rate for assessments at 80 percent at the school level and 70 percent at the individual level, a nonresponse bias analysis is required if any of the key participants' (regardless of whether the school's or students') response rates are below 85 percent (see NCES statistical standard 2-2-2A).

The purpose of a non-response bias analysis (NRBA) is to explore the extent of potential bias introduced into U.S. study data through nonresponse on the part of participants at any unit level of the data collection. If a nonresponse bias analysis is required, the contractor shall conduct such an analysis to compare selected characteristics that are likely to reflect bias in participation from participating and non-participating sampled participants at the respective level of data collection. Two forms of analysis are usually undertaken for a report: for example, for school-based studies, a test of the independence of each school characteristic and participation status, and logistic regression in which the conditional independence of selected school characteristics as predictors of participation are examined. An example of a non-response bias analysis report can be found at https://nces.ed.gov/pubsearch/pubsinfo.asp?pubid=2018020 for TIMSS (see appendix F).

35

If the school or student response rate does not meet or exceed 85 percent, the contractor shall produce a nonresponse report for the relevant participants, and shall be required to revise the report until it receives final approval and sign-off, per the NCES review process.  On occasion, NCES has provided the ISO with a draft of a study NRBA so that an informed decision can be made about the representativeness of the data and its potential for inclusion in international reports of study findings.

The contractor shall provide the NSL with a draft of each non-response report (if necessary) no later than 5 months prior to the release of the international report (6.1.1).  The final, reviewed and approved version of the non-response bias analysis reports shall be delivered to the COR within 3 months of the release of the international report (6.1.2). The full version of the NRBA, if required, shall be included in the technical and survey operations report (see task 6.2).

Deliverables:
6.1.1  Draft non-response bias analysis report for TIMSS 2027 Main study
6.1.2. Produce final non-response bias analysis report for TIMSS 2027 Main study

Task 6.2 Technical and survey operations report

The contractor shall prepare a technical and survey operations report for each study summarizing procedures used in the United States for all TIMSS or ICILS tasks (sampling, recruitment, data collection, scoring, weighting, imputation, etc.) and describing any problems encountered, the contractor's solutions, and the contractor's recommendations for overcoming or avoiding these problems in future cycles. This report will also include the approved text of non-response bias analysis report.

The primary purpose of the main survey technical and operations report is to document those steps taken by the United States in undertaking and completing the study. The contractor is not required to duplicate any international technical or survey operations reports or information released by the ISO.  If the ISO will prepare an international technical or survey operations report, the contractor shall make recommendations to the NSL, as to the contents and scope of the U.S. technical report, for the NSL to review and approve.  In general, only those aspects of the survey operations in the United States (or any individual states that participate separately from the nation) that varied from the steps described in the international reports need be included.

The report serves as a data user's guide for main study data files, which should fully describe the sampling and weighting procedures used and provides examples of how to merge data and how to properly apply weights in order to correctly analyze the data and/or other software which can assist novice users in complex analysis techniques (e.g., replicate weights, plausible values) such as correlations, crosstabs, descriptive statistics, plot, standard errors, and others.

An example of a recently released technical report for TIMSS is:
https://nces.ed.gov/pubsearch/pubsinfo.asp?pubid=2018020.

A draft of the technical operations report, which can include placeholders for all parts that are dependent on the international or national data, shall be delivered to the NSL by the contractor 6 months prior to the release of the international technical reports (6.2.1). The final report shall be provided to the NSL within 5 months of the submission of the draft version of the report (6.2.2).

Once the draft report is approved by the NSL, it will enter NCES review (see Appendix K for details on the current NCES review process). The contractor shall work with the NSL at every step to revise and resubmit the reports until it receives final approval. Once approved, the

36

contractor shall also be required to provide the NSL with a professional quality 508-compliant PDF version of the reports for posting to the NCES website (6.2.3). As with all PDF products produced under this contract, the contractor must meet NCES web publishing standards in effect at the time the reports are produced.

Deliverables:
6.2.1    Draft technical or survey operations report
6.2.2    Produce final technical or survey operations report
6.2.3    Produce 508-compliant PDF version of report for posting on NCES website

Task 6.4 Main study electronic data files and user's guides and DIG element files.

For purposes of disseminating data for each study, the contractor shall prepare and deliver to the COR and NSL an electronic package with the data (on CD or other appropriate media) and the package shall contain, at a minimum:

- The U.S. dataset in public-use form, with all U.S.-specific variables (such as race/ethnicity, or other variables not included in the international dataset), in ASCII, so that it can be read into any statistical analysis software.

- A restricted-use U.S. dataset, with personally identifiable information (and any internationally restricted variables), in ASCII, so that it can be read into any statistical analysis software.

- SAS/PC, and SPSS/PC code files for extracting and merging data files

- READ.ME files that provide guidelines for accessing the data files and that describe the data files included in the released package, and how to merge them with the international datasets.

- Variable codebooks that provide a comprehensive list of every variable in the data file(s).

- Record layout files to assist data users with quickly locating the variable(s) of interest in the data files.

The contractor shall produce a U.S.-version of the public-use and restricted-use datasets for release through NCES. The construction of these dataset files will be modeled after those files previously released for the study.

The contractor shall submit a draft of the materials for review by the NSL within 15 months after the main data collection of each study (6.4.1)—since field test data is to be used for planning purposes only, no public-use or restricted-use datafile is needed for field test data. After NSL and internal NCES review, the contractor shall revise the materials and resubmit them for full NCES review (see Appendix H for a description of NCES review process).  Based on feedback from the full NCES review, the contractor shall revise the materials until they receive final approval (6.4.2).  The goal is to release the datasets through NCES within 5 months after submission of the draft datasets.

37

*The datasets produced under this task must make use of the dataset approved by the NCES Data Review Board (DRB).*

The contractor shall submit a draft of the data user's guide and variable codebook for the main datafiles for review by the NSL within 16 months after the main data collection of the study (6.4.3). After the NSL review, the contractor shall revise the user's guide and resubmit it for an internal NCES review. Based on feedback from the internal NCES review, the contractor shall revise the user's guide until it receives final approval (6.4.4). The user's guide will be ready for public release at the same time as the public-use and restricted-use datasets. In the past, the user's guide has been incorporated into the technical operations report (see task 6.2), which is then released at the same time as the public-use and restricted-use data files.

The U.S. study datasets will also be released through the International Data Explorer (IDE) online data analyzer (https://nces.ed.gov/surveys/international/ide/), as well as through online datasets which users can download to analyze offline. The contractor shall be required to provide the U.S. datasets in a form that can be easily incorporated into the IDE database in time for release of the updated IDE simultaneous with the study's international results release (or no less than 3 months before the international report's release). In addition, the contractor shall produce the data files and documentation necessary to post the U.S. datasets online, as has been done for prior datafiles (for example, see http://nces.ed.gov/PIRLS/datafiles.asp), including providing the record layout (6.4.5).

For any public-use datasets, NCES is required by law to develop and enforce standards designed to protect the confidentiality of individually identifiable respondents, including students and schools. Four separate laws cover the protection of the confidentiality of individually identifiable information collected by the National Center for Education Statistics (NCES): the Privacy Act of 1974, the Education Sciences Reform Act of 2002, the USA Patriot Act of 2001, and the FISMA 2014 (Federal Information Security Modernization Act) of 2014. See appendix B for more details on the laws that regulate NCES data collections as well as requirements the contractor must implement to secure respondent identity.

The contractor shall also prepare DIG element files to be submitted to NCES Technical Review along with the datasets. Each data file requires one DIG element file, or a spreadsheet containing each variable, with information such as metadata elements and variable labels and descriptions. The contractor shall follow NCES requirements for the DIG element files, provided by the COR. (6.4.6).

Deliverables:
6.4.1 Draft public-use datafile package (TIMSS 2027 main data)
6.4.2 Final public-use datafile package (TIMSS 2027 main data)
6.4.3 Draft user's guide for TIMSS 2027 main datafile
6.4.4 Final user's guide for TIMSS 2027 main datafile
6.4.5 U.S. datasets for the TIMSS 2027 main study in a format that can be incorporated into the
         IDE database
6.4.6 DIG element files for the TIMSS 2027 main study

## H.    Inspection and Acceptance Procedures

Unless otherwise specified, deliverables shall not be physically delivered to the COR. Instead, the COR shall be notified of the deliverable's placement within the IMS. An important function of the IMS from the COR's viewpoint is the IMS capability to retrieve deliverables.
The contractor shall consult with the COR before making any major decisions or developing the required deliverables. To facilitate this communication, the contractor shall make frequent phone calls to NCES to discuss potential project problems and progress. The contractor shall set up an electronic system for transferring information via electronic mail and microcomputers. In addition, the contractor shall provide the COR access to files and systems within the Integrated Monitoring System and remote access for monitoring CATI operations.

All materials must be approved before release. The contractor shall not release any data in raw or derived form to anyone without COR's review and approval.

## I.    Schedule of Deliverables

In this section, RTI provides a proposed schedule of deliverables, the international project schedule, and an overall project schedule.  [Starts on next page.]

39

Schedule of Deliverables for TIMSS 2023 National Contract - Updated July 2021

## Schedule of Deliverables

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| **Task 1: Project Management** | | | FFP | | |
| 1.1 Post-Award Project Meeting | | | | | |
| | 1.1.1 | *Post-award meeting agenda and materials* | | no later than 2 business days before meeting | meeting materia |
| | 1.1.2 | *Minutes and attendee list from post-award meeting* | | no later than 4 business days after meeting | meeting materia |
| 1.2 Project Management Plan | | | | | |
| | 1.2.1 | *Revised draft project management plan* | | no later than 2 weeks after the start of the contract | 1 electr |
| | 1.2.2 | *Final project management plan* | | within 3 weeks of COR comments | 1 electr |
| | 1.2.3 | *Post-Mod revised draft project management plan* | | no later than 4 weeks after contract modification | 1 electr |
| | 1.2.4 | *Post-Mod final project management plan* | | within 3 weeks of COR comments | 1 electr |
| 1.3 Data Security Plan | | | | | |
| | 1.3.1 | *Draft data security plan* | | no later than 2 weeks after the start of the contract | 1 electr |
| | 1.3.2 | *Final data security plan* | | within 3 weeks after contract modification | 1 electr |
| 1.4 Staff Security Requirements | | | | | |
| | 1.4.1 | *List of all personnel with signed Affidavits of Nondisclosure* | | within 4 weeks of contract award; updated monthly | 1 electr |
| 1.5 Monthly study invoices and progress and financial reports | | | | | |
| | 1.5.1 | *Draft invoicing plan* | | no later than 2 weeks after the start of the contract | 1 electr |
| | 1.5.2 | *Final invoicing plan* | | within 1 week of receipt of comments | 1 electr |
| | 1.5.3 | *Draft monthly study progress and financial report format* | | no later than 2 weeks after the start of the contract | 1 electr |
| | 1.5.4 | *Final monthly study progress and financial report format* | | within 1 week of receipt of comments | 1 electr |
| | 1.5.5 | *Regular monthly study progress and financial reports* | | monthly | 1 electr |
| 1.6 Produce master study schedule | | | | | |
| | 1.6.1 | *TIMSS schedule* | | within 2 weeks of contract award | 1 electr |
| | 1.6.2 | *ICILS schedule* | | within 2 weeks of contract modification | 1 electr |
| 1.7 Project update meetings with contractor | | | | | |
| | 1.7.1 | *Regular project meetings materials including study schedule* | | For the life of contract; regular or biweekly; up to 40 meetings a year; 12 may be face-to-face | telepho |
| 1.8 Transmittal of study products and quality of deliverables | | | | | |
| | 1.8.1 | *Memo on setting up transfer/retrieval system(s)* | | within 4 weeks of contract award and prior to making use of the system for key contract deliverables | 1 electr |
| 1.9 Monthly IT report | | | | | |
| | 1.9.1 | *Monthly IT report* | | monthly, on the 15th of the month | 1 electr |
| 1.10 International project meetings | | | | | |
| | 1.10.1 | *NRC meeting trip reports* | | within 5 business days after the end of the meeting | 1 electr |
| | 1.10.2 | *International project meetings* | | per international schedule | 1 repres |
| 1.11 Project management portal | | | | | |
| | 1.11.1 | *Project portal for housing electronic copies of project* | | | |

40

Case 1:25-cv-01266-TNM   Document 60-2   Filed 08/12/26   Page 233 of 301

Schedule of Deliverables for TIMSS 2023 National Contract - Updated July 2021

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| | 2.1.1.2 | U.S. field test sampling frame, forms, and required data and documentation for submission to the ISO | | no later than 2 weeks before international delivery due date | 1 electr |
| | 2.1.1.3 | Draw U.S. field test sample | | upon approval of sampling plan | 1 electr |
| | 2.1.1.4 | Survey operation summary | | within 3 months after the end of the field test | 1 electr |
| 2.1.2 Main study sampling plan and sample | | | | | |
| | 2.1.2.1 | Prepare main study's sampling plans | | no later than 6 months before the international deadline for submission | 1 electr |
| | 2.1.2.2 | Complete and submit main study's U.S. sampling forms | | by established international delivery due date | 1 electr form |
| | 2.1.2.3 | Draw main study's samples | | upon approval of sampling plan | 1 electr |
| | 2.1.2.4 | Complete required sampling forms for main study | | by established international delivery due date | 1 electr |
| | 2.1.2.5 | Survey operation summary | | within 3 months after the end of the field test | 1 electr |
| **2.2 Adapt, Prepare Test and Produce Instruments** | | | | | |
| 2.2.1. Field test instruments | | | | | |
| | 2.2.1.1 | Submit draft instrument production plan for field test | | approval no later than 12 months before the scheduled start of the field test | 1 electr |
| | 2.2.1.2 | Submit final NCES-approved instrument production plan for field test | | plan within three weeks of receipt of NSL's comments | 1 electr |
| | 2.2.1.3 | Memo to NCES on national options to be considered, with the pros and cons for each option and the contractor's recommendations for which national options to be included in the study | | 3 weeks before the ISO international program manager or research coordinator meeting to review the background questionnaire for the field test. | 1 electr |
| | 2.2.1.4 | Compile national adaptations national options and request permission from the ISO to make these changes using the ISO's forms and procedures | | by established international delivery due date | 1 electr instrum |
| | 2.2.1.5 | Make national adaptations and add NCES-approved national options to field test instruments and submit all for layout verification | | in accordance with the international schedule | 1 electr hard co |
| | 2.2.1.6 | Prepare proofs or final electronic versions of field test instruments (both cognitive and non-cognitive) for NCES approval | | at least 3 weeks before the contractor plans to begin production and no later than 8 weeks before field test begins | 1 electr |
| | 2.2.1.7 | Submit NCES-approved final proofs or final electronic versions of field test instruments (both cognitive and non-cognitive) | | within 5 days of receipt of NSL's comments | 1 electr |
| 2.2.2 Main study instruments | | | | | |
| | 2.2.2.1 | Submit draft instrument production plan for main study | | approval no later than 6 months before the scheduled start of the main study data collection | 1 electr |
| | 2.2.2.2 | Submit final NCES-approved instrument production plan for main study | | plan within three weeks of receipt of NSL's comments | 1 electr |

41

Schedule of Deliverables for TIMSS 2023 National Contract - Updated July 2021

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| | 2.2.2.6 | *NCES web-ready PDFs or HTML of all questionnaires* | | no later than 1 month after the end of the main study | 1 electr |
| | 2.2.2.7 | *Survey operation summary* | | No later than 3 months after the end of the main study | 1 electr |
| | | | | | |
| **2.3 Office of Management and Budget (OMB) Clearances** | | | | | |
| 2.3.1 Obtain OMB clearance for field test data collection | | | | | |
| | 2.3.1.1 | *Draft OMB field test clearance package* | | no later than 9 months prior to the study's field test data collection | 1 electr |
| | 2.3.1.2 | *Revised OMB field test clearance package* | | within 5 business days of receiving NSL comments | 1 electr |
| | 2.3.1.3 | *Revised package based on ED comments* | | within 5 business days of receiving comments | 1 electr |
| | 2.3.1.4 | *Responses to OMB questions on packages* | | within 5 business days of receiving comments | 1 electr |
| | 2.3.1.5 | *Revised final field test clearance package for OMB approval* | | within 3 business days | 1 electr |
| 2.3.2 Obtain OMB clearance for the main study data collection | | | | | |
| | 2.3.2.1 | *Draft OMB main study clearance package or memo* | | at least 9 months before start of main study data collection or 9 months prior to recruitment of states/districts and schools for the main study for school-based data collection | 1 electr |
| | 2.3.2.2 | *Revised OMB main study clearance package or memo* | | within 5 business days of receiving NSL comments | 1 electr |
| | 2.3.2.3 | *Revised package or memo based on ED comments* | | within 5 business days of receiving comments | 1 electr |
| | 2.3.2.4 | *Responses to OMB questions on packages or memo* | | within 5 business days of receiving comments | 1 electr |
| | 2.3.2.5 | *Revised final main study clearance package or final memo for OMB approval* | | within 3 business days | 1 electr |
| | | | | | |
| **Task 3 Assessment Recruitment** | | | CR | | |
| **3.1 Recruitment** | | | | | |
| 3.1.1 Recruit Participants for Study Field Test | | | | | |
| | 3.1.1.1 | *Final Recruitment plan* | | within 4 months of contract award | 1 electr |
| | 3.1.1.2 | *Implement the recruitment plan for the field test* | | upon approval of final recruitment plan | |
| | 3.1.1.3 | *Deliver weekly recruitment status report for field test* | | weekly | 1 electr |
| | 3.1.1.4 | *Summary of the recruitment plan's implementation and survey operations* | | within 3 months after the end of the field test | 1 electr |
| | 3.1.1.5 | *Memo on lessons learned and recommendations for improving the recruitment plan for main study* | | within 3 months after the end of the field test | 1 electr |
| | 3.1.1.6 | *Final revised recruitment plan for main study* | | 2 weeks after receiving comments on memo and revised recruitment plan | 1 electr |
| 3.1.2 Recruit Participants for Main Study | | | | | |
| | 3.1.2.1 | *Implement the recruitment plan for the main study* | | upon approval of final recruitment plan | |
| | 3.1.2.2 | *Deliver weekly recruitment status report for main study* | | weekly | email c |
| | 3.1.2.3 | *Survey operation summary* | | within 3 months after the end of the main study | 1 electr |
| | | | | | |
| **Task 4 Data Collection** | | | CR | | |

