UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ACADEMY OF EDUCATION
and NATIONAL COUNCIL ON
MEASUREMENT IN EDUCATION,

Plaintiffs,

v.

DEPARTMENT OF EDUCATION and
LINDA MCMAHON, *in her official capacity
as Secretary of Education*,

Defendants.

Civil Action No. 25-1266 (TNM)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. 54,

Defendants' Cross-Motion for Summary Judgment, the oppositions and replies thereto, and the

entire record, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED**; and

it is further

**ORDERED** that this action is **DISMISSED**.

**SO ORDERED.**

Date: _____          _____
                                                TREVOR N. MCFADDEN
                                                United States District Judge