**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ACADEMY OF EDUCATION and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION,<br><br>*Plaintiffs*,<br><br>v.<br>DEPARTMENT OF EDUCATION and LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1266 (TNM) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THE JOINT APPENDIX**

Plaintiffs respectfully submit this response to Defendants' Motion for Extension of Time, Dkt. No. 69, which seeks a three-day extension of the deadline to file the appendix under Local Civil Rule 7(n)(2). In support, Plaintiffs state as follows:

1. Following various extensions sought by Defendants, the Joint Appendix is due today, October 20, 2026.

2. Plaintiffs have gathered every portion of the redacted Administrative Record cited by either party and stand ready to file the Joint Appendix today. Defendants do not dispute the contents of the Joint Appendix but maintain that some contents of the Joint Appendix require redaction to obscure proprietary information.

3. On October 19, 2026, at 6:31 p.m., Defendants first notified Plaintiffs' counsel that the Administrative Record required further redactions. Defendants represented that the newly redacted documents would be provided by noon the following day, the October 20, 2026 deadline for filing the Joint Appendix.

4. On October 20, 2026, at 4:14 p.m., Defendants notified Plaintiffs that the redacted documents could not be produced in their entirety, as promised.

5. Out of an abundance of caution, Plaintiffs wish to avoid filing proprietary or otherwise confidential information on the public record. Plaintiffs therefore have no choice but to permit Defendants to complete their review and postpone filing until after today's deadline.

6. Plaintiffs therefore respectfully request that the Court direct Defendants to complete their review and provide any further redacted documents to Plaintiffs by October 22, 2026, so that the Joint Appendix may be filed on the extended date requested by Defendants.

Dated: October 20, 2026

Respectfully submitted,

NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.

*/s/ Pilar Whitaker*
Pilar Whitaker*
Chloe Miller*
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
kjohnston@naacpldf.org
pwhitaker@naacpldf.org

Samuel Spital, DC Bar No. NY0248
Colin Burke*
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
sspital@naacpldf.org
cburke@naacpldf.org

Kelly Gardner*
260 Peachtree Street NW, Suite 2300

Atlanta, GA 30303
(332) 282-6613
kgardner@naacpldf.org

Counsel for Plaintiffs
*Admitted pro hac vice