42

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 235 of 301

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| | 4.1.1.7 | Memo outlining field test data collection recruitment and training issues suggestions for improvement of main study operations | | 1 month after completion of field test data coding and dataset creation. | 1 electr |
| 4.1.2 Recruit, train, and manage data collectors for study's main study | | | | | |
| | 4.1.2.1 | Draft plan for the recruitment, training, and management of data collection | | at least 3 months prior to training | 1 electr |
| | 4.1.2.2 | Final main study recruitment, training, and management plan | | within 3 weeks of receipt of NSL's comments | 1 electr |
| | 4.1.2.3 | Implement final main study recruitment, training, and management plan | | after data collection plan is approved by NSL | |
| | 4.1.2.4 | Draft of main study recruitment and training materials | | at least 4 weeks prior to training | 1 electr |
| | 4.1.2.5 | Final main study recruitment and training materials | | at least 5 business days before formal training begins | 1 electr |
| | 4.1.2.6 | Summary report on the success of training | | two weeks after the end of training | 1 electr |
| **4.2 Collect data** | | | | | |
| 4.2.1 Collect data for field test | | | | | |
| | 4.2.1.1 | Draft operations plan for the field test's data collection and quality assurance | | at least 3 months prior to the implementation of the field test | 1 electr |
| | 4.2.1.2 | Final operations plan for the field test's data collection and quality assurance | | within 3 weeks of receipt of NSL comments | 1 electr |
| | 4.2.1.3 | Implement operations plan for the field test's data collection and quality assurance | | upon approval of operations plan | |
| | 4.2.1.4 | Draft memo outlining recommendations for item revision and deletion based on field test results | | no later than 2 weeks prior to the ISO meeting at which the field test results will be discussed | |
| | 4.2.1.5 | Final memo outlining recommendations for item revision and deletion based on field test results | | within 5 days of receipt of NSL comments | |
| | 4.2.1.6 | Draft field test data collection summary with recommendations for main study | | within 1 month after completion of field test data coding and dataset creation | 1 electr |
| | 4.2.1.7 | Final field test data collection summary with recommendations for main study | | within 3 weeks of receipt of NSL comments | 1 electr |
| 4.2.2 Collect data for main study | | | | | |
| | 4.2.2.1 | Draft operations plan for the main study's data collection and quality assurance | | at least 3 months prior to the implementation of the main study | |
| | 4.2.2.2 | Final operations plan for the main study's data collection and quality assurance | | within 3 weeks of receipt of NSL comments | 1 electr |
| | 4.2.2.3 | Implement operations plan for the main study's data collection and quality assurance | | upon approval of operations plan | 1 electr |
| | 4.2.2.4 | Summary of main study's data collection's implementation and survey operations | | within 3 months at the end of the main study | 1 electr |

43

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| | 5.1.1.4 | *Field test scoring/coding training materials* | | at least 5 working days prior to being distributed to trainees | |
| | 5.1.1.5 | *Implement the approved plan for recruitment training and scoring program* | | | |
| | 5.1.1.6 | *Report on scoring/coding training and plan for improvements during main study* | | 1 month after completion of field tests | |
| 5.1.2 Score main study and code questionnaire data | | | | | |
| | 5.1.2.1 | *Final approved main study quality control plan* | | within 3 months of the submission of the field test data | 1 electr |
| | 5.1.2.2 | *Draft plan for the main study recruitment, training, and scoring program* | | at least 2 months prior to the anticipated start of data coding and scoring | 1 electr |
| | 5.1.2.3 | *Final plan for the main study recruitment, training, and scoring program* | | within 1 week of receiving comments | 1 electr |
| | 5.1.2.4 | *Main study scoring/coding training materials* | | at least 5 working days prior to their being distributed to trainees | 1 electr |
| | 5.1.2.5 | *Implement the approved main study plan for recruitment, training, and scoring* | | upon approval of plan | 1 electr |
| | 5.1.2.6 | *Summary of the recruitment training, and scoring program plan's implementation and survey operations.* | | within 3 months after the end of the main study | 1 electr |
| **5.2 Preparing, producing and delivering study data** | | | | | 1 electr |
| 5.2.1 Produce field test dataset for ISO | | | | | |
| | 5.2.1.1 | *Draft plan for field test data processing and delivery* | | 2 months prior to the creation of the dataset | |
| | 5.2.1.2 | *Final plan for field test data processing and delivery* | | within 1 week of receiving comments | 1 electr |
| | 5.2.1.3 | *Implement plan for data processing and delivery* | | upon approval of plan | 1 electr |
| | 5.2.1.4 | *Produce and deliver field test dataset* | | following the international schedule | 2 digital |
| | 5.2.1.5 | *Summary of the field test data processing and delivery plan's implementation and survey operations* | | within 3 months after the submission of the field test dataset | 1 electr |
| 5.2.2 Produce main study dataset for ISO | | | | | |
| | 5.2.2.1 | *Draft plan for main study data processing and delivery* | | 2 months prior to the creation of the data set | 1 electr receipt |
| | 5.2.2.2 | *Final plan for main study data processing and delivery* | | within 1 week of receiving comments | |
| | 5.2.2.3 | *Implement plan for data processing and delivery* | | upon approval of plan | |
| | 5.2.2.4 | *Produce and deliver main study dataset* | | 3 months prior to international deadline for submission | 1 electr |
| | 5.2.2.5 | *Summary of the main study data processing and delivery plan's implementation and survey operations* | | no later than 2 weeks prior to international deadline for submission; within 3 months after submission of main study dataset to ISO | 1 electr |
| **5.3 Prepare information for ISO responses** | | | | | |
| 5.3.1 Prepare responses for ISO information requests about field test data collection | | | | | |
| | 5.3.1.1 | *Draft copy of submission* | | with sufficient time before the international scheduled due date for the NSL to review the draft submission | 1 electr |
| | 5.3.1.2 | *Electronic copies of submissions* | | international scheduled due date | 1 electr |

44

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| 5.3.4 Produce U.S. chapter for the TIMSS Encyclopedia | | | | | |
| | 5.3.4.1 | *Draft U.S. chapter for TIMSS Encyclopedia* | | within six weeks of distribution of the chapter outline by the ISO/International Study Center | 1 electr |
| | 5.3.4.2 | *Final U.S. chapter for TIMSS Encyclopedia* | | by ISO deadline | 1 electr |
| | | | | | |
| **Task 6 Prepare technical documentation and release materials** | | | **FFP** | | |
| **6.1 Non-response bias analysis report** | | | | | |
| | 6.1.1 | *Draft non-response bias analysis report* | | no more than 5 months prior to the release of the international report | 1 electr |
| | 6.1.2 | *Produce final non-response bias analysis report* | | no later than 3 months of the release of the international reports | 1 electr |
| **6.2 Technical and survey operations report** | | | | | |
| | 6.2.1 | *Draft technical or survey operations report* | | no later than 6 months prior to the release of the international technical reports | 1 electr |
| | 6.2.2 | *Produce final technical or survey operations report* | | no longer than 5 months of the submission of the draft version of the report | 1 electr |
| | 6.2.3 | *Produce 508-compliant version of report for posting on NCES website* | | within 3 weeks following final report approval | 1 electr |
| | | | | | |
| **6.3 Webpages** | | | | | |
| | 6.3.1 | *Draft methodology and technical notes* | | no later than 6 months of the scheduled release of the international report | 1 electr |
| | 6.3.2 | *Produce final methodology and technical notes for posting on the NCES website* | | within 3 weeks following final report approval | 1 electr |
| **6.4 Main study electronic data files and user's guides and DIG element files** | | | | | |
| | 6.4.1 | *Draft public-use data file package (main data)* | | within 15 months after the main data collection of the study | 1 electr |
| | 6.4.2 | *Final public-use data file package (main data)* | | within 4 weeks of comments | 1 electr |
| | 6.4.3 | *Draft user's guide for main data file* | | within 16 months after the main data collection of the study | 1 electr |
| | 6.4.4 | *Final user's guide for main data file* | | within 4 weeks of comments | 1 electr |
| | 6.4.7 | *U.S. datasets in a format that can be incorporated into the IDE database* | | 3 months before release of the study's international report's release | 1 electr |
| | 6.4.8 | *DIG element files* | | submitted to NCES at the same time as the data file package | 1 electr |
| | | | | | |
| **Optional tasks** | | | | | |
| | | | | | |
| **Task 7 (Optional): Reporting and Dissemination** | | | **FFP** | | |

45

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| | 7.1.5 | Draft TIMSS 2023 national First Look report | | once the international PISA data files are made available | 1 electr |
| | 7.1.6 | Final, approved TIMSS 2023 national report (First Look) | | upon final approval for public release | 1 electr |
| | 7.1.7 | Draft TIMSS 2023 tables and figures for posting on the NCES TIMSS website | | no later than 3 months after the availability of the international dataset for PISA | 1 electr |
| | 7.1.8 | Final, approved TIMSS 2023 tables and figures for posting | | upon final approval for posting on the NCES PISA website | 1 electr |
| **7.2 TIMSS 2023 school reports** | | | | | |
| | 7.2.1 | Draft school report plan with prototypes | | at least 9 months before the expected date of the release of PISA 2021 "core" data in December 2022 | 1 electr |
| | 7.2.2 | Final school report plan | | within six months of the required data having been provided by the international contractor | 1 electr |
| | 7.2.3 | Final reports in hard copy and PDF | | upon receipt of final approval for public release | 1 electr |
| **7.3 ICILS 2023 First Look report** | | | | | |
| | 7.3.1 | Draft ICILS 2023 analysis plan for initial First Look | | No later than 12 months before the projected release date of the initial U.S. national First Look report in December 2022 | 1 electr |
| | 7.3.2 | Revised ICILS 2023 analysis plan for initial First Look | | within 2 weeks after receiving NCES comments on the draft plan | 1 electr |
| | 7.3.3 | Draft table/figure shells and other parts of the national report that do not require the availability of the datasets | | no later than 10 months prior to the scheduled release of the national report | 1 electr |
| | 7.3.4 | Final table/figure shells and other parts of the national report that do not require the availability of the datasets | | upon provisional approval from the technical review staff at NCES and IES | 1 electr |
| | 7.3.5 | Draft ICILS 2023 national First Look report | | once the international PISA data files are made available | 1 electr |
| | 7.3.6 | Final, approved ICILS 2023 national report (First Look) | | upon final approval for public release | 1 electr |
| | 7.3.7 | Draft ICILS 2023 tables and figures for posting on the NCES ICILS website | | no later than 3 months after the availability of the international dataset for PISA | 1 electr |
| | 7.3.8 | Final, approved ICILS 2023 tables and figures for posting | | upon final approval for posting on the NCES PISA website | 1 electr |
| **7.4 ICILS 2023 school reports** | | | | | |
| | 7.4.1 | Draft school report plan with prototypes | | at least 9 months before the expected date of the release of PISA 2021 "core" data in December 2022 | 1 electr |
| | 7.4.2 | Final school report plan | | within six months of the required data having been provided by the international contractor | 1 electr |
| | 7.4.3 | Final reports in hard copy and PDF | | upon receipt of final approval for public release | 1 electr |
| **Task 8 (Optional): Utilize Expert Help** | | | FFP | | |
| **8.1 Expert panel for TIMSS** | | | | | |
| | 8.1.1 | Summary report | | within two weeks following the panel meeting or conclusion of activities that took place during meeting. | 1 electr |
| **8.2 Expert panel for ICILS** | | | | | |

46

Case 1:25-cv-01266-TNM    Document 60-2    Filed 08/12/26    Page 238 of 301

Schedule of Deliverables for TIMSS 2023 National Contract - Updated July 2021

| Tasks | Deliverable no. | Activity | Type of task | Due Date | |
|---|---|---|---|---|---|
| Task 10 (Optional): Additional Sample | | | CR | | |
| | 10.1 | Prepare update of main study's U.S. school and student sampling plans with additional sample | | according to the international schedule | 1 electr |
| | | | | | |
| Task 11 (Optional): Comparison with NAEP | | | CR | | |
| | 11.1 | TIMSS-NAEP Comparison report | | prior to the scheduled release of the national report | 1 electr |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

47

**Appendix A.  Tentative Timelines for Data Collection**



# TIMSS 2027 Draft Schedule Highlights

*Please note: Dates listed below are tentative and subject to change*

| 2025 | |
| --- | --- |
| Feb | 1st NRC meeting – Review schedule, review/update assessment frameworks and provide an overview of designs and procedures (Hamburg, Germany) |
| Mar/Apr | 2nd NRC meeting – Sampling update, overview of survey operations, and item writing workshop (location TBD) |
| Apr–Jul | Field test achievement and questionnaire item development |
| May | Sampling activities begin |
| Jul | Finalize field test instruments (online reviews) |
| Aug/Sep | 3rd NRC meeting – Overview of final field test instruments; review of sampling, translation, and survey operations procedures (location TBD) |
| Oct–Feb 2026 | Field test instrument translation, verification, localization |
| Oct/Nov | Data management seminar for the field test (Hamburg, Germany) |
| **2026** | |
| Feb–Mar | National field test players provided |
| Mar–Apr | Conduct field test |
| Feb/Mar | 4th NRC meeting – Conduct scoring training for the field test (online) |
| Apr | Field test scoring system made available to countries |
| Apr–May | NRCs submit all field test data to IEA Hamburg |
| Jul | Planned release of trend materials for review or translations/adaptations |
| Aug | 5th NRC meeting – Review and finalize instruments for the data collection and presentation of survey operations (location TBD) |
| Oct | Release of data collection instruments for translations and/or adaptations |
| Oct–Apr 2027 | Assessment instrument translation, verification, localization |
| Oct | Data management seminar for the main data collection |
| **2027** | |
| Feb–June | National data collection players provided |
| Mar–Jun | Data collection (Northern Hemisphere) |
| Mar | 6th NRC meeting – Overview of data management procedures, conduct scoring training for the data collection (location TBD) |
| Apr | Data collection scoring system made available to countries |
| Jun–Aug | Northern Hemisphere countries submit data to IEA Hamburg |
| Oct–Dec | Data collection (Southern Hemisphere) |

| 2028 | |
|---|---|
| Dec–Jan 2028 | Southern Hemisphere countries submit data to IEA Hamburg |
| Mar | 7th NRC meeting – Review draft report outline and exhibits for the international report and discussions of TIMSS 2027 Insights reports (location TBD) |
| Mar–Jun | Data analysis and scaling |
| Jul | 8th NRC meeting – Review draft TIMSS 2027 International Report and discuss plans for national and international report (online) |
| Jul | National database training (online) |
| Dec | Release of the TIMSS 2027 International Report |
| 2029 | |
| Jan | TIMSS 2027 International Database and User Guide available |
| Feb | 9th NRC meeting – Conduct training on analyzing the TIMSS 2027 International Database and launch the TIMSS 2031 cycle (location TBD) |

**Proposed Project Schedule for TIMSS 2027**

| Task Number | Activity Name | Start Date | End Date |
|---|---|---|---|
| | TIMSS 2027 | 08/01/25 | 11/30/29 |
| 1.0 | **Project Management** | 08/01/25 | 11/30/29 |
| 1.1 | **Post-Award Project Meeting** | **08/01/25** | **08/08/25** |
| 1.1.1 | Post-Award meeting agenda and materials (1.1.1) | 08/01/25 | 08/04/25 |
| 1.1.2 | Post-Award meeting | 08/04/25 | 08/04/25 |
| 1.1.3 | Minutes and attendee list from post-award meeting (1.1.2) | 08/05/25 | 08/08/25 |
| **1.4** | **Staff Security Requirements** | **08/01/25** | **11/30/29** |
| 1.4.1 | List of all personnel with signed affidavits (1.4.1) | 08/01/25 | 08/28/25 |
| 1.4.2 | Maintain list of personnel with affidavits and update monthly | 08/29/25 | 11/30/29 |
| 1.5 | Quarterly study invoices and progress and financial reports | **08/01/25** | **11/30/29** |
| 1.5.7 | Quarterly study progress and financial reports (1.5.5) | 08/01/25 | 11/30/29 |
| **1.6** | **Produce master study schedule** | **08/01/25** | **11/30/29** |
| 1.6.1 | Create/deliver TIMSS schedule (1.6.1) | 08/01/25 | 08/19/25 |
| 1.6.2 | Maintain schedule and submit for each update meeting | 08/20/25 | 11/30/29 |
| **1.7** | **Project update meetings with contractor** | **08/01/25** | **11/30/29** |
| 1.7.1 | Regular project meeting materials including study schedule (1.7.1) | 08/01/25 | 11/30/29 |
| **1.9** | **Quarterly IT report** | **08/01/25** | **11/30/29** |
| 1.9.1 | Quarterly IT report (1.9.1) | 08/01/25 | 11/30/29 |
| **1.10** | **International project meetings** | **08/01/25** | **11/30/29** |
| 1.10.1 | NRC meeting trip reports (1.10.1) | 08/01/25 | 11/30/29 |
| 1.10.2 | International project meetings (1.10.2) | 08/01/25 | 11/30/29 |
| **1.11** | **Project management portal** | **08/01/25** | **11/30/29** |
| 1.11.1 | Re-establish project management portal  (1.11.1) | 08/01/25 | 09/02/25 |
| 1.11.2 | Maintain project management portal | 08/01/25 | 11/30/29 |
| **2.0** | **Assessment Preparation** | **08/01/25** | **09/21/27** |
| **2.1** | **Develop sampling plans and select samples** | **08/01/25** | **09/21/27** |
| **2.1.1** | **Main study sampling plan and sample** | **08/01/25** | **09/21/27** |
| 2.1.1.1 | Prepare main study's sampling plans (2.1.1.1) | 08/01/25 | 11/05/25 |
| 2.1.1.2 | Complete and submit main study's U.S. sampling plan forms (2.1.1.2) | 03/02/26 | 07/29/26 |
| 2.1.1.4 | Complete required sampling forms for main study (2.1.1.4) | 03/02/26 | 07/29/26 |
| | Draw student and teacher samples | 08/01/26 | 05/31/27 |
| **2.2** | **Adapt, Prepare, Test, and Produce Instruments** | **05/04/26** | **08/31/27** |
| **2.2.1** | **Main study instruments** | **05/04/26** | **08/31/27** |
| 2.2.1.1 | Submit draft instrument production plan for main study (2.2.1.1) | 05/04/26 | 06/19/26 |
| 2.2.1.2 | NCES review of draft instrument production plan for main study | 06/20/26 | 07/11/26 |
| 2.2.1.3 | Submit final NCES-approved instrument production plan for main study (2.2.1.2) | 07/12/26 | 08/02/26 |
| 2.2.1.4 | Compile national adaptations/options and request permission from ISO to make these changes (2.2.2.3) | 07/15/26 | 08/14/26 |
| 2.2.1.5 | Make national adaptations and add NCES-approved national options to main study instruments (2.2.1.4) | 09/20/26 | 10/20/26 |
| 2.2.1.6 | Prepare proofs or final electronic versions of final main study instruments (2.2.1.5) | 12/01/26 | 12/30/26 |
| 2.2.1.7 | NCES web-ready PDFs or HTML of all questionnaires (2.2.1.6) | 06/01/27 | 06/28/27 |
| **2.3** | **OMB Clearances** | **08/01/25** | **01/30/27** |
| **2.3.1** | **Obtain OMB clearance for main study data collection** | **08/01/25** | **01/30/27** |
| **2.3.1.1** | **OMB clearance for main study sampling, recruitment and data collection** | **08/01/25** | **02/20/26** |
| 2.3.1.1.1 | First draft OMB main study clearance package for NCES review | 08/01/25 | 08/11/25 |

50

| Task Number | Activity Name | Start Date | End Date |
|---|---|---|---|
| 2.3.1.1.2 | NCES review of draft package | 08/12/25 | 08/25/25 |
| 2.3.1.1.3 | Draft OMB main study clearance package (2.3.1.1) | 08/26/25 | 09/02/25 |
| 2.3.1.1.4 | OMB liaison review | 09/03/25 | 09/17/25 |
| 2.3.1.1.5 | Revised OMB main study clearance package (2.3.1.2) | 09/18/25 | 09/24/25 |
| 2.3.1.1.6 | ED review | 09/25/25 | 10/09/25 |
| 2.3.1.1.7 | Revised package based on ED comments (2.3.1.3) | 10/10/25 | 10/17/25 |
| 2.3.1.1.8 | 60-day Federal Register Notice | 10/20/25 | 12/22/25 |
| 2.3.1.1.9 | 30-day Federal Register Notice and submit to OMB | 12/23/25 | 01/30/26 |
| 2.3.1.1.10 | OMB review | 02/02/26 | 02/06/26 |
| 2.3.1.1.11 | Responses to OMB questions on package (2.3.1.4) | 02/09/26 | 02/13/26 |
| 2.3.1.1.12 | Revised final main study clearance package for OMB approval (2.3.1.5) | 02/16/26 | 02/20/26 |
| **2.3.2.2** | **OMB clearance for main study data collection change memo** | **11/03/26** | **01/30/27** |
| 2.3.2.2.1 | First draft change memo for NCES review | 11/03/26 | 11/19/26 |
| 2.3.2.2.2 | NCES review of draft change memo | 11/20/26 | 12/01/26 |
| 2.3.2.2.3 | Draft OMB change memo after NCES review | 12/02/26 | 12/08/26 |
| 2.3.2.2.4 | OMB liaison review | 12/09/26 | 12/15/26 |
| 2.3.2.2.5 | Revised OMB change memo | 12/16/26 | 12/22/26 |
| 2.3.2.2.6 | OMB review/responses to questions | 12/23/26 | 01/30/27 |
| 2.3.2.2.7 | OMB approval | 01/30/27 | 01/30/27 |
| **3.0** | **Assessment Recruitment** | **04/01/26** | **08/31/27** |
| **3.1** | **Recruitment** | **04/01/26** | **08/31/27** |
| **3.1.1** | **Recruit Participants for Main Study** | **04/01/26** | **08/31/27** |
| 3.1.1.1 | Update/submit the final participants recruitment plan (if no FT) | 04/01/26 | 07/24/26 |
| 3.1.1.2 | Implement the recruitment plan for main study (3.1.1.1) | 04/06/26 | 08/18/27 |
| 3.1.1.3 | Deliver weekly recruitment status report for main study (3.1.1.2) | 04/06/26 | 08/18/27 |
| **4.0** | **Data Collection** | **06/01/26** | **08/31/27** |
| **4.1** | **Recruit, train, and manage data collectors** | **06/01/26** | **02/25/27** |
| **4.1.1** | **Recruit, train, and manage data collectors for main study** | **06/01/26** | **02/25/27** |
| 4.1.1.1 | Draft plan for the recruitment, training, and management of data collection (4.1.1.1) | 06/01/26 | 06/26/26 |
| 4.1.1.2 | NCES review of draft plan for recruitment and training | 06/29/26 | 07/16/26 |
| 4.1.1.3 | Final main study recruitment, training, and management plan (4.1.1.2) | 07/16/26 | 08/13/26 |
| 4.1.1.4 | Implement final main study recruitment, training, and management plan (4.1.1.3) | 08/14/26 | 05/31/27 |
| 4.1.1.5 | Draft of main study recruitment and training materials (4.1.1.4) | 12/01/26 | 12/31/26 |
| 4.1.1.6 | NCES review of main study recruitment and training materials | 01/04/27 | 01/29/27 |
| 4.1.1.7 | Final main study recruitment and training materials (4.1.1.5) | 02/01/27 | 02/05/27 |
| 4.1.1.8 | Main study training | 02/08/27 | 02/10/27 |
| **4.2** | **Collect data** | **08/03/26** | **08/31/27** |
| **4.2.2** | **Collect data for main study** | **08/03/26** | **08/31/27** |
| 4.2.2.1 | Draft operations plan for the main study's data collection and quality assurance (4.2.2.1) | 08/03/26 | 09/14/26 |
| 4.2.2.2 | NCES review of main study data collection plan | 09/15/26 | 09/28/26 |
| 4.2.2.3 | Final operations plan for the main study's data collection and quality assurance (4.2.2.2) | 09/29/26 | 10/19/26 |
| 4.2.2.4 | Implement operations plan for the main study's data collection and quality assurance (4.2.2.3) | 03/22/27 | 05/31/27 |
| **5.0** | **Scoring, Coding, and Data Delivery** | **06/01/26** | **10/13/28** |
| **5.1** | **Scoring and Coding** | **06/01/26** | **03/13/27** |

51

| Task Number | Activity Name | Start Date | End Date |
|---|---|---|---|
| **5.1.1** | **Score main study and code questionnaire data** | **06/01/26** | **03/13/27** |
| 5.1.1.1 | Draft main study quality control plan | 06/01/26 | 10/02/26 |
| 5.1.1.2 | NCES review of main study quality control plan | 10/05/26 | 10/16/26 |
| 5.1.1.3 | Final approved main study quality control plan (5.1.2.1) | 10/19/26 | 10/23/26 |
| 5.1.1.4 | Draft plan for the main study recruitment, training, and scoring program (5.1.2.2) | 12/15/26 | 01/14/27 |
| 5.1.1.5 | NCES review of main study recruitment, training, and scoring plan | 01/15/27 | 02/13/27 |
| 5.1.1.6 | Final plan for the main study recruitment, training, and scoring program (5.1.2.3) | 02/16/27 | 02/20/27 |
| 5.1.1.7 | Main study scoring/coding training materials (5.1.2.4) | 02/23/27 | 03/13/27 |
| **5.1.1.8** | **Implement the approved main study plan for recruitment, training, and scoring (5.1.1.8)** | **01/05/27** | **09/30/27** |
| 5.1.1.8.1 | Recruitment | 01/05/27 | 02/15/27 |
| 5.1.1.8.2 | Training | 03/09/27 | 03/15/27 |
| 5.1.1.8.3 | Scoring and Coding | 03/27/27 | 06/30/27 |
| **5.2** | **Preparing, producing, and delivering study data** | **04/01/27** | **01/24/28** |
| **5.2.2** | **Produce main study dataset for ISO** | **04/01/27** | **01/24/28** |
| 5.2.2.1 | Draft plan for main study data processing and delivery (5.2.2.1) | 04/01/27 | 05/03/27 |
| 5.2.2.2 | NCES review of draft plan for main study data processing and delivery | 05/04/27 | 05/18/27 |
| 5.2.2.3 | Final plan for main study data processing and delivery (5.2.2.2) | 05/19/27 | 05/25/27 |
| **5.2.2.4** | **Disclosure risk review** | **05/01/27** | **09/08/27** |
| 5.2.2.4.1 | Create/Submit draft disclosure analysis plan (DAP) to NCES | 05/01/27 | 06/01/27 |
| 5.2.2.4.2 | NCES review of draft DAP | 06/02/27 | 06/08/27 |
| 5.2.2.4.3 | Revise DAP | 06/09/27 | 06/15/27 |
| 5.2.2.4.4 | IES DRB review of DAP | 06/16/27 | 06/29/27 |
| 5.2.2.4.5 | Revise DAP as necessary | 06/30/27 | 07/06/27 |
| 5.2.2.4.6 | Create/submit swapping memo to IES DRB chair | 07/13/27 | 07/26/27 |
| 5.2.2.4.7 | Receiving swapping details from IES DRB chair | 07/19/27 | 07/30/27 |
| 5.2.2.4.8 | Implement disclosure risk plan | 08/02/27 | 08/24/27 |
| 5.2.2.4.9 | IES DRB review/approval of main study data file | 08/26/27 | 09/08/27 |
| 5.2.2.5 | Implement plan for data processing and delivery (5.2.2.3) | 07/05/27 | 09/29/27 |
| 5.2.2.6 | Produce and deliver main study dataset to NCES (5.2.2.4) | 08/24/27 | 09/15/27 |
| | Deadline for Northern Hemisphere countries to submit data to the IEA Hamburg | 09/30/27 | 09/30/27 |
| **5.3** | **Prepare information for ISO responses** | **10/01/27** | **10/13/28** |
| **5.3.2** | **Prepare responses to ISO information requests about main study data collection** | **10/01/27** | **10/13/28** |
| 5.3.2.1 | Draft copy of submission (5.3.2.1) | 10/01/27 | 10/13/28 |
| 5.3.2.2 | Electronic copies of submissions (5.3.2.2) | 10/01/27 | 10/13/28 |
| **5.3.3** | **Prepare national curriculum questionnaires** | **03/22/27** | **07/30/27** |
| 5.3.3.1 | Draft responses to national curriculum questionnaires (5.3.3.1) | 03/22/27 | 05/14/27 |
| 5.3.3.2 | NCES review of the draft reponses to national curriculum questionnaires; revisions | 05/14/27 | 07/12/27 |
| 5.3.3.3 | Final responses to national curriculum questionnaires (5.3.3.2) | 07/12/27 | 07/30/27 |
| | Deadline for National Research Coordinators to complete Curriculum Questionnaire | 09/30/27 | 09/30/27 |
| **5.3.4** | **Produce U.S. chapter for the TIMSS Encyclopedia** | **03/15/27** | **02/01/28** |
| 5.3.4.1 | Draft U.S. chapter for TIMSS Encyclopedia (5.3.4.1) | 03/15/27 | 04/23/27 |
| | NCES review and RTI revision | 04/26/27 | 09/29/27 |
| 5.3.4.2 | Final U.S. chapter for TIMSS Encyclopedia (5.3.4.2) | 09/30/27 | 09/30/27 |
| | Deadline for National Research Coordinators to submit Encyclopedia chapters | 09/30/27 | 09/30/27 |

52

| Task Number | Activity Name | Start Date | End Date |
|---|---|---|---|
| | Data Feedback | 04/03/28 | 05/19/28 |
| | v1.1 data feedback due to IEA Hamburg | 04/03/28 | 04/14/28 |
| | v1.2 data with almanacs and documentation posted for final signoff | 04/14/28 | 05/02/28 |
| | Countries submit signed data confirmation form | 05/12/28 | 05/12/28 |
| | Sampling weights finalized by RTI sampling & sent to ISC | 05/15/28 | 05/19/28 |
| 5.3.5 | **Produce Test Curriculum Matching Analysis Responses (TCMA)** | **03/15/27** | **02/01/28** |
| | Draft TCMA survey responses | 03/15/27 | 04/23/27 |
| | NCES review and RTI revision | 04/26/27 | 09/29/27 |
| | Final TCMA survey responses | 09/30/27 | 09/30/27 |
| **6.0** | **Prepare technical documentation and release materials** | **07/02/27** | **11/30/29** |
| **6.1** | **Non-response bias analysis report** | **07/10/28** | **11/17/28** |
| 6.1.1 | Draft non-response bias analysis report (6.1.1) | 07/10/28 | 08/11/28 |
| 6.1.2 | NCES review; revisions | 08/11/28 | 08/25/28 |
| 6.1.2 | Revise NRBA report | 08/25/28 | 09/05/28 |
| 6.1.2 | Compliance Review | 09/05/28 | 09/19/28 |
| 6.1.2 | Technical review | 09/19/28 | 10/06/28 |
| 6.1.2 | Revise NRBA report | 10/06/28 | 10/19/28 |
| 6.1.2 | Compliance review | 10/19/28 | 10/27/28 |
| 6.1.2 | Produce final non-response bias analysis report (6.1.2) | 10/27/28 | 11/17/28 |
| **6.2** | **Technical and survey operations report (User Guide)** | **06/19/28** | **11/05/29** |
| 6.2.1 | Draft technical or survey operations report (6.2.1) | 06/19/28 | 09/04/28 |
| 6.2.2 | COR/NCES review of draft technical or survey operations report; revisions | 09/05/28 | 02/02/29 |
| 6.2.2 | Produce final technical or survey operations report (6.2.2) | 02/02/29 | 02/02/29 |
| 6.2.2 | Final approval of technical or survey operations report | 02/05/29 | 11/01/29 |
| 6.2.2 | Produce 508-compliant PDF version of report for posting on NCES website (6.2.3) | 11/02/29 | 11/05/29 |
| **6.4** | **Main study electronic data files and user's guides and DIG element files** | **07/02/27** | **11/05/29** |
| 6.4.1 | Draft public-use datafile package (main data) (6.4.1) | 07/03/27 | 09/29/28 |
| 6.4.2 | NCES review of public-use datafile package; revisions | 10/02/28 | 05/01/29 |
| 6.4.3 | Final public-use datafile package (main data) (6.4.2) | 05/01/29 | 05/30/29 |
| 6.4.4 | Draft user's guide for main datafile (6.4.3) | 07/02/27 | 10/30/28 |
| 6.4.5 | NCES review and revision of user's guide | 10/02/28 | 11/01/29 |
| 6.4.6 | Final user's guide for main datafile (6.4.4) | 11/01/29 | 11/05/29 |
| 6.4.7 | U.S. datasets In a format that can be incorporated into the IDE database (6.4.5) | 11/01/29 | 11/05/29 |
| 6.4.8 | DIG element files (6.4.6) | 07/03/27 | 11/05/29 |

A.2 Proposed ICILS 2023 Project Schedule (tentative)

The following is an updated timeline of the major milestones for the next cycle of ICILS in 2023 according to IEA. This has been established on the assumption that the main study data collection will take place in Northern Hemisphere countries in the first half of 2023, and in the Southern Hemisphere countries towards the end of 2023.

*(NRC = National Research Coordinator)*
**Bold = data collection activities**

| Milestone | Period or Date |
|---|---|
| Recruit countries and preliminary work | October 2018 to November 2020 |
| Framework review preparation | January to March 2020 |
| NRC meeting 1 | March 2020 |
| Initial framework revision | April 2020 to July 2020 |
| Initial instrument development | April 2020 to July 2020 |
| Instrument development | July 2020 to April 2021 |
| Framework development | July 2020 to April 2021 |
| NRC meeting 2 (discussion of draft framework and instruments) | November 2020 |
| Sampling Workshop | 11 March 2021 |
| **Pilot study (optional)** | **24 May – 6 June 2021** |
| NRC Meeting 3 (discussion of final field trial instruments) | 29/30 Jun, 6/7 Jul and 13/14 Jul |
| Standard Operating Practices (SOP) 2 (field trial working with schools) release | 30 July, 2021 |
| Field Trial instrument release and SOP 3 (field trial material preparation) release | 13 September, 2021 |
| SOP 4 (field trial on data collection and quality monitoring procedures), school coordinator manual, test administrator manual release | 1 October, 2021 |
| Field Operations Training Seminar | 8-10 November, 2021 |
| Field trial preparations (operations and instruments) | June 2021 to February 2022 |
| SOP 5 (post data collection coding and scoring), scoring guide release | **End of January 2022** |
| Scoring Training | If in person<br>CIL<br>Begin: 7 February, 2022 (1:30pm CET)<br>End: 10 February, 2022 (5pm CET)<br>CT:<br>11 February 2022 (9am to 12:30pm CET)<br>If online only:<br>11am to 2.30pm (CET)<br>CIL: 7, 8 & 9 February, 2022<br>CT: 10 February, 2022 |
| **Field trial implementation** | **February to May 2022** |
| **Field Trial data submission** | **15 June 2022** |
| Field trial data processing and analysis | April to July 2022 |
| NRC Meeting 4 (review of field trial outcomes and final instruments) | 13-17 September, 2022 |
| Finalization of main survey instruments | July to October 2022 |
| Finalization and publication of assessment framework | June 2022 to December 2022 |

54

| | |
|---|---|
| Main survey instruments release | October 2022 |
| **NRC main survey training seminar (northern hemisphere)** | **November 2022** |
| Main survey preparations (operations and instruments) | July 2022 to July 2023 |
| **Main survey implementation (northern hemisphere)** | **February to May 2023** |
| National contexts survey (northern hemisphere) | May to July 2023 |
| **Main survey data submission (northern hemisphere)** | **End of July 2023** |
| **NRC main survey training webinar (southern hemisphere)** | **June 2023** |
| **Main survey implementation (southern hemisphere)** | **September to November 2023** |
| National contexts survey (southern hemisphere) | October to December 2023 |
| **Main survey data submission (southern hemisphere)** | **December 2023** |
| Data compilation and analysis | May 2023 to February 2024 |
| International Report development | November 2023 to July 2024 |
| NRC Meeting 5 (review of draft main survey reports) | June 2024 |
| International Report finalization | July to September 2024 |
| **International Report release** | **November 2024** |
| Updated ICILS 2023 Technical Report and database release | March 2025 |

**Appendix B. Data Confidentiality, Data Security Plan, and Affidavit of Nondisclosure, and Contractor Employee Security Screening Requirements**

B.1 Confidentiality of Individuals and Institutions

NCES assures participating individuals and institutions that any data collected conforms to the IES standards for protecting the privacy of individuals as required by 20 U.S.C., § 9573:

> …all collection, maintenance, use, and wide dissemination of data by the Institute, including each office, board, committee, and Center of the Institute, shall conform with the requirements of section 552A of Title 5, United States Code [which protects the confidentiality rights of individual respondents with regard to the data collected, reported, and published under this title]. (20 U.S.C., § 9573)

Under the Education Sciences Reform Act of 2002 (ESRA 2002), all individually identifiable information about students, their families, and their schools shall remain confidential. To this end, this law requires that no person may:

- Use any individually identifiable information furnished under the provisions of this section for any purpose other than statistical purposes for which it is supplied, except in the case of terrorism;
- Make any publication whereby the data furnished by any particular person under this section can be identified; or
- Permit anyone other than the individuals authorized by the Commissioner to examine individual reports.

Further, individually identifiable information is immune from legal process, and shall not, without the consent of the individual concerned, be admitted as evidence or used for any purpose in any action, suit, or other judicial or administrative proceeding, except in the

55

case of terrorism. Employees, including temporary employees, or other persons who have sworn to observe the limitations imposed by this law, who knowingly publish or communicate any individually identifiable information will be subject to fines of up to $250,000 or up to 5 years in prison, or both (Class E felony).

B.2 Information Collection Request (ICR)

All respondents asked to participate in data collection initiatives shall be informed of the following:

- NCES enabling legislation which authorizes the information collection,
- purposes for which the information is needed,
- uses that may be made of the information,
- that data will not be reported in a way to reveal individual responses,
- participation is voluntary, and
- no adverse action will result if the requested information is not provided.

Survey respondents, if they so request, must be given access to their records and be permitted to amend their responses.

B.3 Protection and Security of Data

The confidentiality of individually identifiable information contained in project documents, data, and other information supplied by the National Center for Education Statistics, U.S. Department of Education (NCES/ED) or information acquired in the course of performance under this contract where the information was furnished under the provisions of 20 U.S.C., § 9573 is a material aspect of the contract and must be maintained, secured, and protected from disclosure as provided in 20 U.S.C., § 9573. The Privacy Act of 1974 (5 U.S.C. 552a) also applies.

The contractor shall enforce strict procedures for assuring confidentiality.  These procedures shall apply to all phases of the project and should include but not be limited to: information used to locate study respondents, data collection in the field, coding and editing phases of data prior to machine processing, safeguarding response documents, and maintenance of any respondent follow-up information. Contractor shall physically separate the identifying data required for any follow-up from data required for research purposes.

The contractor shall be familiar with and comply with:

1) The Privacy Act of 1974 (5 U.S.C. 552a),

2) Confidentiality Information Protection and Statistical Efficiency Act (CIPSEA) of 2002 (P.L. 107-347, Title V, Subtitle A, "Confidential Information Protection"),

3) Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. 1232g; 34 CFR Part 99),

4) The Freedom of Information Act (5 U.S.C. 552),

56

5) The Education Sciences Reform Act of 2002 (20 U.S.C., § 9573),

6) No Child Left Behind Act (20 U.S.C. 70),

7) USA Patriot Act of 2001 (P.L. 107-56),

8) Office of Management and Budget (OMB) Federal Statistical Confidentiality Order of 1997,

9) OMB Guidance of 7/12/2006 on the Reporting of Incidents Involving Personally Identifiable Information (M-17-12) https://obamawhitehouse.archives.gov/sites/default/files/omb/memoranda/2017/m-17-12_0.pdf

10) OMB Guidance of 5/22/2006 on Safeguarding Personally Identifiable Information (M- 06-15 https://georgewbush-whitehouse.archives.gov/omb/memoranda/fy2006/m-06-15.pdf

11) Federal Information Security Modernization Act (FISMA) of 2014 (P.L. 107-347, Title III),

12) Any new legislation that impacts the data collection through this contract.

The contractor shall maintain the confidentiality of all documents, data, and other information supplied by NCES/ED or acquired in the course of performance of this contract, except for any documents or other information specifically designated as non-confidential by NCES/ED. The contractor shall take such measures as are necessary to maintain the required security and protection of confidential information (see section Data Security Plan). In cooperation with the COR, the contractor shall be prepared to develop compliance procedures concurrently with the development of the study design.

B.4. Data Security Plan

B.4a Definition of Personally Identifiable Information and Direct Identifiers

The term "personally identifiable information" (hereinafter PII) means any information about an individual maintained by an agency, including, but not limited to, education, financial transactions, medical history, and criminal or employment history and information which can be used to distinguish or trace an individual's identity, such as their name, social security number, date and place of birth, mother's maiden name, biometric records, etc., including any other personal information which is linked or linkable to an individual. The term "direct identifier" denotes any single datum that alone is deemed sufficient to yield a high risk of disclosure if released, such as social security numbers, full names, or biometric records.

B.4b Development of Data Security Plan

The contractor shall present a detailed security plan that expands upon what was presented in the proposal to the COR for approval. In order to ensure the anonymity of individual respondents, the contractor must draft and execute this plan in compliance with all relevant laws, regulations, and policies governing the security of data, particularly PII. These include (but are not limited to):

1) 20 U.S.C., § 9573 of the Education Sciences Reform Act of 2002, which states:

57

(a) IN GENERAL - All collection, maintenance, use, and wide dissemination of data by the Institute, including each office, board, committee, and center of the Institute, shall conform with the requirements of section 552a of title 5, United States Code, the confidentiality standards of subsection (c) of this section, and sections 444 and 445 of the General Education Provisions Act (20 U.S.C. 1232g, 1232h).

(b) STUDENT INFORMATION - The Director shall ensure that all individually identifiable information about students, their academic achievements, their families, and information with respect to individual schools, shall remain confidential in accordance with section 552a of title 5, United States Code, the confidentiality standards of subsection (c) of this section, and sections 444 and 445 of the General Education Provisions Act (20 U.S.C. 1232g, 1232h);

2) The Privacy Act of 1974 (5 U.S.C. 552a);
3) Federal Information Security Modernization Act (FISMA) of 2014 (P.L. 107-347, Title III));
4) The relevant sections of Title 34 of the Code of Federal Regulations entitled "Protection of Human Subjects" (34 CFR 97);
5) The U. S. Department of Education OCIO-1 Handbook for Information Assurance Security Policy (January 2009);
6) Office of Management and Budget Memorandum M-17-12, "Reporting Incidents Involving Personally Identifiable Information and Incorporating the Cost of Security in Agency Information Technology Investments";
7) OMB Guidance on the Reporting of Incidents Involving Personally Identifiable Information (M-17-12).

Hence, the data security plan shall be written to place particular emphasis on the following aspects of confidentiality and security:

### B.4c Guidelines for Transfer of PII

As a general principle, the physical and/or electronic transfer of PII (particularly direct identifiers) shall be limited to the extent practicable. This limitation includes minimizing the number of internal transfers (e.g., transfer of information between agents of the contractor, including subcontractors and/or field workers) and external transfers (e.g., transfers between the contractor and the agency, or between the contractor and another government agency or private entity assisting in data collection).

When it is necessary for the contractor to transfer PII, such transfer must occur in a manner that maximizes the security of information. The data security plan must describe the likely modes of data transfer and establish the most secure procedures practicable. The most secure method of transferring sensitive information is not necessarily the most efficient or convenient one.

- The preferred means of transferring PII (and particularly direct identifiers) is electronic transfer with 128-bit secure sockets layer (SSL) encryption.
- If electronic PII is transferred via physical media (e.g. a CD-ROM or DVD-ROM is created and sent via courier service or mail), all files on the media shall be

58

encrypted (FIPS 140-2 standard) with a strong password (e.g., a random string of letters and numbers) and this password shall be sent separately from the data. In addition, no obvious external markings or information identifying the media as containing PII shall be written, stamped, or otherwise inscribed on the media or its packing material.

- If paper records or files must be transferred, then the contractor and its agents should hand carry these documents for delivery. Shipping or mailing these kinds of documents should be avoided. The contractor should clearly state in their data security plan if this requirement cannot be met and propose alternative procedures for securely transferring paper records to the government. (In the past, contractors have described all transfers of paper records or files and how they are to be secured, and explained how to avoid transferring multiple direct identifiers in the same shipment if these documents must be shipped/mailed. For example, a mailing containing the names, addresses, and social security numbers of subjects is less secure than two mailings: one shipment with the names and addresses and a second shipment with the social security numbers and no additional information. Alternatively, a partial mailing of data may have been followed up with a telephone call (for smaller amounts of PII) which provides the remainder of the data verbally. Similarly, any shipment sent has had a tracking number. As above, no obvious external markings or information identifying the mailing as containing PII would have been written, stamped, or otherwise inscribed on the packing material.)

### B.4d Maintenance, Storage, and Use of Direct Identifiers

Under no circumstances may the contractor release PII to unauthorized individuals. In addition, direct identifiers must be maintained in files which are physically separate from other research data, and which are accessible only to sworn agency and contractor personnel. Individual direct identifiers used during the course of the project shall be associated with data only for statistical purposes such as data gathering, matching new data with old, establishing sample composition, authenticating data collections, editing data based on callbacks, or obtaining missing information.

As a general principal, the number of personnel with access to PII (and particularly direct identifiers) shall be restricted to the smallest number as possible.

### B.4e Replacement of Direct Identifiers with Internal Codes

Although direct identifying information is often required in the data collection process, to the extent practicable, the contractor shall use internally generated study identifiers to track subjects in data files. Whenever possible, the transfer and storage of files containing multiple direct identifiers should be avoided. If the transfer of direct identifiers is required for statistical purposes such as data matching, the minimum number of direct identifiers needed for successful matching shall be used.

### B.4f Security of Master Survey Files

The contractor shall maintain security on the complete set (and deliverable backups) of all master survey files and documentation. More information on the overall production of data files is located under Tasks 5.2 "Preparing, producing, and delivering study data," and 6.4, "Main study electronic data files and user's guides and DIG element files."

B.4g Compliance with Department of Education IT Security Policy

The contractor, and all sub-contractors, shall comply with the Department of Education's IT security policy requirements, specifically those set forth in the OCIO: -3=112 'Cyber-Security Policy', and other applicable procedures and guidance. The contractor, and all sub-contractors, shall develop and implement management, operational and technical security controls to assure required levels of protection for information systems. The contractor, and all sub-contractors, shall further comply with all applicable Federal IT security requirements including, but not limited to, the Federal Information Security Modernization Act (FISMA) of 2014; Office of Management and Budget (OMB) Circular A-130, Managing Information as a Strategic Resource; and the National Institute of Standards and Technology (NIST) standards and guidance.

These security requirements include, but are not limited to, the successful Certification and Accreditation (C&A) or Security Authorization (SA) of the system (includes commercially owned and operated systems managed by the commercial vendor and its sub-contractors, supporting Department programs, contracts, and projects); obtaining a full Authority to Operate (ATO) before being granted operational status; performance of annual self-assessments of security controls; annual Contingency Plan testing; performance of periodic vulnerability scans; updating all information system security documentation as changes occur; and other continuous monitoring activities, which may include, mapping, penetration and other intrusive scanning.

Full and unfettered access for the Department's third party Managed Security Services Provider (MSSP) must be granted to access all computers and networks used for this system.

Additionally, when there is a significant change to the system's security posture (e.g., a data breach, data theft, or loss of physical media or equipment that has an adverse impact on operations, assets, or individuals), the system (Federal and commercial prime- and sub-contractors included) must have a new C&A or SA, with all required activities to obtain a new ATO, signed by the Authorizing Official (AO).

System security controls shall be designed and implemented consistent with the most current, finalized version of the NIST SP 800-53, 'Recommended Security Controls for Federal Information Systems and Organizations.' All NIST SP 800-53 controls must be tested / assessed no less than every 3 years, according to federal and Department policy. The risk impact level of the system will be determined via the completion of the Department's inventory form and shall meet the accurate depiction of security categorization as outlined in Federal Information Publishing Standards (FIPS) 199, 'Standards for Security Categorization of Federal Information and Information Systems.'

System security documentation shall be developed to record and support the implementation of the security controls for the system. This documentation shall be maintained for the life of the system. The contractor, and all sub-contractors, shall review and update the system security documentation at least annually and after significant changes to the system, to ensure the relevance and accurate depiction of the implemented system controls and to reflect changes to the system and its environment of operation. Security documentation must be developed in accordance with the most current, finalized version of the NIST 800 series and Department of Education policy and guidance.

60

The contractor, and all sub-contractors, shall allow Department employees (or Department designated third party contractors) access to the hosting facility to conduct C&A/SA activities to include control reviews in accordance with the most current, finalized version of the NIST SP 800-53 and the most current, finalized version of the NIST SP 800-53A. The contractor, and all sub-contractors, shall be available for interviews and demonstrations of security control compliance to support the C&A/SA process and continuous monitoring of system security. In addition, if the system is rated as 'Moderate' or 'High' for FIPS 199 risk impact, vulnerability scanning and penetration testing shall be performed on the hosting facility and application as part of the C&A/SA process. Appropriate access agreements will be reviewed and signed before any scanning or testing occurs.

Identified deficiencies between the most current, finalized version of NIST SP 800-53 controls and the contractor's, and all sub-contractor's implementation, as documented in the Risk Assessment Report, System Security Plan (SSP) and Security Assessment Report (SAR), shall be tracked for mitigation through the development of a Plan of Action and Milestones (POA&M) in accordance with OCIO: 03-112 (Cyber Security Policy). Depending on the severity of the deficiencies, the Department may require remediation before an ATO is issued.

All awarded contracts shall ensure that:

1. Their IT product/system is monitored during all hours of operations using entrusted detective/preventive systems;
2. Their IT product/system has current antiviral products installed and operational;
3. Their IT product/system is scanned on a reoccurring basis;
4. Vulnerabilities are remediated in a timely manner on their IT product/system; and
5. Yearly training in cyber security situational awareness on their IT product/system are taken by all contract staff, and access to the training material is granted to the Department CIRC team.

To accommodate the Internet Protocol version 6, the contractor shall provide COTS solutions that are IPv6 capable. An IPv6 capable system or product shall be capable of receiving, processing, transmitting and forwarding IPv6 packets and/or interfacing with other systems and protocols in a manner similar to that of IPv4. Specific criteria to be deemed IPv6 capable are:

- An IPv6 capable system that meets the IPv6 base requirements defined by the USGv6 Profile and Testing program as found here: https://www-x.antd.nist.gov/usgv6/.
- Systems being developed, procured or acquired shall maintain interoperability with IPv4 systems/capabilities.
- Systems shall implement IPv4/IPv6dual-stack and shall also be built to determine which protocol layer to use depending on the destination host it is attempting to communicate with or establish a socket with. If either protocol is possible, systems shall employ IPv6.

The contractor shall provide IPv6 technical support for system envelopment, implementation and management.

61

In accord with OMB Memorandums M-17-06, and M-15-13, and M-08-23, and with Binding Operational Directive (BOD) 18-01, and with the most current, finalized version of the NIST SP 800-52 and with the NIST SP 800-44, all Federal websites and web services must be accessible through a secure connection (Hyper Text Transport Protocol Secure [HTTPS], with HSTS), and e-mail applications must have SMTP enabled. The use of HTTPS is encouraged on intranets, but not explicitly required. In accord with OMB Memorandum M-08-23, in order to ensure Domain Name System Security (DNSSEC), all federal websites must be hosted on a *.gov location. In accord with OMB Memorandum M-17-06, each agency must use only an approved .gov or .mil domain for its official public-facing websites. The requirement to use only approved government domains does not apply in circumstances where the agency is a user or a customer of a third-party website or service that resides on a non-governmental domain.

If a cloud solution will be used, in accordance with the FISMA, and with the NIST SP 800-145, "The NIST Definition of Cloud Computing," an ED-issued, FedRAMP-Compliant Authorization To Operate (ATO) is a Federal and a Departmental requirement, and one must be obtained. To achieve proper Information Security Continuous Monitoring (ISCM) of any system(s) in the cloud, via the Cloud Service Provider (CSP), then some Service Level Agreements (SLA[s]) must be included, as a part of the contract, and appropriate level(s) and type(s) of monitoring must be specified in the respective (SLA)s., and the SLA(s) must be kept with the contract, and available with the contract, at all times. The contractor shall develop all websites and web services in accordance with Department of Education standards and the Department of Homeland Security's Binding Operational Directive (DHS BOD 18-01).

For public-facing websites, the contractor shall:

- Implement controls to ensure that all publicly accessible externally hosted Department websites and web services only provide service through a secure connection, (such as HTTPS).
- Implement controls to ensure that all publicly accessible Department websites and web services only provide service through a secure connection, (such as HTTPS)
- SSLv2 and SSLv3 are disabled on web servers, and DES and RC4 ciphers are disabled on web servers; and must provide a list to DHS of agency second-level domains that can be HSTS preloaded, for which HTTPS will be enforced for all subdomains.

In accord with Binding Operational Directive (BOD) 18-01: all websites must use Transport Layer Security (TLS) 1.2.

Department of Education standards require systems, application appliances, or websites to:
• Utilize Transport Layer Security (TLS 1.2)
• SSL certificates, certificates must be issued to support TLS 1.2 and must use SHA-256 (SHA-2) equivalent hash functions.

DHS BOD 18-01 requires any system, application appliance, or website to:
• Implement the requirements described above on all internal and external facing websites

62

• Employ a current and secure TLS version for all websites
• Use Secure Hash Algorithm 2 (SHA-256 (SHA-2)) at a minimum for all TLS functions.

The contractor must comply with the Foreign Investment Risk Review Modernization Act of 2018 (FIRRMA), and with its amendment, the Federal Acquisition Circular (FAC) 2019-05.

B.4h Reporting of Data Security Breaches

If there is a suspected or known breach/disclosure of PII due to lost, theft, intercepted transfer, or other, the contractor must ensure that this breach is reported to the agency as soon as the contractor has knowledge of it. Per Office of Management and Budget Memorandum M-17-12, Federal agencies have a requirement to report breaches of PII security to the United States Computer Emergency Response Team (US-CERT). NCES must notify the department within 60 minutes of discovering the incident (and the agency should not distinguish between suspected or confirmed breaches). The data security plan must be written to reflect this requirement, and the contractor must provide sufficient notification and documentation of the suspected loss, as it is understood at the time of notification to the agency for this requirement to be met. Follow-up reports of the final status of loss events will also be prepared by the contractor within a reasonable period of time as advised by the COR.

In addition, per OMB-M-17-12, Preparing for and Responding to a Breach of Personally Identifiable Information:

  • The contractor shall cooperate with and exchange information with agency officials, as determined necessary by the agency, in order to effectively report and manage a suspected or confirmed breach.
  • The contractor and subcontractors (at any tier) shall properly encrypt PII in accordance with OMB Circular A-130 and other applicable policies and to comply with any agency-specific policies for protecting PII;
  • The contractor shall complete regular Department training for contractors and subcontractors (at any tier) on how to identify and report a breach;
  • The contractor and subcontractors (at any tier) shall report a suspected or confirmed breach in any medium or form, including paper, oral, and electronic, as soon as possible and without unreasonable delay, consistent with the agency's incident management policy and US-CERT notification guidelines;
  • The contractor and subcontractors (at any tier) shall maintain capabilities to determine what Federal information was or could have been accessed and by whom, construct a timeline of user activity, determine methods and techniques used to access Federal information, and identify the initial attack vector;
  • The contractor shall allow for an inspection, investigation, forensic analysis, and any other action necessary to ensure compliance with this Federal and Department PII Breach Response policies (such as OMB-M-17-12), the Department's breach response plan, and to assist with responding to a breach;
  • The contractor shall identify roles and responsibilities, in accordance with Federal and Department PII Breach Response policies (such as OMB-M-17-12), and the agency's breach response plan; and,
  • The contractor shall be aware that a report of a breach shall not, by itself, be

63

interpreted as evidence that the contractor or its subcontractor (at any tier) failed to provide adequate safeguards for PII.

B.4i Freedom of Information Act (FOIA) Requests

If the contractor receives a FOIA request for any data under this contract, then the contractor will immediately refer this request to the COR. NCES will process all FOIA requests related to this contract.

B.4j Implementation of Data Security Plan

The contractor shall conform to the approved data security plan, in all activities, and shall strictly enforce all procedures for ensuring confidentiality. These procedures will apply to all phases of the project, including (but not limited to):

1) Data collection in the field;
2) The transfer or transport of PII in any format, including paper records and electronic data files;
3) Coding and editing phases of data prior to machine processing; and,
4) Safeguarding and storage of master data files and response/collection documents and electronic files.

**To monitor compliance with the data security plan during data collection period, the contractor shall submit monthly timelines and data receipt reports that track the transmission of all records, identifying the percent of cases (1) transmitted within the target time; (2) received within the target time (paper); and (3) any deviating from the norm (e.g., missing, duplicative, or corrupted transmissions) and their causes with recommendations for solutions to be implemented in the next reporting period.**

B.4k Security and Confidentiality Training

During the course of work on the tasks in this contract, contractor employees will be collecting, storing, editing, and otherwise handling data that are confidential. Given the restrictions on the use and handling of confidential information, all contractor employees with access to confidential information related to this contract shall be required to participate in NCES approved security and confidentiality training.

B.4l Affidavit of Nondisclosure

Before any contractor employee is granted access to confidential information, a signed Affidavit of Nondisclosure must be completed. As new staff start and require access to confidential information or as staff who originally did not require such access subsequently need it, an Affidavit of Nondisclosure shall be executed for them on the first working day of the assignment. The contractor shall indicate the position in the organization of the person signing the Affidavit of Nondisclosure, and the person's functional relationship to this project in a memorandum provided to the COR.

64

The contractor shall execute these Affidavits of Nondisclosure and the contractor shall maintain the originals at its office. The contractor shall make Acrobat pdf copies of new Affidavits as they are completed. Throughout the life of the contract, the memorandum and Affidavits of Nondisclosure for new project staff, as well as interviewers and other short-term personnel, will be submitted on a schedule designated by the COR or, at a minimum, three times a year. The contractor shall be able to produce the original hard copies of the Affidavits within a few hours' notice from the COR. The NCES data security officer can provide blank copies of the Affidavits upon request.

B.4m Contractor Employee Security Screening Requirements

The Department has established policy on personnel security screening for all contractor and subcontractor employees and their field staff. The relevant Departmental Directive is OM:5-101. It was last updated in July 2010 and can be found at: http://www2.ed.gov/policy/gen/leg/foia/acsom5101.pdf . The contractor must comply with the personnel security-screening requirements in OM:5-101 throughout the life of the contract.

All contractor and subcontractor employees must undergo personnel security screening if they will be employed for thirty (30) days or more.

The type of screening and the timing of the screening will depend upon the nature of the contractor position, the type of data the contractor employee will have access to, or the type of Departmental information technology (IT) system they will access. Personnel security screenings will be commensurate with the risk and magnitude of harm the individual could cause to the Department or the public. A position risk level will be assigned to each contractor employee position, before a solicitation is released, consistent with the descriptions in Appendix I of OM:5-101.  Hence, each contractor employee working on this contract must be assigned a position risk level. Depending on the risk level assigned to each person's position, a follow-up background investigation by the Office of Personnel Management (OPM) may occur.

The contractor must identify one of their employees as a security liaison for this process. This Contractor Security Liaison coordinates the distribution, collection, and dissemination of various forms required in this process. They answer general questions from their employees on completing the security screening process. And, they are the first point of contact for contractor employees in using the OPM's Internet based security screening portal called e-QIP (http://www.opm.gov/e-qip/ ). The contractor is also responsible for ensuring that all subcontractors follow these personnel security screening procedures.

NCES requires each contractor employee to have or apply for a clearance for the security level designated for the position held on a contract.

Contractor employees who have undergone appropriate personnel security screening for another Federal agency will be required to submit proof of that personnel security screening for validation according to a prescribed schedule. For these employees, the contractor or subcontractor must follow these required steps:

65

1. The contractor must send the COR a letter on Company letterhead that lists the full name of each employee with a pre-existing clearance, the agency that cleared the employee, the level of the clearance, and the date of the clearance. This letter must be transmitted to the COR within two (2) business days of starting work on an NCES contract.

2. In those cases where any of the required information on level of clearance, agency that cleared the employee and date of clearance is not available, the contractor must send the COR a letter on Company letterhead that lists the full name and Social Security Number for each employee with a pre-existing clearance. This letter must be transmitted to the COR within two (2) business days of starting work on an NCES contract.

3. The COR will transmit the letter to the NCES Security Representative for processing.

4. The NCES Security Representative reviews the letter to ensure that the required information is provided and either returns it to the contractor for completion or releases it to the Department of Education Chief of Personnel Security. The contractor must resubmit the letter to the COR within 7 business days or the contractor employee must be removed from the contract.

5. The NCES Security Representative will notify the contractor or subcontractor if the pre- existing clearance was identified and ruled to be acceptable by the Department of Education Chief of Personnel Security.

6. Those employees whose pre-existing clearances are not verified and approved must follow the process outlined next to apply for a security clearance.

For contractor employees who have not undergone appropriate personnel security screening for another Federal agency, all contractors must comply with the Principal Office (PO) Executive Office or Computer Security Officer's pre-processing requirements for personnel security screening and granting access privileges. **No contractor employees are permitted <u>unsupervised access</u> to unclassified sensitive information (i.e., personally identifiable information), direct access to respondents who are minors, or Department of Education IT systems until they have submitted applicable security screening documents.**

For each contractor employee in a moderate risk level position the completed security screening documents must be accepted by the COR and the NCES Security Representative and submitted to the Department of Education Chief of Personnel Security within 14 days of the date the contractor employee starts working on the contract. In order to meet this Departmental requirement, steps 1 through 7 must be completed within 14 days of the date the contractor employee starts working on the contract. **To meet this 14 day deadline and the interim deadlines specified below, it is strongly recommended that the contractor request the account initiation three (3) weeks <u>before</u> the contractor employee starts contract work and encourage each contractor employee to complete all required security screening forms before starting contract work.**

Contractor employees in High Risk IT (6C) Level positions require preliminary personnel security screenings before they are given access to unclassified sensitive

66

information or Department of Education IT systems (see page 7 of OM:5-101 for more details).

The security screening of contractor and subcontractor employees not holding Department of Education recognized security screening credentials must follow these required steps:

1. The contractor must provide the COR with an electronic listing of all employees on a specific contract, with the risk level associated with the position held by each employee as specified in the contract solicitation. The COR will review the electronic listing for completeness and approve. The listing will not be approved if it is found to be incomplete.
2. The Department of Education participates in the OPM e-QIP system to facilitate the security screening process for contractor employees. NCES will initiate an e-QIP account for each contractor employee. **It is advisable to request the account initiation three (3) weeks <u>before</u> the contractor employee starts contract work.** For the initiation of these accounts, the Contractor Security Liaison must use the COR-approved list of employees and the risk levels assigned to the employees' positions to produce and submit the following list using the attached template:

   a. For each contractor employee provide: Social Security Number, Full Name, Date of Birth, Place of Birth, risk level, e-Mail Address, and phone number. The Contractor Security Liaison must place the spreadsheet in a password protected file, then upload the list to the NCES secure server, and send an e-mail notification of the transmission to the NCES Security Representative. The NCES security staff will use this list to establish the contactor employee e-QIP accounts. The COR will work with the contractor to establish access to the NCES secure server at the outset of the contract.
   b. Once NCES sets up the e-QIP accounts for contract employees, the NCES Security Representative will send an email to the Contractor Security Liaison stating that the employee has an active account on the e-QIP system. The COR is copied on this email notification.
   c. The Contractor Security Liaison must notify their employees of this active account. A computer with Internet access and web browsing software is required for the contractor employee to access their E-QIP account. Each employee must log into their personal account in e-QIP, enter the requested information, finish the application process and print, sign, and date the e-QIP signature pages.
3. Each contractor employee must submit a completed set of security screening forms to their Contractor Security Liaison as provided by the NCES Security Representative, including for example:
   a. The signed and dated e-QIP signature pages,
   b. The Declaration of Federal Employment (OPM form OF-306),
   c. The Fair Credit Release Form,
   d. The Request for Security Officer Action (RSA) Form,
      1) The contractor employee shall complete only those items in section 1 of the form (name, date of birth, place of birth, organization, position title, duty station, social security number, and work phone number).
      2) The contractor shall complete section 5 (Project Requiring Highest ADP Level) using the assigned security clearance for each employee's position.
   e. Two sets of fingerprints on separate copies of form FD-258,

67

1) The Contractor Security Liaison shall help arrange fingerprinting for each contractor and subcontractor employee. Fingerprinting can usually be done at a local police station. (Electronic fingerprints are not accepted at this time.)

4. Each contractor must ensure that the forms are complete and that all contractor employee required security screening forms are transmitted to the COR within two (2) business days of an employee starting work on an NCES contract.

   a. The Contractor Security Liaison must collate the forms in each security screening package by employee and transmit a complete set of security screening documents for each employee to the COR via courier (e.g., Federal Express) using a tracking number with signature required,

   b. The COR will not accept security screening packages that are not collated by employee (i.e., all forms noted in point 3 above will be bundled by employee). The COR will review all security screening documents for each contractor employee for completeness, returning any incomplete security screening documents to the Contractor Security Liaison for completion. The contractor must resubmit the completed security screening documents to the COR within 7 business days or the contractor employee must be removed from the contract. **No contractor employees are permitted unsupervised access to unclassified sensitive information (personally identifiable information), direct access to respondents who are minors, or Department of Education IT systems until they have resubmitted applicable screening documents.**

5. The COR will submit the completed packages of security screening documents to the NCES Security Representative for processing.

6. The NCES Security Representative reviews each package of security screening documents and electronic information submission to ensure everything required has been provided and either rejects the package, sending it back to the submitter for completion/correction or releases it to the Department of Education Chief of Personnel Security. In the event that an application is rejected at this stage, the contractor must resubmit the corrected forms to the COR, or have the contractor employee correct the e-QIP submission, within two business days. The NCES Security Representative must be notified as soon as the updated e-QIP submission is completed.

7. The contractor employee application for each individual in a moderate risk level position must be submitted to the Department of Education Chief of Personnel Security within 14 days of the date the contractor employee starts working on the contract. Contractor employees in High Risk IT (6C) Level positions require preliminary personnel security screenings before they are given access to unclassified sensitive information or Department of Education IT systems.

8. After a package of security screening documents is transmitted to the Department of Education Chief of Personnel Security, the Office of Management security staff conducts a further review and either rejects the package of security screening documents, sending it back to the submitter for completion/correction or releases it to OPM.

9. OPM then assigns an investigator to conduct the type of investigation indicated by the department (this is tied to the level of access to PII that the applicant will have).

10. The Chief of Personnel Security will request the expansion of background investigations to obtain additional information to the extent necessary to make personnel acceptability or suitability determinations. These determinations will be

68

made using criteria established by the OPM for the purpose of determining suitability for employment in the Federal competitive service, as described in 5 CFR 731.202, and other OPM guidance as applicable. The Chief of Personnel Security determines whether a contractor employee is acceptable for the position from a personnel security standpoint.

11. When the OPM investigation is complete, the RSA form with the clearance indicated is sent to the Department of Education's Office of Management for processing.

12. The Office of Management returns the RSA form to the NCES Security Representative for recordation and distribution to the COR.

13. The COR transmits the RSA form with clearance indicated to the Contractor Security Liaison for their records and for distribution to the Contract Project Leader.

14. The Contract Project Leader then distributes copies of the clearance to the employee.

15. The Chief of Personnel Security will inform the COR when he or she determines that a contractor employee is not acceptable to render service(s) or, if appropriate, to otherwise perform under a contract.

16. Each contractor will officially notify its contractor employee if he or she will no longer work on an Department of Education contract.

17. In the event a contractor employee is deemed unacceptable for the position from a personnel security standpoint, the Chief of Personnel Security will usually provide the contractor employee with an opportunity to refute, explain, clarify, or mitigate information in question.

18. If, after final determination by the Chief of Personnel Security, a decision is made that the contractor employee is not acceptable to render services on a contract and access is denied, the COR will inform the Contracting Officer. The Contracting Officer must inform the contractor (i.e. employing firm) that the contractor employee is not acceptable to render services in this particular position, or, if appropriate, to otherwise perform under the contract. The contractor will notify the contractor employee. A final determination cannot be appealed.

19. At any time during the life of the contract a contractor or subcontractor employee (including any field staff) discontinues work on the contract or leaves the employment of the contractor, the contractor shall notify the COR within two days of the date that the employee is no longer working on the contract or within one business day if removed for cause. The contractor shall provide the reason why the employee is no longer working on the contract. The COR will provide this information to the NCES Security Representative.

20. Each contractor is responsible for the protection of sensitive or Privacy Act-protected information from unauthorized use or misuse by its employees, subcontractors, or temporary workers, and for preventing access to others, who are not authorized and have no need to know such information.

21. The contractor shall submit monthly information to the COR indicating which employees were billed to the contract that include the e-QIP number of the person being billed. The COR will reject payments to employees without an e-QIP number. For employees with pre- existing clearances from other contracts, this shall be noted on the monthly payment form.

The contractor shall verify with the COR that the security screening processes have not changed by the time the contract is active.

69

**System Development Standards:**

Information systems shall be developed in accordance with the ED Lifecycle Management Framework (LCM), ACS-OCIO 1-106

---

### Appendix C. Policies, standards, and computing environment

The contractor shall use the following MANDATORY standards, guides, references, and authorities in the production of all deliverables unless specific written instructions to the contrary are issued by the COR:

- NCES Statistical Standards—NCES has developed and implemented a set of statistical standards that set guidelines to ensure the quality of NCES' work (see NCES Statistical Standards, NCES 2003-601). These standards (as amended) are to be followed by NCES staff and their contractors in performing the day-to-day work of NCES. A copy of the standards and proposed revisions are available at the website: http://nces.ed.gov/statprog/. In addition, contractors shall follow content and format guidelines described in the IES style guide, found at: http://nces.ed.gov/statprog/styleguide/pdf/styleguide.pdf.
- IES' Web Publishing Guidelines, Standards & Procedures, available from http://members.nces.ed.gov. (available on this site; contractors will need to request access from COR)
- IES Style Guide, available from http://nces.ed.gov/statprog/style.asp.
- IES Graphics Guide, available from http://nces.ed.gov/statprog/styleguide/pdf/graphicsguid e.pdf.
- Section 508 of the Rehabilitation Act of 1973, as amended, see http://www.access-board.gov/.
- Records Management policies: The contractor shall comply with all applicable records management laws and regulations, as well as both Departmental and National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

### Appendix D. Managing Controlled Unclassified Information (CUI) Requirements

Applicability

The contractor shall be responsible for handling sensitive and/or Controlled Unclassified Information (CUI) that is collected, stored, transmitted, or destroyed for the purposes of this contract in accordance with any applicable laws, regulations and government wide Policies (LRGWP) to include EO 13556, 32 CFR 2002 Part 2, The Department of Education Directive

70

and NIST-800-171B when approved. These requirements apply to the Contractor, its subcontractors and teaming partners, and employees (hereafter referred to collectively as "Contractor"). These requirements are applicable to all Department information and data, regardless of medium, maintained by the Contractor for the performance of this contract.

Authorization to Handle CUI

No person may have access to CUI unless that person has a valid need for such access in connection with the accomplishment of a lawful and authorized US Government mission. The Authorized holder is an individual, agency, organization, or group of users that is permitted to designate or handle CUI, in accordance with 32 CFR Part 2002. The authorized holder who designates the CUI must make recipients aware of the information's CUI status in accordance with 32 CFR Part 2002.

Safeguarding

The contractor shall be responsible for safeguarding any CUI that is collected for the purposes of this contract. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, audio, video, documentary material, records and/or equipment is properly protected. The Contractor shall abide by and follow all LRGWP as it pertains to safeguarding of CUI. All electronically stored CUI shall be encrypted at rest and in motion as defined in the SOW. Contractors must take reasonable precautions to guard against unauthorized disclosure of CUI. Contractors must include the following measures among the reasonable precautions:

- Establish controlled environments in which to protect CUI from unauthorized access or disclosure and make use of those controlled environments;

- Reasonably ensure that unauthorized individuals cannot access or observe CUI, or overhear conversations discussing CUI;

- Keep CUI under the authorized holder's direct control or protect it with at least one physical barrier, and reasonably ensure that the authorized holder or the physical barrier protects the CUI from unauthorized access or observation when outside a controlled environment; and

- Protect the confidentiality of CUI that The Department or authorized holders process, store, or transmit on Federal information systems in accordance with the applicable security requirements and controls established in FIPS PUB 199, FIPS PUB 200, and NIST SP 800-53, (incorporated by reference, see § 2002.2), and paragraph (g) of Section 2002.14

- All Contractors must safeguard CUI using one of the following types of standards:

  o CUI Basic is the default set of standards authorized holders must apply to all CUI.

  o CUI Specified must be safeguarded in accordance with the requirements indicated in the NARA CUI Registry for the designated CUI Category.

71

- Safeguarding Information systems that process, store, or transmit CUI Basic, in accordance with FIPS PUB 199 (incorporated by reference, see § 2002.2), is categorized at no less than the moderate confidentiality impact level.

- Contractors must also apply the appropriate security requirements and controls from FIPS PUB 200 and NIST SP 800-53 to CUI in accordance with any risk-based tailoring decisions.

Physical Environments

CUI must be stored or handled in controlled environments that prevent or detect unauthorized access. Controlled environment and office spaces should include storing CUI in sealed envelopes, providing electronic locks and cabinets, locked doors, overhead bins and drawers.
Protecting Physical Equipment/Media that contains CUI
All electronic devices, storage media – i.e. video, audio, photographic images must be protected in accordance to the regulations defined in the NARA CUI Registry and mandatory CUI Training.

Protecting CUI when shipping or mailing.

When sending CUI, authorized holders:

- May use the United States Postal Service or any commercial delivery service when they need to transport or deliver CUI to another entity;

- Should use in-transit automated tracking and accountability tools when they send CUI;

- May use interoffice or interagency mail systems to transport CUI; and

- Must mark packages that contain CUI according to marking requirements contained in this part and in guidance published by the CUI EA. See § 2002.20 for more guidance on marking requirements.

Reproducing CUI

When reproducing CUI documents on equipment such as printers, copiers, scanners, or fax machines, ensure that the equipment does not retain data or the agency must otherwise sanitize it in accordance with NIST SP 800-53 (incorporated by reference, see § 2002.2).

Transporting

The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When traveling, contractors should ideally store material and equipment containing CUI in a locked vehicle, or in the trunk of a vehicle (weather conditions permitting) and out of plain sight.

Decontrolling

72

No contractor may decontrol CUI without approval by the CO/COR through the designated owner. Once the approval has been granted, the contractor may remove CUI markings. Decontrolling does not mean that the information can be released to the public.

Destroying and Deleting CUI

When destroying and deleting CUI, including in electronic form, contractors must do so in a manner that makes it unreadable, indecipherable, and irrecoverable. Contractor must comply with the process - Return of data section documented in this SOW.

Marking

All CUI documents must be protected according to LRGWP as defined in 32 CFR 2002, Part 2, ED Directive and NIST 800-171B (when published). The Contractor will adhere to the procedures for marking CUI as outlined in the NARA CUI Registry. Authorized holders of CUI will be held accountable for knowing and following the marking procedures as defined in the NARA CUI Registry.

Training

The Contractor shall ensure that initial mandatory Handling Sensitive Information training is completed before handling sensitive and CUI. The contractor will complete Functional CUI Training when appropriate and complete annual thereafter. The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle CUI, or to design, develop, maintain, or operate a system of records unless the employee has completed training, as required by this clause. The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

Retention of Authorizing Documentation

The Contractor must maintain a current and complete file of all documentation authorizing handling of CUI during the period of performance of the contract, unless otherwise instructed by the Contracting Officer. Documentation will be made accessible during inspections or upon written request by the CO or the COR.

Transmitting

Upon completion of the contract, all CUI information, data, documentary material, records and/or equipment shall be returned to Department control or the Contractor must hold it until otherwise directed.

Self-Inspection

Contractors will be required to perform an annual self-inspection to demonstrate compliance to the CUI program. Self-Inspection Program Requirements include:

- Evaluate adherence to the principles and requirements of the ED Directive (OCIO: 3-113)

73

- Safeguarding

- Security Violations

- Education and Training

Compliance with Information Protection Requirements

The Chief Information Officer (CIO) or the Office of Inspector General (OIG), through the CO or COR, reserves the right to verify compliance with information security requirements established by this contract. Verification may include, but is not limited to, onsite or offsite inspections, audits, documentation reviews, process observation, network and IT system scanning. The Contractor will fully comply with all Department-initiated inspections as permissible by law.

Information Security Incidents (ISI)

Contractors must immediately report any and all suspected security incidents, breaches, and events involving Department information to the Department's Computer Incident Response Center (EDCIRC) and the Department's Security Operations Center (EDSOC); EDCIRC@ED.GOV; EDSOC voice: 202-243-6550. The EDSOC is available 24 hours per day, 365 days per year. Contractors must report any and all ISI involving information technology (IT) systems and CUI immediately upon becoming aware of the ISI but no later than 60 minutes after becoming aware of the ISI, regardless of day or time; regardless of internal investigation, evaluation, or confirmation of procedures or activities; and regardless of whether the ISI is suspected, known, or determined to involve IT systems operated in support of this contract.

Misuse of CUI / Incident Response and Access to Contractor Information Technology (IT) Systems

During the period of performance of the contract and throughout any contract close-out period, the Contractor must provide the Department, or its designate, with immediate access to all IT systems used by the Contractor to support the performance of the contract for the purpose of inspection and forensic analysis in the event of an ISI. The Contractor shall immediately notify the appropriate CO upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment that is CUI. Disclosure of CUI is limited to authorized personnel with a lawful need-to-know.

## Appendix E. IT Accessibility Requirements

Section 508 of the Rehabilitation Act, as amended by the Workforce Investment Act of 1998 (P.L. 105-220) requires that when Federal agencies develop, procure, maintain, or use information and communication technology (ICT), it shall be accessible to people with disabilities. Federal employees and members of the public who have disabilities must have access to, and use of, information and data that is comparable to people without disabilities. Products, platforms and services delivered as part of this work statement that are ICT, or contain ICT, must conform to the Revised 508 Standards, which are located at 36 C.F.R. § 1194.1 & Apps. A, C & D, and available at https://www.access-board.gov/guidelines-and-

74

standards/communications-and-it/about-the-ict-refresh/final-rule/text-of-the-standards-and-guidelines.

Applicable Functional Performance Criteria: All functional performance criteria apply when using an alternative design or technology that achieves substantially equivalent or greater accessibility and usability by individuals with disabilities, than would be provided by conformance to one or more of the requirements in Chapters 4-6 of the Revised 508 Standards, or when Chapters 4-6 do not address one or more functions of ICT.

Applicable requirements for software features and components: All WCAG Level AA Success Criteria, 502 Interoperability with Assistive Technology, 503 Application Applicable requirements for hardware features and components: All requirements apply Applicable support services and documentation: All requirements apply.

Instructions: 1. Provide an Accessibility Conformance Report (ACR) for each commercially available Information and Communication Technology (ICT) item offered through this contract. Create the ACR using the Voluntary Product Accessibility Template Version 2.1 or later, located at https://www.itic.org/policy/accessibility/vpat. Complete each ACR in accordance with the instructions provided in the VPAT template. Each ACR must address the applicable Section 508 requirements referenced in the Work Statement. Each ACR shall state exactly how the ICT meets the applicable standards in the remarks/explanations column, or through additional narrative. All "Not Applicable" (N/A) responses must be explained in the remarks/explanations column or through additional narrative. Address each standard individually and with specificity, and clarify whether conformance is achieved throughout the entire ICT Item (for example - user functionality, administrator functionality, and reporting), or only in limited areas of the ICT Item. Provide a description of the evaluation methods used to support Section 508 conformance claims. The agency reserves the right, prior to making an award decision, to perform testing on some or all of the Offeror's proposed ICT items to validate Section 508 conformance claims made in the ACR. 2. Describe your approach to incorporating universal design principles to ensure ICT products or services are designed to support disabled users. 3. Describe plans for features that do not fully conform to the Section 508 Standards. 4. Describe "typical" user scenarios and tasks, including individuals with disabilities, to ensure fair and accurate accessibility testing of the ICT product or service being offered. Instructions: Insert the following language into the Acceptance Criteria section of the solicitation.

Acceptance Criteria: Prior to acceptance, the government reserves the right to perform testing on required ICT items to validate the offeror's Section 508 conformance claims. If the government determines that Section 508 conformance claims provided by the offeror represent a higher level of conformance than what is actually provided to the agency, the government shall, at its option, require the offeror to remediate the item to align with the offeror's original Section 508 conformance claims prior to acceptance.

ICT Accessibility Requirements Statement per the Revised Section 508 of the Rehabilitation Act Data Services or Information Retrieval Systems Electronic Content

Technical Criteria: E205.1 General -

- Electronic content shall comply with E205.

75

- E205.2 Public Facing -

- Electronic content that is public facing shall conform to the accessibility requirements specified in E205.4.

- 602 Support Documentation -

- 603 Support Services -

- 302 Functional Performance Criteria -

- Software

Technical Criteria: E207.1 General -

- Where components of ICT are software and transmit information or have a user interface, such components shall conform to E207 and the requirements in Chapter 5

- E207.2 WCAG Conformance -

- User interface components, as well as the content of platforms and applications, shall conform to Level A and Level AA Success Criteria and Conformance Requirements in WCAG 2.0 (incorporated by reference, see 702.10.1).

E207.2.1 Word Substitution -

- When Applying WCAG to Non-Web Software For non-Web software, wherever the term "Web

- page" or "page" appears in WCAG 2.0 Level A and AA Success Criteria and Conformance Requirements, the term "software" shall be substituted for the terms "Web page" and "page". In addition, in Success Criterion in 1.4.2, the phrase "in software" shall be substituted for the phrase "on a Web page."

E207.3 Complete Process for Non-Web Software: Where non-Web software requires multiple steps to accomplish an activity, all software related to the activity to be accomplished shall conform to WCAG 2.0 as specified in E207.2.

Exceptions: E501.1 Scope: Where Web applications do not have access to platform accessibility services and do not include components that have access to platform accessibility services, they shall not be required to conform to 502 or 503 provided that they conform to Level A and Level AA Success Criteria and Conformance Requirements in WCAG 2.0 (incorporated by reference, see 702.10.1).

Functional Performance Criteria:

- 301.1 Scope - The requirements of Chapter 3 shall apply to ICT where required by 508 Chapter 2 (Scoping Requirements), 255 Chapter 2 (Scoping Requirements), and where

76

otherwise referenced in any other chapter of the Revised 508 Standards or Revised 255 Guidelines.

- 302.1 Without Vision - Where a visual mode of operation is provided, ICT shall provide at least one mode of operation that does not require user vision.

- 302.2 With Limited Vision - Where a visual mode of operation is provided, ICT shall provide at least one mode of operation that enables users to make use of limited vision.

- 302.3 Without Perception of Color - Where a visual mode of operation is provided, ICT shall provide at least one visual mode of operation that does not require user perception of color.

- 302.4 Without Hearing - Where an audible mode of operation is provided, ICT shall provide at least one mode of operation that does not require user hearing.

- 302.5 With Limited Hearing - Where an audible mode of operation is provided, ICT shall provide at least one mode of operation that enables users to make use of limited hearing.

- 302.6 Without Speech - Where speech is used for input, control, or operation, ICT shall provide at least one mode of operation that does not require user speech.

- 302.7 With Limited Manipulation - Where a manual mode of operation is provided, ICT shall provide at least one mode of operation that does not require fine motor control or simultaneous manual operations.

- 302.8 With Limited Reach and Strength - Where a manual mode of operation is provided, ICT shall provide at least one mode of operation that is operable with limited reach and limited strength.

- 302.9 With Limited Language, Cognitive, and Learning Abilities - ICT shall provide features making its use by individuals with limited cognitive, language, and learning abilities simpler and easier.

## Appendix F. Records Management Obligations

A. Applicability

This clause applies to all Contractors whose employees create, work with, or otherwise handle Federal records, as defined in Section B, regardless of the medium in which the record exists.

B. Definitions

"Federal record" as defined in 44 U.S.C. § 3301, includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the

77

informational value of data in them.

The term Federal record: includes [Agency] records. does not include personal materials. applies to records created, received, or maintained by Contractors pursuant to their [Agency] contract. may include deliverables and documentation associated with deliverables.

C. Requirements

Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

In accordance with 36 CFR 1222.32, all data created for Government use and delivered to, or falling under the legal control of, the Government are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and must be managed and scheduled for disposition only as permitted by statute or regulation.

In accordance with 36 CFR 1222.32, Contractor shall maintain all records created for Government use or created in the course of performing the contract and/or delivered to, or under the legal control of the Government and must be managed in accordance with Federal law. Electronic records and associated metadata must be accompanied by sufficient technical documentation to permit understanding and use of the records and data, which should address at minimum the following according to 36 CFR 1236.10:

The following types of records management controls are needed to ensure that Federal records in electronic information systems can provide adequate and proper documentation of agency business for as long as the information is needed. Agencies must incorporate controls into the electronic information system or integrate them into a recordkeeping system that is external to the information system itself (see § 1236.20 of this part).

(a) Reliability: Controls to ensure a full and accurate representation of the transactions, activities or facts to which they attest and can be depended upon in the course of subsequent transactions or activities.

(b) Authenticity: Controls to protect against unauthorized addition, deletion, alteration, use, and concealment.

(c) Integrity: Controls, such as audit trails, to ensure records are complete and unaltered.

(d) Usability: Mechanisms to ensure records can be located, retrieved, presented, and interpreted.

(e) Content: Mechanisms to preserve the information contained within the record itself that was produced by the creator of the record;

78

(f) Context: Mechanisms to implement cross-references to related records that show the organizational, functional, and operational circumstances about the record, which will vary depending upon the business, legal, and regulatory requirements of the business activity; and

(g) Structure: controls to ensure the maintenance of the physical and logical format of the records and the relationships between the data elements.

[Agency] and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Records may not be removed from the legal custody of [Agency] or destroyed except for in accordance with the provisions of the agency records schedules and with the written concurrence of the Head of the Contracting Activity. Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. 2701. In the event of any unlawful or accidental removal, defacing, alteration, or destruction of records, Contractor must report to [Agency]. The agency must report promptly to NARA in accordance with 36 CFR 1230.

The Contractor shall immediately notify the appropriate Contracting Officer upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment. Disclosure of non-public information is limited to authorized personnel with a need-to-know as described in the [contract vehicle]. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, documentary material, records and/or equipment is properly protected. The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When information, data, documentary material, records and/or equipment is no longer required, it shall be returned to [Agency] control or the Contractor must hold it until otherwise directed. Items returned to the Government shall be hand-carried, mailed, emailed, or securely electronically transmitted to the Contracting Officer or address prescribed in the [contract vehicle]. Destruction of records is EXPRESSLY PROHIBITED unless in accordance with Paragraph (4).

The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, contracts. The Contractor (and any sub-contractor) is required to abide by Government and [Agency] guidance for protecting sensitive, proprietary information, classified, and controlled unclassified information.

The Contractor shall only use Government IT equipment for purposes specifically tied to or authorized by the contract and in accordance with [Agency] policy.

The Contractor shall not create or maintain any records containing any non-public [Agency] information that are not specifically tied to or authorized by the contract.

The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.
The [Agency] owns the rights to all data and records produced as part of this contract. All deliverables under the contract are the property of the U.S. Government for which [Agency] shall

79

have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest. Any Contractor rights in the data or deliverables must be identified as required by FAR 52.227-11 through FAR 52.227-20.

Training. All Contractor employees assigned to this contract who create, work with or otherwise handle records are required to take [Agency]-provided records management training. The Contractor is responsible for confirming training has been completed according to agency policies, including initial training and any annual or refresher training.

[Note: To the extent an agency requires contractors to complete records management training, the agency must provide the training to the contractor.]

D. Flowdown of requirements to subcontractors

The Contractor shall incorporate the substance of this clause, its terms, and requirements including this paragraph, in all subcontracts under this [contract vehicle], and require written subcontractor acknowledgment of same.

Violation by a subcontractor of any provision set forth in this clause will be attributed to the Contractor.


**Appendix G. Staff Qualifications**

The contractor shall provide staff who have technical expertise, knowledge, and experience in all areas related to this study. These areas include: educational research, survey methodology, complex statistics and sampling methodologies, imputation methodologies, field data collection, and gaining cooperation from a large and varied number of schools, and school districts.

The contractor shall propose key staff who have experience working in an international project and who have extensive knowledge of and experience with the operations of an international assessment based on a complex sample design. Given the large volume of highly technical work required by this contract and the fast-paced international schedule that must be met, there will not be time after the start of the contract for key contractor personnel to familiarize themselves with the technical content or operations of TIMSS.

The project director (PD) shall have experience in managing and conducting large-scale surveys, preferably international assessments or surveys. The PD shall be a good problem solver, communicator, and team builder. The PD shall be capable of identifying problems early or anticipating them before they occur. Because TIMSS will be digitally based, the project director should either personally have or be closely assisted by someone who has expertise in the use of digital-based assessment (DBA) technologies. The management team should have clear lines of authority and responsibility. The project director (together with the technical director if a management team approach is proposed) shall have full-time commitment to the project and be prepared to maintain this commitment over the critical stages of the project.

Other key staff shall be persons with a long-range commitment to the project. The competencies of these persons should complement those of the project director. These individuals should be experienced in working as part of a project team. They shall be people with demonstrated ability to meet deadlines and produce high quality products within budget.

80

**Appendix H. Sampling guidelines**

H.1 School sampling for TIMSS

This appendix provides fundamental details about the TIMSS 2023 sample's target population, design, exclusions, response rates, school sampling, and assessment booklet design.  This appendix should not be construed as the final or official methods or standards to be implemented for TIMSS.  The contractor is strongly urged to consult previous editions of the TIMSS technical report, released by the IEA. These documents provide detailed information on how TIMSS is conducted, and will provide the contractor with a greater sense of what will be expected under this contract. The TIMSS technical reports can be found by going to http://www.TIMSS.org. The contractor will also be provided detailed information on TIMSS 2023 after the contract award and at various international meetings.

H.2 TIMSS Target Population

The target population for all countries is known as the international desired population. The international desired populations for TIMSS are as follows:

Population 1:  All students enrolled in the grade that represents four years of schooling, counting from the first year of ISCED Level 1, providing the mean age at the time of testing is at least 9.5 years.  For most countries, the target grade should be the fourth grade, or its national equivalent.

Population 2: all students enrolled in the grade that represents eight years of schooling, counting from the first year of ISCED Level 1, providing the mean age at the time of testing is at least 13.5 years. For most countries, the target grade should be the eighth grade, or its national equivalent.

H.3 TIMSS Sample Design

TIMSS uses a stratified two-stage stratified sample design. The first stage consists of a sample of schools, which may be stratified; the second stage consists of a sample of one or more classrooms from the target grade in sampled schools. In recent administrations of TIMSS, the United States has moved to a non-clustered sample to avoid overlap with other national assessments, particularly NAEP.

Schools are sampled from a complete list of all schools located within a country, which have any possibility of having even one student of the appropriate age/grade at the time of assessment, using probability proportional to size (school enrollment) sampling. The international desired target population is intended to provide full coverage of all TIMSS-eligible students in a country's education system. This means that countries are to include TIMSS-eligible students who attend on only a part-time basis, are in vocational training or other non-general types of programs, or any other related type of educational program. Therefore, all schools located within a country with the potential to have fourth-grade students in should be listed for sampling. Within sampled schools, classrooms are sampled with equal probability, though the ultimate sampling elements are students. Intact classrooms are sampled, rather than a random sample of students, because this allows the simplest link between students and teachers. The combination of probability-proportional-to-size sampling of schools, together with equal probability sampling of intact classrooms, is designed to yield a sample in which all categories of students are represented in proportion to their size in the population.

81

For reference, a minimum of 4,000 students from a minimum of 150 schools are required for each target population in TIMSS. This target is generally adequate for subgroups of students. However, the United States traditionally has sampled a larger number of schools and students than the minimum established standards to allow for more precise estimates at the sub-national level. For example, in TIMSS 2015, approximately 10,000 grade 4 students from 250 schools and 10,000 grade 8 students from 250 schools participated in the United States. The TIMSS 2019 study included a bridge study for the transition to eTIMSS (digitally-based assessment), for a slightly higher number of schools total (about 570) and about 20,200 students total across both grades. In TIMSS 2023, the contractor will again oversample high-poverty schools, as defined in subtask 2.2.

For the TIMSS 2027 main study the contractor shall meet minimum sample requirements for each target population in TIMSS, by sampling 180 schools per grade and reducing the field test sample to 5 schools per grade.

H.4 TIMSS Exclusions

Usually, practical reasons are invoked for excluding schools and students, such as increased survey costs, increased complexity in the sample design and/or difficult test conditions. Exclusions can occur at the school level, i.e., entire schools are excluded, at the classroom level, or at the student level. All such exclusions, at all levels, will need to be described and quantified for review and approval by the IEA and NCES.

In TIMSS, exclusions from the target population are to be kept to a minimum. After all exclusions (school and within-school), the resultant population is required to cover at least 95 percent of the desired target population. Unlike some other international education studies, difficulties raised by the existence of small schools, (i.e., those with few TIMSS-eligible students), or other schools where it is difficult, costly, or not feasible to conduct assessments are mainly addressed by modifying the sample design to reduce the number of such schools selected, rather than by exclusion.  Similarly, the exclusion of special education students and students with insufficient assessment language experience is to be kept to a minimum.

TIMSS allows for the following exclusions:

*School-Level Exclusions:*  Small schools—those with fewer eligible students than are typically found in a classroom—may be excluded from sampling. Nonetheless, in the United States, only extremely small schools may be excluded from sampling.  Extremely small schools are defined as schools with fewer students than one quarter of the minimum cluster size.

*Classroom-Level Exclusions:*  Small classrooms—any classroom smaller than half the specific minimum cluster size—are to be combined with another classroom from the same grade and school.

*Student-Level Exclusions:*  As a rule, all students in sampled classrooms are expected to take part in the TIMSS assessment. However, in the United States and other countries, students may be excluded from the assessments under the following conditions:

- Intellectually disabled students: These students are considered, in the professional opinion of the school principal or other qualified staff members, to be intellectually disabled, or had been so diagnosed in psychological tests. This category includes students who are

82

emotionally or mentally unable to follow even the general instructions of the TIMSS assessment. This does not include students who merely exhibit poor academic performance or discipline problems.

- Functionally disabled students: These students are permanently physically disabled in such a way that they cannot participate in the assessment. Functionally disabled students who can perform are included in the assessment.

- Non-native-language speakers: These students cannot read or speak the language of the assessment and so cannot overcome the language barrier of assessment. Typically, a student who has received less than 1 year of instruction in the language of the assessment (i.e., English) is excluded.

The exact extent of within-school exclusions will not be known until the within-school sampling frames have been returned from the participating schools and sampling weights computed. Estimates of the extent of within-school exclusions are required to ensure that the national defined target population will cover at least 95 percent of the national desired target population. At the time of school sampling frame creation, the contractor will be asked to provide its best estimate of the extent of within-school exclusions, by type of exclusion, and to report the estimates.

H.5 TIMSS Response Rates


 School-Level

The IEA requires a minimum participation rate of 85 percent of originally sampled schools to receive no caveats on the data. However, nonparticipating sampled schools may be substituted with replacement schools identified at the time of school sampling to meet sample size and response rate requirements. The use of replacement schools does not guarantee that potential biases have been reduced. Therefore, the contractor is strongly urged to persuade as many original sampled schools as possible to participate; only a high participation rate of originally sampled schools will minimize the potential for response bias.

Note that raising participation/response rates through the use of replacements improves yield, but that a given response rate achieved through the use of replacements is not as good as that same rate achieved without replacements. Therefore, all other factors being equal, acceptability of a country's data in international comparisons will be relative to both the school participation rate of originally sampled schools and the response rate achieved with the use of replacements.

The contractor should also note that a sampled classroom with less than 50 percent participation among the selected eligible and non-excluded students will not be considered as participating. While the data collected from students will be included in analyses, the failure to achieve a minimum classroom response rate of 90 percent will affect overall response rates.


Student-Level

The IEA also requires a minimum participation rate of 85 percent of students within participating schools (originally sampled and replacement). Follow-up sessions may be required in schools

where too few students participated in the originally scheduled test sessions. The task of determining whether follow-up sessions are required will be delegated to the school coordinators and test administrators. As they oversee the actual test sessions, they will be able to promptly determine whether follow-up sessions are required at each school.

Student participation rates are calculated over all participating schools, whether originally sampled schools or replacement schools, and from the participation of students at the originally scheduled session and any follow-up session that may be required.

In the event that the original school response rate falls below 80 percent, at any of the target grades, the contractor shall be required to conduct a nonresponse bias analysis, as detailed in subtask 6.2.

H.6. TIMSS School Sampling

The Frame (School List)

All participating countries are required to construct a school sampling frame covering their target population. A well-constructed school sampling frame is one that provides complete coverage of the target population without being contaminated by incorrect entries, duplicate entries, incomplete entries, or entries that refer to elements that are not part of the defined target population. Initially, this list should include any school that could have any TIMSS-eligible students, even those that may later be excluded. The quality of the sampling frame has a direct effect on the survey results, and thus frame construction should be treated with extreme care. The IEA/International Study Center will assess the extent of missing or inaccurate data used for stratification and for creating the measure of size needed for the school sampling method, as these will increase sampling error.

The construction of a school sampling frame depends to a great extent on the availability of appropriate information about schools and students.

An approximate enrollment of schools with TIMSS-eligible students needs to be associated with each school listed in the sampling frame. The quality of a sampling frame will, to a large extent, depend on the accuracy of this data because school selection probabilities are based on this quantity. In past TIMSS administrations, the school sampling frame is based on data in the Common Core of Data (CCD) and Private School Sampling (PSS) datasets, maintained by NCES. The contractor shall utilize the most up-to-date CCD and PSS datasets available at the time the school sampling frame is to be constructed.

School Sample Selection

School sample selection can be completed by the contractor or by the IEA/International Study Center. School sampling by the IEA/International Study Center is conducted at no extra cost to countries. For TIMSS 2027 the contractor will receive the school sample selections from the IEA/International Study Center from the school frame provided by the contractor.

The contractor is required to keep the IEA/International Study Center closely informed about when school sample selection is required. Meeting each country's timing requirements can only

84

be done if all required information and an adequate sampling frame (school list) of schools are submitted in a timely and accurate fashion.

Replacement Schools

The contractor must make every effort to get as many of the originally sampled schools to participate as possible. However, it is not always possible to obtain the participation of all originally sampled schools. In order to avoid resulting sample size losses, a mechanism to identify in advance replacement schools for non-participating sampled schools is needed.  A second, perhaps more important, reason for identifying replacement schools in advance is to avoid the haphazard use of alternate schools as replacements, which may actually amplify response biases. Although the approach used is no guarantee of avoiding non-response biases, it will at least tend to minimize the potential for bias. The technique of identifying replacements should lead to less non-response bias than the alternative of drawing a larger sample initially, in anticipation of non-response. Each sampled school in the study will be assigned two replacement schools, if possible, on the sampling frame.

Replacement schools should only be used if the originally sampled school refuses to participate or otherwise does not participate for a reason other than ineligibility or exclusion. Ineligible or excluded originally sampled schools should not be replaced, since they do not represent any TIMSS students.

Treatment of Small Schools

Small schools in the samples can result in a reduced sample size of students for the national sample, below the desired target. Alternatively, the sample may contain many small schools, which is an administrative burden.  In order to minimize these problems, the small schools in the sampling frame may require undersampling (relative to other schools in the population) depending on the proportion of students who are in these schools.

H.7. TIMSS Assessment Design

TIMSS utilizes a large number of assessment items to cover the frameworks. Because the number of items developed for the study would require more testing time than could be reasonably allotted for individual students, TIMSS use a matrix-sampling technique that involves dividing the entire item pool into a set of unique item blocks. The blocks are distributed across a set of booklets, which are, in turn, rotated among the students. Each student that participates in TIMSS encounters one booklet containing both mathematics and science items.

Though not yet officially set, the TIMSS item pool for 2023 is expected to contain more than 300 mathematics and science items at grade four, and almost 400 mathematics and science items at grade eight. For TIMSS 2015, these items were grouped into separate mathematics and science blocks, and distributed among 16 booklets (four of which included trend-only items). In TIMSS 2019 the assessment was administered electronically. It is anticipated that TIMSS 2023 will again utilize a similar number of items, blocks, and booklets, but 2023 will be an entirely computer-based format, similar to TIMSS 2019.

H.8. School sampling for ICILS

 The technical standards that apply to Main Survey sampling for ICILS 2018 are likely to be the same as those for ICILS 2023. One exception includes the student sample – in ICILS 2018 8th-grade students were randomly sampled from the school sample, however in 2023 a classroom from the school will be selected. This appendix provides fundamental details about the ICILS 2023 sample's target population, design, exclusions, response rates, school sampling, and assessment booklet design.  This appendix should not be construed as the final or official methods or standards to be implemented for ICILS.  The contractor is strongly urged to consult previous editions of the ICILS technical report, released by the IEA. These documents provide detailed information on how ICILS is conducted, and will provide the contractor with a greater sense of what will be expected under this contract. The ICILS 2018 technical report can be found by going to https://www.iea.nl/publications/technical-reports/icils-2018-technical-report. The contractor will also be provided detailed information on ICILS 2023 after the contract modification and at various international meetings.

H.9. ICILS Field Test

The ICILS field test shall be conducted in a limited capacity due to a reduced timeline in relation to contract modification award. The primary goal will be to test the operational aspects of administration; however, given that the ICILS 2023 student and adult instruments have been revised, NCES plans to administer the field test instruments in several (3-6) schools that volunteer to participate in order to test out the questions as well as the collection procedures. The contractor will administer the 8th grade assessment and background survey to one classroom of 8th grade students from each participating school.  The contractor will also administer the teacher and school coordinator surveys to a voluntary sample of 8th grade teachers from the schools who agree to participate in the field test.  Students will take the assessment on either tablets/laptops borrowed from the TIMSS inventory, or on school equipment. The data would be collected on USB sticks or by server method.  All adult surveys will be administered online using school equipment.  It is anticipated that the recruited schools will be located in Wake County, North Carolina and the suburban Washington, DC area.

H.10. ICILS Target Population

The ICILS international desired target population of students is defined as follows:

**Definition: Students**
The student target population in ICILS consists of all students enrolled in the grade that represents eight years of schooling, counting from the first year of ISCED Level 1, providing the mean age at the time of testing is at least 13.5 years. Students older than 17 years are not part of the target population.

The ICILS international desired target population of teachers is defined as follows:

**Definition: Teachers**
Teachers are defined as school staff members who provide student instruction through the delivery of lessons to students. Teachers may work with students as a whole class in a classroom, in small groups in resource rooms or one-to-one inside or outside of classrooms.
The teacher target population in ICILS consists of all teachers that fulfill the following conditions: They are teaching regular school subjects to students of the target grade (regardless

86

of the subject or the number of hours taught) during the ICILS testing period and since the beginning of the school year.

H.11. ICILS Sample Design

ICILS uses a stratified two-stage stratified sample design. The first stage consists of a sample of schools, which may be stratified; the second stage consists of a sample of classrooms from the target grade in sampled schools. ICILS also samples teachers at the target grade level. It is beneficial for the United States to avoid overlap with other national assessments, particularly NAEP.

Schools are sampled from a complete list of all schools located within a country, which have any possibility of having even one student of the appropriate age/grade at the time of assessment, using probability proportional to size (school enrollment) sampling. The international desired target population is intended to provide full coverage of all ICILS-eligible students in a country's education system. This means that countries are to include ICILS-eligible students who attend on only a part-time basis, are in vocational training or other non-general types of programs, or any other related type of educational program. Therefore, all schools located within a country with the potential to have eighth-grade students in should be listed for sampling. Within sampled schools, one to two 8th-grade classrooms is sampled with equal probability. The probability-proportional-to-size sampling of schools and classrooms is designed to yield a sample in which all categories of students are represented in proportion to their size in the population.

**The minimum sample size requirements for the ICILS 2018 Main Survey were as follows:**
- Schools: Select at least 150 in each country.
- Classes: Select at least 1 class per school.
- Students: Select at least 3350 to 3400 students (resulting in least 3000 participating students)
- Teachers: Select at least 15 (or all) per school.
This target is generally adequate for subgroups of students. However, the United States traditionally has sampled a larger number of schools and students than the minimum established standards to allow for more precise estimates at the sub-national level. For example, in ICILS 2018, 300 schools were sampled, with 30 students per school sampled and 20 teachers per school selected.

H.12. ICILS Exclusions

Usually, practical reasons are invoked for excluding schools and students, such as increased survey costs, increased complexity in the sample design and/or difficult test conditions. Exclusions can occur at the school level, i.e., entire schools are excluded or at the student level. All such exclusions, at all levels, will need to be described and quantified for review and approval by the IEA and NCES.

In ICILS, exclusions from the target population are to be kept to a minimum. After all exclusions (school and within-school), the resultant population is required to cover at least 95 percent of the desired target population. Unlike some other international education studies, difficulties raised by the existence of small schools, (i.e., those with few ICILS-eligible students), or other schools where it is difficult, costly, or not feasible to conduct assessments are mainly addressed by modifying the sample design to reduce the number of such schools selected, rather than by

87

exclusion. Similarly, the exclusion of special education students and students with insufficient assessment language experience is to be kept to a minimum.

ICILS allows for the following exclusions:

*School-Level Exclusions:*
• They are geographically inaccessible (efforts to survey such schools are in extremely high cost-benefit ratios);

• They are of extremely small size (this kind of exclusion should not exceed 2% of the student population);

• They offer a curriculum, or school structure, radically different from the mainstream educational system (e.g., Waldorf schools);

• They provide instruction only to students in the excluded categories defined below.

*Student-Level Exclusions:*
As a rule, all students in sampled classrooms are expected to take part in the ICILS assessment. However, the international within-school exclusion rules are specified as follows:

• Intellectually disabled students – These are students who are considered in the professional opinion of the school principal, or by other qualified staff members, to be intellectually disabled or who have been tested psychologically as such. This includes students who are emotionally or mentally unable to follow even the general instructions of the test. Students should not be excluded solely because of poor academic performance or normal disciplinary problems.

• Functionally disabled students – These are students who are permanently physically disabled in such a way that they cannot perform in the ICILS testing situation. Functionally disabled students who are able to respond should be included in the testing.

• Non-native language speakers – These are students who are unable to read or speak the language(s) of the test and would be unable to overcome the language barrier of the test. Typically, a student who has received less than one year of instruction in the language(s) of the test should be excluded.

The exact extent of within-school exclusions will not be known until the within-school sampling frames have been returned from the participating schools and sampling weights computed. Estimates of the extent of within-school exclusions are required to ensure that the national defined target population will cover at least 95 percent of the national desired target population. At the time of school sampling frame creation, the contractor will be asked to provide its best estimate of the extent of within-school exclusions, by type of exclusion, and to report the estimates.

H.13. ICILS Response Rates

**Participating school – student survey**
A sampled school is regarded as 'participating' if at least 50% of the sampled students participate. If a school does not meet this requirement, it will be regarded as a non-responding school in the student survey. The non-participation of this school will have an effect on the school participation rate, but students from this school will not have any influence on the overall student response rate.

Similar to the student survey, each school must meet a minimum teacher participation requirement:

**Participating school – teacher survey**
A school is regarded as 'participating' in the teacher survey if at least 50% of its sampled teachers participated. If a school does not meet this requirement, it will be regarded as a non-responding school in the teacher survey. The non-participation of this school will have an effect on the school participation rate, but teachers from this school will not have any influence on the overall teacher response rate.

The sampling participation categories for the teacher survey are identical to the ones in the student survey.

Three categories of sampling participation have been defined; participation will be calculated separately for the student and the teacher survey. These categories are as follows:

**Category 1: Satisfactory sampling participation rate without the use of replacement schools.**
In order to be placed in this category, a country has to have:
• An un-weighted school response rate without replacement of at least 85% (after rounding to the nearest whole percent) AND an un-weighted overall student/teacher response rate (after rounding) of at least 85%

OR
• A weighted school response rate without replacement of at least 85% (after rounding to the nearest whole percent) AND a weighted overall student/teacher response rate (after rounding) of at least 85%

OR
The product of the (unrounded) weighted school response rate without replacement and the (unrounded) weighted overall student/teacher response rate of at least 75% (after rounding to the nearest whole percent).

**Category 2: Satisfactory sampling participation rate only when replacement schools were included.**
A country will be placed in this category if:
It fails to meet the requirements for Category 1 but has either an un-weighted or weighted school response rate without replacement of at least 50% (after rounding to the nearest percent)

AND HAS EITHER
An un-weighted school response rate with replacement of at least 85% (after rounding to the nearest whole percent) AND an un-weighted overall student/teacher response rate (after rounding) of at least 85%

OR
• A weighted school response rate with replacement of at least 85% (after rounding to nearest whole percent) AND a weighted overall student/teacher response rate (after rounding) of at least 85%

OR

The product of the (unrounded) weighted school response rate with replacement and the (unrounded) weighted overall student/teacher response rate of at least 75% (after rounding to the nearest whole percent).

**Category 3: Unacceptable sampling response rate even when replacement schools are included.**
Countries that can provide documentation to show that they complied with ICILS sampling procedures, but do not meet the requirements for Category 1 or Category 2 will be placed in Category 3.

H.14. ICILS School Sampling

The Frame (School List)

All participating countries are required to construct a school sampling frame covering their target population. A well-constructed school sampling frame is one that provides complete coverage of the target population without being contaminated by incorrect entries, duplicate entries, incomplete entries, or entries that refer to elements that are not part of the defined target population. Initially, this list should include any school that could have any ICILS-eligible students, even those that may later be excluded. The quality of the sampling frame has a direct effect on the survey results, and thus frame construction should be treated with extreme care. The IEA/International Study Center will assess the extent of missing or inaccurate data used for stratification and for creating the measure of size needed for the school sampling method, as these will increase sampling error.

The construction of a school sampling frame depends to a great extent on the availability of appropriate information about schools and students.

An approximate enrollment of schools with ICILS-eligible students needs to be associated with each school listed in the sampling frame. The quality of a sampling frame will, to a large extent, depend on the accuracy of this data because school selection probabilities are based on this quantity. In past ICILS administrations, the school sampling frame is based on data in the Common Core of Data (CCD) and Private School Sampling (PSS) datasets, maintained by NCES. The contractor shall utilize the most up-to-date CCD and PSS datasets available at the time the school sampling frame is to be constructed.

School Sample Selection

School sample selection can be completed by the contractor or by the IEA/International Study Center. School sampling by the IEA/International Study Center is conducted at no extra cost to countries. The contractor should consider allowing the IEA/International Study Center to make the school sample selections, from the school frame provided by the contractor, unless national options result in a sample design too complex for this to be easily done.

The contractor is required to keep the IEA/International Study Center closely informed about when school sample selection is required. Meeting each country's timing requirements can only be done if all required information and an adequate sampling frame (school list) of schools are submitted in a timely and accurate fashion.

90

Replacement Schools

The contractor must make every effort to get as many of the originally sampled schools to participate as possible. However, it is not always possible to obtain the participation of all originally sampled schools. In order to avoid resulting sample size losses, a mechanism to identify in advance replacement schools for non-participating sampled schools is needed.  A second, perhaps more important, reason for identifying replacement schools in advance is to avoid the haphazard use of alternate schools as replacements, which may actually amplify response biases. Although the approach used is no guarantee of avoiding non-response biases, it will at least tend to minimize the potential for bias. The technique of identifying replacements should lead to less non-response bias than the alternative of drawing a larger sample initially, in anticipation of non-response. Each sampled school in the study will be assigned two replacement schools, if possible, on the sampling frame.

Replacement schools should only be used if the originally sampled school refuses to participate or otherwise does not participate for a reason other than ineligibility or exclusion. Ineligible or excluded originally sampled schools should not be replaced, since they do not represent any ICILS students.

Treatment of Small Schools

Small schools in the samples can result in a reduced sample size of students for the national sample, below the desired target. Alternatively, the sample may contain many small schools, which is an administrative burden.  In order to minimize these problems, the small schools in the sampling frame may require undersampling (relative to other schools in the population) depending on the proportion of students who are in these schools.

H.15. ICILS Assessment Design

The ICILS student assessment is composed of a Computer and Information Literacy (CIL) assessment with an optional Computational Thinking (CT) dimension. In ICILS 2018 participation in CT was optional for countries, and the United States opted to participate in CT. CT was administered in the same testing session as CIL, at the end of the assessment; no modifications were needed to software or operations except that assessment time was longer.

The student CIL assessment is composed of modules which include three types of tasks: (i) multiple-choice or constructed response items based on realistic stimulus material; (ii) software simulations of generic applications requiring students to complete an action in response to an instruction; and (iii) authentic tasks that require students to modify and create information products using 'live' computer software applications. In ICILS 2018, the assessment included 3 trend modules (used in the 2013 administration of ICILS) and 4 new modules (2 of the new modules fell under the *Computational Thinking* dimension), which were expected to take 30 minutes each to complete. To reduce burden on individual students, each student completed 4 assessment modules according to a module rotation design, for a total of 120 minutes, covering both CIL and CT.

Though not yet officially set, it is anticipated that ICILS 2023 will utilize a similar assessment design structure as ICILS 2018, including both CIL and CT components.

## Appendix I. Hardware Requirements

**TIMSS**

Unless otherwise specified by international guidelines, the eTIMSS 2023 assessment will be administered to students via the *eTIMSS Player*, which was used in TIMSS 2019. The *eTIMSS Player* can be delivered to students either by providing each student with an eTIMSS compatible computer (PC) and running the assessment via an individual USB stick for each student, or by installing the *eTIMSS Player* on an eTIMSS compatible tablet for each student, or via a local server method.

The *eTIMSS Player* is configured to work on PCs running the Windows operating system or on tablets running the Android operating system. An Internet connection is not required for eTIMSS administration. However, an Internet connection will be necessary to upload the eTIMSS data after the testing session. For tablets, this will require a WLAN (Wi-Fi) connection to the Internet. All teacher and school surveys will be delivered over the internet.

In order to run the *eTIMSS Player* successfully on PCs, each computer must meet or exceed the following minimum requirements:

- *Screen resolution minimum 1024x768 or 1280x768;*
- *OS – Windows 7 and above;*
- *Processor speed – 1.5 GHz;*
- *Memory Installed: 2GB (with at least 0.8GB free memory);*
- *USB – min USB 2.0 ports; and*
- *System Font Size: Windows Default.*

If tablets are used, they should meet or exceed the following minimum requirements:

- *Screen: 9.7" XGA LCD, Resolution: 1024 x 768;*
- *Processor: 1.2 GHz;*
- *Memory Installed: 2GB;*
- *Storage: 8 GB (Min available Storage Space: 2GB); and*
- *OS: Android 5.0.2 to Android 8.1.0 inclusive.*

If the local server method is used, the server computer must meet the requirements listed below. Please note that the local server method only can be used if the school(s) has an existing Local Area Network (LAN), or if a wireless router is brought into the school. Also, the user must have administrator rights on the server computer.

- *OS – Windows 7 and above;*
- *Processor speed – 2.2 GHz;*
- *Memory Installed: 8GB;*
- *Available Storage Space: 10GB on SSD drive; and*

- *Network Card: 100 MBit/s.*

If the server method is used, the "client computers" can then be either PCs or Chromebook computers fulfilling the following minimum requirements:

- *Screen resolution minimum 1024x768 or 1280x768;*
- *OS – Windows 7 | Chromebook;*
- *Browser: Google Chrome;*
- *Processor speed – 1.5 GHz;*
- *Memory Installed: 2GB; and*
- *System Font Size: Windows Default | Chromebook default.*

For TIMSS 2019 in the United States, Microsoft Surface Pro tablets were used successfully to administer the eTIMSS Player assessment, with attached keyboard and mouse. The assessment was delivered through the local server method in most schools in the United States via a wireless router.

## ICILS

Unless otherwise specified by international guidelines, the *ICILS Student Software* is configured to work on computers running a Windows operating system. If the server method is used, the client computers that will be used by students can either be PCs or Mac computers (note that in the server method the server computer must be using a Windows operating system). Touch-screen features, if available on the computers used, should NOT be used to navigate in the *ICILS Student Software*. If tablets are used, they should be configured like computers, with attached keyboard and mouse (and no stylus).

The minimum recommended screen size for student computers is 12 inches. Having a smaller screen may affect students' visual experience with the test, require extra scrolling time to see all of the information, and might even lead to students missing some information.

An Internet connection is not required for ICILS administration. However, an Internet connection will be necessary to upload the ICILS data after the testing session.

In order to run *ICILS Student Software* successfully on individual computers (using individual USB sticks), each computer must meet the following minimum requirements:

- ✓ *Screen Resolution of at least 1024x768;*

- ✓ *One of the following operating systems: Windows XP, Service Pack 3/Windows Vista/ Windows 7, Windows 8; Windows 10;*

- ✓ *Display (fonts) set to the optimal size (minimum: 100%; the system font size can be set from the computer's Control Panel/Appearance and Personalization/Display).*

- ✓ *A USB Port 2.0 or higher; and*

- ✓ *A quality brand name USB stick with a transfer Rate of at least 3 MB/s;*

If the server method is used, the server computer must meet the requirements listed below. Please note that the server method only can be used if the school(s) has an existing Local Area

93

Network (LAN), or routers are brought into the school. Also, the user must have administrator rights on the server computer.

Requirements for the **server computer** are:

- ✓ *Screen Resolution of at least 1024\*768;*

- ✓ *One of the following operating systems: Windows 7/ Windows 8/Windows 10\* (\*Windows 10 is recommended for the best experience) ;*

- ✓ *A recommended CPU of 1500 MHZ;*

- ✓ *An installed System Memory of at least 4 GB;*

- ✓ *At least 10 GB of free storage space on the hard drive;*

- ✓ *LAN or Wi-Fi connectivity; and*

- ✓ *Internet connectivity (only required for data upload).*

If the server method is used, the "**client computers**" can then be either PCs or Mac computers fulfilling the following minimum requirements:

- ✓ *Screen Resolution of at least 1024\*768;*

- ✓ *Connectivity to the same LAN or Wi-Fi network as the server computer;*

- ✓ *Recent version (less than 12 months old) of the Mozilla Firefox or Google Chrome browser installed;*

- ✓ *Display (fonts) set to the optimal size (minimum: 100%; the system font size can be set from the computer's Control Panel/Appearance and Personalization/Display).*

## Appendix J.  Disclosure Analysis Plan

Before data files can be made public or submitted to the IEA or other international study center, the contractor must prepare and implement a Disclosure Analysis Plan (DAP) for TIMSS. The DAP should identify any variables at high risk for identifying participants in the study, and should provide a proposal for how to maintain the confidentiality of these respondents through data perturbation. The DAP will include proposals for data perturbation which will follow NCES standards, and will necessitate data matching (to prevent an intruder from matching to external data to re-identify respondents), swapping, and other methods of disclosure limitation. The checklist below provides a brief overview of what will be expected of the contractor in preparing and implementing the DAP. More explicit details on the DAP will be provided by the COR at a later date.

**Information checklist for disclosure analysis plans: Public-use microdata files**

This checklist provides guidance for writing a disclosure analysis plan (DAP) for a public use microdata file (PUMF). This particular PUMF checklist is modeled on DAPs sent to and approved by the IES disclosure review board (DRB). The length of each DAP section depends on the survey and any specific DRB requirements for the study.

1. **Executive Summary**

94

**2.   Introduction**
__ State the data release modes and their interrelationship.
__ State purpose of the survey.
__ State the various samples selected that the plan covers.
__ Summarize the steps to reduce disclosure risk.
__ Summarize the initial risk analysis.
__ Mention compliance with agency standards.
__ Mention compliance with the study's contractual agreement.
__ Summarize how the data are planned for release.

**3.   Sample Design, Weighting, and Variance Estimation**
__ List the stages of sampling.
__ Briefly explain how sampling units were selected at each stage.
__ Provide a summary of sample sizes for each sampling stage.
__ Discuss any domains with differential sampling rates (oversampling procedures).
__ Briefly describe the weighting procedures.
__ Describe any special variance estimation procedures.

**4.   Results of Initial Risk Analysis**
*(This section describes the initial risk analyses that should be completed prior to the DAP.)*

4.1   Direct Identifiers - Respondent Identifiers and Geographic Identifiers (to be deleted
from data):
__ List the key variables that could be used for unit-level identification (e.g. person, school, establishment).
__ List the key variables that could be used for geographic identification.
__ List the variables used for variance estimation.
__ List any contextual variables, that is, those that can indirectly identify a geographic area such as percentages of minority groups, or other population characteristics.
__ List any cases with outlying weight values.
__ List any other variables that identify sample units as unique in the population or unique in the sample.
__ List variables that could identify groupings of sampled cases.
__ Indicate variables that may contain extreme values.

4.2   Ability to Match with Administrative Data and Other External Data:
__ List publicly/commercially available data sources (including the frame) that could be used to identify sampled units.
__ Describe the proposed approach and software used to match the masked file against the publicly available files.
__ Describe the data modification needed due to the matching outcome

4.3   Questionnaire Data Items with Nonnegligible Risk:
__ List questionnaire items or group of items that may put confidentiality at risk.

95

__ Classify these questionnaire items as factual or subjective to determine their risk level for disclosure.[4]

__ Report results of frequencies on factual variables crossed with key variables to determine disclosure risk.

    4.4    Discussion of disclosure risk from weights or variance estimation variables

**5.    Data Coarsening for Disclosure Protection**

    5.1    Variable Suppression:

__ List the key variables that need suppression.

__ List the factual variables that need suppression.

    5.2    Variable Recoding:

__ List the variables that need categorization or recategorization, and the new categories.

__ List of variables that need top- and/or bottom-coding and the new categories.

**6.    Data Swapping for Disclosure Protection**

__ Briefly explain the purpose of data swapping.[5]

__ Describe the steps of the procedure.

__ State the software to be used to perform the procedure.

__ List and describe all variables involved, as appropriate.

__ Discuss special steps needed if highly visible cases exist.

**7.    Evaluating the safe file**

__ Discuss and show the impact of swapping procedures on data quality and how it will be measured.

__ Describe the degree of the consistency between the analytic results obtained from the safe file and other data releases with the same information (DAS, static tables, a restricted use microdata file (RUMF), etc.).

**Appendix**

List all variables and whether they are suppressed or recoded.

## Appendix K.  NCES Review Process

The NCES review process, as of March 2018, proceeds according to the steps outlined below, which take between 9 and 12 months to complete.

1. Project Monitor/COR Review

2. Program Review

3. Division Review

---

[4] The disclosure risk analysis does not generally apply to items collecting subjective information, since data intruders can never be sure of the identity of a sampled unit based on responses to a subjective item.

[5] Data swapping is required for IES projects.  If a program office decides not to implement data swapping, then a justification for no swapping must be provided.

4. Technical Review

    a. Chief Statistician makes decisions regarding comments and responses, and adds any additional comments as necessary

    b. Author redrafts report based on input from the Chief Statistician

    c. Chief Statistician signs off and submits report to Commissioner. If external reviewers were used, their comments and the final disposition of each comment are included in the submission.

5. Commissioner Review

    a. Commissioner reviews, signs off with a final NCES recommendation on internal or external review, and submits to IES.

6. IES Review (may include external review, which takes 6 weeks).

97

ATTACHMENT 2 - PAYMENT SCHEDULE

| Schedule of Deliverables | | | | | | |
|---|---|---|---|---|---|---|
| Tasks | Deliverable No. | Activity | Type of Task | Due Date | Quantity/Format | Payment Amount |
| Task 1: Project Management | | | FFP | | | |
| 1.1 Post-Award Project Meeting | | | | | | |
| | 1.1.1 | *Post-award meeting agenda and materials* | | no later than 2 business days before meeting | 1 electronic copy for the virtual meeting | |
| | 1.1.2 | *Minutes and attendee list from post-award meeting* | | no later than 4 business days after meeting | 1 electronic copy for the virtual meeting | |
| 1.4 Staff Security Requirements | | | | | | |
| | 1.4.1 | *List of all personnel with signed Affidavits of Nondisclosure* | | within 4 weeks of contract award; updated monthly | 1 electronic copy | |
| 1.5 Quarterly study invoices and progress and financial reports | | | | | | |
| | 1.5.5 | *Regular quarterly study progress and financial reports* | | quarterly | 1 electronic copy | |
| 1.6 Produce master study schedule | | | | | | |
| | 1.6.1 | *TIMSS schedule* | | within 2 weeks of contract award | 1 electronic copy | |
| 1.7 Project update meetings with contractor | | | | | | |
| | 1.7.1 | *Regular project meetings materials including study schedule* | | for the life of contract, regular or biweekly; up to 26 | telephone or electronic meeting | |

| | | | | meetings a year | | |
|---|---|---|---|---|---|---|
| 1.9 Quarterly IT report | | | | | | |
| | 1.9.1 | *Quarterly IT report* | | quarterly | 1 electronic copy | |
| 1.10 International project meetings | | | | | | |
| | 1.10.1 | *NRC meeting trip reports* | | within 5 business days after the end of the meeting | 1 electronic copy | |
| | 1.10.2 | *International project meetings* | | per international schedule | 1 representativ e per meeting | |
| 1.11 Project management portal | | | | | | |
| | 1.11.1 | *Project portal for housing electronic copies of project materials* | | No more than 1 month after the start of the project, establish, and thereafter maintain, space on an internal server to house reports, interim and final versions of deliverable s, and other appropriat e project document ation | 1 hyperlink to project portal | |

| Task 2: Assessment Preparation | | | FFP | | | |
|---|---|---|---|---|---|---|
| **2.1 Develop sampling plans and select samples for studies** | | | | | | |
| 2.1.2 | Main study sampling plan and sample | | | | | |
| | 2.1.2.1 | *Prepare main study's sampling plans* | | no later than 6 months before the international deadline for submission | 1 electronic copy | |
| | 2.1.2.2 | *Complete and submit main study's U.S. sampling forms* | | by established international delivery due date | 1 electronic copy of each international sampling form | |
| | 2.1.2.4 | *Complete required sampling forms for main study* | | by established international delivery due date | 1 electronic copy of each required form | |
| | 2.1.2.5 | *Draw student and teacher samples* | | within one month of data collection for each school | 1 electronic copy | |
| **2.2 Adapt, Prepare Test and Produce Instruments** | | | | | | |
| 2.2.2 Main study instruments | | | | | | |
| | 2.2.2.1 | *Submit draft instrument production plan for main study* | | approval no later than 6 months before the scheduled start of the main study data collection | 1 electronic copy | |

| | | | | |
|---|---|---|---|---|
| | 2.2.2.2 | *Submit final NCES-approved instrument production plan for main study* | | plan within three weeks of receipt of NSL's comments | 1 electronic copy |
| | 2.2.2.3 | *Compile national adaptations national options and request permission from the ISO to make these changes using the ISO's forms and procedures* | | by established international delivery due date | 1 electronic copy of each international adaptation form |
| | 2.2.2.4 | *Make national adaptations and add NCES-approved national options to main study instruments and submit all for layout verification* | | by established international delivery due date | 1 electronic copy of each adapted main assessment instrument and completed layout forms |
| | 2.2.2.5 | *Prepare proofs or final electronic versions of main study instruments (both cognitive and non-cognitive) for NCES approval* | | at least 3 weeks before production and no later than 6 weeks before main study | 1 electronic copy of each survey instrument |
| | 2.2.2.6 | *NCES web-ready PDFs or HTML of all questionnaires* | | no later than 1 month after the end of the main study | 1 electronic copy of each survey instrument |
| **2.3 Office of Management and Budget (OMB) Clearances** | | | | | |
| 2.3.2 Obtain OMB clearance for the main study sampling, recruitment, and data collection | | | | | |
| | 2.3.2.1 | *Draft OMB main study clearance package or memo* | | at least 6 months before start of | 1 electronic copy |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | main study recruitment of states/districts and schools for the main study for school-based data collection | | |
| | 2.3.2.2 | *Revised OMB main study clearance package or memo* | | within 5 business days of receiving NSL comments | 1 electronic copy | |
| | 2.3.2.3 | *Revised package or memo based on ED comments* | | within 5 business days of receiving comments | 1 electronic copy | |
| | 2.3.2.4 | *Responses to OMB questions on packages or memo* | | within 5 business days of receiving comments | 1 electronic copy | |
| | 2.3.2.5 | *Revised final main study clearance package or final memo for OMB approval* | | within 3 business days | 1 electronic copy | |
| | | | | | | |
| **Task 3: Assessment Recruitment** | | | **FFP** | | | |
| **3.1 Recruitment** | | | | | | |
| 3.1.2 Recruit participants for Main Study | | | | | | |
| | 3.1.2.1 | *Implement the recruitment plan for the main study* | | upon approval of final recruitment plan | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3.1.2.2 | *Deliver weekly recruitment status report for main study* | | weekly | email confirmation | $83,043.12 per month (12) |
| | | | | | | |
| **Task 4: Data Collection** | | | FFP | | | |
| **4.1 Recruit, train, and manage data collectors** | | | | | | |
| 4.1.1 Recruit, train, and manage data collectors for study's main study | | | | | | |
| | 4.1.2.1 | *Draft plan for the recruitment, training, and management of data collection* | | at least 3 months prior to training | 1 electronic copy | |
| | 4.1.2.2 | *Final main study recruitment, training, and management plan* | | within 3 weeks of receipt of NSL's comments | 1 electronic copy | |
| | 4.1.2.3 | *Implement final main study recruitment, training, and management plan* | | after data collection plan is approved by NSL | | |
| | 4.1.2.4 | *Draft of main study recruitment and training materials* | | at least 4 weeks prior to training | 1 electronic copy | |
| | 4.1.2.5 | *Final main study recruitment and training materials* | | at least 5 business days before formal training begins | 1 electronic copy | |
| **4.2 Collect data** | | | | | | |
| 4.2.2 Collect data for main study | | | | | | |
| | 4.2.2.1 | *Draft operations plan for the main study's data collection and quality assurance* | | at least 3 months prior to the implement ation of | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | the main study | |
| | 4.2.2.2 | *Final operations plan for the main study's data collection and quality assurance* | | within 3 weeks of receipt of NSL comments | 1 electronic copy |
| | 4.2.2.3 | *Implement operations plan for the main study's data collection and quality assurance* | | upon approval of operations plan | 1 electronic copy |
| | | | | | |
| **Task 5: Scoring, Coding, and Data Delivery** | | | **FFP** | | |
| **5.1 Scoring and Coding** | | | | | |
| 5.1.2 Score main study and code questionnaire data | | | | | |
| | 5.1.2.1 | *Final approved main study quality control plan* | | at least 3 months prior to the anticipated start of data coding and scoring | 1 electronic copy |
| | 5.1.2.2 | *Draft plan for the main study recruitment, training, and scoring program* | | at least 2 months prior to the anticipated start of data coding and scoring | 1 electronic copy |
| | 5.1.2.3 | *Final plan for the main study recruitment, training, and scoring program* | | within 1 week of receiving comments | 1 electronic copy |
| | 5.1.2.4 | *Main study scoring/coding training materials* | | at least 5 working days prior to their | 1 electronic copy |

| | | | | being distributed to trainees | | |
|---|---|---|---|---|---|---|
| | 5.1.2.5 | *Implement the approved main study plan for recruitment, training, and scoring* | | upon approval of plan | 1 electronic copy | |
| **5.2 Preparing, producing and delivering study data** | | | | | | |
| 5.2.2 Produce main study dataset for ISO | | | | | | |
| | 5.2.2.1 | *Draft plan for main study data processing and delivery* | | 2 months prior to the creation of the data set | 1 electronic copy | |
| | 5.2.2.2 | *Final plan for main study data processing and delivery* | | within 1 week of receiving comments | | |
| | 5.2.2.3 | *Implement plan for data processing and delivery* | | upon approval of plan | | |
| | 5.2.2.4 | *Produce and deliver main study dataset* | | 3 months prior to international deadline for submission | 1 electronic copy | |
| **5.3 Prepare information for ISO responses** | | | | | | |
| 5.3.2 Prepare responses for ISO information requests about main study data collection | | | | | | |
| | 5.3.2.1 | *Draft copy of submission* | | with sufficient time before the international scheduled due date for the NSL to review the draft submission | 1 electronic copy | |

| | 5.3.2.2 | *Electronic copies of submission* | | international scheduled due date | 1 electronic copy |
|---|---|---|---|---|---|
| 5.3.3 Prepare national curriculum questionnaires | | | | | |
| | 5.3.3.1 | *Draft responses to national curriculum questionnaires/national context survey* | | at least three months prior to the deadline for submission of information to the ISO | 1 electronic copy |
| | 5.3.3.2 | *Final responses to national curriculum questionnaires/national context survey* | | by ISO deadline | 1 electronic copy |
| 5.3.4 Produce U.S. chapter for the TIMSS Encyclopedia | | | | | |
| | 5.3.4.1 | *Draft U.S. chapter for TIMSS Encyclopedia* | | within six weeks of distribution of the chapter outline by the ISO/International Study Center | 1 electronic copy |
| | 5.3.4.2 | *Final U.S. chapter for TIMSS Encyclopedia* | | by ISO deadline | 1 electronic copy |
| 5.3.5 Produce U.S. TIMSS Test Curriculum Matching Analysis (TCMA) responses | | | | | |
| | 5.3.5.1 | *Draft U.S. responses to TCMA* | | at least 1 month prior to the deadline for submissio | 1 electronic copy |

| | | | | n of the information to the ISO | |
|---|---|---|---|---|---|
| | 5.3.5.2 | *Final U.S. responses to TCMA* | | at least 1 week prior to the deadline for submission of the information to the ISO | 1 electronic copy |
| | | | | | |
| **Task 6: Prepare technical documentation and release materials** | | | **FFP** | | |
| **6.1 Non-response bias analysis report** | | | | | |
| | 6.1.1 | *Draft non-response bias analysis report* | | no more than 5 months prior to the release of the international report | 1 electronic copy |
| | 6.1.2 | *Produce final non-response bias analysis report* | | no later than 3 months of the release of the international reports | 1 electronic copy |
| **6.2 Technical and survey operations report** | | | | | |
| | 6.2.1 | *Draft technical or survey operations report* | | no later than 6 months prior to the release of the international technical reports | 1 electronic copy |

| | 6.2.2 | *Produce final technical or survey operations report* | | no longer than 5 months of the submission of the draft version of the report | 1 electronic copy |
|---|---|---|---|---|---|
| | 6.2.3 | *Produce 508-compliant version of report for posting on NCES website* | | within 3 weeks following final report approval | 1 electronic copy |
| **6.4 Main study electronic data files and user's guides and DIG element files** | | | | | |
| | 6.4.1 | *Draft public-use data file package (main data)* | | within 15 months after the main data collection of the study | 1 electronic copy |
| | 6.4.2 | *Final public-use data file package (main data)* | | within 4 weeks of comments | 1 electronic copy |
| | 6.4.3 | *Draft user's guide for main data file* | | within 16 months after the main data collection of the study | 1 electronic copy |
| | 6.4.4 | *Final user's guide for main data file* | | within 4 weeks of comments | 1 electronic copy |
| | 6.4.7 | *U.S. datasets in a format that can be incorporated into the IDE database* | | 3 months before release of the study's international report | 1 electronic copy |
| | 6.4.8 | *DIG element files* | | submitted to NCES at the same time as the data | 1 electronic copy |

| | | | | file package | | |
|---|---|---|---|---|---|---|
| | | | | | | |